IH-32 <span style="float:right">Rev: 2014-1</span>

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

NOOR DOE; IBRAHIM DOE; KAREEM DOE;
OMAR DOE; ADAN DOE; RAMI DOE; YUSUF
DOE; MALIK DOE; HASSAN DOE, on their own
behalf and on behalf of others similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:26-cv-2103 |
| Kristi NOEM, Secretary, United States Department of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA, | |

Defendant

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

DAHLIA DOE; SARA DOE; NESMA DOE; LAILA
DOE; WALEED DOE; MUSTAFA DOE; and
AHMAD DOE, on their own behalf and on behalf
of others similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-08686-KPF |
| Kristi NOEM, Secretary, United States Department of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA, | |

Defendant

IH-32                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

| | | |
|---|---|---|
| ☐ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| ☑ | Open | (If so, set forth procedural status and summarize any court rulings.) |

On November 19, 2025, the Court granted the preliminary-injunction motion in part and postponed the termination of Syrian TPS under 5 U.S.C. § 705, while denying without prejudice the motion to compel the certified administrative record. The Government then filed an interlocutory appeal on November 25, 2025, and on February 19, 2026 the Second Circuit denied the Government's motion for a stay pending appeal.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case because both cases challenge identical agency actions by the same Defendants (Secretary Noem, DHS, USCIS, and the United States) under the Administrative Procedure Act and Fifth Amendment, alleging the same violations of the Temporary Protected Status statute, 8 U.S.C. § 1254a. The Syria case challenges DHS's termination of TPS for Syria, effective November 21, 2025, while this case challenges DHS's termination of TPS for Yemen, effective approximately May 4, 2026. Both complaints allege the same pattern of arbitrary and capricious agency action, including failure to consult relevant agencies, disregard of ongoing armed conflict and humanitarian crises, reliance on impermissible "national interest" rationales, and discriminatory motive against non-white, non-European immigrants. The cases involve identical defendants, overlapping legal issues, and substantially similar factual predicates.

Signature:  s/Julie A. Goldberg                     Date: 03/14/2026

                Julie A. Goldberg, Esq.
Firm: