IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOOR DOE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>Kristi NOEM, Secretary, United States Department of Homeland Security, in her official capacity; *et al.*,<br><br>*Defendants.* | Case No. 1:26-cv-2103<br><br>**DECLARATION OF JULIE A. GOLDBERG IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

I, Julie Ann Goldberg, pursuant to 28 U.S.C. § 1746, declares as follows::

1.  I am an attorney at law, duly licensed to practice law in the State of California. I am a member in good standing of the bar of the Supreme Court of the United States, and the bars of the Second Circuit Court of Appeals, Third Circuit Court of Appeals, Fourth Circuit Court of Appeals, Fifth Circuit Court of Appeals, Seventh Circuit Court of Appeals, Ninth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, Central District of California, Eastern District of California, Northern District of California, Southern District of California, Northern District of Illinois, Eastern District of Michigan, Western District of New York, Southern District of Texas, Western District of Texas, and Eastern District of Wisconsin. I have never been disciplined in any jurisdiction. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2.  Unless otherwise indicated, the exhibits attached hereto were accessed, downloaded, printed, or otherwise obtained at my direction between February 27, 2026 and March 11, 2026, and each is a true and correct copy of the document or webpage it purports to be.

3.  I submit this declaration to provide the Court with true and correct copies of certain documents

submitted in support of Plaintiffs' motion to postpone effective date of agency action:

**Exhibit 1** is a true and correct copy of the document titled "Temporary Protected Status: Steps Taken to Inform and Communicate Secretary of Homeland Security's Decisions" (Apr. 2020). The document is available on the Government Accountability Office website at: https://www.gao.gov/assets/gao-20-134.pdf

**Exhibit 2** is a true and correct copy of the document titled "TPS Terminations and Associated Orderly Transition Periods Prior to Current Trump Administration.". This document was initially submitted as an exhibit in the matter *National TPS Alliance v. Noem* and is available on the public docket for said matter. See No. 3:25-cv-05687-TLT, Dkt. No. 28 (C.D. Cal. 2025).

**Exhibit 3** is a true and correct copy of a certified transcript of the January 15, 2025, confirmation hearing of Secretary Kristi Noem. This certified transcript was initially submitted as an exhibit in the matter National TPS Alliance v. Noem and is available on the public docket for said matter. No. 3:25-cv-05687-TLT, Dkt. No. 18-14 (C.D. Cal. 2025). The video of the hearing is available for viewing: https://www.c-span.org/program/senatecommittee/homeland-security-secretary-nominee-gov-kristi-noe m-testifies-at-confirmationhearing/654484 , C-SPAN hearing video. At approximately 1:51:50, Secretary Noem states, "[TPS] has been abused and manipulated by the Biden Administration and that will no longer be allowed . . . and these extensions going forward the way that they are, the program was intended to be temporary[.]"

**Exhibit 4** is a true and correct screen capture of the article titled "Vance Vows an End to Programs for Legal Immigrants" (Oct. 22, 2024), available at: https://www.nytimes.com/2024/10/22/us/politics/vance-trump-legal-immigrants.html

**Exhibit 5** is a true and correct screen capture of the article titled "Sweeping Raids, Giant Camps

and Mass Deportations: Inside Trump's 2025 Immigration Plans" (Nov. 11, 2023), available at:

https://www.nytimes.com/2023/11/11/us/politics/trump-2025-immigration-agenda.html

**Exhibit 6** is a true and correct screen capture of the article titled "Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield if elected" (Oct. 3, 2024), available at:

https://www.cnn.com/2024/10/03/politics/trump-revoke-status-ohio-haitian-migrants

**Exhibit 7** is a true and correct copy of the declaration of Aaron Reichlin-Melnick (expert on TPS practice and TPS Federal Register actions) dated October 16, 2025, previously filed in the Syria TPS Preliminary Injunctive motion package, Case No.: 1:25-cv-08686-KPF, *Dahlia DOE, et al. v. Kristi NOEM, et al.* (Extracted into a standalone PDF for reuse here).

**Exhibit 8** is a true and correct screen capture of an X post made by Secretary Kristi Noem on January 29, 2025, available at: https://x.com/Sec_Noem/status/1884752724194963594

**Exhibit 9** is a true and correct screen capture of the DHS press release dated February 20, 2025, titled "Secretary Noem Rescinds Previous Administration's Extension of Haiti's Temporary Protected Status," available at:

https://www.dhs.gov/news/2025/02/20/secretary-noem-rescinds-extension-haitis-temporary-protected-status

**Exhibit 10** is a true and correct screen capture of the webpage titled "Afghanistan Travel Advisory," available at:

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/afghanistan-advisory.html

**Exhibit 11** is a true and correct screen capture of the webpage titled "Cameroon Travel Advisory," available at:

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/cameroon-travel-advisory.html

**Exhibit 12** is a true and correct screen capture of the webpage titled "Nepal Travel Advisory,"

available at:

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/nepal-travel-advisory.html

**Exhibit 13** is a true and correct screen capture of the webpage titled "Haiti Travel Advisory,"

available at:

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/haiti-travel-advisory.html

**Exhibit 14** is a true and correct screen capture of the webpage titled "Honduras Travel

Advisory," available at:

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/honduras-travel-advisory.html

**Exhibit 15** is a true and correct screen capture of the webpage titled "Nicaragua Travel

Advisory," available at:

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/nicaragua-travel-advisory.html

**Exhibit 16** is a true and correct copy of the Federal Register notice terminating Yemen's TPS

designation (published March 3, 2026; termination effective May 4, 2026), available at:

https://regulations.justia.com/regulations/fedreg/2026/03/03/2026-04179.html

**Exhibit 17** is a true and correct copy of the Congressional Research Service product "Yemen:

Conflict, Red Sea Attacks, and U.S. Policy" (Updated February 20, 2026 (IF12581 - Version: 18)),

available at: https://www.congress.gov/crs-product/IF12581

**Exhibit 18** is a true and correct copy of the "Yemen Humanitarian Needs and Response Plan

2025" (OCHA) https://yemen.un.org/sites/default/files/2025-01/HNRP_2025_Yemen_EN.pdf , available

at:

https://yemen.un.org/en/287505-yemen-humanitarian-needs-and-response-plan-2025-january-2025

**Exhibit 19** is a true and correct screen capture of the webpage titled "Yemen Travel Advisory,"

available at:

https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/yemen-travel-advisory.html

**Exhibit 20** is a true and correct copy of an email thread titled "Nicaragua DM," dated April 10,

2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem*

(NTPSA II) with Bates Number NTSA2_00001670. This document was initially submitted as an exhibit

in NTPSA II and is available on the public docket for said matter. See No. 3:25-cv-05687-TLT, Dkt. No.

145-55 (C.D. Cal. 2025). In this email thread, USCIS Adjudications Officer Kelley K. Miller first shares

the Decision Memo for TPS for Nicaragua, and then follows with an email stating that USCIS has a

state recommendation for Nicaragua from Department of State from 2024, not 2025, and that USCIS

just received country conditions materials that day.

**Exhibit 21** is a true and correct copy of an email thread titled "Honduras and Nicaragua TPS,"

dated April 7 and 8, 2025, produced by Defendants as part of discovery in the NTPSA II with Bates

Number NTSA2_00002566. This document was initially submitted as an exhibit in NTPSA II and is

available on the public docket for said matter. See No. 3:25-cv-05687-TLT, Dkt. No. 145-31 (C.D. Cal.

2025). In this email thread, USCIS Chief Sasha Mehra Ridley writes, on April 7, 2025, regarding TPS

for Nicaragua and Honduras, "We have DM's [Decision Memos] written for termination."

**Exhibit 22** is a true and correct copy of an email thread titled "Honduras and Nicaragua

Recommendations," dated April 8, 2025, produced by Defendants as part of discovery in NTPSA II with

Bates Number NTSA2_00002463. This document was initially submitted as an exhibit in NTPSA II and

is available on the public docket for said matter. See No. 3:25-cv-05687-TLT, Dkt. No. 145-20 (C.D. Cal. 2025).

**Exhibit 23** is a true and correct copy of an email titled "Relevant Quotes from updated Venezuela COI sources (012825)_positive improvements highlighted," dated January 28, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem* (NTPSA I), No. 3:25-cv-01766 (N.D. Cal. 2025) with Bates Number NTSA2_000933. This document was initially submitted as an exhibit in NTPSA II and is available on the public docket for said matter. See No. 3:25-cv-05687-TLT, Dkt. No. 18-7 (C.D. Cal. 2025).

**Exhibit 24** is a true and correct screen capture of the Center for Preventive Action's webpage "Conflict in Yemen and the Red Sea," available at:

https://www.cfr.org/global-conflict-tracker/conflict/war-yemen

**Exhibit 25** is a true and correct screen capture of the Reuters article "Western coastal areas of Yemen near catastrophe due to malnutrition, says UNICEF" (Mar. 25, 2025), available at:

https://www.reuters.com/world/middle-east/western-coastal-areas-yemen-close-catastrophe-due-malnutrition-says-unicef-2025-03-25/

**Exhibit 26** is a true and correct screen capture of the Associated Press article regarding severe hunger/aid disruption in Yemen (example: WFP halts shipments after warehouse seizure), available at:

https://apnews.com/article/c42228351872b4cc041cab1adb5b75c7

**Exhibit 27** is a true and correct copy of the document titled 'Annual Results Report | 2024 | Yemen,' published by UNHCR on May 28, 2025, and available on UNHCR's website at:

https://www.unhcr.org/media/yemen-annual-results-report-2024

**Exhibit 28** is a true and correct copy of UNICEF's "Yemen Humanitarian Situation Report No. 1 (Reporting Period: 1 January to 30 June 2025)," available at: https://www.unicef.org/media/173936/file/Yemen-Humanitarian-Situation-Report-No.-1%2C-30-June-2 025.pdf

**Exhibit 29** is a true and correct copy/link to IPC's Yemen acute food insecurity analysis page (May–Aug. 2025 + Sept. 2025–Feb. 2026 projections), with downloadable PDFs on the page, available at: https://www.ipcinfo.org/ipc-country-analysis/details-map/es/c/1159662/

**Exhibit 30** is a true and correct transcript of Secretary Noem interview (CNN), available at: https://transcripts.cnn.com/show/cnc/date/2025-01-29/segment/12

**Exhibit 31** is a true and correct copy of a certified transcript of a March 5, 2024, interview of Governor Kristi Noem on CBS News. This certified transcript was initially submitted as an exhibit in the NTPSA II and is available on the public docket for said matter. No. 3:25-cv-05687-TLT, Dkt. No. 18-15 (C.D. Cal. 2025). The video is available for viewing at https://www.cbsnews.com/video/kristi-noem-calls-on-nikki-haley-to-exit-2024-race/. At approximately 3:58, Secretary Noem described irregular immigration across the U.S.-Mexico border as an "invasion happening on purpose. . . to remake the foundation of this country."

**Exhibit 32** is a true and correct copy of the report "The 'Great Replacement' Theory, Explained," available at: https://forumtogether.org/wp-content/uploads/2021/12/Replacement-Theory-Explainer-1122.pdf

**Exhibit 33** is a true and correct screen capture of a DHS X post, available at: https://x.com/DHSgov/status/1924575437344186612

**Exhibit 34** is a true and correct screen capture of the article "Trump Doubles Down on Migrants 'Poisoning' the Country" (Mar. 17, 2024), available at:

https://www.nytimes.com/2024/03/17/us/politics/trump-fox-interview-migrants.html

**Exhibit 35** is a true and correct screen capture of the webpage titled "Speech: Donald Trump Holds a Campaign Event in Clive, Iowa - October 16, 2023." The webpage contains the transcript of President Donald Trump's campaign remarks in Clive, Iowa, including statements regarding the travel ban, the banning of refugees from Syria and Somalia, the expansion of those bans in a second term, and the exclusion of individuals from Gaza, Syria, Somalia, Yemen, and Libya. The webpage is available on the Roll Call website at

https://rollcall.com/factbase/trump/transcript/donald-trump-speech-campaign-event-clive-iowa-october-16-2023/#101

**Exhibit 36** is a true and correct screen capture of the Reuters article on "non-whites qualify" question, available at:

https://www.reuters.com/world/africa/us-diplomats-asked-if-non-whites-qualify-trump-refugee-program-south-africans-2025-07-25/

**Exhibit 37** is a true and correct screen capture of the New York Times article on refugee admissions, available at:

https://www.nytimes.com/2025/10/03/us/politics/trump-refugee-admissions-south-africa.html

**Exhibit 38** is a true and correct screen capture of The Guardian article regarding Ukrainian refugees, available at:

https://www.theguardian.com/us-news/2025/apr/05/trump-administration-apologizes-ukrainian-refugees

**Exhibit 39** is a true and correct copy of the declaration of Noor Doe, dated March 12, 2026.

**Exhibit 40** is a true and correct copy of the declaration of Adan Doe, dated March 12, 2026.

**Exhibit 41** is a true and correct copy of the declaration of Ibrahim Doe, dated March 11, 2026.

**Exhibit 42** is a true and correct copy of the declaration of Yusuf Doe, dated March 12, 2026.

**Exhibit 43** is a true and correct copy of the declaration of Hassan Doe, dated March 11, 2026.

**Exhibit 44** is a true and correct copy of the declaration of Malik Doe, dated March 12, 2026.

**Exhibit 45** is a true and correct copy of the declaration of Kareem Doe, dated March 12, 2026.

**Exhibit 46** is a true and correct copy of the declaration of Rami Doe, dated March 13, 2026.

**Exhibit 47** is a true and correct copy of the declaration of Omar Doe, dated March 12, 2026.

**Exhibit 48** is a true and correct copy of the declaration of Danielle M. Fackenthal, dated March 5, 2026.

**Exhibit 49** is a true and correct screen capture of UNICEF's "Yemen crisis" webpage, available at: https://www.unicef.org/emergencies/yemen-crisis

**Exhibit 50** is a true and correct copy of "The Contributions of Temporary Protected Status Holders to the U.S. Economy" (Sep. 2023), available at: https://www.americanimmigrationcouncil.org/wp-content/uploads/2025/01/contributionstemporaryprotectedstatus_0923.pdf

**Exhibit 51** is a true and correct screenshot of a DHS X post stating, "remigrate", available at: https://x.com/DHSgov/status/1978175527329358094

**Exhibit 52** is a true and correct copy of the TIME article "Trump's Department of Homeland Security Embraces a Word With Ties to White Nationalism" (Oct. 16, 2025), available at: https://time.com/7326233/trump-remigrate-homeland-security/

**Exhibit 53** is a true and correct screen capture of USCIS's "Temporary Protected Status

Designated Country: Yemen" page (includes designation dates and the 89 FR 56765 citation), available at:

https://www.uscis.gov/humanitarian/temporary-protected-status/yemen/temporary-protected-status-designated-country-yemen

**Exhibit 54** is a true and correct copy/screen capture of WHO's Yemen crisis page (health system collapse context), available at:

https://www.who.int/emergencies/funding/health-emergency-appeals/2022/2023/2023-appeals/appeal-yemen

**Exhibit 55** is a true and correct copy/screen capture of the World Bank press release "Economic Fragmentation and External Shocks Hamper Yemen's Recovery Path" (June 2, 2025), available at:

https://www.worldbank.org/en/news/press-release/2025/06/02/economic-fragmentation-and-external-shocks-hamper-yemen-s-recovery-path

**Exhibit 56** is a true and correct copy/screen capture of UNFPA Yemen Situation Report #1 (March 2025), available at:

https://www.unfpa.org/resources/unfpa-yemen-situation-report-1-march-2025

Dated: Sherman Oaks, California
March 15, 2026

Respectfully submitted,
*/s/ Julie A. Goldberg*
Julie A. Goldberg, Esq.
3005 Oakwood Boulevard
Melvindale, MI 48122
Tel.: (313) 888-9545
Email: ecf@goldbergimmigration.com