UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Noor Doe, et al., | |
| Plaintiffs, | 26-CV-2103 (DEH) |
| v. | ORDER |
| Kristi Noem, et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

This case has been assigned to me for all purposes.  It is hereby **ORDERED** that counsel for all parties appear for a conference with the Court on **March 20, 2026** at **12:00 p.m.** The Conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 168 698 859, followed by the pound (#) sign. Counsel should be prepared to discuss a briefing schedule on Plaintiffs' Motion for a Preliminary Injunction.

Plaintiffs' counsel is directed to (1) promptly serve Respondents with a copy of the Complaint and Motion for Preliminary Injunction, and a copy of this Order, and (2) to file proof of such services on the docket by no later than **5:00 pm ET today, March 18, 2026**.  Counsel for Defendants shall promptly enter notices of appearance.

SO ORDERED.

Dated: March 18, 2026
         New York, New York

_____
           DALE E. HO
     United States District Judge