## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOOR DOE; ADAN DOE; IBRAHIM DOE; YUSUF DOE; HASSAN DOE; MALIK DOE; KAREEM DOE; RAMI DOE; and OMAR DOE, on their own behalf and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Kristi NOEM, Secretary, United States Department of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:26-cv-2103-DEH<br><br>**DECLARATION OF JULIE A. GOLDBERG IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY INJUNCTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION & PROOF OF SERVICE** |

I, Julie A. Goldberg, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am counsel for Plaintiffs in this action. I make this declaration based on my personal knowledge, including my participation in the communications described below and my review of emails and call records maintained by my office. If called as a witness, I could and would testify competently to the matters set forth herein.

2. I submit this declaration to set forth the notice and service Plaintiffs provided in connection with this action and, in particular, to provide proof of service pursuant to the Court's March 18, 2026 Order directing Plaintiffs' counsel to promptly serve Defendants with the Complaint, the Motion for Preliminary Injunction, and a copy of the Court's Order.

3. On Friday evening, March 13, 2026, I provided telephonic notice to the United States Attorney's

1

Office for the Southern District of New York by calling (212) 637-2200. The call was answered by the receptionist. During that call, I advised that Plaintiffs were preparing to file an action in this Court and to seek prompt preliminary injunctive relief postponing the effective date of the challenged agency action.

4.  Thereafter, on March 15, 2026, at 6:17 p.m., I provided additional notice by email regarding this action and Plaintiffs' intended request for preliminary injunctive relief.

5.  On March 18, 2026, after entry of the Court's Order, my office, at my direction, provided additional telephonic notice by leaving detailed voicemail messages with the United States Attorney's Office for the Southern District of New York at 12:36 p.m. Eastern Time at (212) 637-2800 and at 12:39 p.m. Eastern Time at (212) 637-2200 (See **Exhibit A**).

6.  Also on March 18, 2026, pursuant to the Court's Order, I caused conformed copies of the following documents to be transmitted by email:

    a.  the Class Action Complaint (Dkt. 1);

    b.  Plaintiffs' Motion for Leave to Proceed Under Pseudonyms (Dkt. 4);

    c.  Plaintiffs' Motion for Preliminary Injunction to Postpone Effective Date of Agency Action, together with the supporting memorandum of law, declarations, proposed order, and Exhibits 1 through 56 (Dkt. 5 and related attachments); and

    d.  the Court's March 18, 2026 Order (Dkt. 6).

7.  The March 18, 2026 email transmitting the foregoing documents was sent to the following email addresses:

    ●  brandon.waterman@usdoj.gov

    ●  jessica.rosenbaum@usdoj.gov

    ●  LESLIE.RAMIREZ-FISHER@usdoj.gov

    ●  USANYS.ECF@USDOJ.GOV

- CaseView.ECF@usdoj.gov

- uscis.serviceofprocess@uscis.dhs.gov (See **Exhibit C**)

8. The March 18, 2026 email advised that it was sent pursuant to the Court's March 18, 2026 Order and further referenced the prior telephonic notice provided on March 13, 2026, as well as the additional voicemail messages left on March 18, 2026.

9. Thereafter, Brandon M. Waterman, Assistant United States Attorney for the Southern District of New York, responded by email confirming receipt. In his response, Mr. Waterman stated that Assistant United States Attorneys Adam Gitlin and Mark Osmond would be handling this matter and that he had forwarded Plaintiffs' email and attachments to them (See **Exhibit B**).

10. Mr. Waterman's email identified the following email addresses for the attorneys handling this matter:

- Adam.Gitlin@usdoj.gov

- Mark.Osmond@usdoj.gov

11. Plaintiffs' counsel also received a voicemail from Assistant United States Attorney Adam Gitlin, who stated that he and Assistant United States Attorney Mark Osmond were calling regarding this case and requested a return call to discuss a briefing schedule related to Plaintiffs' Motion for Preliminary Injunction.

12. At approximately 3:39 p.m. Eastern Time on March 18, 2026, I returned Mr. Gitlin's call. The call went to voicemail.

13. Thereafter, my office sent a responsive email advising that we had attempted to return counsel's call but received no answer, and providing my direct telephone number for a further return call.

14. I presume we will make contact today.

15. Based on the foregoing, Plaintiffs promptly served Defendants, by email and telephonic notice, with the Complaint, Plaintiffs' Motion for Preliminary Injunction, and the Court's March 18,

2026 Order, and now submit this declaration as proof of such service pursuant to the Court's

March 18, 2026 Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true

and correct.

Executed on March 18, 2026, at Holtsville, New York.

Dated: Holtsville, New York
      March 18, 2026

                                      */s/ Julie A. Goldberg*
                                      Julie A. Goldberg, Esq.

# EXHIBIT A



Goldberg Associates <ecf@goldbergimmigration.com>

---

## RE: 1:26-CV-02103 | Court Order on Complaint, Notice of Motion for Preliminary injunction with Supporting Evidence

**Goldberg Associates** <ecf@goldbergimmigration.com>                    Wed, Mar 18, 2026 at 12:07 PM
To: "Waterman, Brandon (USANYS)" <brandon.waterman@usdoj.gov>, "Rosenbaum, Jessica (USANYS)" <jessica.rosenbaum@usdoj.gov>, "RAMIREZ-FISHER, LESLIE (USANYS)" <LESLIE.RAMIREZ-FISHER@usdoj.gov>, "Branagan, Susan (USANYS)" <susan.branagan@usdoj.gov>, "Moran, Courtney (USANYS)" <courtney.moran@usdoj.gov>, "Moran, Courtney E. (CIV)" <courtney.e.moran@usdoj.gov>, USANYS.ECF@usdoj.gov, "caseview.ecf_usdoj.gov" <CaseView.ECF@usdoj.gov>
Cc: Julie Goldberg <julie@goldbergimmigration.com>
Bcc: Christopher Feliciano <christopher@goldbergimmigration.com>

Hello All:

Pursuant to the Court's March 18, 2026 Order, and further to prior telephonic notice provided to your office on Friday, March 13, 2026, please find attached conformed copies of the following filings in *Noor Doe et al. v. Noem et al.*, No. 1:26-cv-02103-DEH. Additional telephonic notice was also provided today, March 18, 2026, when my office left detailed voicemail messages for the United States Attorney's Office for the Southern District of New York at (212) 637-2800 at 12:36 p.m. EST and at (212) 637-2200 at 12:39 p.m. EST.

1. Class Action Complaint (Dkt. 1);

2. Plaintiffs' Motion for Leave to Proceed Under Pseudonyms (Dkt. 4);

3. Plaintiffs' Motion for Preliminary Injunction to Postpone Effective Date of Agency Action (Dkt. 5), together with the supporting memorandum of law, declarations, proposed order, and Exhibits 1–56; and

4. The Court's March 18, 2026 Order setting a conference for March 20, 2026 at 12:00 p.m. Eastern Time, directing Plaintiffs to file proof of service, and directing Defendants to promptly file notices of appearance (Dkt. 6).

Please confirm receipt by return email, or by telephone at (818) 999-1559, ext. 221.

Thank you.

> 📄  Docket 5-5 to 5-60 - Exhibits 1-56 in Support of
> Motion for PI - Conformed & Combined - REDUCED.pdf

--
**Sincerely,**
**Julie A. Goldberg, Esq.**
**Goldberg & Associates**
**Immigration Law Solutions**
**LOS ANGELES**
**14370 Ventura Blvd.**
**Sherman Oaks, California 91423**
**818-999-1559** (Voice)

**DETROIT**
**3005 Oakwood Boulevard**
**Melvindale, Michigan 48122**
**313-888-9545** (Voice)

**DJIBOUTI**
**Marabout Lot NO 549A**
**Heron, Djibouti**
**Past the Second Circle**
**Big Yellow House**
**+253 77 22 32 58** (Voice)

<u>**General Disclaimer:**</u> The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

---

**8 attachments**

📄 **Docket 5-3 - Declaration of Julie A. Goldberg Regarding Notice of Motion for Preliminary Injunction to Postpone Effective Date of Agency Action.pdf**
111K

📄 **Docket 5-4 - [Proposed] Order Granting Plaintiffs_ Motion for Preliminary Injunction to Postpone Effective Date of Agency Action.pdf**
127K

📄 **Docket 5 - Notice of Motion for Preliminary Injunction to Postpone Effective Date of Agency Action.pdf**
96K

📄 **Docket 5-2 - Declaration of Julie A. Goldberg in Support of Motion for Preliminary Injunction to Postpone Effective Date of Agency Action.pdf**
163K

📄 **Docket 5-1 - Memo of Law In Support of Motion for Preliminary Injunction to Postpone Effective Date of Agency Action.pdf**
237K

📄 **Docket 1 - Class Action Complaint - cv - 2103.pdf**
665K

📄 **Docket 4 - Plaintiffs' Motion for Leave to Proceed Under Pseudonyms - cv - 2103.pdf**
1160K

📄 **Docket 6 - Court Order Setting Telephonic Conferernce & Directing Parties to File Documents - cv - 2103.pdf**
72K

# EXHIBIT B

**GOLDBERG IMMIGRATION**

## RE: 1:26-CV-02103 | Court Order on Complaint, Notice of Motion for Preliminary injunction with Supporting Evidence

**Waterman, Brandon (USANYS)** <Brandon.Waterman@usdoj.gov>                    Wed, Mar 18, 2026 at 12:14 PM
To: Goldberg Associates <ecf@goldbergimmigration.com>, Julie Goldberg <julie@goldbergimmigration.com>
Cc: "Gitlin, Adam (USANYS)" <Adam.Gitlin@usdoj.gov>, "Osmond, Mark (USANYS)" <Mark.Osmond@usdoj.gov>

Good afternoon,

Thank you for reaching out.  AUSAs Mark Osmond and Adam Gitlin, copied here, will be handling this matter.  I've forwarded your attachments to them by separate email.

Regards,

**Brandon M. Waterman**

Assistant United States Attorney

Southern District of New York

86 Chambers Street

New York, New York 10007

Tel: (212) 637-2743

[Quoted text hidden]

# EXHIBIT C

**GOLDBERG IMMIGRATION**

Goldberg Associates <ecf@goldbergimmigration.com>

---

## Re: 1:26-cv-02103-DEH | Class Action Complaint, Notice of Motion for Preliminary injunction with Supporting Evidence

1 message

---

**Goldberg Associates** <ecf@goldbergimmigration.com>                                    Wed, Mar 18, 2026 at 12:50 PM
To: uscis.serviceofprocess@uscis.dhs.gov

---

Hello,

Pursuant to the Court's March 18, 2026 Order, and further to prior telephonic notice provided to your office on Friday, March 13, 2026, please find attached conformed copies of the following filings in *Noor Doe et al. v. Noem et al.*, No. 1:26-cv-02103-DEH. Additional telephonic notice was also provided today, March 18, 2026, when my office left detailed voicemail messages for the United States Attorney's Office for the Southern District of New York at (212) 637-2800 at 12:36 p.m. EST and at (212) 637-2200 at 12:39 p.m. EST.

1. Class Action Complaint (Dkt. 1);

2. Plaintiffs' Motion for Leave to Proceed Under Pseudonyms (Dkt. 4);

3. Plaintiffs' Motion for Preliminary Injunction to Postpone Effective Date of Agency Action (Dkt. 5), together with the supporting memorandum of law, declarations, proposed order, and Exhibits 1–56; and

4. The Court's March 18, 2026 Order setting a conference for March 20, 2026 at 12:00 p.m. Eastern Time, directing Plaintiffs to file proof of service, and directing Defendants to promptly file notices of appearance (Dkt. 6).

Thank you.


Sincerely,
**Julie A. Goldberg, Esq.**

**Goldberg & Associates**
**Immigration Law Solutions**

**LOS ANGELES**
**14370 Ventura Blvd.**
**Sherman Oaks, California 91423**
**818-999-1559** (Voice)

**DETROIT**
**3005 Oakwood Boulevard**
**Melvindale, Michigan 48122**
**313-888-9545** (Voice)

**DJIBOUTI**
**Marabout Lot NO 549A**
**Heron, Djibouti**
**Past the Second Circle**
**Big Yellow House**
**+253 77 22 32 58** (Voice)


ecf@goldbergimmigration.com


**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this

communication to the sender listed above, delete the original message and any copy of it from your computer system.

**9 attachments**

**Docket 5 - Notice of Motion for Preliminary Injunction to Postpone Effective Date of Agency Action.pdf**
96K

**Docket 5-1 - Memo of Law In Support of Motion for Preliminary Injunction to Postpone Effective Date of Agency Action.pdf**
237K

**Docket 5-4 - [Proposed] Order Granting Plaintiffs_ Motion for Preliminary Injunction to Postpone Effective Date of Agency Action.pdf**
127K

**Docket 5-3 - Declaration of Julie A. Goldberg Regarding Notice of Motion for Preliminary Injunction to Postpone Effective Date of Agency Action.pdf**
111K

**Docket 5-2 - Declaration of Julie A. Goldberg in Support of Motion for Preliminary Injunction to Postpone Effective Date of Agency Action.pdf**
163K

**Docket 1 - Class Action Complaint - cv - 2103.pdf**
665K

**Docket 2 - Civil Case Cover Sheet - cv - 2103.pdf**
293K

**Docket 4 - Plaintiffs' Motion for Leave to Proceed Under Pseudonyms - cv - 2103.pdf**
1160K

**Docket 6 - Court Order Setting Telephonic Conferernce & Directing Parties to File Documents - cv - 2103.pdf**
72K