AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| NOOR DOE; ADAN DOE; IBRAHIM DOE; YUSUF DOE; HASSAN DOE; MALIK DOE; KAREEM DOE; RAMI DOE; and OMAR DOE, on their own behalf and on behalf of others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Kristi NOEM, Secretary, United States Department of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:26-cv-02103-DEH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Julie A. Goldberg, Esq.
3005 Oakwood Boulevard
Melvindale, MI 48122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
Case No: 1:26-cv-02103-DEH

<u>Rider/Addendum to Proposed Summons</u>

### PLAINTIFFS

1.  NOOR DOE

2.  IBRAHIM DOE

3.  KAREEM DOE

4.  OMAR DOE

5.  ADAN DOE

6.  RAMI DOE

7.  YUSUF DOE

8.  MALIK DOE

9.  HASSAN DOE


### DEFENDANTS

1.  KRISTI NOEM, Secretary, Department of Homeland Security
    Office of the General Counsel
    2707 Martin Luther King Jr. Avenue, SE
    Mail Stop 0485
    Washington, DC 20528

2.  UNITED STATES DEPARTMENT OF HOMELAND SECURITY
    Office of the General Counsel
    2707 Martin Luther King Jr. Avenue, SE
    Mail Stop 0485
    Washington, DC 20528

3.  UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
    Office of the Chief Counsel
    5900 Capital Gateway Drive
    Mail Stop 2120
    Camp Springs, MD 20588-0009

4.  UNITED STATES OF AMERICA
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-02103-DEH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: