AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▾

| | |
|---|---|
| Noor Doe, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 26 Civ. 2103 (DEH) |
| Secretary Kristi Noem, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                    .

Date:     03/19/2026

/s/ Mark Osmond
*Attorney's signature*

AUSA Mark Osmond
*Printed name and bar number*
86 Chambers Street, 3rd Floor
New York, New York 10007

*Address*

Mark.Osmond@usdoj.gov
*E-mail address*

(212) 637-2713
*Telephone number*

*FAX number*