UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Noor Doe, et al.,<br><br>     Plaintiffs,<br><br>   v.<br><br>Kristi Noem, et al.,<br><br>     Defendant(s). | 26-CV-2103 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Counsel for Plaintiffs in *Abdo Doe v. Noem, et al.*, No. 26 Civ. 2280 have informed the Court that they have filed a case raising similar claims to those at issue in this case.  ECF No. 5 (26 Civ. 2280).  Counsel for Plaintiffs in that case have requested to attend the Conference before the undersigned on Friday, March 20, 2026 at 12:00 p.m.  That application is **GRANTED**.  The Conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 168 698 859, followed by the pound (#) sign.

SO ORDERED.

Dated: March 19, 2026
   New York, New York

                  DALE E. HO
              United States District Judge