UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Noor Doe, et al.,<br><br>                          Plaintiffs,<br><br>                  v.<br><br>Kristi Noem, et al.,<br><br>                          Defendants. | 26-CV-2103 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On March 20, 2026, the Court held an initial conference in this case, which counsel for the parties in this case and counsel for the plaintiffs in *Abdo Doe v. Noem, et al.*, No. 26 Civ. 2280, attended.

For the reasons stated on the record, Plaintiffs' Motion for Leave to Proceed Under Pseudonyms, ECF No. 4, is **GRANTED**.

The Government shall file a letter no later than **March 27, 2026**, indicating whether it consents to a temporary stay of the Termination of the Designation of Yemen for Temporary Protected Status, 91 Fed. Reg. 10,402, 10,404 (Mar. 3, 2026), pending resolution of the Supreme Court's decisions in *Noem v. Doe*, No. 25-1083 and *Trump v. Miot*, No. 25-1084.

The parties proposed a briefing schedule on Plaintiffs' pending Motion for Preliminary Injunction, ECF No. 5, which the Court **ADOPTS** in part. As requested by the parties, Defendants Brief in Opposition is due on **April 6, 2026**. If appropriate in light of any briefing scheduled in *Abdo Doe v. Noem, et al.*, No. 26 Civ. 2280, Defendants may move for excess pages. Plaintiffs Reply shall be due by **April 13, 2026**. Hearing on Plaintiffs' Motion will be held at **10:00 AM on April 16, 2026** in Courtroom 905 of the Thurgood Marshall Courthouse.

The Clerk of Court is respectfully directed to close ECF No. 4.

SO ORDERED.

Dated: March 20, 2026
      New York, New York

_____
DALE E. HO
United States District Judge