**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOOR DOE, *et al.*,<br><br>      *Plaintiffs,*<br><br>      v.<br><br>Kristi NOEM[1], Secretary, United States Department of Homeland Security, in her official capacity; *et al.*,<br><br>      *Defendants.* | Case Number: 1:26-cv-02103-DEH<br><br><br>**NOTICE OF MOTION TO APPEAR *PRO HAC VICE*** |

Pursuant to Local Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, JULIE A. GOLDBERG, ESQ., hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned action.

I am in good standing with the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I am additionally admitted to the bars of the Supreme Court of the United States, Second Circuit Court of Appeals, Third Circuit Court of Appeals, Fourth Circuit Court of Appeals, Fifth Circuit Court of Appeals, Seventh Circuit Court of Appeals, Ninth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, Eastern District of California, Central District of California, Southern District of California, Northern District of Illinois, Eastern District of Wisconsin, Southern District of Texas, Western District of Texas, and District of Columbia.

    Dated: March 30, 2026

Respectfully submitted,

*/s/ Julie A. Goldberg*
By: Julie A. Goldberg, Esq.
3005 Oakwood Boulevard

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for former Secretary Kristi Noem pursuant to Federal Rules of Civil Procedure 25(d).

1

Melvindale, MI 48122
Tel.: (818) 999-1559
Email: ecf@goldbergimmigration.com
*Attorney for Plaintiff*