**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOOR DOE, *et al.,* <br><br> *Plaintiffs,* <br><br> v. <br><br> Kristi NOEM[1], Secretary, United States Department of Homeland Security, in her official capacity; *et al.,* <br><br> *Defendants.* | Case Number: 1:26-cv-02103-DEH <br><br><br> **AFFIRMATION OF JULIE A. GOLDBERG IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*** |

JULIE A. GOLDBERG, ESQ. being duly sworn, deposes, and says as follows:

1. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

2. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State California and admitted to the bars of the Supreme Court of the United States, Second Circuit Court of Appeals, Third Circuit Court of Appeals, Fourth Circuit of Appeals, Fifth Circuit Court of Appeals, Seventh Circuit Court of Appeals, Ninth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, Eastern District of California, Central District of California, Southern District of California, Northern District of Illinois, Eastern District of Wisconsin, Southern District of Texas, Western District of Texas and District of Columbia.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. I have not been convicted of a Felony.

5. I have not been censured, suspended, disbarred or denied admission or readmission by

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for former Secretary Kristi Noem pursuant to Federal Rules of Civil Procedure 25(d).

any court.

6. My Contact information is as follows: Julie A. Goldberg, Esq.; 3005 Oakwood Boulevard

Melvindale, MI 48122; (718) 432-1022 (phone); and (718) 432-1044 (facsimile).

Wherefore, I respectfully request I be permitted to appear as counsel and advocate

*pro hac vice* in this case for the Plaintiffs.

Dated: March 30, 2026,
Sherman Oaks, California

_____
JULIE A. GOLDBERG, ESQ.



# Supreme Court of California

## JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JULIE ANN GOLDBERG*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that JULIE ANN GOLDBERG, # 235565, was on the 29th day of December 2004, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 26th day of March 2026.

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

By: _____
Biying Jia, Deputy Clerk

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

[✓] See Attached Document (Notary to cross out lines 1–6 below)
[ ] See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

**CHRISTOPHER DANIEL FELICIANO**
Notary Public · California
Los Angeles County
Commission # 2432703
My Comm. Expires Dec 28, 2026

Subscribed and sworn to (or affirmed) before me

on this 30th day of March, 20 26,
        *Date*          *Month*          *Year*
by

(1) Julie A. Goldberg

(and (2) _____ ),
                *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                *Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

———————————— OPTIONAL ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Declaration of Julie A. Goldberg - 35205   Document Date: 3/30/26
Number of Pages: 2   Signer(s) Other Than Named Above: N/A.

©2014 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)   Item #5910