UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Noor Doe, et al., | |
| Plaintiffs, | 26-CV-2103 (DEH) |
| v. | ORDER |
| Kristi Noem, et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

Today, April 7, 2026, the Court entered an Order in related case 26 Civ. 2280 granting Plaintiffs' Motion to Compel production of the certified administrative record pertinent to the decision to terminate TPS for nationals from Yemen in both that case and the above-captioned case. The Court sua sponte **EXTENDED** the deadline for Plaintiffs' Reply Brief in both cases to **April 15, 2026**, so that Plaintiffs may, if they choose, address the administrative record in their Reply Briefs.

SO ORDERED.

Dated: April 7, 2026
        New York, New York

_____
DALE E. HO
United States District Judge