UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Noor Doe, et al., | | |
| | Plaintiffs, | |
| v. | | 26 Civ. 2103 (DEH) |
| Kristi Noem, et al., | | |
| | Defendants. | |
| Abdo Doe, et al., | | |
| | Plaintiffs, | |
| v. | | 26 Civ. 2280 (DEH) |
| Kristi Noem, et al., | | **ORDER** |
| | Defendants. | |

DALE E. HO, United States District Judge:

By no later than **May 21, 2026**, the parties in the above-captioned cases shall file a status letter with a single proposed case management plan to be ordered in both cases.  In lieu of a case management plan, the parties may request a stay of further proceedings pending a decision by the Supreme Court in *Mullin v. Doe*, No. 25-1083.  The status letter may also address any other issues the parties wish to raise with the Court at this time.

SO ORDERED.

Dated: May 7, 2026
       New York, New York

_____
DALE E. HO
United States District Judge