UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdo Doe, et al., | |
| Plaintiffs, | 26-CV-2280 (DEH) |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |
| Noor Doe, et al., | 26-CV-2103 (DEH) |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

On review of the parties' joint status letter, the Court concludes that, for good cause shown a partial stay is warranted pending the Supreme Court's decision in *Noem v. Dahlia Doe*, No. 25-1083, 2026 WL 731088 (U.S. Mar. 16, 2026) ("Dahlia Doe"), and *Trump v. Miot*, No. 25-1084, 2026 WL 731087 (U.S. Mar. 16, 2026) ("Miot"). *See, e.g.*, *African Communities Together v. Noem*, No. 25 Civ. 13939, ECF No. 85 (D. Mass. Apr. 23, 2026) (holding case in abeyance pending Supreme Court decision); *African Communities Together v. Mullin*, No. 26 Civ. 10278 (D. Mass. Apr. 20, 2026), ECF No. 61 (holding district court proceedings in abeyance); *African Communities Together v. Mullin*, No. 26 Civ. 11201 (D. Mass. May 1, 2026), ECF No. 73 (staying case pending Supreme Court ruling); *Miot v. Trump*, No. 25 Civ. 2471 (D.D.C. Apr. 6, 2026), Minute Order (staying the government's response deadline pending the Supreme Court's decision); *CASA, Inc.*

*v. Noem*, No. 25 Civ. 1484 (D. Md. April 3, 2026), ECF. No. 146 (staying all proceedings pending the Supreme Court's ruling).

With the exception of briefing on class certification, this matter is hereby **STAYED** pending the decision of the Supreme Court. The previously scheduled deadlines for class certification briefing remain in place.

The parties are directed to file a joint status letter within three days of the Supreme Court's decision in the above cases. The letter should include the parties' respective positions on the impact of that decision on this litigation, not to exceed two pages each. If appropriate, the parties shall attach a proposed case management plan to the letter.

SO ORDERED.

Dated: May 28, 2026
      New York, New York

                                  DALE E. HO
                       United States District Judge