UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOOR DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, in his official capacity, *et al.*,<br><br>Defendants. | Case No. 26 Civ. 2103 (DEH) |
| ABDO DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, in his official capacity, *et al.*,<br><br>Defendants. | Case No. 26 Civ. 2280 (DEH) |

## NOTICE OF DEFENDANTS' MOTION FOR AN INDICATIVE RULING AND FOR A STAY PENDING APPEAL

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court or an indicative ruling, pursuant to Federal Rule of Civil Procedure 62.1(a), stating that the Court would dissolve its order issued under 5 U.S.C. § 705 (Dkt. No. 39 in 26 Civ. 2103; Dkt. No. 54 in 26 Civ. 2280) and for a stay of the § 705 order pending resolution of this motion and the appeals of that order.

.

Dated: New York, New York
      June 30, 2026

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney
                    Southern District of New York
                    *Attorney for Defendants*

By:   */s/ Mark Osmond*
                    MARK OSMOND
                    ADAM GITLIN
                    Assistant United States Attorney
                    86 Chambers Street, 3rd Floor
                    New York, New York 10007
                    Tel.: (212) 637-2713/2734
                    mark.osmond@usdoj.gov
                    adam.gitlin@usdoj.gov