UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Abdo Doe, et al., | | |
| | Plaintiffs, | 26-CV-2280 (DEH) |
| v. | | |
| Kristi Noem, et al., | | |
| | Defendants. | |
| Noor Doe, et al., | | 26-CV-2103 (DEH) |
| | Plaintiffs, | **ORDER** |
| v. | | |
| Kristi Noem, et al., | | |
| | Defendants. | |

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' joint status letter. The parties are directed to meet for a status conference on **Thursday, July 2, 2026** at **11:00 a.m.** to discuss next steps in this litigation. The conference will take place via Microsoft Teams. The parties should join the conference by dialing (646) 453-4442 followed by the Conference ID: 874 050 185 followed by the pound (#) sign.

SO ORDERED.

Dated: July 1, 2026
        New York, New York

_____
DALE E. HO
United States District Judge