**Evidence List in Support of Amended Complaint**

**Yemen Adjudication Policies**

USCIS Policy Memorandum PM-602-0064, *Supplemental Guidance for Adjudicating Family-Based Petitions Supported by Relationship Documents Actually or Purportedly Issued by a Civil Authority in Yemen; Revisions to the Adjudicator's Field Manual (AFM) Chapter 21* …………………………………………………………………………..A
Defs.' Notice Regarding the Electronic Filing of the Certified Administrative Record of USCIS Yemen Guidance, *Ahmed v. Mayorkas*, No. 2:23-cv-04807-PA-AS (C.D. Cal. Apr. 5, 2024)…...B
*Yemen Adjudication Checklist* - USCIS FOIA production, May 13, 2024……………………….C
U.S. Dep't of State, Off. of Inspector Gen., ESP-19-01, *Review of Allegations of Improper Passport Seizures at Embassy Sana'a, Yemen* (Oct. 2018)…………………………………….D
Decl. of Jay Gairson: *Emami v. Nielsen*, No. 3:18-cv-01587-JD (N.D. Cal. July 26, 2018)……..E
*Almuntasser v. Mayorkas,* 1:21-cv-08908-JMF, Letter filed by the Government showing the Alleged Revocation of USCIS Yemeni Adjudication Policy…..…………………………………F
Supplemental Declaration Of Danielle Fackenthal………………………………………….G

**Dangerous Conditions in Yemen Contributed by Current US Administration**

Congressional Research Service *Yemen: Conflict, Red Sea Attacks, and U.S. Policy*……...............H
OCHA: *Yemen Humanitarian Needs and Response Plan 2025*.....................................................I
U.S Department of State Travel Advisory: Yemen………………………………….…………….J
Center for Preventive Action: *Conflict in Yemen and the Red Sea*………………………………K
Reuters "*Suspected U.S. Airstrike Hits Yemen Migrant Centre, Houthi TV Says 68 Killed*" (April 28, 2025).....................................................................................................L
Associated Press, *Saudi Arabia Bombs Yemen Port City Over Weapons Shipment from UAE for Separatists* (Dec. 30, 2025)…..………………………………………...M
Reuters, *Yemen Separatist Leader Fails to Attend Crisis Talks as Saudi-UAE Rift Deepens* (Jan. 7, 2026)...................................................................................……….N

**Disparaging Comments Made by Decisionmakers about Yemen**

Post from Former Secretary of Homeland Security, Kristi Noem (@Sec_Noem), X (Dec. 1, 2025)...........................................................................................................O
*Donald J. Trump, Remarks at a Campaign Rally in Butler, Pennsylvania* (Oct. 5, 2024).............P
*Donald J. Trump, "Trump bemoans lack of immigrants from majority-white countries to the US"* The Guardian (Apr. 8, 2024)....................................................................................Q
*Donald J. Trump, Remarks at a Campaign Event, Clive, Iowa* (Oct. 16, 2023)............................R
*Donald J. Trump, Remarks to Law Enforcement Officials, Grand Rapids, Michigan* (Apr. 2, 2024)....................................................................S
*Donald J. Trump, Remarks at a Campaign Rally, Robstown, Texas* (Oct. 22, 2022).....................T
*Donald J. Trump, Remarks at a Campaign Rally, Glendale, Arizona* (Aug. 23, 2024).................U
*Donald J. Trump, Republican National Convention Acceptance Speech* (July 18, 2024).............V