# EXHIBIT J

An official website of the United States government   Here's how you know

**Americans in the Middle East:**  For consular information or assistance, call the Department of State's 24/7 Task Force at +1-202-501-4444 (from abroad) and 1-888-407-4747 (from the U.S. and Canada). View more.

**Worldwide Caution:**  Following the launch of U.S. combat operations in Iran, Americans worldwide and especially in the Middle East should follow the guidance in the latest security alerts issued by the nearest U.S. embassy or consulate.



Careers        About        Contacts        Login

Search

U.S. Passports

U.S. Visas

International Travel

Intercountry Adoption

Intercountry Parental Child Abduction

Replace or Certify Documents

Careers

About

Contacts

Login

Home    International Travel    Travel Advisories    Yemen

# Yemen

Review the latest State Department Travel Advisory about Yemen. Do not travel to Yemen for any reason. U.S. citizens are at risk due to terrorism, unrest, crime, health risks, kidnapping and landmines.

Visit ye.usembassy.gov ■

Learn more about U.S. and Yemen relations at State.gov ■

## TRAVEL ADVISORY LEVELS ⓘ

| | | | |
|---|---|---|---|
| 1 | Exercise normal precautions | 2 | Exercise increased caution |
| 3 | Reconsider travel | 4 | Do not travel |

TRAVEL ADVISORY - REPUBLIC OF YEMEN

## Level 4 - Do not travel

🕐 Date issued: December 19, 2025 - advisory history

( UNREST (U) )  ( CRIME (C) )  ( HEALTH (H) )  ( KIDNAPPING OR HOSTAGE TAKING (K) )  ( TERRORISM (T) )  ( OTHER (O) )

**Do not travel** in **Yemen** due to risk of **terrorism, unrest, crime, health risks, kidnapping,** and **landmines.**

## Advisory summary

U.S. citizens should not travel to Yemen for any reason. The U.S. Embassy in Sana'a suspended its operations in February 2015. The U.S. government is unable to provide emergency or routine consular services to U.S. citizens in Yemen.

# Terrorism

The Department of State has re-designated Ansarallah, commonly referred to as the Houthis, as a Foreign Terrorist Organization.

- Other terrorist groups also plan and carry out attacks in Yemen. These include Al-Qa'ida in the Arabian Peninsula (AQAP) and Islamic State affiliates.
- Terrorists may attack with little or no warning and may target:
  - Public sites
  - Places of worship
  - Transportation hubs
  - Markets
  - Government buildings and facilities
- There is risk of terrorist violence, including terrorist attacks and other activity in Yemen. Visit the U.S. Department of State's country reports on terrorism to learn more.
- Review our information on Terrorism and Travel to High-Risk Areas.

## Unrest

A civil war continues in Yemen. Although violence has decreased since the April 2022 truce, Yemen still faces instability. Fighting continues, especially near the front lines in central Yemen.

- Travelers should not rely on significant assistance from local authorities.
- Foreigners are frequently targets of kidnapping and carjacking, especially outside of urban areas.
- Have a plan to leave in an emergency that does not depend on U.S. government help. Review our information on Crisis and Evacuations.
- Military conflict has destroyed basic infrastructure like housing, medical facilities, schools, and utilities. This makes it hard to get electricity, clean water, and medical care. Humanitarian groups face obstacles in delivering food, medicine, and water.

## Crime

- Violent and organized crime is common in Yemen. Local law enforcement may not be able or willing to respond to serious crimes.

## Health

Health services in Yemen are poor. There is a re-emergence of diseases like cholera, polio, and measles. They are spreading in Houthi-controlled areas. Medicine and medical supplies are hard to find. Adequate medical treatment for routine and emergency procedures is often not available.

If you decide to travel to Yemen:

- Make sure you have medical or travel insurance that includes medical evacuation. Review our information on Travel Insurance.
- Check with your doctor about required vaccines and shots for high-risk exposure before you go to Yemen.
- Bring enough supply of over counter and prescription medicines to cover the duration of the trip.

- Visit the <u>CDC's Travel Health</u> page for the latest information for Yemen.

## Kidnapping

U.S. citizens, especially dual U.S.-Yemeni citizens, are at high risk of kidnapping and detention in Yemen.

- Young U.S. citizens may be kidnapped for forced marriage. Family members in the United States or Yemen are often involved in these kidnappings.
- The Houthis control Sana'a. They have detained U.S. citizens, including some with dual citizenship.
- U.S. citizens have faced difficulty and delays when trying to leave Yemen.
- Review our information on <u>U.S. Citizens Missing Abroad</u> and for <u>Victims of Crime</u>.

## Landmines

- Landmines and unexploded ordnance exist throughout Yemen. The locations of landmines and unexploded ordnance are often not marked or easy to recognize.

## Tourism safety

Do not travel to Socotra or any part of Yemen. Some companies outside Yemen have misrepresented the safety of the Yemeni island of Socotra.

- They offer tourist trips with unofficial and invalid "visas."
- These companies put tourists in danger and legal jeopardy.
- Only the Republic of Yemen government can issue valid Yemeni visas.
- The U.S. government cannot assist U.S. citizens in Socotra.

## Aviation safety

Limited commercial flights are available from Aden and Sana'a to other airports in the region. Check with airlines and travel companies for the latest flight information.

Due to risks to civil aviation operating within or in the vicinity of Yemen, the Federal Aviation Administration (FAA) has issued a Notice to Airmen (NOTAM) and a Special Federal Aviation Regulation (SFAR).

- For more information, U.S. citizens should consult the <u>Federal Aviation Administration's Prohibitions, Restrictions, and Notices</u>.

## Maritime travel

Due to risks to commercial shipping operating within or in the vicinity of Yemen territorial waters, the Department of Transportation's Maritime Administration (MARAD) has issued a Maritime Advisory. For more information, U.S. citizens should consult the <u>Maritime Administration's Maritime Security Communications with Industry (MSCI)</u>.

The U.S. Coast Guard determined Yemeni ports do not have effective anti-terrorism measures. Vessels that arrive in U.S. ports from Yemeni ports must meet additional U.S. Coast Guard conditions of entry as described in the current Port Security Advisory, <u>International Port Security Program - Port Security Advisory</u>.

- Mariners and passengers traveling through the ports of Yemen should exercise caution.

## If, despite this Travel Advisory, you decide to travel to Yemen:

- Visit our website for Travel to High-Risk Areas.
- Bring enough supply of over-the-counter and prescription medicines.
- Have evacuation plans that do not rely on U.S. government assistance.
- Draft a will and designate appropriate insurance beneficiaries or power of attorney.
- Make a plan with loved ones regarding care/custody of children, pets, property, belongings, non-liquid assets (collections, artwork, etc.), funeral wishes, etc.
- Share important documents, login information, and points of contact with loved ones. This is so that they can manage your affairs if you are unable to return as planned to the United States. Review our International Travel Checklist to prepare for your trip.
- Stay aware of your surroundings.
- Consider hiring a professional security organization.
- Monitor local media for breaking news. Be prepared to adjust your plans.
- Keep travel documents up to date and easily accessible.
- Review local laws and conditions before traveling.
- Before you travel, delete any sensitive photos, comments, or content that might be seen as controversial or inappropriate in your destination. Do this for your social media accounts, cameras, laptops, phones, and other accounts and devices.
- Check with your doctor about required vaccines and shots for high-risk exposure before you go to Yemen. Review the Health section in the Travel Guidance for Yemen.
- Develop a communication plan with family, or your employer or host organization (if you are traveling on business). This is so that they can monitor your safety and location as you travel through high-risk areas. Specify how you'll confirm you're safe (texts, calls, etc.), how often, and who you'll contact first to share the information.
- Appoint one family member to serve as the point of contact if you are taken hostage or detained. Set up a proof-of-life protocol. If you become a hostage, that person will know what questions to ask and answers to expect. This will help them be sure that you are alive (and to rule out a hoax).
- Leave DNA samples with your medical provider in case it is necessary for your family to access them.
- Enroll in the Smart Traveler Enrollment Program (STEP)   to get important updates and alerts from the U.S. embassy or consulate. Enrolling helps the U.S. embassy or consulate contact you or your emergency contact in an emergency.
- Review the Country Security Report for Yemen.
- Review the CDC Travel Health   page, for the latest information for Yemen.
- Review the Travel Checklist to prepare a plan for emergency situations.
- We highly recommend that you buy insurance before you travel. Check with your travel insurance provider about evacuation assistance, medical insurance, and trip cancellation coverage.

# About Yemen

Yemen is located in Asia, in the Northern Hemisphere. It has maritime borders with the Arabian Sea, the Gulf of Aden, and the Red Sea. It also shares land borders with Oman and Saudi Arabia.

Yemen is almost 4 times the size of Alabama. The time zone is Arabia Standard Time (AST). It does not observe daylight saving time. Yemen is 8 hours ahead of Washington, D.C. during Eastern Standard Time (EST).

## Travel requirements

### Tourist visa requirements

- A visa must be obtained at Yemeni embassies and consulates abroad.

### Vaccinations

- No vaccinations are required.

### Valid passport requirements

- Your passport must be valid at the time of entry.
- Your passport must have 6 months validity beyond your arrival date.
- You need 1 blank page available per stamp.

### Currency on entry and exit

- **Entry maximum**: No known restrictions.
- **Exit minimum**: No known restrictions.

# Tips from the U.S. embassy

- Do not travel to Yemen. There is a serious risk of terrorism, unrest, crime, health risks, kidnapping, and landmines.
- There is no U.S. embassy or consulate in Yemen. The U.S. government cannot provide emergency or routine services to U.S. citizens in Yemen.
- U.S. citizens in Yemen seeking help should contact <u>YemenEmergencyUSC@state.gov</u>.
  - From the U.S. and Canada <u>dial 1-888-407-4747</u>
  - From outside the United States and Canada <u>dial 1-202-501-4444</u>

## Help for U.S. citizens

 **Website:** https://ye.usembassy.gov/

Save contact to device

---

🔔  **EMBASSY UPDATE**                                    <u>Previous messages</u>

**January 6, 2026**

---

Security Alert: Limited Resumption of Commercial Flights on Socotra Island, Yemen – U.S. Mission to Yemen – January 6, 2026

**Review full alert**

---

**Get embassy updates right to your inbox**



Review how STEP works

# Travel guidance for Yemen

Explore our travel guidance topics to prepare for your trip abroad.

**Select a topic**

Entry, exit, and visa requirements

Safety and security

Local laws and customs

Health

Transportation

Weather and natural disasters

U.S. citizens living abroad

Embassies and consulates

## Entry, exit, and visa requirements

### Helpful Resources

There is a high security threat level in Yemen due to terrorism, unrest, crime, health risks, kidnapping, and landmines. Avoid travel to Yemen. Any U.S. citizens currently in Yemen should leave immediately.

- <u>Embassy of Yemen</u>     in the United States.
- Review our information on <u>Dual Nationality</u>.
- Do not travel to Yemen

### Visas

All visitors to Yemen are required to get a visa before traveling to Yemen.

- U.S. citizens typically are issued visas that are valid for 30 days.
- The Embassy of Yemen in Washington, D.C., is not issuing tourist visas. ·
- For the most current and complete visa information, visit the <u>Embassy of Yemen</u>     or call the Embassy of Yemen in Washington, D.C., by <u>dialing 202-965-4760 ext. 2</u>.

### Traveling with children

U.S. citizen women married to Yemeni or Yemeni-American men may have trouble leaving Yemen with their children.

- In many cases, women must get permission from their husbands to get an exit visa. In addition, they may need the father's permission to take their children out of Yemen. This rule applies no matter who has legal custody.

- U.S. divorce decrees may not be recognized in Yemen, especially if the marriage took place in Yemen. Sometimes, U.S. citizen women who married in Yemen, and later divorced in the United States, are stopped from leaving Yemen by their ex-husbands.
- U.S. citizens traveling to Yemen must follow Yemeni laws and customs. You are under the authority of Yemeni courts. This holds true for all legal matters, including child custody and travel restrictions.
- The U.S. Department of State can't help with custody issues. Parents need to go through local courts.
- Always bring a copy of each child's birth certificate or other evidence of your legal relationship to each child.
- If you have concerns that your child may be abducted abroad by their other parent or guardian, review our information on how to prevent an international parental child abduction. You can also review our information on Parental Child Abduction in Yemen.
- Some crimes are prosecutable in the United States, regardless of local law. For examples, see our website on crimes against minors abroad and the Department of Justice website.
- Review our information on Traveling with Minors.

## HIV and AIDS restrictions

Yemen has imposed HIV and AIDS travel restrictions on anyone with a known HIV infection.

- To obtain an entry visa to Yemen you need a medical certificate issued by an authorized official body confirming you are free from infectious diseases.
- Please verify this information with the Embassy of Yemen .

## Currency

- The Yemeni Rial is the official currency of Yemen.

## Learn about another destination

Select your destination:

## Get embassy updates right to your inbox



Review how STEP works

Last Updated: February 05, 2026
Owned by Overseas Citizens Services

Was this page helpful?    Yes    No

Report a website issue or suggest a change to this page

**Return to top**

### Travel.State.Gov Services

U.S. Passports

U.S. Visas

International Travel

Intercountry Adoption

International Parental Child Abduction

Replace or Certify Documents

### Information

About

Careers

Newsroom

Travel Advisories

Find U.S. Embassies and Consulates

### Legal Resources

Legal Information

Info for U.S. Law Enforcement

Reports and Statistics

### Login

The State Department provides external links solely for our readers' information and convenience. Disclaimer Details

## Follow Us

    

 Travel.State.Gov
An official website of the Department of State - Bureau of Consular Affairs

About Department of State

Accessibility Support

Copyright and Disclaimer

FOIA Requests

No FEAR Act Data

Office of the Inspector General

Performance reports

Privacy Policy

Looking for U.S. government information and services?    USA.gov        USA.gov/espanol        GSA.gov

# EXHIBIT K

# Conflict in Yemen and the Red Sea

*By the* Center for Preventive Action

*Updated February 28, 2026*



## Latest News





*Houthi military spokesman Yahya Sarea delivers a statement announcing the targeting of three U.S. destroyers in the Red Sea during a rally to show support to Palestinians in the Gaza Strip and Lebanon's Hezbollah, in Sanaa, Yemen, on September 27, 2024. Khaled Abdullah/Reuters*

*People walk down a ladder after they tour seized by Yemen's Houthis last month, off t 5, 2023. Khaled Abdullah/Reuters*

Fighting between Houthi rebels and the Saudi coalition that backs Yemen's internationally recognized government has largely subsided, but Houthis have repeatedly attacked ships transiting the Red Sea in response to Israel's war on Hamas. Dialogue between the Houthis and Saudi Arabia, along with Iranian-Saudi normalization, has provided hope for a negotiated solution. However, talks have yielded little progress and have been punctuated by violence. The Southern Transitional Council (STC) has also renewed calls for an independent southern Yemeni state, complicating peace prospects, and al-Qaeda in the Arabian Peninsula (AQAP) attacks have surged. Meanwhile, the humanitarian crisis has not improved; 21.6 million people need aid, including 11 million children, and more than 4.5 million are displaced.

## Background

Yemen's civil war began in 2014 when Houthi insurgents—Shiite rebels with links to Iran and a history of rising up against the Sunni government—took control of Yemen's capital and largest city, Sanaa, demanding lower fuel prices and a new government. Following failed negotiations, the rebels seized the presidential palace in January 2015, leading President Abd Rabbu Mansour Hadi and his government to resign. Beginning in March 2015, a coalition of Gulf states led by Saudi Arabia launched a campaign of economic isolation and air strikes against the Houthi insurgents, with U.S. logistical and intelligence support.

In February 2015, after escaping from Sanaa, Hadi rescinded his resignation, complicating the UN-supported transitional council formed to govern from the southern port city of Aden. However, a Houthi advance forced Hadi to flee Aden for exile in Saudi Arabia. While he attempted to return to Aden later that year, he ultimately ruled as president in exile.

The intervention of regional powers in Yemen's conflict, including Iran and Gulf states led by Saudi Arabia, also drew the country into a regional proxy struggle along the broader Sunni-Shia divide. In June 2015, Saudi Arabia implemented a naval blockade to prevent Iran from supplying the Houthis. In response, Iran dispatched a naval convoy, raising the risk of military escalation between the

two countries. The militarization of Yemen's waters also drew the attention of the U.S. Navy, which has continued to seize Yemen-bound Iranian weapons. The blockade has been at the center of the humanitarian crisis throughout the conflict. Saudi Arabia and the United Arab Emirates have also led an unrelenting air campaign, with their coalition carrying out over twenty-five thousand air strikes. These strikes have caused over nineteen thousand civilian casualties, and from 2021 to 2022 the Houthis responded with a spate of drone attacks on Saudi Arabia and the UAE.

On the battleground, the Houthis made fast progress at the start of the war, moving eastward to Marib and pushing south to Aden in early 2015. However, a Saudi intervention pushed the Houthis back north and west until the frontlines stabilized. A UN effort to broker peace talks between allied Houthi rebels and the internationally recognized Yemeni government stalled in the summer of 2016. In the south and east of the country, a growing al-Qaeda in the Arabian Peninsula (AQAP) threatened the government's control, though its influence has since waned.

In July 2016, the Houthis and the government of former President Saleh, ousted in 2011 after nearly thirty years in power, announced the formation of a political council to govern Sana'a and much of northern Yemen. However, in December 2017, Saleh broke with the Houthis and called for his followers to take up arms against them. Saleh was killed and his forces were defeated within two days. Meanwhile, Hadi and the internationally recognized governments faced their own challenge: the Southern Transitional Council (STC). Established in 2017, the STC grew out of the southern separatist movement that predates the civil war and controls areas in the southwest around and including Aden. A 2019 Saudi-brokered deal incorporated the STC into the internationally-recognized governments, but the faction could still present challenges.

In 2018, coalition forces made an offensive push on the coast northward to the strategic city of Hodeidah, the main seaport for northern Yemen. The fighting ended in a ceasefire and commitments to withdraw troops from the city; the ceasefire largely held, but fighting continued elsewhere. Taiz, Yemen's third

largest city, also remained a key point of contention, having been blockaded by the Houthis since 2015. In 2020, the UAE officially withdrew from Yemen, but it maintains extensive influence in the country.

In February 2021, Houthi rebels launched an offensive to seize Marib, the last stronghold of Yemen's internationally recognized government, and in early March, Houthi rebels conducted missile air strikes in Saudi Arabia, including targeting oil tankers and facilities and international airports. The Saudi-led coalition responded to the increase in attacks with air strikes targeting Sanaa. The offensive was the deadliest clash since 2018, killing hundreds of fighters and complicating peace processes.

Meanwhile, the conflict has taken a heavy toll on Yemeni civilians, making Yemen the world's worst humanitarian crisis. The UN estimates that 60 percent of the estimated 377,000 deaths in Yemen between 2015 and the beginning of 2022 were the result of indirect causes like food insecurity and lack of accessible health services. Two-thirds of the population, or 21.6 million Yemenis, remain in dire need of assistance. Five million are at risk of famine, and a cholera outbreak has affected over one million people. All sides of the conflict are reported to have violated human rights and international humanitarian law.

An economic crisis continues to compound the ongoing humanitarian crisis. In late 2019, the conflict led to the splintering of the economy into two broad economic zones under territories controlled by the Houthis and the Saudi-backed government. In the fall of 2021, the sharp depreciation of Yemen's currency, particularly in government-controlled areas, significantly reduced people's purchasing power and pushed many basic necessities even further out of reach, leading to widespread protests across cities in southern Yemen. Security forces forcefully responded to the protests.

Separate from the ongoing civil war, the United States is suspected of conducting counterterrorism operations in Yemen, relying mainly on air strikes to target al-Qaeda in the Arabian Peninsula (AQAP) and militants associated with the self-proclaimed Islamic State. The United States is deeply invested in combating terrorism and violent extremism in Yemen, having collaborated with

the Yemeni government on counterterrorism since the bombing of the USS Cole in 2000. Since 2002, the United States has carried out nearly four hundred strikes in Yemen. In April 2016, the United States deployed a small team of forces to advise and assist Saudi-led troops to retake territory from AQAP. In January 2017, a U.S. Special Operations Forces raid in central Yemen killed one U.S. service member, several suspected AQAP-affiliated fighters, and an unknown number of Yemeni civilians. Breaking from previous U.S. policy, President Joe Biden announced an end to U.S. support for Saudi-led offensive operations in Yemen in February 2021 and revoked its designation of the Houthis as a terrorist organization. In January 2024, the Houthis were redesignated as a terrorist organization due to their recent attacks on ships in the Red Sea and Gulf of Aden.

In April 2022, Yemen's internationally recognized but unpopular president, Abd Rabbu Mansour Hadi, resigned after ten years in power to make way for a new seven-member presidential council more representative of Yemen's political factions. Rashad al-Alimi, a Hadi advisor with close ties to Saudi Arabia and powerful Yemeni politicians, chairs the new council.

## Recent Developments

Though a six-month UN-brokered cease-fire officially lapsed in October 2022, both sides have since refrained from major escalatory actions and hostility levels remain low. Peace talks between Saudi and Houthi officials, mediated by Oman, resumed in April 2023, accompanying ongoing UN mediation efforts. However, concrete progress remains elusive, and the first official Houthi visit to the Saudi capital since the war began, on September 14, yielded nothing beyond optimistic statements. The discussions were reportedly centered around a complete reopening of Houthi-controlled ports and Sanaa airport, reconstruction efforts, and a timeline for foreign forces to withdraw from Yemen. Negotiations have also been overshadowed by the suspension of the only commercial air route out of Sanaa and a late September Houthi drone strike that killed four Bahraini members of the Saudi-led coalition.

Talks between Iran and Saudi Arabia in April 2023, mediated by China, have
raised hopes of a political settlement to end the conflict in Yemen. The talks led
to a breakthrough agreement to re-establish diplomatic relations and re-open
both sides' embassies after years of tension and hostility. Iran's UN mission said
that the agreement could accelerate efforts to renew the lapsed cease-fire.

While hostility between the two warring sides remains low, AQAP's political
violence surged in May and June, reaching the highest monthly level since
November 2022. Most of the violence has been centered around Yemen's Abyan
and Shawba governates, where AQAP has used drones and IEDs to target forces
affiliated with the STC. In August 2023, AQAP launched an explosion that killed
a military commander and three soldiers from the Security Belt Forces, an
armed group loyal to the STC. Earlier that month, AQAP fighters killed five
troops from another force affiliated with the separatist council. The recent use
of drones by AQAP in Yemen's south is likely an attempt to reassert its influence
in the area despite its waning influence, and some speculate that this sudden
and sustained use of drones signals external support. Additionally, AQAP has
continued its anti-separatist efforts, with another attack in early October
targeting and wounding five STC-backed fighters.

Three days following the October 7 attack on Israel, Yemen's Houthi leader
Abdel-Malek al-Houthi warned that if the United States intervenes in the
Hamas-Israel War directly, the group will respond by taking military action. In
mid-October, U.S. officials announced that the USS Carney downed several
Houthi cruise missiles and drones fired toward Israel. The Houthis continued to
launch several rounds of missiles and drones until it officially announced entry
into the war to support Palestinians in the Gaza Strip on October 31. Houthi
attacks of the same nature continued into November. On November 19, the
Houthis hijacked a commercial ship in the Red Sea and have since attacked at
least thirty-three others with drones, missiles, and speed boats as of late January
2024. As a result, major shipping companies have stopped using the Red Sea—
through which almost 15 percent of global seaborne trade passes—and have
rerouted to take longer and costlier journeys around Southern Africa instead.
The situation has resulted in heightened shipping and insurance costs, stoking

fears of a renewed cost-of-living crisis. In response to the consistent Houthi attacks in the Red Sea, the United States and United Kingdom carried out coordinated air strikes on Houthi targets in Yemen on January 11 and January 22. It is unclear whether the attacks will cease in the near future, with the Houthis vowing to persist in their military operations until a ceasefire is agreed to in the Gaza Strip and aid is allowed into the enclave.

## More on Conflict in Yemen and the Red Sea

### The Siege of the Red Sea
*CFR Article*

*March 21, 2025*

### Saudi Arabia's Other Yemen War
*Foreign Affairs*

*November 3, 2021*

### Fighting Recedes, But Peace in Yemen Remains Distant
*Al Jazeera*

*July 7, 2023*

### The Red Sea Crisis, Explained
*Foreign Policy*

*December 21, 2023*

### Yemen's Tragedy: War, Stalemate, and Suffering
*CFR Backgrounder*

*April 8, 2022*

### War in Yemen: Implications for Regional and U.S. Security
*Wilson Center*

*February 15, 2022*

### Yemen: Ending the War, Building a Sustainable Peace
*Middle East Institute*

*March 24, 2022*

### What's Causing a Humanitarian Crisis in Yemen?
*CFR Backgrounder*

*June 11, 2021*

### Political Settlement in Yemen: Challenges and Prospects
*Washington Institute for Near East Policy*

*May 23, 2023*

### Catching Up on the Back-channel Peace Talks in Yemen
*International Crisis Group*

*October 10, 2023*

## Nearby Conflicts



**Conflict With Al-Shabaab in Somalia**



**Conflict in Ethiopia**



**Civil War in Sudan**

## Sign Up for Our Newsletter

Receive the Center for Preventive Action's quarterly snapshot of global hot spots with expert analysis on ways to prevent and mitigate deadly conflict.

**Sign Up**

COUNCIL *on* FOREIGN RELATIONS

About

Contact

For Media

Membership

Member Programs

Support

Newsletters

Careers

©2025 Council on Foreign Relations. All rights reserved. **Privacy Policy** and **Terms of Use**.

    

# EXHIBIT L

Learn more about  **LSEG**

 Reuters                                           Subscribe

# Suspected US airstrike hits Yemen migrant centre, Houthi TV says 68 killed

By **Mohammed Ghobari** and **Nayera Abdallah**

April 28, 2025 4:04 AM PDT · Updated April 28, 2025

  

**Summary**   Companies

US strikes on Yemen intensified this year

Yemen is major migration route to Saudi Arabia

Renewed fighting, warfare, imperil migrants

## Notice of Your Privacy Choices

We, together with our service providers, advertising partners, and IAB partners, use cookies and other tracking technologies to:

- provide and secure our services
- remember your preferences and improve your online experience
- measure and analyze our traffic
- support personalized ads and content, ad and content measurement, audience research, and services development.

By continuing to use our services, you acknowledge this use of cookies and other tracking technologies, which may include storing and accessing information on your device and processing your browsing data.

You can opt out of any Sharing or Sale of your personal information, as well as any Profiling or Targeted Advertising, and manage the above activities for this website at any time by clicking the **Manage Cookies & Your Privacy Choices** link here or the equivalent link in our footer. For more information, please see our **Cookie Statement**  **Privacy statement**

Close

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 24 of 164

"We take those claims very seriously. We are currently conducting our battle-damage assessment and inquiry into those claims," the U.S. official said.

The U.S. military has said it will not give detailed information about targets of its airstrikes for reasons of operational security.

Houthi-run Al Masirah television showed images of the aftermath of the strike in Saada, on a route used by African migrants to cross impoverished, conflict-riven Yemen to reach Saudi Arabia.

The footage showed bodies covered in dust amid blood-stained rubble. Rescue workers carried a man who was moving slightly on a stretcher. A survivor could be heard calling "My mother" in Amharic, the main language of Ethiopia.

Other survivors interviewed by Yemeni television in hospital described being awakened by the dawn blast. "I was thrown into the air and fell to the ground," one said.

The American administration had committed a "brutal crime" by bombing the Saada detention centre which held more than 100 undocumented African migrants, Houthi spokesperson Mohammed Abdulsalam said on X.

The group vowed to continue its attacks on Red Sea shipping in a statement from its military spokesman Yahya Saree.

Reuters was able to verify the location and timing of the aftermath video through visible landmarks, such as a warehouse-like building with a shredded corrugated roof. Satellite images of the same location the previous day had shown the roof intact.

The location matched that of a migrant centre that had also been hit in a previous Saudi-led airstrike in 2022.

"It is unthinkable that while people are detained and have nowhere to escape, they can also be caught in the line of fire," Christine Cipolla, the head of the International Committee of the Red Cross' delegation in Yemen, said.



## Notice of Your Privacy Choices

We, together with our service providers, advertising partners, and IAB partners, use cookies and other tracking technologies to:

- provide and secure our services
- remember your preferences and improve your online experience
- measure and analyze our traffic
- support personalized ads and content, ad and content measurement, audience research, and services development.

By continuing to use our services, you acknowledge this use of cookies and other tracking technologies, which may include storing and accessing information on your device and processing your browsing data.

You can opt out of any Sharing or Sale of your personal information, as well as any Profiling or Targeted Advertising, and manage the above activities for this website at any time by clicking the **Manage Cookies & Your Privacy Choices** link here or the equivalent link in our footer. For more information, please see our **Cookie Statement**  **Privacy statement**

Close

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 25 of 164

A U.S. official, speaking on the condition of anonymity, said that initial reports were that the Truman made a hard turn because of a Houthi attack in the vicinity, but it was unclear if that had caused the F-18 to fall overboard. The Houthis have regularly attacked U.S. warships in the area, but none have been successful.

The Houthis said in an earlier statement on Monday that they targeted the aircraft carrier and its associated warships in response to what the group described as the U.S. massacres against civilians.

Rights advocates have raised concerns about civilian killings. Three Democratic senators wrote to Pentagon chief Pete Hegseth on Thursday demanding an accounting for loss of civilian lives.

"Strikes pose a growing risk to the civilian population in Yemen," U.N. spokesperson Stephane Dujarric said on Monday. "We continue to call on all parties to uphold their obligations under international humanitarian law, including the protection of civilians."

**DANGEROUS ROUTE**

A civil war in Yemen has raged for a decade between the Houthis and a government that controls the south, backed by Arab states, although fighting had eased for the past two years following a truce between the Houthis and Saudi Arabia.

Hundreds of thousands of people seeking to escape poverty travel each year through the Horn of Africa and across the Red Sea to journey by foot through Yemen to the Saudi border, aid agency officials say.

More than 500 people drowned crossing the Red Sea last year as they tried to reach Yemen, according to the International Organization for Migration, a United Nations agency.

The Yemeni-Saudi border, which stretches west to east across a humid coastal plain, rugged scrub-covered mountains and high desert dunes, was an active frontline in the war for years and remained dangerous even after the truce paused major fighting.

Human Rights Watch reported in 2023 that Saudi border guards had used explosive weapons and gunfire to kill hundreds of Ethiopian migrants, including women and children, trying to cross the border. A Saudi official rejected that report.

Saudi Arabia, the world's biggest oil exporter, has tried for years to reduce the number of undocumented migrants entering and working there, often in low-paid jobs. U.N. studies have shown it is home to an estimated 750,000 Ethiopians.

Reporting by Nayera Abdallah and Tala Ramadan in Dubai, Mohammed Ghobari in Aden, Idrees Ali and Phil Stewart in Washington, Andrew Mills in Doha, Tiffany Le in Beijing and Dawit Endeshaw in Addis Ababa; Writing by Angus McDowall; Editing by Peter Graff, Andrew Heavens, Mark Potter, Matthew Lewis and Sonali Paul

Our Standards: **The Thomson Reuters Trust Principles.** ⌐

Suggested Topics:

Middle East    Worker Rights

Purchase Licensing Rights

## Read Next

Asia Pacific
**US, Iran talks conclude in Doha, focused on Strait of Hormuz**
33 mins ago

## Notice of Your Privacy Choices

We, together with our service providers, advertising partners, and IAB partners, use cookies and other tracking technologies to:
- provide and secure our services
- remember your preferences and improve your online experience
- measure and analyze our traffic
- support personalized ads and content, ad and content measurement, audience research, and services development.

By continuing to use our services, you acknowledge this use of cookies and other tracking technologies, which may include storing and accessing information on your device and processing your browsing data.

You can opt out of any Sharing or Sale of your personal information, as well as any Profiling or Targeted Advertising, and manage the above activities for this website at any time by clicking the **Manage Cookies & Your Privacy Choices** link here or the equivalent link in our footer. For more information, please see our  **Cookie Statement**   **Privacy statement**

Close

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 26 of 164

**Oil falls for a third straight day**

34 mins ago

World ›

# Chinese and US risks mean EU chip sector faces a 'bleak future,' report says

China · July 1, 2026 · 9:03 PM PDT · 19 mins ago

Chinese export controls, dependence on the U.S. for technology and the structural weakness of

**Notice of Your Privacy Choices**

We, together with our service providers, advertising partners, and IAB partners, use cookies and other tracking technologies to:

- provide and secure our services
- remember your preferences and improve your online experience
- measure and analyze our traffic
- support personalized ads and content, ad and content measurement, audience research, and services development.

By continuing to use our services, you acknowledge this use of cookies and other tracking technologies, which may include storing and accessing information on your device and processing your browsing data.

You can opt out of any Sharing or Sale of your personal information, as well as any Profiling or Targeted Advertising, and manage the above activities for this website at any time by clicking the **Manage Cookies & Your Privacy Choices** link here or the equivalent link in our footer. For more information, please see our **Cookie Statement**   **Privacy statement**

Close

7/1/26, 9:23 PM
Case 1:26-cv-02103-DEH   Document 49-4   Filed 07/02/26   Page 27 of 164
Suspected US airstrike hits Yemen migrant detule, Houth TV says 68 killed | Reuters

Asia Pacific

**Japan shifts to ambush intervention tactics against yen short sellers**

46 mins ago

World

**Faces of elimination: World Cup fans in their moment of loss**

55 mins ago

China

**Taiwan needs a 'hornet's nest' of drones to deter conflict, US diplomat says**

1 hour ago

Latest

**Home**

**Authors**

**Topic Sitemap**

**Archive**

**Article Sitemap**

Media

📹 **Videos**

📷 **Pictures**

🖼 **Graphics**

🎧 **Podcasts**

About Reuters

**About Reuters** ⬀

**Media Center** ⬀

**Advertise with Us** ⬀

**Careers** ⬀

**Reuters News Agency** ⬀

**Brand Attribution Guidelines** ⬀

Browse

**World**

**Business**

**Markets**

**Sustainability**

**Legal**

**Breakingviews**

**Technology**

**Investigations**

**Sports**

**Science**

**Lifestyle**

## Notice of Your Privacy Choices

We, together with our service providers, advertising partners, and IAB partners, use cookies and other tracking technologies to:

- provide and secure our services
- remember your preferences and improve your online experience
- measure and analyze our traffic
- support personalized ads and content, ad and content measurement, audience research, and services development.

By continuing to use our services, you acknowledge this use of cookies and other tracking technologies, which may include storing and accessing information on your device and processing your browsing data.

You can opt out of any Sharing or Sale of your personal information, as well as any Profiling or Targeted Advertising, and manage the above activities for this website at any time by clicking the **Manage Cookies & Your Privacy Choices** link here or the equivalent link in our footer. For more information, please see our  **Cookie Statement**   **Privacy statement**

Close

7/1/26, 9:23 PM
Case 1:26-cv-02103-DEH   Document 49-4   Filed 07/02/26   Page 28 of 164
Suspected US airstrike hits Yemen migrant centre, Houthi TV says 68 killed | Reuters

Subscribe

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us



LSEG Products

**Workspace** ↗

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue** ↗

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check** ↗

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us** ↗    **Advertising Guidelines**    **Purchase Licensing Rights** ↗

All quotes delayed a minimum of 15 minutes. See here for a list of exchanges and delays.

**Cookies** ↗    **Terms & Conditions**    **Privacy** ↗    **Copyright** ↗    **Digital Accessibility** ↗    **Corrections**    **Data Disclosure and Sources** ↗    **Site Feedback** ↗

© 2026 Reuters. All rights reserved

## Notice of Your Privacy Choices

We, together with our service providers, advertising partners, and IAB partners, use cookies and other tracking technologies to:

- provide and secure our services
- remember your preferences and improve your online experience
- measure and analyze our traffic
- support personalized ads and content, ad and content measurement, audience research, and services development.

By continuing to use our services, you acknowledge this use of cookies and other tracking technologies, which may include storing and accessing information on your device and processing your browsing data.

You can opt out of any Sharing or Sale of your personal information, as well as any Profiling or Targeted Advertising, and manage the above activities for this website at any time by clicking the **Manage Cookies & Your Privacy Choices** link here or the equivalent link in our footer. For more information, please see our  **Cookie Statement**   **Privacy statement**

Close

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 31 of 164

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 32 of 164

# EXHIBIT M

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 34 of 164

WORLD NEWS

# Saudi Arabia bombs Yemen port city over weapons shipment from UAE for separatists



Unloading the ship of weapons and combat vehicles

ALEKHBARIYA.NE          BARIYA TV          30 ديسمبر 2025

1 of 3 | Saudi Arabia says it bombed Yemen's port city of Mukalla over a shipment of weapons for a separatist force there that arrived from the United Arab Emirates.

Read More

BY  JON GAMBRELL

Updated 5:39 PM PDT, December 30, 2025

Leer en español

DUBAI, United Arab Emirates (AP) — Saudi Arabia bombed Yemen's port city of Mukalla on Tuesday after a weapons shipment from the United Arab Emirates arrived for separatist forces in the war-torn country, and warned that it viewed Emirati actions as "extremely dangerous."

The bombing followed tensions over the advance of Emirates-backed separatist forces known as the Southern Transitional Council. The council and its allies issued a statement supporting the UAE's presence, even as others allied with Saudi Arabia demanded that Emirati forces withdraw from Yemen in 24 hours' time.

The UAE called for "restraint and wisdom" and disputed Riyadh's allegations. But shortly after that, it said it would withdraw its remaining troops in Yemen. It remained unclear whether the separatists it backs will give up the territory they recently took.

The confrontation threatened to open a new front in Yemen's decade-long war, with forces allied against the Iranian-backed Houthi rebels possibly turning their sights on each other in the Arab world's poorest nation.

It also further strained ties between Saudi Arabia and the UAE, neighbors on the Arabian Peninsula that increasingly have competed over economic issues and regional politics, particularly in the Red Sea area. Tuesday's airstrikes and ultimatum appeared to be their most serious confrontation in decades.

"I expect a calibrated escalation from both sides. The UAE-backed Southern Transitional Council is likely to respond by consolidating control," said Mohammed al-Basha, a Yemen expert and founder of the Basha Report, a risk advisory firm.

"At the same time, the flow of weapons from the UAE to the STC is set to be curtailed following the port attack, particularly as Saudi Arabia controls the airspace."

## Airstrike hits Mukalla

A military statement carried by the state-run Saudi Press Agency announced the strikes on Mukalla, which it said came after ships arrived there from Fujairah in the UAE.

"The ships' crew had disabled tracking devices aboard the vessels, and unloaded a large amount of weapons and combat vehicles in support of the Southern Transitional Council's forces," the statement said.

"Considering that the aforementioned weapons constitute an imminent threat, and an escalation that threatens peace and stability, the Coalition Air Force has conducted this

morning a limited airstrike that targeted weapons and military vehicles unloaded from the two vessels in Mukalla," it added.

It wasn't clear if there were any casualties.



**Sign up for Morning Wire:** Our flagship newsletter breaks down the biggest headlines of the day.

| Email address | Sign up |

☐ By checking this box, you agree to AP's Terms of Use and acknowledge that AP may collect and use your data pursuant to our Privacy Policy.

The Emirati Foreign Ministry hours later denied it shipped weapons but acknowledged it sent the vehicles "for use by the UAE forces operating in Yemen." It also claimed Saudi Arabia knew about the shipment ahead of time.

The ministry called for "the highest levels of coordination, restraint and wisdom, taking into account the existing security challenges and threats."

The Emirati Defense Ministry later said it would withdraw its remaining troops from Yemen over "recent developments and their potential repercussions on the safety and effectiveness of counter-terrorism operations." It gave no timeline for the withdrawal. The UAE broadly withdrew its forces from Yemen years earlier.

Yemen's anti-Houthi forces not aligned with the separatists declared a state of emergency Tuesday and ended their cooperation with the UAE. They issued a 72-hour ban on border crossings in territory they hold, as well as entries to airports and seaports, except those allowed by Saudi Arabia. It remained unclear whether that coalition, governed under the umbrella of Yemen's Presidential Leadership Council, would remain intact.

The Southern Transitional Council's AIC satellite news channel aired footage of the strike's aftermath but avoided showing damage to the armored vehicles.

"This unjustified escalation against ports and civilian infrastructure will only strengthen popular demands for decisive action and the declaration of a South Arabian state," the channel said.

The attack likely targeted a ship identified as the Greenland, a vessel flagged out of St. Kitts. Tracking data analyzed by the AP showed the vessel had been in Fujairah on Dec. 22 and arrived in Mukalla on Sunday. The second vessel could not be immediately identified.

Jens Laerke, a spokesperson for the U.N. humanitarian office, urged combatants to protect civilians and civilian infrastructure, like the port, saying any disruption to its operations "risks affecting the already dire humanitarian situation and humanitarian supply chains."

## Strike comes as separatists advance

Mukalla is in Yemen's Hadramout governorate, which the council seized in recent days. The port city is some 480 kilometers (300 miles) northeast of Aden, which has been the seat of power for anti-Houthi forces after the rebels seized the capital, Sanaa, in 2014.

Yemen, on the southern edge of the Arabian Peninsula off East Africa, borders the Red Sea and the Gulf of Aden. The war there has killed more than 150,000 people, including fighters and civilians, and created one of the world's worst humanitarian disasters.

The Houthis, meanwhile, have launched attacks on hundreds of ships in the Red Sea corridor over the Israel-Hamas war in the Gaza Strip, disrupting regional shipping. The U.S., which earlier praised Saudi-Emirati efforts to end the crisis over the separatists, has launched airstrikes against the rebels under both Presidents Joe Biden and Donald Trump.

U.S. Secretary of State Marco Rubio called his Emirati and Saudi counterparts over the crisis.

Tuesday's strike in Mukalla comes after Saudi Arabia targeted the council in airstrikes Friday that analysts described as a warning for the separatists to halt their advance and leave the governorates of Hadramout and Mahra.

The council had pushed out forces there affiliated with the Saudi-backed National Shield Forces, another group in the anti-Houthi coalition.

Those aligned with the council have increasingly flown the flag of South Yemen, which was a separate country from 1967-1990. Demonstrators have been rallying to support political forces calling for South Yemen to secede again.

A statement Tuesday from Saudi Arabia's Foreign Ministry directly linked the council's advance to the Emiratis for the first time.

7/1/26, 9:25 PM
Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 38 of 164
Saudi Arabia bombs Yemeni port city over weapons shipment from UAE for separatists | AP News

The kingdom notes that the steps taken by the sisterly United Arab Emirates are extremely dangerous," it said.

Allies of the council later issued a statement in which they showed no sign of backing down.

———

Associated Press writer Jamey Keaten in Geneva contributed to this report.



**JON GAMBRELL**

Gambrell is the news director for the Gulf and Iran for The Associated Press. He has reported from each of the Gulf Cooperation Council countries, Iran and other locations across the world since joining the AP in 2006.

  

# EXHIBIT N

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 40 of 164

Learn more about **LSEG**

 Reuters

Subscribe

# Yemen separatist leader fails to attend crisis talks as Saudi-UAE rift deepens

By **Ahmed Elimam**, **Enas Alashray** and **Maha El Dahan**

January 7, 2026 10:52 AM PST · Updated January 6, 2026



Loading ad

Feedback

## Summary

 UAE, Saudi rift fractures coalition against Houthis

 Disappearance dashes hopes for quick crisis resolution

Saudi-backed council drops STC's Zubaidi, accuses him of treason

Separatist group says Zubaidi is in Aden

STC official says Saudi Arabia threatened Zubaidi

Jan 7 (Reuters) - The leader of Yemen's southern separatists failed to board a flight to Riyadh for crisis talks on Wednesday and his fate was unclear, clouding efforts to contain a military escalation that has caused a <u>major rift</u> between Saudi Arabia and the United Arab Emirates.

A fast-moving crisis in Yemen has ignited a feud between the two most powerful countries in the oil-rich Gulf and <u>fractured a coalition</u> headed by Yemen's internationally recognised government that is fighting the Iran-backed Houthis.

> The Reuters Iran Briefing newsletter keeps you informed with the latest developments and analysis of the Iran war. Sign up <u>here.</u>

After Aidarous al-Zubaidi's unexplained absence from the Riyadh talks, his Southern Transitional Council said he was overseeing military and security operations in the southern port city of Aden. Reuters could not verify his whereabouts.

Underscoring the tensions, Yemen's Saudi-backed presidential council expelled Zubaidi and accused him of treason.

**'THREAT TO BOMB ADEN'**

Senior STC official Amr Al Beidh said Aden was still under the group's control. Beidh said Saudi Arabia told Zubaidi it would bomb Aden if he did not attend the talks.

Zubaidi did not travel to Riyadh for the meeting because he did not want to leave a security vacuum in the port city, said Beidh, speaking from Abu Dhabi in an online briefing. There was no immediate reaction from Saudi Arabia to Beidh's comments.

Asked about concerns of a split within the separatist group, Beidh said: "We don't have problems in STC regarding our people. We understand and know and trust our people."

Another senior STC official said that he and other members of a delegation had arrived in the Saudi capital and talks would go ahead. Hours earlier, the group had said it had lost contact with its delegation.

"I have arrived in Riyadh accompanied by colleagues from Aden, and in a positive atmosphere, we will begin a series of meetings to prepare for a South-South dialogue under the sponsorship of our brothers in the Kingdom of Saudi Arabia," Mohammad Al Ghaithi said in a post on X.

It was unclear who would lead the STC in those talks.

Saudi-backed Yemeni government forces, meanwhile, were advancing towards Aden, Saudi state television reported without elaborating.

The Saudi coalition also said it carried out limited pre-emptive airstrikes in the southern province of al-Dhalea, Zubaidi's birthplace, after monitoring the movements of armed forces that had left their camps.

Local sources and sources within the STC reported more than 15 strikes in the province.

**LATEST FIGHTING PUTS SAUDI, UAE ON OPPOSITE SIDES**

[1/8] A member of the Giants Forces mans a machine gun on a patrol truck amid the southern crisis in Aden, Yemen, January 7, 2026. REUTERS/Fawaz Salman Purchase Licensing Rights

The dramatic developments dashed hopes for swift resolution of the recent turmoil in Yemen's south and an end to fighting that erupted last month between the STC, backed by the UAE, and Yemen's Saudi-backed internationally recognised government.

The UAE has pursued an assertive foreign policy and carved its own sphere of influence across the Middle East and Africa, a strategy in the spotlight after its rare military escalation with Saudi Arabia in Yemen.

The country, a regional business and trade hub, has used alliances with states or proxies and financial support mainly to counter what it views as the destabilising, existential threat of political Islam.

Zubaidi had been due to travel to Saudi Arabia days after Yemen's government said it had asked Riyadh to host a forum on the southern issue.

But on Wednesday, the Saudi-backed presidential council stripped Zubaidi of his membership and referred him to the public prosecutor on charges including high treason, Yemen state news agency SABA said.

The decision, issued by presidential council chairman Rashad al-Alimi, accused Zubaidi of inciting armed rebellion, attacking constitutional authorities and committing abuses against civilians in southern Yemen.

The council has also dismissed Aden Governor Ahmed Lamlas, referred him for investigation, and appointed Abdulrahman al-Yafie as his replacement, SABA reported.

Security forces announced the imposition of a curfew across all districts of Aden, from 9 p.m. until 6 a.m. local time, SABA said.

Turki al-Maliki, the spokesperson of the Saudi-backed coalition, said there were indications that Zubaidi had moved large forces and that the coalition had asked the vice president of the STC, Abdulrahman al-Mahrami, known as Abu Zara'a, to impose security. Abu Zara'a had met the Saudi defence minister in Riyadh on January 5.

**LONG CIVIL WAR**

Saudi Arabia and the UAE first intervened in Yemen more than a decade ago after the Houthis seized the Yemeni capital of Sanaa in 2014.

The UAE joined the Saudi-backed coalition the following year in support of the internationally recognised government.

The Southern Transitional Council, set up in 2017 with UAE backing, ultimately joined the government coalition.

For years, it has been part of that administration, which controls southern and eastern Yemen and is backed by Gulf states.

But last month STC forces suddenly seized swathes of territory, shifting the delicate balance of power and pitting Saudi Arabia against the UAE.

The UAE pulled its forces out of Yemen last month under pressure from Saudi Arabia, which saw the southern advance on its borders as a threat to its national security. The UAE has called for de-escalation in Yemen since.

Reporting by Enas Alashray; Writing by Maha El Dahan and Michael Georgy; Editing by Christian Schmollinger, Clarence Fernandez and Alex Richardson

Our Standards: **The Thomson Reuters Trust Principles.** ⬈

Suggested Topics:

Middle East

Purchase Licensing Rights



**Maha El Dahan**
Thomson Reuters

Maha has been working as a Reuters journalist for over 15 years covering stories across the Middle East from Egypt, the Gulf, Yemen, Iraq, Syria, Lebanon and Jordan. She is currently Gulf Bureau Chief based in Dubai and continues to cover energy and OPEC policy. In her previous roles, Maha has overseen Lebanon, Syria and Jordan coverage as Bureau Chief based in Beirut and managed the energy and commodities file across the Middle East. Maha began her career with Reuters in Cairo.

   

**Read Next**

Asia Pacific
**US, Iran talks conclude in Doha, focused on Strait of Hormuz**
36 mins ago

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 43 of 164

Middle East

**Syria's Sharaa appoints lawmakers, paving way for new parliament to convene**

18 hours ago

Middle East

**Trump says the U.S. and Iran getting along very well**

15 hours ago

Business

**Oil falls for a third straight day**

37 mins ago

## Sponsored Content

Dianomi Advertise Here



## Sponsored Content

Dianomi Advertise Here



**Moving Abroad: Finanical Checklist and Tips**

Sponsored by Charles Schwab



**Power E*TRADE Pro: Get Up to 120 Tools & Charts Over 6 Workspaces**

Sponsored by E*TRADE from Morgan Stanley



**7 Ways to Generate Income With a $1,000,000 Portfolio [Free Guide]**

Sponsored by Fisher Investments



**How to Freeze Your Credit —and Why It Matters**

Sponsored by Charles Schwab



**Weekly Trader's Stock Market Outlook**

Sponsored by Charles Schwab



**Schwab's Monthly Stock Sector Outlook**

Sponsored by Charles Schwab

Feedback

## World >

Yemen separatist leader fails to attend crisis talks as Saudi/UAE rift deepens | Reuters

# Chinese and US risks mean EU chip sector faces a 'bleak future,' report says

China · July 1, 2026 · 9:03 PM PDT · 22 mins ago

Chinese export controls, dependence on the U.S. for technology and the structural weakness of Europe's domestic chip industry mean it faces a "bleak future," an EU-funded report found on Thursday.

Business

**US job growth likely cooled in June after recent string of big gains**

24 mins ago

Asia Pacific

**Japan shifts to ambush intervention tactics against yen short sellers**

49 mins ago

World

**Faces of elimination: World Cup fans in their moment of loss**

58 mins ago

China

**Taiwan needs a 'hornet's nest' of drones to deter conflict, US diplomat says**

1 hour ago

## Sponsored Content

Dianomi  Advertise Here



Charles Schwab

**What Happens During an IRS Audit?**



Fisher Investments

**7 Ways to Generate Income With a $1,000,000 Portfolio [Free Guide]**



Charles Schwab

**How to Earn and Maximize Travel Points**

E*TRADE from Morgan Stanley

**Toggling Tabs to Trade? Customize Workspace With Power E*TRADE Pro**



TradeStation

**Leverage TradeStation's platform to trade across asset classes.**



The Oxford Club

**He Called NVIDIA at $1.10 – Now He Says, 'SELL'**



Charles Schwab

**How to Freeze Your Credit—and Why It Matters**



Charles Schwab

**Saving for a Goal? Try Eating Out Less Often**



Oppenheimer & Co. Inc.

**Following the Rainbow: Designing Your Ideal Retirement**



Latest

**Home**

**Authors**

**Topic Sitemap**

**Archive**

**Article Sitemap**

Media

 **Videos**

 **Pictures**

**Graphics**

**Podcasts**

Browse

**World**

**Business**

**Markets**

**Sustainability**

**Legal**

**Breakingviews**

**Technology**

**Investigations**

**Sports**

**Science**

**Lifestyle**

Feedback

About Reuters

**About Reuters** ⬚

Media Center

Advertise with Us

Careers

Reuters News Agency

Brand Attribution Guidelines

Reuters and AI

Reuters Leadership

Reuters Fact Check

Reuters Diversity Report

Commercial Disclosure (Japan)

Stay Informed

Download the App (iOS)

Download the App (Android)

Newsletters

Subscribe

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

LSEG Products

**Workspace**

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue**

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us**    **Advertising Guidelines**    **Purchase Licensing Rights**

All quotes delayed a minimum of 15 minutes. See here for a list of exchanges and delays.

**Cookies**    **Terms & Conditions**    **Privacy**    **Copyright**    **Digital Accessibility**    **Corrections**    **Data Disclosure and Sources**    **Site Feedback**
**Manage Cookies & Your Privacy Choices**

© 2026 Reuters. All rights reserved

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 48 of 164

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 49 of 164

Case 1:26-cv-02103-DEH Document 49-4 Filed 07/02/26 Page 50 of 164

Case 1:26-cv-02103-DEH Document 49-4 Filed 07/02/26 Page 52 of 164

# EXHIBIT O



← **Post**

**Special Envoy Kristi Noem** ✓
@EnvoyNoem

•••

I just met with the President.

I am recommending a full travel ban on every damn country that's been flooding our nation with killers, leeches, and entitlement junkies.

Our forefathers built this nation on blood, sweat, and the unyielding love of freedom—not for foreign invaders to slaughter our heroes, suck dry our hard-earned tax dollars, or snatch the benefits owed to AMERICANS.

WE DON'T WANT THEM. NOT ONE.

11:52 PM · Dec 1, 2025 · **14.4M** Views

💬 14K          ⟲ 29K          ♡ 152K          🔖 4K          ⬆️

💬 Read 14.1K replies

**Don't miss what's happening**
People on X are the first to know.

Log in          Sign up

# EXHIBIT P



**Donald Trump** 00:04:41-00:05:04 (23 sec)      NO SIGNAL (0.229)

They are great people. And in that moment, those agents displayed a devotion to duty that cannot be described, and they did it yet again less than three weeks ago, when they really did a fantastic job. Another attempt. It was another attempt. We have an evil world. We have a very sick world. My gratitude to them is beyond measure.

**Donald Trump** 00:05:04-00:05:32 (28 sec)      NO SIGNAL (0.069)

We also owe a tremendous debt -- thanks to the Secret Service countersniper and a local police sniper who returned fire within seconds and stopped the shooter quickly and saved many lives. If he didn't stop -- he saved many lives. He had a lot of bullets, a lot of ammunition up there with him. And we are -- I mean, just amazing when you think.

**Donald Trump** 00:05:32-00:06:13 (41 sec)      NO STRESSLENS

They say -- they did it so quickly, without any knowledge of what was going on. Boom. And had that not happened, it would have been a very different story. It would have been many, many -- potentially many, many people. I also want to express our thanks to the Butler Township Police Department, incredible people, the Butler sheriff's deputies, Pennsylvania State Police, and all of the other law enforcement heroes, as well as the emergency personnel and doctors, the medical teams at Butler Memorial Hospital, Allegheny General Hospital, who rushed me and rushed some of these very badly wounded people.

**Donald Trump** 00:06:13-00:06:37 (25 sec)      NO SIGNAL (0.253)

They were wounded, a lot of badly wounded people, and in particular, two people, two people. And I tell you, they were very brave and great people. They were big Trump fans, and they still are. That means something. That was pretty amazing. You know, when I got up, I asked whether or not anybody was killed.

**Donald Trump** 00:06:37-00:07:00 (23 sec)      NO SIGNAL (0.062)

I assumed that there would be a lot because I heard the bullets winging right over my head. They said probably three. The doctors did such an incredible job. It was one, one great gentleman, but the other two have been amazing, actually. They've gone through it. They've gone through a lot. And when the crisis struck, they did, really, Pennsylvania proud.

**Donald Trump** 00:07:00-00:07:22 (22 sec)      NO SIGNAL (0.602)

You've heard that expression, Pennsylvania proud. It's a great place. I went to school, I went to college in Pennsylvania. It's a great place. The people are incredible. I asked also -- and I have to say returning to the field tonight is one of the really brave Americans who was hit by the assassin's bullet, U.

**Donald Trump** 00:07:22-00:07:50 (27 sec)      NO SIGNAL (0.391)

S. Marine veteran, David Dutch. David, thank you. Thank you, David. Thank you, David. And David, we're thrilled to see your recovery is going well. Great doctors up here. I have to tell you, great doctors. Your courage is really an inspiration to us all. So, I want to thank you very much, David. A great gentleman, great, great gentleman.

**Donald Trump** 00:07:50-00:08:26 (37 sec)      NO SIGNAL (0.568)

I want to send our love to someone who could not be here because he has just gone -- undergone a major surgery related to the shooting, a man who was really badly wounded, like David, James Copenhaver, because James was a wonderful man, a big Trump fan. And Mr. Copenhaver is out there, watching us right now, but he's in a hospital where they did some additional work, but he's in great shape.

**Donald Trump** 00:08:26-00:08:55 (29 sec)      NO SIGNAL (0.441)

He wanted to be here so badly. But he's in great shape. And we appreciate it, and we're looking to his full and complete recovery. He will have a complete recovery. Thank you. Thank you very much. And of course, there's one more hero who could not make it back here tonight because he is no longer with us, right? You know who that is, right? Corey, our beautiful Corey.

**Donald Trump** 00:08:55-00:09:37 (42 sec)      NO STRESSLENS

Corey is not with us tonight, and he should be. And we all miss him. He's become somewhat of a folk hero, I have to tell you. Who is with us is his beautiful wife and daughters and relatives, sister. [Applause] Please. Where are you? Where are they sitting? There they are. There's a lot of people. It's not easy to find people in this audience.

**Donald Trump** 00:09:37-00:10:03 (25 sec)      NO SIGNAL (0.388)

It goes back further than you can see. Thank you very much. Thank you very much. Thank you very much. Great family. Great, incredible family. And he loved you a lot. And, you know, his wife said something very beautiful. The public, a lot of people, all of us, a lot of people have been very generous, and she said, "I'd rather have my husband."

**Donald Trump** 00:10:03-00:10:28 (25 sec)      NO SIGNAL (0.707)

That's a good thing to say. That's a good thing to say. "I'd rather have my husband." Corey Comperatore was an incredible husband and father, a devout Christian, a veteran, and a proud former fire chief, very respected within the town. Everybody knew him. Few men volunteered to run into fires, but Corey was one of those who did.

**Donald Trump** 00:10:28-00:10:53 (25 sec)      NO STRESSLENS

He ran into fires. I spoke to people that were -- they this guy would do anything. He was brave, right, a brave guy like you. And he was also a protector who put his life on the line for others, and he loved doing it. And when the sound of gunshots pierced the air on that July evening, Corey leaped into the fire one more time.

**Donald Trump** 00:10:53-00:11:22 (29 sec)      NO SIGNAL (0.285)

In his last seconds on this Earth, he threw himself on the top of his wife and daughters. He didn't want them hurt. He threw himself. He knew what was happening. He didn't want them hurt, and he was hit hard. He was hit hard. And he gave his life to shield their lives. Every father and husband in America hopes that if the time came, we would have what Corey had: tremendous courage, tremendous guts.

**Donald Trump** 00:11:22-00:12:16 (54 sec)      NO STRESSLENS

And he wanted to protect his family, and he did protect his family. At this time, it is 6:11, 12 weeks to the minute that the shooting began. I would like to ask everyone to join me in a moment of silence. Wow. Now, that is what you call a voice. One of the greatest opera singers in the world, and Christopher Macchio, who is truly a great talent, is going to be back when I leave.

**Donald Trump** 00:12:16-00:12:48 (32 sec)      MEDIUM (1.756)

And I'm going to stay backstage, watching every song he's going to sing, three or four great songs, "Nessun Dorma" and others. And so, I wouldn't leave your seat too fast when we're finished today, but this is in honor of three great people, actually, three great, and in particular, Corey. And we appreciate it, but that is a real voice, isn't it? That's not -- what do you think, Mr.

**Donald Trump** 00:12:48-00:13:21 (34 sec)      WEAK (1.063)

Future Vice President? Pretty good, right? I don't know if you could do that, JD. I don't know. I don't think JD can do that. In the face of murderous hate, Corey answered the most selfless kind of love. We are joined this evening by

Corey's incredible widow, Helen; his two precious daughters, Kaylee and Allyson; and his sisters, Kelly and Dawn.

**Donald Trump**  00:13:21-00:13:43 (21 sec)    `MEDIUM (1.99)`

Thank you so much. Thank you so much. This is an incredible tribute. This is a tribute like no other, and he deserves it. To Helen and the entire family, I can only begin to imagine the depths of your grief, but I want you to know that, just like you, we will carry his memory in our hearts for as long as we live.

**Donald Trump**  00:13:43-00:14:27 (45 sec)    `NO STRESSLENS`

Everybody in this stadium and everybody that was there on that tragic evening, we are thinking about Corey. We think about him a lot. I know he's looking down on us right now from heaven, smiling at his beloved wife and daughters and his mother, Karen, and his entire family, his entire family. And he's with you, and he's going to be with us for a long time because, you know, some people just don't die in vain, and what he's left behind is incredible.

**Donald Trump**  00:14:27-00:14:51 (23 sec)    `WEAK (1.085)`

And so, God bless you, Corey. God bless you. Thank you very much. God bless you. You know, I just want a little story. Helen told me that on the day that they came to the rally, Corey was really excited because somebody gave him great seats right up front here with the people from North Carolina, the ladies from North Carolina.

**Donald Trump**  00:14:51-00:15:07 (17 sec)    `NO SIGNAL (0.635)`

This is their 227th rally. I don't know what's going on with them, those beautiful ladies, but they always seem to have good seats. Yeah. But Corey had the best seat in the house, and he was telling his wife and family on the way over in the car, he said, "I'm telling you, he's going to invite me up in the stage."

**Donald Trump**  00:15:07-00:15:28 (21 sec)    `NO SIGNAL (0.373)`

Because I do that sometimes. I take people. We invite them up at the stage. And she smiled, thinking it'll never happen. And little did anyone realize that Corey would be on the stage three months later in an almost immortal position, and that's where he is today. He's on the stage in a -- I think in not almost.

**Donald Trump**  00:15:28-00:15:51 (22 sec)    `NO SIGNAL (0.229)`

I think it's a truly immortal position. So, the love that he showed on that day and throughout his life is the love that sustains the entire movement, love that our families have and love of our communities and love of our country. It's a force more powerful than any hatred and malice because even in the darkest hours, it shines forth as a guide, and it guides us like nothing could ever guide us.

**Donald Trump**  00:15:51-00:16:14 (23 sec)    `NO SIGNAL (0.716)`

It guides us, really, like a candle in the night. And so, it's love like Corey's that is joining us to save our country, that's going to heal our country, and that is going to reunite our country as one nation under God, indivisible, with liberty and justice for all. [Applause] So, what our opponents have never understood is that this movement has never been about me.

**Donald Trump**  00:16:14-00:16:35 (21 sec)    `NO SIGNAL (0.056)`

It's always been about you. It's been about a lot of people, millions and millions of people, the biggest ever in the history of this country, maybe anywhere, and everyday people who are the heart and soul of our country. They love our movement. They love our country, and they know they're doing right.

**Donald Trump**  00:16:35-00:17:11 (35 sec)    `NO SIGNAL (0.49)`

Your hopes are my hopes. Your dreams are my dreams, and your future is what I am fighting for every single day. And now, I have a great companion in JD Vance. How good was he the other night? How good? [Applause] He was great. [Audience chants "JD"] He was great. But from the very beginning of this journey, I've been on a mission to rescue our country from a failed and very corrupt political establishment, very corrupt.

**Donald Trump**  00:17:11-00:17:29 (19 sec)    `NO SIGNAL (0.042)`

We have to change it. We have to change it. We need also a very free and open press and to give it back to the country you believe in and I believe in. It's a country that we were born in and the country that you deserve. You have to -- you deserve this. In that mission, I will never quit. I will never bend.

**Donald Trump**  00:17:29-00:17:57 (28 sec)    `NO SIGNAL (0.055)`

I will never break. I will never yield, not even in the face of death itself. And I believe that every citizen deserves an America with a grand -- very, very grand ambition, great opportunities and limitless. We just want limitless potential. We want an America where you can get ahead and be proud of life and provide for your family in a really decent way where we don't have crime.

**Donald Trump**  00:17:57-00:18:27 (30 sec)    `NO SIGNAL (0.081)`

We have a fabulous military to protect us from evil. We have -- everything has to be the best. We have to have the best schools. We have to have strong borders. We don't want bad people coming in and hurting us. We don't want to have open borders, do we? [Audience responds "No"] You deserve a government that protects and respects its own citizens, that defends your sovereignty, your security and your dignity, and your freedom.

**Donald Trump**  00:18:27-00:19:00 (33 sec)    `NO SIGNAL (0.358)`

You deserve a nation that builds things again, makes things better, that aims for the stars once more, and that once again commands respect, and we want to get respect like we had it four years ago. The entire world respected us. They respected us. They respected us more than they've ever respected us, and now they laugh at us.

**Donald Trump**  00:19:00-00:19:25 (25 sec)    `NO SIGNAL (0.326)`

We can't have them laugh at us, can we? [Audience responds "No"] Above all, you deserve leadership in Washington that does not answer to the lobbyists, to the bureaucrats, or to the corrupt special interest but answers only to you, the hardworking citizens of America, which there are a lot of them. We have a lot of them.

**Donald Trump**  00:19:25-00:19:52 (27 sec)    `NO SIGNAL (0.488)`

We have a lot of them. Over the past eight years, those who want to stop us from achieving this future have slandered me, impeached me, indicted me, tried to throw me off the ballot, and who knows, maybe even tried to kill me. But I've never stopped fighting for you, and I never will. Never will. Never going to stop. [Audience chants "Fight"]

Donald Trump    00:19:52-00:20:18 (26 sec)    NO SIGNAL (0.296)

Thank you. Thank you. And in turn, you have always stood with me. You have always stood with me. No matter what, you saw what was going on. You saw the hoaxes and the scams. You saw everything that went on. We are a team. We're a great team, I think. We're probably the best team ever in the history of our country if you really think about it.

Donald Trump    00:20:18-00:20:41 (22 sec)    NO SIGNAL (0.928)

We fought together. We have endured together. We have pushed onward together. And right here in Pennsylvania, we have bled together. We bled. We've had three people that really got hit hard. Two of them made it. Great doctors. Great doctors. They weren't supposed to make it. I wasn't supposed to make it.

Donald Trump    00:20:41-00:21:07 (27 sec)    NO SIGNAL (0.481)

People said -- our great -- my great doctor at Butler said, "Sir, you're the luckiest man alive. This would be a good time for you to go out and buy a lottery ticket. I've never seen anything like it." I almost went out and bought a lottery ticket. I'll take it. And 31 days from now, here in this great commonwealth and all across our land, we are going to win together.

Donald Trump    00:21:07-00:21:23 (16 sec)    NO SIGNAL (0.592)

We are going to vote together. We're going to win the greatest election in the history of our country, maybe the greatest election all time. [Applause] After we all have been through all of this together, we have -- nobody's gone through what we've gone through, nobody. Because I go through it, you're going through it, too.

Donald Trump    00:21:23-00:21:41 (18 sec)    NO STRESSLENS

But there's never been anything like this. You know, I always say there's an enemy from within, and there's an outside enemy. And if you're smart, the outside enemy is not going to be a problem. Russia, China, North Korea, we're not going to have a problem if you have a smart president. If you have not such a smart president, then it's a problem.

Donald Trump    00:21:41-00:22:03 (22 sec)    NO SIGNAL (0.458)

But we have an enemy from within, which I think is much more dangerous than the outside enemy. We stand on the verge of the four greatest years in the history of our country. We can make these the four greatest years. We'll turn it around so fast that your head will spin. With victory on November 5th, we are going to redeem America's promise and unlock the extraordinary future that is just within our reach.

Donald Trump    00:22:03-00:22:42 (39 sec)    NO SIGNAL (0.515)

It is now within our reach. Think of it, one month from today, one month. We got to get there. We got to get there. They'll drop all sorts of bombs. They'll be hitting you, JD. They'll be hitting me. These people, they'll hit and hit. But I think we've almost become immune to it, haven't we? We've become immune to it.

Donald Trump    00:22:42-00:23:05 (23 sec)    NO SIGNAL (0.624)

You got a little dose of it, a couple of little doses. No. That's the only way they can even think about winning with open borders. Who wants open borders? Who wants men playing in women's sports? [Audience boos] Who wants sex change operations for illegal aliens in holding bins? [Audience boos] No, I don't think so.

Donald Trump    00:23:05-00:23:26 (21 sec)    NO SIGNAL (0.373)

We will begin a new era of soaring income, skyrocketing wealth, millions and millions of new jobs, and a booming middle class. We're going to boom like we've never boomed before, and we're going to unleash a manufacturing renaissance right here in Pennsylvania, including fracking like we've never fracked before.

Donald Trump    00:23:26-00:23:57 (31 sec)    NO SIGNAL (0.373)

We're going to frack, frack, frack. You know, our opponents said, "There'll be no fracking. No fracking. We'll never frack. We'll never frack." Then about -- she started seeing poll numbers, by the way. And by the way, speaking of poll numbers, do you mind if I mention poll numbers? Because I only mention them when they're good.

Donald Trump    00:23:57-00:24:22 (24 sec)    NO SIGNAL (0.567)

I'd never mention them. But one that's hit me really amazingly, Rasmussen, very highly respected poll. JD, it just came out. I don't think you heard this one, but this is a shocker. You know, they always say the Democrats will win the Hispanic vote, but we've been creeping up rather rapidly. And Rasmussen is one of the most respected polls.

Donald Trump    00:24:22-00:24:52 (31 sec)    NO SIGNAL (0.197)

I mean, Republicans would get four, five, six, nine, 10 percent. They just came out with a poll. Sixty-two percent for Trump. Think of that. Think of that. And 34 percent for Kamala. [Audience boos] I don't usually use her last name because nobody knows who I'm talking about. I go, "Harris. Harris." They say, "Who's Harris?" It's happening all the time.

Donald Trump    00:24:52-00:25:10 (18 sec)    NO SIGNAL (0.767)

Who's Harris? And we can't find out who she is because if we do, our country is going to be in big trouble. We will live in a very beautiful city or town that are safe and clean with borders that are sealed and secure. And again, we want people to come into our country. We all want that. We need that.

Donald Trump    00:25:10-00:25:27 (17 sec)    NO SIGNAL (0.521)

But you know what? We want them to come in legally. They're going to come in legally and love for our country. And America will once again be strong and confident and free. We're going to have that. We're going to have it strong, confident, and free. That's why I'm here today. You know, I could right now be having a beautiful life.

Donald Trump    00:25:27-00:25:50 (23 sec)    NO SIGNAL (0.108)

I don't have to be here. Instead, I could be on a gorgeous beach someplace. I have such nice property. I could be in Monte Carlo, as an example, but I'd rather be in Butler with you. [Applause] I'd rather be in Butler. And I think JD would rather be in Butler, JD. [Audience chants " We love you."] No, I'd rather be here because we're doing something.

Donald Trump    00:25:50-00:26:21 (32 sec)    NO SIGNAL (0.126)

You know, they got a lot of rich guys that go. Nobody cares about them. I had one about a month ago, very, very rich guy, and he called me up. He said, "President -- " I've known him for a long time. I don't say how long because I don't want my wife to hear that number. It's a long time. But he's very successful, and he said to me, "Sir, could you do me a favor?" The guy's worth billions of dollars.



Donald Trump   00:26:21-00:26:39 (17 sec)   NO SIGNAL (0.343)

He said, "Could you do me a favor? I can't get into a restaurant. Do you think you could call them to get me in?" And I said, "What the hell is the good of being rich if you can't get into a restaurant?" Right? And I called the Maitre d'. "Hi." I'm a little embarrassed. "Hi. This is Donald Trump." "I recognize your voice."

Donald Trump   00:26:39-00:26:51 (13 sec)   NO SIGNAL (0.587)

So, would you do me a favor? A friend of mine is online about a mile back. This is a very successful restaurant. "And he's got his wife." I described the wife. "Could you possibly go get them? Could you go get them and bring them in?" And he did. And my friend called me up the next day. He said, "Thank you very much. Thank you."

Donald Trump   00:26:51-00:27:12 (20 sec)   NO STRESSLENS

Oh. Doctor, please? Doctor in the house? Thank you. Thank you. Thank you very much, doctor. Thank you. Take your time, doctor, please. We got plenty of time, right? [Audience responds affirmatively] We got a lot of time. You doing OK? Take your time. We've got to protect our people, right? Take your time.

Donald Trump   00:27:12-00:27:33 (21 sec)   NO SIGNAL (0.303)

It's all right, doctor. Go ahead. That's all right. That's all right. People come out two, three days ago, and then they get -- it's an amazing thing. It's an amazing thing. We appreciate -- everybody appreciates it. Yep. Take your time. That's great. That's great. Do we have the greatest people in the world? We have the greatest people in the world. [Applause]

Donald Trump   00:27:33-00:27:44 (11 sec)   NO SIGNAL (0.856)

First responders, thank you very much. [Audience sings "The Star-Spangled Banner"] [Audience chants "USA"] [Audience chants "God bless Trump."] Thank you. Thank you, doctor. Great job. Thank you very much. Thank you all. Fellas, thank you. First responders, thank you very much. [Applause] People are here for a long time, and we appreciate it very much.

Donald Trump   00:27:44-00:28:02 (18 sec)   NO SIGNAL (0.844)

Sometimes, that happens. A lot of times, that happens, actually. But she'll be great. You watch. So, 12 weeks ago, we all took a bullet for America, and all we are all asking is that everyone goes out and vote. We got to win. We can't let this happen to our country. We can't take another four years like this.

Donald Trump   00:28:02-00:28:21 (19 sec)   NO SIGNAL (0.166)

We won't have a country left. We're not going to have a country left. And all of this will be for nothing if you don't get out and vote. It will all be for nothing. We will have talked about it, and if we do it, it'll be the greatest achievement, I think, in the history of politics for all of us for this age because we're going to change our country around and fast.

Donald Trump   00:28:21-00:29:04 (43 sec)   NO STRESSLENS

We're going to do things that nobody thought were possible. We're going to do them fast. So, Pennsylvania, it's time to stand up for America and a time to save our country. This is really about saving our country. It's never been like this. When you look at the crime -- look at the crime. Look at the people that are coming in, murderers, 13,099 murderers let in over the last short period of time, murderers that have been released from penitentiaries, prisons, jails, released into our country.

Donald Trump   00:29:04-00:29:15 (11 sec)   NO SIGNAL (0.443)

Crime rates all over the world are down. They're taking their gang members and their criminals. They're taking their people in jail, and they're releasing them into our country. We can't have it. You know, we just can't have it. How do you get more simple than that? They're releasing murderers. They're releasing drug dealers.

Donald Trump   00:29:15-00:29:31 (16 sec)   NO SIGNAL (0.44)

They're releasing gang members and criminals, human traffickers. Mostly, they traffic in women. And they're releasing them all into our country, and they're emptying their jails. And their crime rates in Venezuela are way down because, you know --but it's not only in South America. It's all over the world, in Africa, the Congo.

Donald Trump   00:29:31-00:29:45 (14 sec)   NO SIGNAL (0.703)

A lot of people coming out of the Congo in Africa. They're coming out from Asia. They're coming out from the Middle East, Yemen. They're coming out from Yemen, a lot of people coming out of Yemen, and they're known terrorists, and they just release them into our country from countries unknown also. They know nothing about the people who go right in.

Donald Trump   00:29:45-00:30:07 (22 sec)   NO SIGNAL (0.623)

These people are crazy, and we have to win. We'll stop it immediately, and we'll have to -- we will -- look, it will be a big deportation. We're going to deport these people. We're going to get them out of our country immediately. We won't have a country. And if we win Pennsylvania, we will win the whole thing.

Donald Trump   00:30:07-00:30:30 (23 sec)   WEAK (1.031)

The whole thing will be won. So, for the sake of our families, for the sake of our children, we will keep on going. And as the expression goes, I mean, I'm a little embarrassed to say it, to be honest to you, but I'm going to say it because a lot of people do say it. We will fight, fight, fight. We're going to fight for our country. [Audience chants "Fight"]

Donald Trump   00:30:30-00:30:55 (25 sec)   MEDIUM (1.581)

We're going to fight for our country. And together, we will save this country. We will restore the republic, and America's future will be bigger, better, bolder, brighter, happier, stronger, freer, and greater and more united than ever before. Our country will be united. You watch. You watch. You know, we had the most successful country ever, maybe in the world, during my term.

Donald Trump   00:30:55-00:31:23 (27 sec)   WEAK (1.013)

We're the greatest economy that we've ever had. And you know what was happening? We were uniting the other side. Radical left people were coming over. They wanted to meet. They were coming over. Women, men, if you look at

population, our Black population, our Hispanic population, our Asian population, everybody was doing better.

**Donald Trump**  00:31:23-00:32:06 (43 sec)                    NO STRESSLENS

People that went to the best schools and best colleges in the world got the highest marks, and people that couldn't get a high school degree, everybody was doing better. And our country was coming together. And then we got hit with COVID, a gift from China. Some people would call it the China virus. And we did a great job on that, too.

**Donald Trump**  00:32:06-00:32:45 (39 sec)                    NO STRESSLENS

We did a great job, but the world was disturbed, $60 trillion in damage worldwide, millions and millions of -- tens of millions of people killed. And we still -- during this four-year period, we had the greatest economy, one of the great countries of the world, and we left with a stock market that was higher than it was just prior to COVID coming in.

**Donald Trump**  00:32:45-00:33:17 (31 sec)                    WEAK (1.22)

So, what we did was something really incredible, but we had the greatest, most successful country ever. We had the greatest economy in our history, and we're going to do it again and maybe even better. We learned a lot. We learned a lot about people and about doing things and what works and what doesn't work, and we're going to do it, and it's going to be quick.

**Donald Trump**  00:33:17-00:34:32 (76 sec)                    NO STRESSLENS

It's going to be quick. And we're going to have safe cities, and we're going to have great cities again, and we're going to have a capital in Washington, D.C., which is, right now, crime-ridden. You leave from the great commonwealth of Pennsylvania, you go drive down to Washington, D.C., and you drive down and you end up getting murdered.

**Donald Trump**  00:34:32-00:35:29 (57 sec)                    NO STRESSLENS

You end up getting hurt. You get mugged. We are going to straighten out Washington, D.C. We're going to make it again the most beautiful capital in the world. We're not going to have graffiti. We're not going to have graffiti on our marble columns. We're not going to have roads that have potholes all over them and medians that are falling into the highways.

**Donald Trump**  00:35:29-00:36:03 (34 sec)                    MEDIUM (1.583)

We're going to run it properly. We're going to change it. We're going to run it properly. It's an embarrassment to us. Can you imagine foreign leaders coming in and running over roads that haven't been paved in years? We're honored to be joined tonight by one of the people who is going to help us build this incredible future, and he is a truly incredible guy.

**Donald Trump**  00:36:03-00:36:32 (29 sec)                    NO SIGNAL (0.321)

And I don't say that that often. He's a great gentleman. He's done such an unbelievable job for North Carolina, for Georgia, for Alabama, for Florida, for Tennessee. His name is Elon Musk. He saved free speech. He created so many different, great things. Where is he? Come on up here, Elon. He created the first major American car company in generations, and his rocket company is the only reason we can now send American astronauts into space. Come here. Take over, Elon. Just take over.

**Elon Musk**  00:36:32-00:36:57 (25 sec)                    NO STRESSLENS

Hi, everyone. [Applause] As you can see, I'm not just MAGA. I'm Dark MAGA. Well, first of all, I want to say what an honor it is to be here. And, you know, the true test of someone's character is how they behave under fire. And we had one president who couldn't climb a flight of stairs and another who was fist bumping after getting shot.

**Elon Musk**  00:36:57-00:37:20 (23 sec)                    NO STRESSLENS

Fight. Fight. Fight. Blood coming down the face. Now, America is the home of the brave, and there's no true attest than courage under fire. So, who do you want representing America? [Audience responds "Trump"] Yeah. Absolutely. And I think this election, I think it's the most important election of our lifetime.

**Elon Musk**  00:37:20-00:37:45 (25 sec)                    NO STRESSLENS

This is no ordinary election. The other side wants to take away your freedom of speech. They want to take away your right to bear arms. They want to take away your right to vote effectively. You have 14 states now that don't require voter ID. California, where I used to live, just passed a law banning voter ID for voting. [Audience boos]

**Elon Musk**  00:37:45-00:38:08 (23 sec)                    NO STRESSLENS

I still can't believe that's real. So, how are you supposed to have a good -- a proper election if there's no ID? It's meaningless. And free speech is the bedrock of democracy. And if people don't know what's going on, if they don't know the truth, how can you make an informed vote? You must have free speech in order to have democracy.

**Elon Musk**  00:38:08-00:38:43 (35 sec)                    NO STRESSLENS

That's why it's the First Amendment. And the Second Amendment is there to ensure that we have the First Amendment. President Trump must win to preserve the Constitution. He must win to preserve democracy in America. [Audience chants "We want Trump."] Yes. This this a must-win situation, must-win. So, I have one ask for everyone in the audience, everyone who watches this video, everyone in the livestream.

**Elon Musk**  00:38:43-00:39:18 (35 sec)                    NO STRESSLENS

There's one request. It's very important. Register to vote. OK? And get everyone you know and everyone you don't know, drag them to register to vote. There's only two days left to register to vote in Georgia and Arizona, 48 hours. Like, text people now. Now. And then make sure they actually do vote. If they don't, this will be the last election.

**Elon Musk**  00:39:18-00:39:49 (31 sec)                    NO STRESSLENS

That's my prediction. Nothing's more important. Nothing's more important. So, get everyone you know. I'm speaking to people out there. Everyone in the crowd, I think, is already convinced. But for people out there that are watching the video, watching the livestream, you need to get everyone you know, at work, your friends, family, text groups, your social media, everything, get them to register to vote right now.

**Elon Musk**  00:39:49-00:40:15 (26 sec)                    NO STRESSLENS

Only two days left for Georgia and Arizona. Only a couple weeks left in Pennsylvania. And if they're not registered to vote, it doesn't matter at that point. Register to vote. I'm being repetitive for a reason, OK? Nothing is more important. And a lot of people think maybe their vote doesn't count. Well, it does, OK? It does.

**Elon Musk**  00:40:15-00:40:52 (37 sec)                    NO STRESSLENS

It matters. And this election could be decided by 1,000 votes, 500 votes, a tiny margin. So, get everyone you know to register to vote. I believe it's swampthevote.com. I believe that's the site. And double check that your registration is good. Don't take it for granted. I'm just being repetitive about this point because it is just the one takeaway for more than anything that will matter is getting those registrations and then getting everyone you know to actually vote.

**Elon Musk**   00:40:52-00:41:12 (20 sec)    NO STRESSLENS

That is what will decide this election, especially in Pennsylvania. [Applause] So, thank you. And honestly, you want to just be a pest. Just be a pest to everyone you know, people on the street, everywhere. Vote, vote, vote. Fight, fight, fight. Vote, vote, vote. Thank you. [Applause]

**Donald Trump**   00:41:12-00:41:44 (32 sec)    NO SIGNAL (0.826)

What a great guy. And he'd rather be making rocket ships because he'd really rather do that. Nobody better. I think he's got 90 percent of the rockets that go up. But Elon, thank you very much. Incredible. Incredible. What he says is true. What he says is true. You know, we're all having fun here tonight, but if we don't register and if we don't vote, we're just going to look upon this as another sort of nice day in our life, but it won't even be a nice day.

**Donald Trump**   00:41:44-00:42:13 (29 sec)    NO SIGNAL (0.069)

We're going to look back, and we're going to say, "Wow. It's a lot of time, a lot of effort." We got to win. If we don't win, as he said, it's just not important. We have to save our country, so you have to get out and vote. You got to get out and vote. You got to get your friends and vote because, you know, they play a lot of tricks, this particular other side.

**Donald Trump**   00:42:13-00:43:09 (56 sec)    NO STRESSLENS

Elon's a very nice guy. He doesn't want to say it, but they play a lot of tricks. We can't let it happen. We can't let it happen again. We can't let it happen. And one thing -- they showed us how bad they are. They showed us how bad a job they do. So, that's one thing we got from these four years. They've done the worst job.

**Donald Trump**   00:43:09-00:43:39 (31 sec)    WEAK (1.124)

It's the worst president in the history of our country. It's the worst vice president in the history of our country. And if you watched over the last couple of days, they are doing -- this is a Katrina for them. This is one of the worst -- they say it's the worst job ever done on helping people through the ravages of a hurricane, and they're watching -- she's out there campaigning in San Francisco, a place that she ruined, OK? She ruined San Francisco.

**Donald Trump**   00:43:39-00:44:09 (30 sec)    NO SIGNAL (0.765)

She ruined -- think of this. She ruined San Francisco. She was the worst DA. And she ruined the state of California. And now, she wants to ruin the United States of America. We can't let her do it. So, I called Elon to tell him that they needed Starlink, as an example. They couldn't get Starlink. I didn't know what Starlink was, I must tell you.

**Donald Trump**   00:44:09-00:44:25 (16 sec)    NO SIGNAL (0.493)

I didn't -- Elon, I'm so embarrassed. I didn't know what the hell Starlink was. That's his -- he loves Starlink. He can tell you every little screw that's needed, every wire. Me, I didn't know. But when I was in North Carolina and Georgia just the other day, yesterday to be exact, but they were saying we have tremendous communications, especially in North Carolina, and we have tremendous problems.

**Donald Trump**   00:44:25-00:44:46 (22 sec)    STRONG (2.625)

1 of 170 paragraphs scored.

We have no communication. The poles were ripped down. The wires were underwater. Houses were destroyed, possibly 1,000 people, maybe more will be -- you know, there's 600 people missing. Missing is not good because you know what missing means generally. That's really bad. And they had no communication.

**Donald Trump**   00:44:46-00:45:06 (20 sec)    NO SIGNAL (0.617)

They had literally no communication with -- they called it the mainland because the water was so crazy. It was like they were in the middle of a lake, and they'd never seen anything like it. And they said, "Do you know somebody named Elon Musk?" I said, "Yeah. I happen to know him a little bit. He just endorsed me, actually."

**Donald Trump**   00:45:06-00:45:32 (26 sec)    NO SIGNAL (0.644)

Although, he endorsed me a long time ago, but he still -- to me, every day is a good endorsement from Elon. Nobody's smarter than Elon. And they said, "Could you do us a favor? Could you help us? We're trying to get Starlink, and it's very hard to get." Most people say you can't even get it. I called up Elon.

**Donald Trump**   00:45:32-00:46:00 (27 sec)    NO SIGNAL (0.827)

I said, "North Carolina is in big trouble. Georgia is in big trouble. They need communication. They have none because their poles have been knocked down, and their wires are underwater and even dangerously underwater. They have no communication. Elon, could you do something about Starlink? Whatever the hell that is, Elon."

**Donald Trump**   00:46:00-00:46:22 (23 sec)    NO SIGNAL (0.384)

Whatever Starlink. That's all they want to hear is Starlink. An amazing thing happened. I got a call from one of the top people in North Carolina. I got a call from another great person in Georgia. And I wasn't finished with my phone call yet, and they got word that Starlink would be delivered to the states.

**Donald Trump**   00:46:22-00:46:42 (20 sec)    NO SIGNAL (0.444)

I said -- no. And I said, "What the hell is he -- what kind of a system is that?" Normally, you'd have to hang up, and he'd go and call people. He did it during the phone call. What kind of a system do you have? That's why -- he's a very advanced person. But I want to thank you, Elon, because I got it.

**Donald Trump**   00:46:42-00:47:00 (18 sec)    NO SIGNAL (0.196)

And I said, "How does it work?" Two days later, "How does it work?" They said, "Much better than the wires." So, now I'm saying, "Why the hell aren't they -- you're going to come out very well anyway." And you know, he also said, "You don't have to pay me. You pay me someday when you get the money back. You don't have to pay me."

**Donald Trump**   00:47:00-00:47:13 (13 sec)    NO SIGNAL (0.095)

He wanted nothing. He's a great guy. Thank you, Elon, for being here. Thank you very much. Great honor. Great honor. [Audience chants "Elon"] Thank you, Elon. And that's heartfelt. I can't even see the end. That's a lot of people here

today. We're also joined by a great gentleman, a top, top brilliant student.

Donald Trump    00:47:13-00:47:34 (21 sec)    NO SIGNAL (0.422)

He went to a tremendous college, and he graduated right at the top of his class in two years. I didn't know you could do that. That's four-year college. Then he went to the military, then he came out. And he did fantastically inside the military. Then he came out. He went to Yale without the benefit of family ties.

Donald Trump    00:47:34-00:47:58 (24 sec)    NO SIGNAL (0.155)

You know what that means, right? That's pretty good without family ties. I don't know too many of those people. He had no family ties. He got in. You can't get in -- and he graduated along with his wife. The two -- they're not going to have any problems with your kids academically, I can tell you. His wife and him were like the top students in the class.

Donald Trump    00:47:58-00:48:29 (31 sec)    NO SIGNAL (0.837)

But he went to Yale Law School, and then he went out into the private sector, did great. Then he ran for the Senate, and he did fantastically. He won, and he's like a rocket ship. He's like one of Elon's rocket ships, the way his career is going. But you see why, because he's a really brilliant guy, and you saw that the other night in the debate, right? You saw that the other night in the debate.

Donald Trump    00:48:29-00:49:22 (53 sec)    NO STRESSLENS

You know the expression they have? If that were a fight, they would have stopped it, right? So, I just want to thank JD. I was always confident in that pick. And we had great people too, JD. We have -- every one of those guys were great. Every one of them would have done a great job. It was amazing. But we appreciate the job you're doing, and he's also very energetic.

Donald Trump    00:49:22-00:49:52 (30 sec)    NO SIGNAL (0.278)

And he'll go on anywhere. He'll go on MSDNC. I say, "Oh, he's on that." He'll go on CNN. It's like -- he has no problem. He swats them like this. He has no problem. No, it's true. You know, other people say, "Sir, I'd rather not do that one. I'd rather not do that one, sir. I'd rather not do them," because they are, you know, very -- with him, he doesn't care.

Donald Trump    00:49:52-00:50:11 (19 sec)    NO SIGNAL (0.403)

He says, "They're not going to outsmart me." So, I want to thank JD. You've done a great job. Thank you very much. Amazing. [Audience chants "JD"] We have a lot of senators and a lot of people from Congress. I'm going to introduce a few of them that are really outstanding, and they are warriors, and they're great patriots.

Donald Trump    00:50:11-00:50:35 (24 sec)    NO SIGNAL (0.427)

Senator Eric Schmitt. Where is Eric Schmitt? He's around here someplace. Nice, tall, handsome guy. Thank you, Eric. What a great job you've done. He helps us so much with the Senate, and we've got a great Senate. We have to get a couple of more senators elected. I think it's going to happen, too. I think it's going to happen.

Donald Trump    00:50:35-00:50:58 (23 sec)    NO SIGNAL (0.029)

We have members of congress here, Dan Meuser. Dan. Where's Dan? Great job. Real warrior. These are warriors. Guy Reschenthaler. That's the hardest name in the Senate to pronounce, but I've learned how to pronounce it. Guy, thank you very much. Great. Where's Guy? Guy, thank you very much, Guy. Glenn GT Thompson.

Donald Trump    00:50:58-00:51:25 (27 sec)    NO SIGNAL (0.66)

Fantastic guy. Thanks, Glenn. Great job. John Joyce. Thank you, John. Great. Cory Mills. He's out there fighting, too. He's out there. He is out there in North Carolina, Georgia. He's out there helping people. Mike Waltz, who's a tremendous national security asset. Thank you, Mike. Thank you, Mike. OK.

Donald Trump    00:51:25-00:51:49 (24 sec)    NO SIGNAL (0.427)

And a man who was my doctor. I got to know him as a doctor in the White House, right? And then before that, he was actually an admiral, and then he went to the White House. He was a great admiral. He was a great doctor. And I love him for one reason. They asked him in the White House, the press, the fake news media said, "Who is the most -- " He was the doctor for Obama, Bush, and Trump.

Donald Trump    00:51:49-00:52:15 (26 sec)    NO SIGNAL (0.307)

That's pretty good, right, White House doctor for the three of us. They said, the press, "Who is the healthiest of the three?" He said, "Definitely, it's Donald Trump. There's not even a contest." And I love that guy. When he said that, JD, when he said that, I said, "I like this guy." So, then he said, "You know, sir -- " He was leaving the White House.

Donald Trump    00:52:15-00:52:53 (38 sec)    NO SIGNAL (0.616)

He said, "You know, I'd love to run for Congress." And he ran with -- against 28 people. They were running -- they were all running for the Republican primary because whoever won that primary is going to win. I think it's a Trump plus 48. Whoever wins gets 48, 48-point start. And not only did he win, he won easily, and now he's one of the most popular people in Congress and one of the most talented, maybe more importantly.

Donald Trump    00:52:53-00:53:55 (62 sec)    NO STRESSLENS

Ronny Jackson. Ronny? Where's Ronny? Where is he? Oh, good. Thank you, Ronny. And you got a lot of talent surrounding you there. I think it's very important also. We're here for a reason, and that's to win and to honor Corey, but Corey wants us to win, too. And there's a man in the audience that's been very much a career path, a little bit like JD, a great student, great talented student, and fantastic in the military, then went out to be a tremendous success, one of the most successful people on Wall Street, actually.

Donald Trump    00:53:55-00:54:17 (22 sec)    NO SIGNAL (0.84)

And he's tough, and he's smart, and he's going to make sure you always have fracking in Pennsylvania. And he's going to make sure you have many other things other than fracking. You have a senator that now does nothing. He does nothing. And he doesn't fight for you. He votes with Biden, if you can believe it, like 100 percent of the time.

Donald Trump    00:54:17-00:54:34 (17 sec)    WEAK (1.072)

But this guy -- and, you know, we're lucky that he does it. I don't know. He might not have done it if he had it to do again. I don't know. But I think he's just one of the most outstanding people anywhere in the country to run for office, and we're lucky that he's doing it, and he's got a real shot.

Donald Trump    00:54:34-00:54:55 (21 sec)    NO SIGNAL (0.439)

He's doing very well in the polls. It's hard to beat somebody that's been there a long time, but this is somebody that's been there a long time and did nothing. He did nothing. And his name is David McCormick, and he's great, and I hope he's going to be your next senator. [Applause] And I see somebody else.

Donald Trump   00:54:55-00:55:29 (35 sec)                                                NO SIGNAL (0.494)

I didn't know he was here. Mike Kelly. I see Mike Kelly there. Stand up. Oh, boy. Am I lucky? Am I lucky I spotted him? If I didn't spot you, Mike, I was in big trouble, right? This is a man who's beloved in this state, and he's fantastic. So, thank you, Mike. Thank you. We also have some terrific people from law enforcement.

Donald Trump   00:55:29-00:56:11 (42 sec)                                                NO STRESSLENS

Butler County Sheriff Mike Slupe. Thank you, Mike. Great job. Thank you. Thank you, Mike. Thank you for your help, too, I could tell you. Thank you for your help. I can say that. Thank you very much. Butler County Commissioner Leslie Osche. Leslie, thank you. Thank you, Leslie. Great job. RNC Chairman Michael Whatley.

Donald Trump   00:56:11-00:56:34 (23 sec)                                                NO SIGNAL (0.138)

This guy is doing a great job. He's doing great. Came from North Carolina. We won North Carolina. He kept their cheating down to a minimum, and we were able to win it, and we were solid all night long. And he's great, but if we don't have good results by the 6th of November, I will never say that about him again.

Donald Trump   00:56:34-00:56:57 (22 sec)                                                NO SIGNAL (0.241)

No. He's a great guy. He's working very hard. Twenty-four hours a day, he's working. I know that. And he's working mostly on stop the steal because we have a lot of votes. We have plenty of us. Stop the steal. That's why you've got to get out. You've got to get out and vote. We're going to win this thing.

Donald Trump   00:56:57-00:57:23 (26 sec)                                                NO SIGNAL (0.604)

And the more we win it, you know, it's too big to rig. You know the expression we use? Make it too big to rig. You know, at a certain point -- Elon would understand this better than anybody statistically. At a certain point, their cheating doesn't matter. And we want to make it too big to rig. And we also have somebody that's very special, the cochair of the Republican party, Lara Trump.

Donald Trump   00:57:23-00:57:50 (28 sec)                                                NO STRESSLENS

Thank you. Lara, thanks. And, you know, oftentimes, with families, they say, oh, you know, why did you put that one in or this one in and all the different people? So many people have problems with that. In her case, everyone said, "How the hell did you get her to do it?" She has been unbelievable. So, thank you very much.

Donald Trump   00:57:50-00:58:20 (30 sec)                                                NO SIGNAL (0.104)

Comes from North Carolina, and I have a feeling she's going to be spending some time down there a little bit. And she's married to my wonderful son, Eric, who's right here. So, Eric, please stand up. [Audience chants "Eric"] He's a great guy. Eric has a distinction. He has gotten more subpoenas than any man in the history of our country by about 10 times.

Donald Trump   00:58:20-00:58:59 (39 sec)                                                NO SIGNAL (0.2)

Every day Congress would meet, they'd send him a subpoena. What is it about? They have no idea. But I think he's got the all-time record, and he's handled it all beautifully. Thank you very much. Thank you very much. A friend of mine, a great, great businessman, one of the most respected people, and he made a big, big contribution yesterday to Georgia and a big contribution to North Carolina.

Donald Trump   00:58:59-00:59:18 (18 sec)                                                NO SIGNAL (0.33)

Steve Witkoff is here. Hi, Steve. Thanks. And another man who's one of the greatest businessmen in the country. He actually said that if Trump doesn't win, this country's going to go into a massive depression. Well, I don't know about that, but he's he has been a very good predictor, I will say that, and truly one of the greats.

Donald Trump   00:59:18-00:59:44 (26 sec)                                                NO SIGNAL (0.053)

One of the great pickers, picker meaning stocks. He knows what he's doing and highly respected by everybody. John Paulson. Thank you, John. Great. Great guy. Now, we have so many others, and I won't do it because we have to really get out of here before it gets too cold for people, but I just -- and I love it much better because there's one teleprompter, not that I use the teleprompters too much.

Donald Trump   00:59:44-01:00:18 (34 sec)                                                NO SIGNAL (0.226)

Isn't it nice to have a president that doesn't need a teleprompter? [Audience responds affirmatively] No, we don't need it. But this one was right smack in the sun. Great job back there, fellas. They said the teleprompters are working fine. Well, thank goodness. Did you see what happened the other day with the teleprompter with her? That was not a pretty sight.

Donald Trump   01:00:18-01:00:54 (36 sec)                                                NO SIGNAL (0.266)

The teleprompter went off, and she went off, too. She didn't know what the hell happened. And, you know, teleprompters are very dangerous because they go off a lot. You have to be prepared for them to go off, go blank. You'll have 100,000 people. You have 75,000 people. You have this -- and if the teleprompter goes off, you got to be able to move.

Donald Trump   01:00:54-01:01:21 (28 sec)                                                NO SIGNAL (0.338)

She did not move well. This was not a good situation. But three more heroes from July 13th who rendered first aid to Corey incredibly. Dr. Jim Sweetland. Rico Elmore, who was unbelievable. Rico, you were unbelievable. He ran over. National Guard. He ran over and grabbed Corey, and Corey was still living.

Donald Trump   01:01:21-01:01:44 (23 sec)                                                NO SIGNAL (0.67)

And he was doing mouth-to-mouth resuscitation on a man who was really in bad shape like nobody's ever seen. And his family appreciates it, and I do, too. So, thank you, Rico, very much. Right? Amazing. Amazing. Amazing, the people that we have. And you learn about them under times like this. That's when you really learn.

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 65 of 164

Donald Trump  01:01:44-01:02:21 (37 sec)      NO SIGNAL (0.068)

So, we're going to be seeing Rico again. And Ed Shear, fantastic job. Thank you, Ed. We appreciate it. Thank you, Ed. Thank you. Thank you very much, Ed. Great job. In addition, this evening, we have to send our prayers and support to all the families affected by Hurricane Helene. This has been the worst hurricane response by a president and vice president since Katrina, and this is simply not acceptable.

Donald Trump  01:02:21-01:02:35 (14 sec)      NO SIGNAL (0.068)

Those people -- I was there yesterday with North Carolina and Georgia, and I'll tell you -- and by the way, the governor of Georgia is doing an excellent job, excellent job. But we have other people that aren't doing a good job, and we have to have them do a good job. But the federal government is doing a very bad job.

Donald Trump  01:02:35-01:03:04 (29 sec)      NO SIGNAL (0.231)

They are not doing the job, and we have death and destruction that we haven't seen maybe ever. It's a real bad one, and they have to get people there because they don't have people there. They don't have the people. Kamala wined and dined in San Francisco, and all of the people in North Carolina -- no helicopters, no rescue.

Donald Trump  01:03:04-01:03:27 (23 sec)      NO SIGNAL (0.196)

It's just -- what's happened there is very bad. They're offering them $750 to people whose homes have been washed away. [Audience boos] And yet we send tens of billions of dollars to foreign countries that most people have never heard of. They're offering them $750. They've been destroyed. These people have been destroyed.

Donald Trump  01:03:27-01:03:51 (24 sec)      NO SIGNAL (0.893)

The one young lady washed -- you saw that with her son? I mean, I wish I never saw it, but just washed away. Her son was washed away with the grandparents. So sad. And they're offering -- they're giving them $750. And think of it, we give foreign countries hundreds of billions of dollars, and we're handing North Carolina $750. [Audience boos]

Donald Trump  01:03:51-01:04:21 (30 sec)      NO SIGNAL (0.232)

If you want a president who won't even try to save you when the floodwaters are rising, vote for Kamala. She's not the right person. Look, you know what? If they were -- if they did a good job, I wouldn't have run. To be honest with you, I didn't need to do this. I didn't need to. If I thought they were doing an even modestly good job, I wouldn't have run.

Donald Trump  01:04:21-01:04:47 (26 sec)      NO SIGNAL (0.294)

But I saw right from the beginning, grossly incompetent, and I was right about that. And I decided to run, and we're doing really well. I was telling you about polls. We're way up in some polls. We're up in other polls. And with the swing states, I think most of them have us up in every single swing state, including the great commonwealth of a place called Pennsylvania. [Applause]

Donald Trump  01:04:47-01:05:18 (31 sec)      NO SIGNAL (0.306)

And don't ever not call it a commonwealth because I've seen people call it a state, and that's the end of them. That's practically the end of their political career. You got to be very careful with Pennsylvania. It's that commonwealth. I haven't made that mistake. I don't want to, either. It was not a pretty picture.

Donald Trump  01:05:18-01:05:40 (22 sec)      NO SIGNAL (0.331)

If you want a president who will stop at nothing to protect you and your family, I hope you're going to vote for a gentleman named Donald J. Trump. Have you heard of him? Together, we will rebuild Western North Carolina, rural Georgia, and every other state that's been so badly affected. That includes Alabama.

Donald Trump  01:05:40-01:06:06 (25 sec)      NO SIGNAL (0.602)

Virginia was very hit hard. South Carolina was hit very hard. Florida. So many states. Tennessee was hit really hard. They were all hit, and we're going to work with them. And, you know, the next president's going to be the one that, really, once they get -- they got to get this done. But once that happens, the next president is going to be the one that has to really help them.

Donald Trump  01:06:06-01:06:31 (25 sec)      NO SIGNAL (0.776)

And JD will be there to help them. I know that. 2024 is the most important election in the history of our country, and here are the facts. My opponent, Kamala Harris, is the most incompetent and far-left nominee ever to run for president. You know, she's much further left than Crazy Bernie Sanders. You know that.

Donald Trump  01:06:31-01:07:05 (34 sec)      NO SIGNAL (0.905)

She wants to open borders. She took the most secure border in U.S. history and turned it into the worst border in the history of the world. Remember, she was appointed border czar. She says she wasn't now after three years, but she was. But whether she was or not, she was in charge of the border. And the other day, I saw her get up and say, "We will do this. We will do that. We're going to -- "

Donald Trump  01:07:05-01:07:27 (22 sec)      NO SIGNAL (0.649)

Why didn't they do it four years ago? Why didn't they do it? The damage is so bad, and it's been done. She let in 21 million illegal aliens from all over the world, from prisons and jails and mental institutions and insane asylums, and they're terrorists at record levels, at levels we've never seen before.

Donald Trump  01:07:27-01:07:51 (23 sec)      NO SIGNAL (0.98)

She cost you $29,000 a family through inflation price hikes, and now she wants a larger tax hike in. She wants to go to the largest tax hike in American history. There's never been a tax hike like what she's proposing. She's going to raise your taxes a minimum of $3,000. She's a big taxer, and she was the original creator of Defund the Police.

Donald Trump  01:07:51-01:08:15 (24 sec)      NO SIGNAL (0.704)

I think for all the sheriffs over here, if you're a partner in Defund the Police for even two days, you cannot be president. But she was one of the founders of Defund the Police, and she still believes that, by the way. I don't know how anybody could, but she still believes that. And if she ever had a chance, there's a good possibility she'd go back to it.

Donald Trump  01:08:15-01:08:41 (27 sec)      NO SIGNAL (0.294)

Can you imagine, somebody's robbing our house? "Well, there's nothing we can do about it." That's what they are. They say there's not -- you know, they tried it. And you know where they tried it? In Minnesota, with our vice president. And that wasn't working out too well. It was working out very well for the robbers and the criminals.

Donald Trump  01:08:41-01:09:20 (39 sec)  NO SIGNAL (0.334)

That's the only one it was working out well for. Kamala Harris vowed to abolish ICE. She wants mass amnesty and citizenship for illegals. And worst of all, she lost -- and this is maybe the worst thing in the whole -- that nobody talks -- the fake news won't mention it. She lost more than 325,000 migrant children that are now dead in slavery or just plain missing, probably never to be seen again, never to see their parents again.

Donald Trump  01:09:20-01:09:55 (35 sec)  NO SIGNAL (0.682)

But this isn't like -- this is 325,000 have been lost. She praised the idea of a 70 percent to an 80 percent tax rate. She imposed a natural gas export ban on Pennsylvania, which is killing your energy workers and your pricing. You know, you have one of the highest energy costs in the country, and yet you're sitting on top of a massive amount of energy that she doesn't want to get.

Donald Trump  01:09:55-01:10:19 (24 sec)  NO SIGNAL (0.675)

It's been a disaster for your state, and now, she's vowed repeatedly -- now, all of a sudden, she changed her mind, but when -- you know, with politicians, it's always the first statement that comes out to be the one they want. So, she spent 14 years knocking fracking. "We're never going to have fracking. We're not going to frack."

Donald Trump  01:10:19-01:10:41 (22 sec)  NO SIGNAL (0.188)

All of a sudden, a little while ago, she came out. "I love fracking very much." Now, she'll go back to it. And she even endorsed free sex changes for illegal aliens and detention at taxpayer expense. [Audience boos] I don't think Elon likes that idea. These are not ideas that Elon Musk likes too much.

Donald Trump  01:10:41-01:11:03 (22 sec)  NO SIGNAL (0.729)

And it was just announced yesterday in California -- and he took this one from me. I'm so upset. But think of it, that the far less than average governor, Gavin Newsom, has banned any and all ID requirements from voting and registering to vote. You're not even allowed to mention the fact, Elon. You're not allowed to mention the fact.

Donald Trump  01:11:03-01:11:27 (24 sec)  WEAK (1.009)

You can't say, "May I see your ID?" If you do, it's a criminal act. This is like -- this is a takeover of the country. You're not allowed to ask for an ID. If you do, it's a criminal count. Other Democrat states are following. This is only so they can cheat. There's only one thing that you do this for: so that you can cheat on elections.

Donald Trump  01:11:27-01:11:57 (30 sec)  NO SIGNAL (0.591)

There's no other conceivable reason. Kamala Harris is a radical-left Marxist. She is a woman that's not respected in Congress. She was laughed at at Congress. Nobody thought she could win. You know, they did a coup. Whether you like him or not, I'm not a particularly big fan, but we had a debate, and debate ended, and all of a sudden, they come to him, and they say, "We want you out. You're not going to win the election."

Donald Trump  01:11:57-01:12:21 (24 sec)  NO STRESSLENS

And he said, "I don't want to get out." He got 14 million votes. If you believe in democracy or a system, he got 14 million votes, and she got none. She was the first one out. Twenty-two candidates, and she never made it to Iowa. She quit before Iowa, and now she's running, and that's OK. But you know, we spent $150 million beating Biden.

Donald Trump  01:12:21-01:12:45 (24 sec)  NO SIGNAL (0.718)

And as soon as he was down and out for the count, they said, "Let's take him out. We'll give somebody else to run." It never happened before. We do a lot of firsts, I will tell you. We do a lot of firsts. But she's a person that rated even worse in every statistic than any other senator. She was rated at the bottom of the U.

Donald Trump  01:12:45-01:13:17 (32 sec)  NO SIGNAL (0.815)

S. Senate. She's destroyed everything she touched, but the good news is that we have a plan to fix it. We're going to fix it. We're going to fix it fast. Nobody is going to stand for open borders. Nobody is going to stand for a bad military. Nobody is going to stand for education that's not proper. We're moving education back to the states.

Donald Trump  01:13:17-01:13:47 (30 sec)  NO SIGNAL (0.672)

You're going to be running your own education. So, we have -- you know, education so important. What's more important than education? But we rank at the bottom of every list. They ranked 40 major countries. We're at the bottom. But we're top of the list as the cost per pupil. We spend more per pupil, per student than any other country anywhere in the world.

Donald Trump  01:13:47-01:14:24 (38 sec)  NO SIGNAL (0.998)

So, we're No. 1 in that, and we're number 38, 39, or 40 every single time. And you have Denmark. You have Sweden. You have Norway. You have -- China's always the top five. Can you believe it? China's the top five. That's amazing. But we're going to move our education back to the states. So, places like Indiana and Iowa and Idaho and states that you don't even hear too much of because they're so good and so well run, they're going to run their own education.

Donald Trump  01:14:24-01:14:55 (30 sec)  NO SIGNAL (0.519)

And you know what's going to come out of that? A Denmark, a Norway, a Sweden, maybe, I don't even know, China. Can you imagine China, with 1.4 billion people, is a top five, and we're at close to 40. We are 40 sometimes. Starting on day 1, I will seal the border and stop the migrant invasion into our country.

Donald Trump  01:14:55-01:15:23 (29 sec)  NO SIGNAL (0.379)

We will begin the largest deportation operation in the history of the United States. Dwight Eisenhower, right now, has that record. It's not -- and by the way, it's not something I want to do. I dread having to do it, but we have no choice. What they've done to our country is not even believable, especially the criminals, the criminal element that's in our country.

Donald Trump  01:15:23-01:15:46 (23 sec)  WEAK (1.171)

And again, all over the world, crime rates are down because they've taken their criminals, and they've dumped them into the United States. And you know what? I would have been worse than them. I would have had it done even faster. They've dumped them into the United States of America, and that's what we have.



**Donald Trump**　01:15:46-01:16:18 (31 sec)　　　　　　　　　NO SIGNAL (0.727)

And it's dangerous out there. We're getting them out. We're getting them out quickly. And we will defeat inflation, and we will make America affordable again, and it's going to start with liquid gold. We have more liquid gold, oil and gas, under our feet than any nation in the world, including Saudi Arabia and Russia.

**Donald Trump**　01:16:18-01:16:41 (23 sec)　　　　　　　　　NO SIGNAL (0.837)

We will become energy independent like we were just four years ago. You know, four years ago, we were energy independent. Can you believe it? And then we were going to become energy dominant. We will be dominant within a matter of months, and we will make so much money. We are going to drill, baby, drill. [Applause]

**Donald Trump**　01:16:41-01:17:11 (30 sec)　　　　　　　　　NO SIGNAL (0.521)

And we will again open ANWR. Ronald Reagan tried to do it. Every single president from before Reagan tried to do it, and I got it done. ANWR is the largest drilling site anywhere in the world. It could be larger, could be larger than Saudi Arabia, could be larger than Russia. It's in Alaska. And I got it done, and we worked to get it done.

**Donald Trump**　01:17:11-01:17:35 (25 sec)　　　　　　　　　NO STRESSLENS

And one of the first things he did was terminate ANWR, and that was going to take care of all of Asia. That was going to make us so much money. We would have paid off debt. You would have gotten -- I gave you the biggest tax reduction in history. You would have gotten even a bigger one. You were going to be just very happy.

**Donald Trump**　01:17:35-01:18:00 (24 sec)　　　　　　　　　NO SIGNAL (0.637)

You would say, "I like that guy very much." Twenty million Americans are behind on their electric bills right now. It was just announced. Twenty million Americans, they're struggling to pay their monthly bills at a record rate. There's never been anything like it, and it's all because of their anti-U.

**Donald Trump**　01:18:00-01:18:21 (21 sec)　　　　　　　　　NO SIGNAL (0.801)

S. energy regime, which has caused Pennsylvania electricity prices to raise almost 50 percent. We will cut energy and electricity prices in half within 12 months. We will have your energy prices, your air-conditioning, heating, cars if you buy a Tesla, which is good -- it's good. We will have your energy prices cut in half.

**Donald Trump**　01:18:21-01:18:46 (25 sec)　　　　　　　　　NO SIGNAL (0.33)

It'll be cut in half within a period of one year from January 20th, which is the day we take office. And that's going to save you a lot of money. And that's going to, in turn, bring down -- that's going to bring down the prices of everything because, you know, more than anything else, people tell me about the groceries.

**Donald Trump**　01:18:46-01:19:16 (30 sec)　　　　　　　　　NO SIGNAL (0.197)

The groceries are groceries. They used to -- and what they're talking about is food. Everything's going to be coming down when we do that. We're also going to get your interest rates way down. We will bring automobile manufacturing back to the United States at levels never seen before, and we will turn the United States into a manufacturing superpower again.

**Donald Trump**　01:19:16-01:19:42 (26 sec)　　　　　　　　　WEAK (1.031)

It hasn't been there in many, many years. We had it started four years ago. The centerpiece of my plan for a manufacturing renaissance will be a 15 percent Made in America corporate tax rate. In other words, if you make your product in the United States, you get a rate. So, I cut it from 39 percent to 21 percent.

**Donald Trump**　01:19:42-01:20:16 (34 sec)　　　　　　　　　NO SIGNAL (0.473)

Everyone said that was impossible. I got it done, and we had the best boom we've ever had. We did more revenue when we had it at 21 than when it was at 39. Think of it, much more. The following year, we did much more. And then I'm going to take it from 21 to 15, which will make us the most competitive country in the world.

**Donald Trump**　01:20:16-01:20:42 (26 sec)　　　　　　　　　NO SIGNAL (0.696)

Nobody will be able to compete with us. But that 15 rate only goes for those who make their product in America. They have to make their product. Otherwise, they pay 21. And we will protect those companies moving into America and all of our existing companies with stiff tariffs placed on companies that don't move in.

**Donald Trump**　01:20:42-01:21:06 (24 sec)　　　　　　　　　NO SIGNAL (0.573)

If they don't come in, if they don't want to make their product here, that's fine, but they're going to be tariffed. We have to protect our companies, and that's what we're going to do. The only way they can get out of paying those tariffs is to build their plants and factories in America. We may even be able to get Elon to build some of them.

**Donald Trump**　01:21:06-01:21:37 (31 sec)　　　　　　　　　NO SIGNAL (0.664)

I think we will. And hire American workers for the job. We're going to hire American workers for the job. We will pass the Reciprocal Trade Act. If China or any other country charges us 100 or 200 percent tax, then we will likewise charge them a 100 or 200 percent tax. We had a lot of problems on that one with the Senate, and we're going to get that done.

**Donald Trump**　01:21:37-01:21:55 (18 sec)　　　　　　　　　NO SIGNAL (0.632)

Think of it. They charge us, and we don't charge them. Now, they charge us. We're going to charge them the same thing. Reciprocal. It's reciprocal. I will not let Mexico, China, or any other country sell cars into the United States to the detriment of our autoworkers who will do better than they have ever done.

**Donald Trump**　01:21:55-01:22:17 (21 sec)　　　　　　　　　NO SIGNAL (0.204)

We're going to bring back the car business like it was 50, 60, and 70 years ago. Everyone's going to want to be back here. And I will not approve Japan buying US Steel, 70 years ago, the greatest company anywhere in the world. It was the greatest company anywhere in the world, and now we have Japan buying US Steel.



**Donald Trump**  01:22:17-01:22:46 (29 sec)     NO SIGNAL (0.135)

I don't like that. We will deliver massive tax cuts for workers, and we will have a policy that I think is so great. No tax on tips. No tax on overtime. And no tax on Social Security for our great seniors. No tax. And, you know, when you think of it, our seniors were hurt so badly. Inflation has killed our seniors.

**Donald Trump**  01:22:46-01:23:02 (16 sec)     WEAK (1.178)

You know, they have a fixed income, and it just got worse and worse every week. Every month, it's gotten worse and worse, and it's just horrible. And they haven't gone down. They've only gone up. Prices have still only gone up. And while working Americans catch up, we're going to put a temporary cap on the credit card interest rates at 10 percent.

**Donald Trump**  01:23:02-01:23:24 (22 sec)     WEAK (1.19)

People are paying 28 percent interest, 25 percent interest. I will always protect Social Security and Medicare with no cuts. We're not going to do anything with Social Security, but they're going to destroy Social Security because all of the migrants coming in are going on between Medicare, Social Security, other programs, and nobody is able to afford it.

**Donald Trump**  01:23:24-01:23:47 (23 sec)     NO SIGNAL (0.078)

I will settle the war in Ukraine. I will end the chaos in the Middle East, and I will prevent, I promise you, World War III. We're not going to have World War III. And right now, we're very close to having it. We will lead the world in space exploration. Thank you, Elon. We will lead the world in military, and we will reach Mars before the end of my term.

**Donald Trump**  01:23:47-01:24:14 (27 sec)     NO SIGNAL (0.139)

Elon promised me he was going to do that. I don't know. Can you do that? Stand up. Can we do that? He wants to reach -- I think he's going to do it. JD, work on him. Work on him. [Audience chants "Elon"] Work on him. JD is working on Elon. Now, he told me that we're going to win, and he's going to reach Mars by the end of our term, which is a big thing.

**Donald Trump**  01:24:14-01:24:35 (21 sec)     NO SIGNAL (0.62)

Before China, before anybody, right? And I -- my money's on that guy right there. We will rebuild our cities, including Washington, D.C., making them safe, clean, and beautiful again, and we will keep the U.S. dollar as the world's reserve currency. It's losing right now. It's losing right now, but I'll be able to do it.

**Donald Trump**  01:24:35-01:24:55 (20 sec)     NO SIGNAL (0.37)

Other people won't. I'll tell these countries as they leave us on the -- I say, "You want to do business in the United States? You're going back into the reserve currency. And if you don't, we're going to charge you a big, fat, beautiful tax to do business in the United States." And they're going to say, "I would love very much to go back into the U.S. reserve currency."

**Donald Trump**  01:24:55-01:25:12 (17 sec)     NO SIGNAL (0.724)

No, we're going to save it, but these people aren't going to save it. They don't know how to talk. They don't know how to think. Together, we will deliver low taxes, low regulations, low energy costs, low interest rates, and low inflation so that everyone can afford groceries, a beautiful car, and a home.

**Donald Trump**  01:25:12-01:25:37 (24 sec)     NO SIGNAL (0.284)

Very basic. It's very basic. We will stop the invasion, end migrant crime, strengthen our military, build a missile defense shield around our country, keep critical race theory and transgender insanity -- we're going to keep it the hell out of our school. We're going to keep that insanity out of our school.

**Donald Trump**  01:25:37-01:26:02 (25 sec)     NO SIGNAL (0.804)

And as I said, we will keep men out of women's sports. It's so demeaning to women. You saw that in the Olympics. They have female boxing, women's boxing, and a young lady from Italy, very good boxer, very, very good. She was all excited, but she played a person who transitioned, a person transitioned, a male transitioned to a female.

**Donald Trump**  01:26:02-01:26:22 (20 sec)     WEAK (1.131)

And the young girl from Italy, beautiful young woman. I'm not allowed to say that anymore politically, but I'll say it. She was a beautiful young woman. If you say that, that's the end of your career, right? But it's not -- if it is, so be it, OK? We've got to get back to real life. But this beautiful young lady is out, and she gets bummed, a little jab, left jab.

**Donald Trump**  01:26:22-01:26:40 (18 sec)     NO SIGNAL (0.362)

And she goes back, "Oh, my. I've never been hit like that." This is just like a defensive. Then she goes to the corner, they say, "You can take her." So, they push her out. Boom. Another one. And she says, "That's enough. I can't do it. I can't take it." I've never seen anything like that. So, we had two people that transitioned.

**Donald Trump**  01:26:40-01:27:05 (24 sec)     NO SIGNAL (0.172)

Both people, shockingly, won the gold medal in their division. So, it's crazy. [Audience boos] And if you look at weightlifting contests, they're the best of all. For years and years and years ago, they put an eighth of a pound on one side of the barbell, an eighth of a pound on the other, and they can't do it, and the record's standing for 18 years.

**Donald Trump**  01:27:05-01:27:32 (27 sec)     NO SIGNAL (0.286)

They just can't do it. And then a guy comes along who never lifted before, and he puts 100 pounds on, and he goes like this, like it's nothing. It's so demeaning to women. We're not going to allow it to happen. It's ending. No men playing in women's sports. And we will defend the Second Amendment, protect religious liberty, restore free speech, and we will secure our elections.

**Donald Trump**  01:27:32-01:27:59 (28 sec)     NO SIGNAL (0.312)

Everyone will prosper. Every family will thrive, and every day will be filled with opportunity and hope. We need hope. We need the American dream back, don't we? We're going to have the American dream. We're going to have the American dream, so every kid in your family is going to grow up and say, "I want to be like Elon Musk. I want to have 200 billion in cash. I'm going to be like Elon Musk."

**Donald Trump**  01:27:59-01:28:29 (30 sec)     NO SIGNAL (0.591)

That's the American dream. But for that to happen, we must defeat Kamala Harris, and we must stop her country-destroying radical-left agenda once and for all. We cannot have it happen. So, you must get out, and you must vote. Here in this incredible commonwealth, we stand on the shoulders of generations of Pennsylvania patriots who gave everything they could give, every single thing for their rights and for their freedom.

**Donald Trump**  01:28:29-01:28:56 (27 sec)     WEAK (1.241)

Pennsylvania is where our founding fathers declared American independence and sounded the beautiful Liberty Bell. It's where the Army weathered its brutal winter at Valley Forge, where General George Washington led his men on a daring mission across the Delaware and where generations of tough, strong, beautiful miners and steel workers put Pennsylvania spirit into every single thing they did.



Donald Trump  01:28:56-01:29:20 (24 sec)    NO SIGNAL (0.689)

And from Gettysburg to Germantown and Philadelphia to Barren Hill and from Brandywine to right here in Butler, this is the place where Pennsylvania patriots poured out their blood with the love of their country. They love their country so much. And so, in honor of all those American heroes who came before us, we will press forward.

Donald Trump  01:29:20-01:29:46 (26 sec)    NO SIGNAL (0.817)

We will push onward. And together, we will win, win, win. We're going to win, win, win. Nothing will sway us, nothing will slow us, and no one will ever stop us. No matter what dangers come our way, no matter what obstacles we must face, we will keep striving toward our magnificent American future. We will not fail.

Donald Trump  01:29:46-01:30:09 (23 sec)    NO SIGNAL (0.579)

We will not allow ourselves to fail. From this day forward, we will always put America first, and we will take back and save the United States. November 5th, Election Day, will be the most important day in the history of our country. And together with the great people of Pennsylvania, we will make America powerful again.

Donald Trump  01:30:09-01:30:42 (32 sec)    NO SIGNAL (0.692)

We will make America wealthy again. We will make America healthy again. We will make America strong again. We will make America proud again. We will make America safe again. And we will make America great again. Thank you, Pennsylvania. God bless you. God bless you, Pennsylvania.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

| About | Contact Us | Advertise |
| Events | Privacy | RC Jobs |
| Newsletters | The Staff | Subscriptions |

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions. Copyright 2026 CQ and Roll Call. All rights reserved.

# EXHIBIT Q

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 71 of 164

**Donald Trump**

🕐 This article is more than **2 years old**

# Trump bemoans lack of immigrants from majority-white countries to the US

Ex-president avoided past 'shithole countries' racist invective, but said the US hadn't gotten enough immigrants from 'nice countries'



California residents have certain rights with regard to the sale of personal information to third parties. Guardian News and Media and our partners use information collected through cookies or in other forms to improve experience on our site and pages, analyze how it is used and show personalized advertising.

At any point, you can opt out of the sale of all of your personal information by pressing

**Do not sell or share my personal information**

You can find out more in our privacy policy and cookie policy, and manage your choices by going to 'California resident – Do Not Sell' at the bottom of any page.

Case 1:26-cv-02103-DEH   Document 49-4   Filed 07/02/26   Page 72 of 164

Donald Trump bemoaned a lack of immigrants to the US from "nice" countries "like Denmark [or] Switzerland", offering millionaire donors at a Florida fundraiser a reprise of infamous racist Oval Office remarks about people coming to America from "shithole countries".

Trump is the presumptive Republican nominee for president again, despite facing 88 criminal charges and multimillion-dollar civil penalties for tax fraud and defamation, the latter arising from a rape allegation a judge called "substantially true".

According to the New York Times, which cited an unnamed attendee at the Saturday event in Palm Beach, Trump told his audience: "These are people coming in from prisons and jails. They're coming in from just unbelievable places and countries, countries that are a disaster.

"And when I said, you know, 'Why can't we allow people to come in from nice countries,' I'm trying to be nice. Nice countries, you know like Denmark, Switzerland? Do we have any people coming in from Denmark? How about Switzerland? How about Norway?"

The millionaires in the crowd "chuckled", the Times said.

Trump made his "shithole countries" remark in January 2018, in a White House meeting on immigration reform.

"Why are we having all these people from shithole countries come here?" Trump said, according to the Washington Post, which cited aides briefed on the meeting.

Trump then "suggested that the US should instead bring more people from countries such as Norway [and] suggested he would be open to more immigrants from Asian countries because he felt that they help the US economically".

That kicked off a storm over Trump's racism. Six years later, the remarks about "nice countries" reported by the Times landed in a country well used to the 45th president's vulgarity, racism and lying.

Trump is using so-called chaos at the southern US border as a central campaign issue, to the extent of directing Republicans to block bipartisan reform.

On Saturday, the Times said, Trump complained of criticism over his "shithole countries" comment: "And you know, they took that as a very

terrible comment, but I felt it was fine."

He also complained that migrants were coming to the US from Yemen, "where they're blowing each other up all over the place", and said migrants from Latin America "make the Hells Angels look like extremely nice people.

---

✉ Free newsletter | As needed

## Sign up to Trump on Trial

Stay up to date on all of Donald Trump's trials. Guardian staff will send news and updates directly to your inbox.



**Enter your email**

| Sign up |

"They've been shipped in, brought in, deposited in our country, and they're with us tonight. In fact, I don't think they're on this island, but I know they're on that island right there. That's West Palm. Congratulations over there. But they'll be here. Eventually, they'll be here."

Palm Beach, where Trump spoke at the home of a billionaire, is 93.8% white. West Palm Beach, across a waterway, is nearly a third people of color.

The Times also reported that Trump claimed Joe Biden had "soiled" the Resolute desk in the Oval Office at the White House.

"The attendee who witnessed the moment said that dinner guests laughed and that Mr Trump's remark was interpreted as the former president saying that Mr Biden had defecated on the desk," the paper said.

### *Biden v Trump: What's in store for the US and the world?*
*On Thursday 2 May, 8-9.15pm GMT, join Tania Branigan, David Smith, Mehdi Hasan and Tara Setmayer for the inside track on the people, the ideas and the events that might shape the US election campaign. Book tickets here or at theguardian.live*

---

## Most viewed

# EXHIBIT R



Factbase

Powered by **FiscalNote** StressLens

### Donald J. Trump

**Transcripts**    White House Calendar    White House Press Releases

## Speech: Donald Trump Holds a Campaign Event in Clive, Iowa - October 16, 2023

📊 StressLens        📁 6 Topics        ☰ 10 Entities        ✦ Moderation        👥 1 Speaker

**Full Transcript**

**Donald Trump** 00:00:00-00:00:26 (26 sec)    STRONG (2.101)

1 of 191 paragraphs scored.

Well, thank you very much, Iowa. It is great to be back in the home of first-in-the-nation caucuses, you're first in the nation. I wonder who kept you there. Guess what? It was me. You're there because of me, and I'm here because of you in a true sense. But we're just 91 days away from the most important vote of your lives.

**Donald Trump** 00:00:26-00:00:50 (24 sec)    NO SIGNAL (0.767)

This is going to be the most important election we've ever had. Our country is going to hell fast. We're not respected. We're laughed at all over the world. You see what's going on in the Middle East. That would have never happened. Ukraine would have never happened. Afghanistan, the way that took place was the most boring and horrible situation, probably the most embarrassing situation anyone's ever seen.

**Donald Trump** 00:00:50-00:01:19 (29 sec)    NO SIGNAL (0.437)

Nobody's ever seen anything like that, the way we fled and left behind $85 billion worth of equipment, American citizens, and most importantly, 13 of our great soldiers killed and many of them badly hurt, 38 of them so badly hurt, you wouldn't believe how badly hurt. With your support, on Monday, January 15th, we're going to win the Iowa caucuses in an epic landslide, and we're going to crush Crooked Joe Biden.

**Donald Trump** 00:01:19-00:01:40 (21 sec)    NO STRESSLENS

He's a crooked, incompetent man. Next November, we're going to make America great again, greater than ever before. We're going to do that. It seems hard to believe because we've gone so down. We were so powerful, so great. Just three years ago, energy independent. We're going to be energy dominant. And you think of what they've done to this country.

**Donald Trump** 00:01:40-00:02:03 (24 sec)    NO SIGNAL (0.805)

I want to thank representatives Bobby Kaufmann, who's here with us. Thank you, Bobby, wherever you may be. A lot of people here. Wherever you are, Bobby, wherever the hell you are, thank you. Brooke Boden. Thank you, Brooke. Thanks, Brooke. Great job. Stan Gustafson. And Stan, you've been fantastic right from the beginning, and I appreciate it very much.

**Donald Trump** 00:02:03-00:02:27 (23 sec)    MEDIUM (1.642)

Thank you. Luana Stoltenberg, same name as the secretary general. You know who I'm talking about, right? It's a great name and a great woman. Thank you very much. State senators Cherielynn Westrich. Cherielynn, thank you. Thank you. Lynn Evans. Thank you very much. Great job. Been here right from the beginning, too.

**Donald Trump** 00:02:27-00:02:44 (17 sec)    NO SIGNAL (0.268)

And Brad Zaun. You know, Brad, he endorsed me. Brad endorsed me before I ran. He said, "There's a guy in New York that we have to get to run." Brad was the first endorsement, I believe, in the country, wherever you are. And your mother-in-law's here, much more importantly. Where's your mother-in-law? Stand up, mother-in-law.

**Donald Trump** 00:02:44-00:03:04 (20 sec)    NO SIGNAL (0.981)

He loves his mother-in-law. Thank you very much. His wife and mother-in-law. But he didn't even mention the wife. He said, "My mother-in-law's coming today." That's pretty good, right? Thank you all for being here. I appreciate it. Thanks for everything, Brad. Former acting attorney general of the United States, Matt Whitaker, a fantastic person.

**Donald Trump** 00:03:04-00:03:32 (27 sec)    NO SIGNAL (0.494)

Thank you, Matt. Thank you. And today, I'm truly honored to receive the endorsement of Iowa Attorney General Brenna Bird, one of the one of the most popular and successful politicians in the state. She's a fantastic woman, respected all over the country, actually. And I want to thank her very much. Congratulations to the next governor of Louisiana also.

**Donald Trump** 00:03:32-00:03:54 (22 sec)    NO SIGNAL (0.22)

Jeff Landry just won over the weekend, and he got a majority. So, he's now going to be the next governor of Louisiana. He was an attorney general and did a fantastic job. I endorsed him, and he became a rocket ship, like everyone else. And he went up, and he won the race very convincingly and got the majority, and he won.

×

1:16:08



Donald Trump  00:03:54-00:04:13 (19 sec)                                                                                      NO SIGNAL (0.382)

We're very proud of him. He's a great gentleman. Making America great again must begin with making America strong and making America safe again. We have to make it safe. It's not safe. Our country is in such trouble. Under my leadership, the world's thugs and villains and killers and savages were in retreat and running scared.

Donald Trump  00:04:13-00:04:36 (24 sec)                                                                                      NO SIGNAL (0.386)

They were running scared, all because you had a president who stood up for America. We took a lot of heat for doing it, too, remember? We took a lot of heat, but we stood up to everybody, and we stood up for Israel, and we stood up for Judeo-Christian civilization and values. Hard to believe you take heat for that, right?

Donald Trump  00:04:36-00:04:51 (15 sec)                                                                                      NO SIGNAL (0.345)

Used to be, that was a wonderful thing. Today, you take heat. Now, we'll turn that around. Just like I said years ago, we're going to turn Christmas around. Remember, the department stores weren't -- they refused to use the word Christmas. They wouldn't say Merry Christmas. They'd say Happy New Year. They'd have red.

Donald Trump  00:04:51-00:05:10 (18 sec)                                                                                      NO SIGNAL (0.086)

They'd have everything perfect. I said, "Where's Christmas?" And by the time we finished, they all had Christmas up there. But in four short years, I obliterated the ISIS territorial caliphate. They said it couldn't be done. I terminated its founder and leader, al-Baghdadi. They were after him for 14 years.

Donald Trump  00:05:10-00:05:41 (31 sec)                                                                                      NO SIGNAL (0.403)

We got him. We got him. I annihilated the senior ranks of al Qaeda, never to be heard from again. I eliminated Iran's terrorist mastermind, Qasem Soleimani, who was killing our soldiers by the thousands and thousands. He's the father of the roadside bomb. He loved the roadside bomb. I withdrew from the Iran nuclear deal, crushed the murderous Iranian regime with sanctions and starved Hamas.

Donald Trump  00:05:41-00:06:05 (24 sec)                                                                                      NO SIGNAL (0.797)

And we took Hamas and Hezbollah and all of the rest. We took them to task like nobody else has ever done. And they were behaving for four years. You didn't see any problems anywhere, including here. I never talked about it when it was happening. I'd be in three years, three and a half years. I said, "I don't want to talk about it." But as soon as I got out, I said, "Nothing happened." For four years, we didn't have any problems.

Donald Trump  00:06:05-00:06:33 (28 sec)                                                                                      NO SIGNAL (0.286)

We got out of the wars. We won the wars. We defeated ISIS. We won all the wars and got out. We brought our great troops back home. I choked off the money to corrupt Palestinian organizations and stood with Israel like no president in history, recognizing the eternal capital, opening up the American embassy in Jerusalem, and recognizing Israeli sovereignty over the Golan Heights.

Donald Trump  00:06:33-00:06:52 (20 sec)                                                                                      NO SIGNAL (0.04)

That was a big deal. And with the historic Abraham Accords, we had peace in the Middle East. Can you believe that? We had peace until this character came along. He doesn't know what he's doing. His name was Crooked Joe Biden. And under Biden, it's danger, death, and destruction all over the world. That's what it's been.

Donald Trump  00:06:52-00:07:17 (25 sec)                                                                                      NO SIGNAL (0.575)

It's been a disaster. Whether it's the borders, whether it's the Middle East, whether it's Ukraine, everything is broken. The whole world is broken. A great gentleman, the head of Hungary, he said something the other day. They were asking him what would he recommend to Joe Biden to straighten out the world.

Donald Trump  00:07:17-00:07:42 (25 sec)                                                                                      NO SIGNAL (0.773)

He said, "There's only one thing you can do. Only one thing. Put Trump back." He said, "You better put Trump back." That's Viktor Orban. Everybody heard of him? He's probably the strongest leader, a very powerful man. But he said, "Put Trump back. We had no problems with China. We had no problems with the Middle East.

Donald Trump  00:07:42-00:08:02 (20 sec)                                                                                      NO SIGNAL (0.623)

We had no problems with anything. They respected him, but they don't respect this guy." We have war in Europe and war in the Middle East because we have the weakest and most incompetent president in American history. You know, I used to be much easier on him. Then I got indicted. I said, "Now, it's time to play hardball." They indicted me for nothing.

Donald Trump  00:08:02-00:08:25 (23 sec)                                                                                      NO SIGNAL (0.191)

They indicted me because I attacked an election that was rigged and stolen, and everybody knows it, just as they have done. How many Democrats said the same thing in 2016, right? But with them, it's OK. With us, we're not allowed to do that. The heinous attacks on Israel this month would never have happened if I was your president, zero chance of that happening.

Donald Trump  00:08:25-00:08:46 (20 sec)                                                                                      NO SIGNAL (0.5)

When I left office, Iran was weak, broke, and desperate to make a deal. They were ready to make a deal. We would have had a deal within two weeks after the election. I told other nations, including China, that if you buy oil from Iran, you can't do business in the United States. I said, "I'm going to tariff the hell out of you if you buy oil.

Donald Trump  00:08:46-00:09:08 (22 sec)                                                                                      NO SIGNAL (0.611)

You're just not going to do business in the United States." Every single nation complied. They didn't buy any oil. Iran's terrorist regime was bankrupt. It was hemorrhaging money and could barely pay the salaries of the radical Islamic thugs, couldn't pay. They had no money. I hammered them. In fact, today, there was a big article.

Donald Trump  00:09:08-00:09:31 (23 sec)                                                                                      WEAK (1.053)

With Trump, Iran was broke. With Biden, Iran is rich and powerful. It's very simple. He let them all go back, and they're selling more oil than almost anybody in the world. I hammered Iranian oil exports down to record lows. They've never seen anything like it. But then Biden came in, loosened my sanctions.

Donald Trump  00:09:31-00:09:58 (26 sec)                                                                                      NO SIGNAL (0.488)

He took some of the sanctions off, actually. And today, Iran is producing more than 3 million barrels a day. That's a lot of money. They got so much money. Iran went from bleeding money, having no money under me, to raking in $100 billion a year under Crooked Joe Biden. And on top of that, Biden gave them $6 billion for hostages.

Donald Trump  00:09:58-00:10:15 (18 sec)                                                                                      NO SIGNAL (0.356)

Remember that? Five and five. I said, "Oh, finally." Usually it's like, you know, 10 and one. So, "Five and five," I said. They said, "Well, there's one other thing." "What?" "They get $5 billion." I said, "That doesn't sound so good, does it?" So, they get five plus $5 billion, $5 billion. Does anyone know $5 billion?

Donald Trump  00:10:15-00:10:39 (23 sec)  NO SIGNAL (0.567)

That's a lot of money. And now, these tens of billions of dollars are being used to kill, kidnap, torture, rape, and murder innocent people. Would somebody please inform the worst president in the history of our country, Crooked Joe Biden, who doesn't have a clue? He can't walk off a stage. No, the guy can't walk off a stage.

Donald Trump  00:10:39-00:11:02 (24 sec)  NO SIGNAL (0.91)

He looks around. "Oh, I see what happened. This stage is more complex because this actually has a curtain." You know, this is a more expensive stage for you. Normally, you can see the exits, right? "Oh, maybe that's what happened. I see. OK, now I get it." He was up here, and he can't find the stairs. But somehow, you got to do it, right?

Donald Trump  00:11:02-00:11:33 (30 sec)  NO SIGNAL (0.846)

There's a stair right there. Do you ever see him? He walks, he finishes his speech, stumbles through. By that time, he's starting to wear off, you know. Whatever happened to the cocaine they found in the White House? It was weird. Through a presidential entrance, we found massive amounts of cocaine, but we don't know whose it is. I think I know whose it is, you think?

Donald Trump  00:11:33-00:11:54 (22 sec)  NO SIGNAL (0.565)

But he can't put two sentences together. Well, he did this around, and he illegally attacks his political opponent, me. He attacks his political opponent. I've been indicted more than Alphonse Capone in the last -- they all happened so fast, too. They all happened right before the election. How about I have a trial scheduled for the day before Super Tuesday?

Donald Trump  00:11:54-00:12:16 (22 sec)  NO SIGNAL (0.612)

I can't imagine the courts are going to allow that to happen, the day before Super Tuesday. Oh, no, that's not political, is it? It's not going to matter because the people of the country get it. That's why I'm the only person ever indicted when my numbers went up. It's true. But the great Al Capone -- did anybody ever hear of Alphonse Capone?

Donald Trump  00:12:16-00:12:38 (22 sec)  NO SIGNAL (0.141)

He was so mean. If you looked at him in the wrong way, he'd blow you away. He'd kill you. He'd kill people for fun. Scarface. He had a big scar on his face. I'm sure it happened very innocently. Big, horrible, grotesque scar. Scarface. Did you ever hear that, Scarface? He was only indicted once. I got indicted four times in a matter of seconds.

Donald Trump  00:12:38-00:12:59 (22 sec)  NO SIGNAL (0.702)

Oh, my father would be so proud of me. "Son, you've been indicted." He wouldn't believe it, actually. But they've weaponized law enforcement. That's all they did. Indicted for nothing. They've weaponized law enforcement, but the people of this country get it. We have an incompetent guy. You know, out of respect for the office, I never used to talk about him this way.

Donald Trump  00:12:59-00:13:24 (24 sec)  NO SIGNAL (0.672)

I felt this, but I wouldn't do it out of respect for the office. But once he did that, he did something that's a banana republic. That's what you do in banana republics. That's what you do in third-world countries. So, while Biden is always trying to blame everyone else for the many mistakes he has made, Iran is rapidly building a large-scale arsenal of nuclear weapons.

Donald Trump  00:13:24-00:13:42 (19 sec)  NO SIGNAL (0.911)

Did everybody know that? And once they have them -- and they weren't building them with me. Number one, they didn't have the money, but they weren't building them with me. I was ready for that if they did. But once they have them, which will be a matter of weeks, you know that, weeks, all negotiations stop.

Donald Trump  00:13:42-00:14:00 (17 sec)  NO SIGNAL (0.778)

They won't even pick up the phone to speak to your president as he mumbles along and they say, "What the hell's wrong with that guy?" That's when our incompetent fool of a president will drop to his knees and beg Iran for mercy. "Please, please." Did you ever hear the song, James Brown, Please, Please, Please?

Donald Trump  00:14:00-00:14:27 (27 sec)  NO SIGNAL (0.043)

Call Me Mr. Brown. But he'd say, "Please, Mr. Ayatollah, sir." This is Joe Biden talking. "Please, Mr. Ayatollah, sir. I will give you everything. I will do anything you demand. Please, please don't hurt us." This is the position that this fool has put us in. And we're closer to World War III than we've ever been to any World War.

Donald Trump  00:14:27-00:14:44 (17 sec)  NO SIGNAL (0.456)

Nobody ever thought a thing like this could happen. And we're closer than ever before. And I've been saying it for a long time. Did you ever see Trump was Right About Everything on hats? I don't know who did the hats, but I have been right about most, and I don't want to be right about that. So, I'm not going to make -- but I tell you, we are close.

Donald Trump  00:14:44-00:15:09 (26 sec)  NO SIGNAL (0.507)

We are close. It could happen. And we have a fool. We have an incompetent fool as our president that has no idea this is nuclear weapons. These are weapons that are so massively destructive. It's obliteration. It's not two army tanks running at each other and shooting. Three years ago, under Trump, Iran was broke, had no nuclear weapons or even the prospect of a nuclear weapon.

Donald Trump  00:15:09-00:15:31 (21 sec)  NO SIGNAL (0.705)

Biden has made Iran rich in a period of three years and has no idea what to do about it, and they are in a position where they're going to have weapons, and they're going to be big ones, too. Iran started the attack on Israel and desperately wants to become openly involved. Now, Biden refuses to admit that.

**Donald Trump**  00:15:31-00:15:55 (24 sec)    NO SIGNAL (0.523)

Biden says, "Well, so far, we haven't seen any evidence." Well, they're financing Hamas, and they're financing Hezbollah. They're giving them the money. They're giving them the training. He says they have it. You know, he feels bad because somehow, he's like in their pocket. He's in their pocket. But they go around, saying, "Death to Israel.

**Donald Trump**  00:15:55-00:16:16 (21 sec)    NO SIGNAL (0.841)

Death to America." And they chant it openly all over the place. Don't let Iran have nuclear weapons. That's my only thing I have to tell you today. Don't let them have it. They would have never had them. We would have made a deal. They would have been satisfied. Everybody would have been satisfied. But then we had that corrupt election.

**Donald Trump**  00:16:16-00:16:32 (16 sec)    NO SIGNAL (0.099)

Our country has never been so low or in such danger as it is right now. And don't feel too depressed as I talk to you because we can bring it back. We got to win the election. We'll bring it back stronger than ever before, stronger than ever before. [Audience cheers]

**Donald Trump**  00:16:32-00:16:49 (18 sec)    NO SIGNAL (0.148)

I didn't want to be too much of a downer here. I have to hit you with a little positivity, right? I got to give you a little bit. We'll be stronger than ever, but we got to win this election. It's a long time. You know, you have yours on January 15th, the caucuses. But we have a year, essentially a year to go.

**Donald Trump**  00:16:49-00:17:19 (30 sec)    NO SIGNAL (0.923)

A year is a long time when you have incompetent and bad people and corrupt people running our country. But it's very simple. Joe Biden betrayed America and betrayed Israel. But as your president, I will stand with Israel 100%, and we have to. We have to. And I kept Israel safe before. Then with four more years in the White House, I will defend the state of Israel like no one else can.

**Donald Trump**  00:17:19-00:17:39 (19 sec)    NO SIGNAL (0.333)

Nobody else will be able to do that. Look at what we did. We defeated ISIS. Remember when Hillary Clinton -- I don't call her crooked anymore. I've given that term over to Biden. I don't know. I call her Beautiful Hillary. She's a beautiful woman, Beautiful Hillary. Remember when she was, "He'll cause a war with his personality." Now, my personality kept us out of war.

**Donald Trump**  00:17:39-00:18:04 (25 sec)    NO SIGNAL (0.484)

We didn't have any wars. I was the first one in -- I think they say 76 years. We won the wars, and we brought them back. We defeated ISIS. ISIS was supposedly going to be four years to beat them. I did it in four weeks, less than four weeks, and we got 100% of the ISIS caliphate. I remember when I got -- I was at 99%. And the media, the fake news back there, oh, that's a lot of news.

**Donald Trump**  00:18:04-00:18:27 (23 sec)    NO SIGNAL (0.229)

That's a lot of fake news. But they were saying, "He's leaving before he completes the task." I said, can Russia, can Iran, can Iraq -- which, by the way, is sort of Iran, if you want to know the truth, another great move by a certain politician who probably ranks right up there with -- nobody ranks, by the way, close to the one we have now, but we've had some pretty bad ones.

**Donald Trump**  00:18:27-00:18:58 (32 sec)    WEAK (1.011)

I'll tell you, the happiest president in history right now is Jimmy Carter because I would say he was a brilliant president by comparison to Crooked Joe Biden. I would say Jimmy Carter was magnificent, brilliant. He was George Washington compared to this guy. But he's a happy man. That's good. When I'm back in the Oval Office, we will cut off every penny of money that we send to the Palestinians and the terrorists on day one.

**Donald Trump**  00:18:58-00:19:23 (24 sec)    NO SIGNAL (0.855)

We will fully support Israel in defeating, dismantling, and permanently destroying the terrorist group known as Hamas. And under my leadership, we not only imposed crushing sanctions on Iran, we unlocked American energy to drastically cut oil prices. You know, we had oil so low that it didn't make sense for Russia.

**Donald Trump**  00:19:23-00:19:43 (20 sec)    NO SIGNAL (0.299)

Russia would have never gone into Ukraine anyway. I don't care how high it was. I had a very good relationship with Putin, which the press hates to hear. You know, it's nice to have good relationships with people that can cause lots of problems. But we had a very good relationship with a lot of them. And I'll tell you, there was no way he would have done it. And I told him.

**Donald Trump**  00:19:43-00:20:01 (17 sec)    NO SIGNAL (0.816)

I said, "You can't do it. If you do it, it's going to be hell to pay. You're going to be hit so hard." "No, no, no." I said, "No, you will." I won't tell you what I said, but I told him. And again, we get along, but I said, "Listen. You know, we have a good relationship, but we're going to hit you so hard." And here's the thing.

**Donald Trump**  00:20:01-00:20:23 (23 sec)    NO STRESSLENS

I told him what we were going to do, and he said, "No way." I said, "Way." He said," No way." I said "Way" again. And he didn't believe me, OK? He didn't believe me, but he believed me 10%. Brad, he believed me 10%. That's all you need, right? So, 10% was fine. He would have never gone in. And by the way, he didn't go in. We went four years.

**Donald Trump**  00:20:23-00:20:44 (21 sec)    NO SIGNAL (0.727)

He didn't go in. And then I think what happened is he saw the gross incompetence of a good withdrawal. I got it down to 2,500 troops from, you know, many, many times that, and we were going to withdraw with dignity and with strength and with respect. I spoke to the head of the Taliban, Abdul, still the head.

**Donald Trump**  00:20:44-00:21:12 (28 sec)    NO SIGNAL (0.36)

And I said, "Abdul, you're killing our soldiers. Don't do it anymore. We're going to hit you so hard. You're not even going to believe it." "But why do you send me a picture of my home?" I said, "Well, I will tell you. We'll have to discuss that someday. We'll have to discuss." From that time, we went 18 months without a soldier being shot at or killed, not even shot at. Eighteen months, we're getting along just fine.

**Donald Trump**  00:21:12-00:21:36 (23 sec)    NO SIGNAL (0.064)

And then when this clown came in, they had a field day. They just had a field day. But we went 18 months, no soldier killed, no soldier even shot at. And they were knocking them off like you wouldn't believe, they were killing our soldiers and others under the Obama administration, of which Biden was a piece of. He'd go to all these countries.

**Donald Trump**  00:21:36-00:21:58 (23 sec)    NO SIGNAL (0.36)

You know, he was going to all these countries with his son. At some point, does this thing not work with the son, right? You know, at some point, you say, "Look, this son thing isn't working out very well." But he go with Hunter to all these countries. He visited them, and I guess they did numbers. But it was very sad to see and to read, and you see it going on right now at levels that you wouldn't believe.

**Donald Trump** 00:21:58-00:22:21 (23 sec)                                                                    NO SIGNAL (0.618)

But three years ago, we were energy independent. We were energy dominant. Within four or five months, we were going to sell oil to Europe and all parts of the world. We're going to pay off our debt. We were going to reduce your taxes, and I gave you the largest tax cut in history, bigger than Ronald Reagan's tax cut, gave you the largest regulation cuts.

**Donald Trump** 00:22:21-00:22:46 (25 sec)                                                                    WEAK (1.098)

But now, the energy future would never be hostage to hostile foreign powers. We didn't need it. We didn't have to worry about that. But Biden surrendered to Iran, totally surrendered. Crooked Joe shut down American energy, and he unleashed Iranian oil like nobody's ever seen before, made them really rich, really, far greater than the 6 billion you read about, a little more complex but far greater.

**Donald Trump** 00:22:46-00:23:08 (21 sec)                                                                    NO SIGNAL (0.361)

That's why I thought I'd explain it to you. It's not too complex. They made a fortune. They got hundreds of billions of dollars. On day one, I will shut down Iranian oil, and I will unleash American energy like it's never been unleashed. We were ready to do that. We had it unleashed. And we will drill, baby, drill.

**Donald Trump** 00:23:08-00:23:33 (25 sec)                                                                    NO SIGNAL (0.14)

Is that OK? Remember, I told you in Iowa, I said, "Go out and buy bigger tractors and more land," right? That's what I said. And that's what happened. I made a deal with China, the only one to make a deal with China. It's funny. I told this story before. I heard my people. I said, "How much money is it that we're talking about?" Because China took tremendous advantage of our country, especially with the farmers.

**Donald Trump** 00:23:33-00:23:54 (20 sec)                                                                    NO SIGNAL (0.247)

I said, "What's the number?" I asked Sonny Perdue, secretary of agriculture. I said, "What's the number?" He said, "28 billion, sir." It's 28 billion. I got you $28 billion from China. That's what I asked for. I said, "I don't want to get greedy." 28 billion from China. That's why when they say, "Sir, please don't talk that way when you're in Iowa."

**Donald Trump** 00:23:54-00:24:20 (26 sec)                                                                    NO SIGNAL (0.342)

It sounds like you're so arrogant, and you shouldn't do it," I said, "But I have to because," I said, "there's no way I lose Iowa. I got their farmers $28 billion for Nebraska and Iowa, Wisconsin and any farm state. They got a lot of money. They got a lot. They got that money they couldn't believe." Who else would have asked China? "Sorry, you got to give us 28 billion." Now, we got hundreds of billions of dollars for the country.

**Donald Trump** 00:24:20-00:24:27 (7 sec)                                                                    NO STRESSLENS

I took the 28 billion trade. [Audience cheers]

**Donald Trump** 00:24:27-00:24:46 (19 sec)                                                                    NO SIGNAL (0.104)

And you've just seen these depraved savages rampaging through civilian communities, house by house, torturing, raping, and maiming innocent men, women, and children. It's horrible. Nobody's ever seen anything like that. I don't think we've ever seen where they kill babies in the worst manner.

**Donald Trump** 00:24:46-00:25:06 (20 sec)                                                                    NO SIGNAL (0.469)

I won't even say what they do to the babies, but you've seen it. They kidnaped infants, and they hurt the elderly horribly and took them hostage. And ultimately, they killed them and tortured them to death. They had children tied up and shot and much worse. I mean, that's as bad as it gets, but it even gets worse.

**Donald Trump** 00:25:06-00:25:23 (16 sec)                                                                    NO SIGNAL (0.496)

The babies were murdered, and they were burned. People who think like this, people who support this, and people who sympathize with this are sick. They're sick and they're evil, and they're not going to be fixed. You're not going to make them into wonderful people one day. I didn't know you had flies in Iowa.

**Donald Trump** 00:25:23-00:25:43 (20 sec)                                                                    WEAK (1.272)

I hate flies. Now, I'll get in trouble for saying that. Cruelty to animals. No, it's true. You know, the other day, I was at a place, and it was a beautiful place, but they had like flies. And I said, "Get fly paper." They said, "Sir, they're not allowed to sell it anymore because of cruelty to animals." They actually said that.

**Donald Trump** 00:25:43-00:26:05 (22 sec)                                                                    NO SIGNAL (0.361)

I don't know. It used to be great, right? But they said, "You can't do that anymore, sir. It's cruelty." What the hell is going on with this country? But today, I'm announcing vital steps that we'll take to protect our people in the next term. We need this. First, upon my inauguration -- and it's our inauguration.

**Donald Trump** 00:26:05-00:26:07 (2 sec)                                                                    NO STRESSLENS

It's going to be our inauguration, not mine. [Audience cheers]

**Donald Trump** 00:26:07-00:26:35 (29 sec)                                                                    NO STRESSLENS

You know, when I ran for president, I said, "This is going to cost a lot of money." I had no idea it was going to cost this much, but I don't care. It doesn't matter because what we've done is so incredible. And what we'll do is, in a certain way, I think, even more important because they've shown how bad they are, they've shown how sick they are, they've shown how incompetent they are, and that's why we're doing the numbers that we're doing.

**Donald Trump** 00:26:35-00:27:02 (26 sec)                                                                    NO SIGNAL (0.386)

We're doing numbers that are far greater than the numbers -- you know, we did amazing, obviously, in 2016, but a lot of people don't understand we did much better in 2020. We got millions more votes. That never happens. Usually, a president gets less votes and wins. I got numbers that nobody believed and was told by the biggest pollsters, Fabrizio, McLaughlin, "Sir, you've got 63 million votes again.

**Donald Trump** 00:27:02-00:27:23 (21 sec)                                                                    NO SIGNAL (0.5)

It's a landslide." I said, "Well, that's good." We got millions and millions more votes. No president's ever gotten more votes. I mean, by a number, I think two or three times what anybody else has ever gotten over the previous term. And then they said we lost. We lost the election. Oh, really? Really? No. They use COVID to cheat.

Donald Trump   00:27:23-00:28:01 (38 sec)                                                          NO STRESSLENS

They did a lot of things that were terrible, terrible. They didn't use legislatures. All you have to do is look at 2000 Mules, right? They stuffed the ballot boxes. Do you notice the way those books have all disappeared? Somebody said, "You know, I can't get the book on 2000 Mules. I can't get the tape. I can't get the book." They want to get rid of all that stuff because they understand it. But as I've already said many, many times before, I will immediately reinstate and expand the wildly successful Trump travel ban on entry from terror-plagued countries, territories, and places.

Donald Trump   00:28:01-00:28:22 (20 sec)                                                          NO SIGNAL (0.637)

We're going to -- they ended it. They ended it. And it just kept us safe. We wouldn't let people come in from certain countries where there's tremendous terror. Makes sense, right? If you're coming from somewhere full of people who want to kill Americans, we will not let you in. We worked very hard on that.

Donald Trump   00:28:22-00:28:54 (33 sec)                                                          NO SIGNAL (0.536)

We had the greatest border, most secure, safest border in the history of our country. We built 561 miles of wall. Nobody likes to say that. You know, what they do is, if there's like a board laying there from 50 years ago or 100 years ago, a two by four that's rotted, they'll say, "It wasn't a new build. It was renovation." If they had steel rotting in the sand that was a foot tall that fell over, they would say, "Oh, that was a renovation." Now, we did a great job with the wall.

Donald Trump   00:28:54-00:29:11 (17 sec)                                                          NO SIGNAL (0.959)

We did a great job with Mexico, too. They gave us 28,000 soldiers free. You know, when I say Mexico will pay for the wall, they paid for much more than the wall. They gave us 28,000 soldiers free. And when I asked them for the soldiers, I said, "Look, you've got these caravans. They're pouring through Mexico, and you know how to stop them."

Donald Trump   00:29:11-00:29:31 (20 sec)                                                          NO SIGNAL (0.828)

You got to stop them." And I had a great relationship with the president of Mexico. He's a great guy. He's a socialist. As I say, you can't have everything, but he's a great guy, very popular, too, in Mexico. And I said, "You have to give us 28,000 soldiers while we're building the wall." He said, "I can't do that." He gave me his top people.

Donald Trump   00:29:31-00:29:52 (21 sec)                                                          NO SIGNAL (0.922)

We started negotiating. One man, very smart, he was the top person in all of Mexico. I said, "You got to give us 28,000 soldiers for the border." He laughed at me. "What? What, are you kidding?" I said, "Free of charge, by the way." He said, "Why would we do a thing like that?" I said, "You got to do it." The woman at the State Department, you've heard this story.

Donald Trump   00:29:52-00:30:17 (25 sec)                                                          NO SIGNAL (0.851)

Sometimes, I'll tell it. It's a little long, but it's sort of cool. But you've heard it where a woman of the State who is really good, but she never won. She said, "I've been in charge of Mexico for like for 20 or 25 years." She said, "We've negotiated with them for years. They'll never do that." Not only that end catch and release into our country, Remain in Mexico, little things like that, Title 42 to, all these, you know, having to do with sickness.

Donald Trump   00:30:17-00:30:37 (20 sec)                                                          NO SIGNAL (0.828)

You know, we have people coming in with infectious disease. That's unbelievable what's happening. Infectious disease, a big problem. And a lot of Americans are getting sick because of what's happening at the border. But I said to him, "No, you have to do it." He said, "No, no, we won't do that." I said, "Yes, you will, 100%." I looked at him.

Donald Trump   00:30:37-00:31:08 (31 sec)                                                          NO SIGNAL (0.326)

I said, "100%, you'll do it." He didn't know what the hell I was talking about. He said, "No, no, we're not going to do that, sir." I said, "Yes, you will. Here's the story. It's Friday at 4:00. On Monday, at 7:00 in the morning, every single car that you make, which is millions of cars," you know, they took 32% of our automobile business -- and by the way, the United Auto Workers ought to vote for Trump because their union is selling them down the tubes, OK? Their union is selling them down the tubes with this all-electric car fantasy.

Donald Trump   00:31:08-00:31:30 (21 sec)                                                          NO SIGNAL (0.455)

They cost too much, and they don't go far. Electric cars are good if you have a towing company. Other than that -- in fact, I'm thinking about opening up a massive towing company, and I'll quit this race for president. We're only leading by 58 points or something. No. It's terrible. This whole electric car is sick.

Donald Trump   00:31:30-00:31:48 (18 sec)                                                          NO SIGNAL (0.514)

It's sick. They don't go far. It's good if you want to go to the grocery store, take a quick little drive. You know, they say the best thing about an electric car, the first 10 minutes, you feel great. The next 45 minutes, you're worried about, "Where the hell am I going to get a recharge?" So, it's a problem.

Donald Trump   00:31:48-00:32:11 (23 sec)                                                          NO SIGNAL (0.43)

But they don't go far, and they're very expensive. And the other thing is you'll never make them in this country because everything you need for an electric car is in China. We have the stuff that you need for our cars. It's called gasoline and oil. It's right underground. And you know, I have a friend who's a dealer.

Donald Trump   00:32:11-00:32:28 (17 sec)                                                          NO SIGNAL (0.074)

I think he said he's like got 4,000 orders for new cars. Out of the 4,000, 100 is for electric. People don't want them. They want them. You should have electric. You should have hybrid. You should have full gasoline. You should have everything. But they're trying to make you buy electric, and it's not going to work.

Donald Trump   00:32:28-00:32:47 (19 sec)                                                          NO SIGNAL (0.723)

They want also electric trucks. They want electric trucks. I'm dealing with the big trucking industry, and some of them I know, they have hundreds of these trucks, and they're incredible people. They're very powerful people, and they're forced to use an electric truck. I said, "So, what's wrong with that?" He said, "Number one, the battery is so large.

Donald Trump   00:32:47-00:33:10 (23 sec)                                                          NO SIGNAL (0.379)

It would take up a big portion of the truck." But here's the real problem. You take a look at Peterbilt. You look at some of these companies that build the trucks. So, a truck on diesel can go up to 2,000 miles. Think of that, 2,000 miles. An electric truck, which has a different kind of power, not the right power, an electric truck will go 300 miles.

X



Donald Trump   00:33:10-00:33:29 (19 sec)                                                NO SIGNAL (0.687)

So, that means you have to fill it up with charge six or seven times during a trip instead of having -- you want to talk about a supply chain problem. And the battery is so big. I was in South Carolina, a great state, great place, and I visited a very big boat manufacturer. He said, "Well, we have some problems.

Donald Trump   00:33:29-00:33:50 (21 sec)                                                NO SIGNAL (0.695)

They want us to go no faster than two miles an hour." He makes speedboats, beautiful boats that go out pretty far. And he said, "They want us to go two miles an hour, so we don't hurt the whale." But there has only been one whale hurt from a boat in the last 50 years. But they're putting windmills all over the place, and now, the whales are washing up on shore.

Donald Trump   00:33:50-00:34:11 (21 sec)                                                NO SIGNAL (0.256)

That's OK. But I said to them, I said, "Let me ask you a question. How does the electric boat work?" He said, "Well, we don't know, but it's so heavy that we don't know if we can keep it afloat." I said, "Other than that, do you have any problems?" And the battery is very big. You know, it's many times the size of a tank for gas, many, many times those big, beautiful Mercury engines, right?

Donald Trump   00:34:11-00:34:32 (22 sec)                                                NO SIGNAL (0.208)

Many times the size. So, he said, "The whole thing becomes almost a battery." I said, "If it goes down and you happen to be the unfortunate person that's sitting on top of that big battery, do you get electrocuted?" And he said, "You know, nobody ever asked me that question." See, my uncle was a great professor at MIT, so that was a natural question for me. Great professor.

Donald Trump   00:34:32-00:34:55 (23 sec)                                                NO SIGNAL (0.708)

I think he was the longest serving doctor, John Trump. He was the longest serving. He served almost 40 years at MIT. So, you know, I have a natural -- I believe in that stuff. You know, you have certain natural things, right? But I said, "So, let me ask you. If you have a choice between getting electrocuted from the battery or jumping 10 yards away and there's a shark over there, what do you take?" Because I told him what I'd take.

Donald Trump   00:34:55-00:35:17 (22 sec)                                                NO SIGNAL (0.408)

I will take the battery electrocution every single time, right? No, but it's crazy. And then the worst of all is they want to make our army tanks. You know, we have these great tanks, Sherman tanks. They want to make the Army tanks all electric so that as we go to obliterate a country, we do it in a hospitable way.

Donald Trump   00:35:17-00:35:37 (20 sec)                                                MEDIUM (1.545)

Don't think of it. We do it in a way so that we're not hurting their atmosphere. These people are crazy. And the problem is, again, size is a big problem with these batteries. You know, you'd have to tow a big truck that's bigger than the tank behind it. In other words, to get it, you'd need another tank, the equivalent.

Donald Trump   00:35:37-00:35:58 (21 sec)                                                NO SIGNAL (0.386)

You tow it from behind, but it has a different kind of power than you need. It's not right, and there aren't too many charging stations in areas that you're obliterating, right? So, they want it to be environmentally friendly, our tanks. So, you go in, and you knock the hell out of a country or city, but we do it in an environmentally friendly way.

Donald Trump   00:35:58-00:36:23 (24 sec)                                                NO SIGNAL (0.58)

These people are crazy. There's another thing, having to do with planes. They wanted a certain type of fuel because it's more environmentally friendly. I said, "What does it do to the plane?" "Well, sir, it's approximately 15% less efficient, but we can live with that." I said, "You can't live with it if you're a pilot." It's crazy what's going on. We can't allow it to go on, actually.

Donald Trump   00:36:23-00:36:39 (17 sec)                                                NO SIGNAL (0.779)

So, the whole electric thing, we have to -- if you want an electric car, you should buy it. You should buy a hybrid. You should buy all gasoline. We should sell everything like we used to. And it'll be great. The Democrats fought us like crazy over the travel ban. You know that. They fought us like crazy.

Donald Trump   00:36:39-00:36:59 (20 sec)                                                WEAK (1.033)

I had to go through the whole court system. But after 18 months in court, the Supreme Court finally ruled the travel ban was totally constitutional because we want to keep bad people out that want to destroy our country. As president, I also suspended refugee resettlement when we entered office in 2017. Nobody had ever heard of it before.

Donald Trump   00:36:59-00:37:20 (22 sec)                                                NO SIGNAL (0.273)

We didn't want that. And we'll do it again. We'll put it right back into place. I banned refugees from Syria. I banned refugees from Somalia, very dangerous places, and from all of the most dangerous places all over the world. I banned them. I said, "I'm sorry." And in my second term, we're going to expand each and every one of those bans because we have no choice.

Donald Trump   00:37:20-00:37:40 (20 sec)                                                NO SIGNAL (0.555)

Some very rough people, some very, very rough people come out of those areas. They want to blow up our country. We aren't bringing in anyone from Gaza, Syria, Somalia, Yemen, or Libya or anywhere else that threatens our security. But I will say this. Tremendous numbers of people are pouring into our country right now.

Donald Trump   00:37:40-00:38:04 (24 sec)                                                NO SIGNAL (0.61)

We have open borders. It's the stupidest thing anyone's ever seen. Millions of people a month are coming into our country. We have no idea where they're coming from, but a lot of them are the same people that went around doing what they did to Israel two weeks ago. A lot of them are the same people. And you have a disproportionate number of young, very strong men, strong men, sorry, women, but I have to say this.

**Donald Trump** 00:38:04-00:38:30 (26 sec)   `NO SIGNAL (0.16)`

You have a very, very powerful contingent of very strong men, and they're pouring into our country. What are they doing? What are they doing? I also issued a historic rule proclaiming that no refugees would be resettled in your communities without your consent, and we will reinstate that rule on day one. You had to consent because you have towns and cities, but you have towns.

**Donald Trump** 00:38:30-00:38:53 (23 sec)   `NO SIGNAL (0.543)`

Look at New York, what's happened to New York where they're laying all over Madison Avenue. You have shop owners that have been there for years. They're all closing their stores. They're going out of business. Next, we'll implement strong ideological screening of all immigrants to the United States. No longer will we allow dangerous lunatics, haters, bigots, and maniacs to get residency in our country.

**Donald Trump** 00:38:53-00:39:17 (25 sec)   `NO SIGNAL (0.078)`

We're not going to let them stay here. We're not going to let them. We're going to have the largest deportation effort in history. And people say, "Oh, that's so mean." But I think meaner is when you have thousands of people being killed all over. It's one of those things. You know, Dwight Eisenhower, you'll feel better about this because people didn't consider him that tough a guy, but he was actually a very good president, good general, very good general.

**Donald Trump** 00:39:17-00:39:44 (26 sec)   `NO SIGNAL (0.542)`

But he became president, and he was a very big person on deportation. He deported more than anybody else. He said, "They cannot be here. You have to come into our country legally." That's what I say. You have to come into our country legally, and you have to love our country. You can't hate our country. If you empathize with radical Islamic terrorists and extremists, you're disqualified.

**Donald Trump** 00:39:44-00:40:14 (30 sec)   `NO SIGNAL (0.26)`

You're just disqualified. If you want to abolish the state of Israel, you're disqualified. If you support Hamas or any ideology that's having to do with that or any of the other really sick thoughts that go through people's minds, very dangerous thoughts, you're disqualified. If you're a communist, a Marxist, or a fascist, other than the people that are already here, of which many are in the Biden administration, you're disqualified.

**Donald Trump** 00:40:14-00:40:21 (7 sec)   `NO STRESSLENS`

I'd like to get them out, too. Maybe we'll work on that next. [Audience cheers]

**Donald Trump** 00:40:21-00:40:46 (25 sec)   `NO SIGNAL (0.355)`

In addition, we will aggressively deport resident aliens with jihadist sympathies. We have to. This isn't like being Mr. Nice Guy. We have to, or we're going to have a country that's going to be blown to shreds because bad things are happening. Millions and millions of people have come into our country, and nobody has any idea where they're from, some from countries that nobody's ever heard of.

**Donald Trump** 00:40:46-00:41:18 (31 sec)   `NO SIGNAL (0.1)`

In the wake of the attacks on Israel, Americans have been disgusted to see the open support for terrorists among the legions of foreign nationals on college campuses. They're teaching your children hate. They're teaching your children hate. Under the Trump administration, we will revoke the student visas of radical, anti-American, and anti-Semitic foreigners at our colleges and universities, and we will send them straight back home.

**Donald Trump** 00:41:18-00:41:51 (33 sec)   `NO SIGNAL (0.397)`

They go back home, enjoy your life. Likewise, the mobs of, I mean, literally barbarians that we saw on the streets of New York and other cities last week have no place in America. We can't have it. No country can sustain it. And we all want to be nice, but no country can sustain it. Jewish mothers and fathers should never have to send their children to school, fearing they'll be shot or stabbed on a so-called day of jihad, which is happening, which is happening.

**Donald Trump** 00:41:51-00:42:11 (20 sec)   `NO SIGNAL (0.128)`

It's the day of jihad. Under my administration, we will proactively send ICE to pro-jihadist demonstrations to enforce our immigration laws and remove the violators from our country. Many of these people are not from our country, and many of them are being supported with radical left money, the money from radical left people.

**Donald Trump** 00:42:11-00:42:29 (18 sec)   `NO SIGNAL (0.037)`

You know who I'm talking about. We'll continue the process we started in my first four years of stripping citizenship from criminals, terrorists, and immigration cheaters and frauds. They've come into our country at levels -- and they're coming to Iowa. You know that. And it's dangerous. You've had killings.

**Donald Trump** 00:42:29-00:42:47 (18 sec)   `NO SIGNAL (0.607)`

You've had killings that nobody could even believe. Nobody's seen the kind of killings you've had. Finally, we cannot forget that the same people that attacked Israel are, right now, pouring in at levels that nobody can believe into our beautiful U.S. A. through our totally open border and southern border.

**Donald Trump** 00:42:47-00:43:08 (21 sec)   `NO SIGNAL (0.37)`

Concept of what? Civilization. Concept of stupidity. Again, we had the strongest border in history. Now, we have the weakest border, I believe, in the history of the world. I don't think any border in a third-world country has been like this. You take a look at what's coming in, and I think the real number is going to be 15 million people before it's over.

**Donald Trump** 00:43:08-00:43:33 (25 sec)   `NO SIGNAL (0.085)`

That's bigger than New York State. Before it's over, 15 million people. And many of those people, again, I say it, they're from prisons, they're from mental institutions, and they're terrorists. Congratulations. This is what this man has done to our country. We will be paying the price for this for years to come if we do not do something about it immediately.

**Donald Trump** 00:43:33-00:43:54 (21 sec)   `WEAK (1.352)`

You know, I do something sometimes called The Snake. Did anyone ever hear of The Snake? Did you hear of it? Should I do it? Should I do it? Because I have it here, and we have lots of time today. What the heck? I'm actually going back to New York tonight. I'd rather be right here with you right now. But we have plenty of time.

**Donald Trump** 00:43:54-00:44:16 (21 sec)   `NO SIGNAL (0.549)`

And it's a snake. And what it is, is it's representative of the people that we're allowing into our country because we know who they are. We're trying to be nice. But sometimes, you can't be so nice. You have to do it. We have to run it like a country. Some countries have absolutely no problems. You look at others.

**Donald Trump** 00:44:16-00:44:36 (21 sec)   `NO SIGNAL (0.401)`

They're a disaster. But our country is one of the great disasters of the world. We've gone from a great nation to a nation that's got problems like we've never had before. So, this has to do with immigration. This has to do with Israel and what's taking place in Israel, with the people that did that horrible, horrible thing two weeks ago or a week.



**Donald Trump** 00:44:36-00:44:40 (4 sec)    NO STRESSLENS

Who's heard this before? Who? Should I do it again? [Audience responses "Yeah"]

**Donald Trump** 00:44:40-00:45:12 (32 sec)    NO STRESSLENS

And he knows. I don't think so. No, people like it. It's sort of rather incredible. On her way to work one morning, down the path along the lake, a tenderhearted woman saw a poor half-frozen snake. His pretty-colored skin had been all frosted with the dew. "Poor thing," she cried. "I'll take you in, and I'll take care of you." That's exactly what we're doing, right? "I'll take care of you." "Take me in, oh, tender woman.

**Donald Trump** 00:45:12-00:45:38 (26 sec)    NO SIGNAL (0.448)

Take me in for heaven's sake. Take me in, oh, tender woman," said the vicious, vicious, vicious snake. She wrapped him up all cozy in a comforter of silk and laid him by her fireside with some honey and some milk. She hurried home from work that night. As soon as she arrived, she found the pretty snake she'd taken in had been revived. "Take me in, oh, tender woman.

**Donald Trump** 00:45:38-00:46:06 (28 sec)    NO SIGNAL (0.008)

Take me in for heaven's sake. Take me in, oh, tender woman," sighed the vicious snake. She clutched him to her bosom. "You're so beautiful," she cried. "But if I hadn't brought you in by now, you truly would have died." She stroked his pretty skin again and kissed him and held him tight. But instead of saying, "Thank you, ma'am," the snake gave her a vicious bite. "Take me in, oh, tender woman.

**Donald Trump** 00:46:06-00:46:42 (36 sec)    NO STRESSLENS

Take me in for heaven's sake. Take me in, oh, tender woman," sighed the vicious snake. "I saved you," cried the woman, "and you've bitten me. But why? You know your bite is poisonous, and now I'm going to die." "Shut up, silly woman," said the with a grin. "You knew damn well I was a snake before you took me in." And that's really it. That's what we're doing.

**Donald Trump** 00:46:42-00:47:05 (23 sec)    NO SIGNAL (0.401)

We're taking in people. We're taking in people into our country. I think it's terrific, what this is, what it represents. We're taking in people into our country that are going to cause tremendous problems, tremendous problems, and most people don't want to talk about it. Upon our inauguration -- because it's our inauguration.

**Donald Trump** 00:47:05-00:47:28 (23 sec)    NO SIGNAL (0.131)

It's not my inauguration. We're all president, as far as I'm concerned, because what I spent on this deal, I thought it was going to be a lot, but it's billions and billions, and I don't mind at all. I mean, Bloomberg spent what? Michael Bloomberg, $2.5 billion, and he only got the first question, right? He was decimated with the first question, $2.5 billion.

**Donald Trump** 00:47:28-00:47:47 (19 sec)    NO SIGNAL (0.202)

But I spent a lot to do this, and I'm very glad. Somebody said, "Are you glad you did it?" I said, "Yes, absolutely." They thought I'd say no. I had a nice life before this, you know. I had a life of -- you wouldn't believe how nice my life was. This is a little different, but there's nothing like this because we're doing an incredible job for our country.

**Donald Trump** 00:47:47-00:48:06 (20 sec)    WEAK (1.173)

We won't have a country. We won't have a country. I think if we if this election turns out to be rigged, and we have the best lawyers in the world this time, nobody thought they could pull that off, but if it's a rigged election or a fake election or if we lose this election, we are going to have, I believe, no country left.

**Donald Trump** 00:48:06-00:48:40 (34 sec)    NO SIGNAL (0.606)

I believe that's going to happen. But I will terminate every open-borders policy of the Biden administration and begin the largest domestic deportation operation in American history, larger than Eisenhower's, including all of the illegal aliens from countries that hate us. These are countries that hate us. And I will invoke the Alien Enemies Act to remove all known or suspected gang members, drug dealers, cartel members, and security threats from any kind and of any kind from the United States of America.

**Donald Trump** 00:48:40-00:49:06 (26 sec)    NO SIGNAL (0.411)

We're going to get them out of our country. It's going to happen faster. It's no wonder the far-left lunatics are getting desperate to stop our movement by any means necessary. Crooked Joe Biden and his radical left Democrats, and they are really radical left, have weaponized law enforcement to arrest their leading political opponent, me, me, and others, too, people of religion, a lot of others, too.

**Donald Trump** 00:49:06-00:49:28 (22 sec)    NO SIGNAL (0.032)

It's sick what's going on. This is high-level election interference. They want to disturb the election. This is their form of cheating this time. And it's happening for a single reason: because I'm the only candidate they do not want to run against. You know, they always say disinformation. "Oh, we want to run against Ron DeSanctimonious," even though he's losing by 10 points to Biden, if you can believe.

**Donald Trump** 00:49:28-00:49:46 (18 sec)    WEAK (1.065)

How the hell do you lose to Biden? But they say that. See, they say the opposite. Disinformation, misinformation, they're very good at it. They'll say, "We really want to run against Trump," because that's who they're running against. "We really want to run against Trump," but they don't. And the way I look at it, we beat them twice.

**Donald Trump** 00:49:46-00:50:06 (21 sec)    NO SIGNAL (0.128)

Now, we have to beat them a third time. We beat them. We beat the hell out of them the second time. Think of it, think of it, think of it. We did much better the second time than we did the first. Remember that. And they're getting beaten very badly by me in the polls. They think the only way they can catch me is to stop me from speaking.

**Donald Trump** 00:50:06-00:50:17 (10 sec)    NO SIGNAL (0.533)

They want to take away my voice. And a judge gave a gag order today, did you hear that, on speech, which I believe is totally unconstitutional, what she did. [Audience boos]



Donald Trump   00:50:17-00:50:37 (20 sec)                                    NO SIGNAL (0.981)

A judge gave a gag order. The judge doesn't like me too much. Her whole life is not liking me. But she gave a gag order. You know what a gag order is? You can't speak badly about your opponent. But this is weaponry all being done because Joe Biden is losing the election and losing very, very badly to all of us in the polls.

Donald Trump   00:50:37-00:50:44 (6 sec)                                     NO SIGNAL (0.672)

He's losing badly. But what they don't understand is that I am willing to go to jail if that's what it takes for our country to win and become a democracy again. [Audience cheers]

Donald Trump   00:50:44-00:51:23 (39 sec)                                    WEAK (1.395)

Thank you. Thank you very much. So true, so true. Thank you very much. Appreciate it. We're being laughed at all over the world. We have become a fascist state run by incompetent people that want to see us fail. We're not going to let it happen. We're not going to have our country destroyed.

Donald Trump   00:51:23-00:51:47 (24 sec)                                    NO SIGNAL (0.222)

The show 60 Minutes should be ashamed of themselves if anybody watched it on Sunday night. They just interviewed Crooked Joe Biden and led him along like he was a child. Each question contained the answer. This was a question. "Isn't it true that you love Israel?" You know, every question because they were afraid he might say no or something.

Donald Trump   00:51:47-00:52:08 (21 sec)                                    NO SIGNAL (0.386)

And it was so weakly and apologetically asked by the host who should have -- really, he should have never done what he did, that it was a joke. It's become a laughingstock all over the country. You take a look at what's happened, and people are showing it. And it really should be considered a campaign contribution to the Democrat Party.

Donald Trump   00:52:08-00:52:31 (23 sec)                                    NO SIGNAL (0.468)

That's what they do. These should be campaign contributions. Why should CBS or these other networks get free public airwaves for this highly partisan type of show that they do, which never apologized to me for the mistakes they made on the laptop from hell. Remember that? I said laptop from hell. Remember, they came up with 51 intelligence agents that said, "No. It came out of Russia.

Donald Trump   00:52:31-00:52:55 (24 sec)                                    NO SIGNAL (0.322)

It came out of Russia," right, before the election. They're protecting Biden, even though he is the most corrupt and incompetent president in the history of our country. They're protecting him. It's amazing to me. And again, the Carter administration looks brilliant by comparison. The only thing the Biden regime does well is go after Crooked Joe's political opponents, and even that will fail.

Donald Trump   00:52:55-00:53:15 (20 sec)                                    NO SIGNAL (0.179)

That's going to fail. You watch. That's going to fail. It's going to fail bad. It's got to fail. Otherwise, we don't have a country. If it doesn't fail, we don't have a country. The Middle East, Ukraine, inflation, bad economy, the open border, horrendous Afghanistan embarrassment, gas prices, our great autoworker death march.

Donald Trump   00:53:15-00:53:38 (23 sec)                                    NO SIGNAL (0.124)

They're killing the autoworkers by forcing the electric cars. You're not going to have any autoworkers. I went to Michigan two weeks ago. I said, "Listen. Don't worry about what you're getting per hour. That's not your problem. Your problem is you're not going to have a job in two years if they accept these mandates for electric cars." But so much more make Crooked Joe a total disaster for our once great USA.

Donald Trump   00:53:38-00:54:01 (23 sec)                                    NO SIGNAL (0.341)

I have to say once great. In the new Morning Consult poll, highly respected, we're up almost 50 points. Think of that. We're up almost 50 points. These guys ought to get out. And I hear they're canceling all the debates after Miami because nobody watched. They had a debate. It was the lowest-rated debate in history, OK? That's what I read.

Donald Trump   00:54:01-00:54:26 (25 sec)                                    NO SIGNAL (0.044)

I felt terribly about that. But we're up almost 50 points on Ron DeSanctimonious, a man who I got him the job, and then he said, four years later, "Well, I'll run against him." Oh, that's not working out too well. In the Iowa state poll, we're dominating DeSantis 55 to 17, and he's sinking very, very rapidly.

Donald Trump   00:54:26-00:54:44 (18 sec)                                    NO SIGNAL (0.628)

Ron DeSantis, that's the abbreviation for DeSanctimonious. Remember, Ron DeSantis, somebody from one of the networks want a straight interview. "Ladies and gentlemen, we're proud to have Governor Ron DeSantis with us." "It's DeSantis." But he actually changed his name, remember, to Dee-san-tis. And I left a message.

Donald Trump   00:54:44-00:55:05 (21 sec)                                    NO SIGNAL (0.565)

Never change your name in the middle of a campaign. It's not a good thing. DeSantis, with his shoes, the whole deal. He's got the whole deal going. And in the general election, I'm beating Biden by a lot in the Echelon poll. I'm leading Biden by four points. And by the way, DeSantis is getting killed and so is every other Republican candidate.

Donald Trump   00:55:05-00:55:42 (37 sec)                                    WEAK (1.31)

And in the ABC-Washington Post poll that just came out, I'm up by 10, probably 11 points. That's on Biden. That's on Crooked Joe. The radical left Democrats rigged the presidential election of 2020, and we're not going to allow them to rig the presidential election of 2024. [Audience cheers]

Donald Trump   00:55:42-00:56:06 (24 sec)                                    NO SIGNAL (0.666)

Thank you. Every time the radical left Democrats, Marxists, communists, and fascists indict me, I considered a great badge of honor because I'm being indicted for you. Thank you very much. I appreciate that. You know, if I wasn't running, I wouldn't have any of this stuff. Or if I was way back in the pack, they wouldn't bother.

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 85 of 164



Donald Trump  00:56:06-00:56:31 (25 sec)      NO SIGNAL (0.112)

They do this to anybody. I mean, they have Trump derangement syndrome at a level that is far greater. I don't even know if I'm correct. I probably would be. We won that election. They couldn't believe it. We believed it. But we won in 2016. They couldn't believe it. Hillary Clinton said, "Why didn't they do that for me? I was closer." Meaning stuffed the ballot boxes.

Donald Trump  00:56:31-00:56:53 (22 sec)      NO SIGNAL (0.753)

It's true. She was closer, a few states. Never forget, our enemies want to take away my freedom because I will never let them take away your freedom. It's very simple. They want to silence me because I will never let them silence you. And in the end, they're not after me. They're after you. And I'm just standing in their way.

Donald Trump  00:56:53-00:57:15 (22 sec)      NO SIGNAL (0.69)

I'm happily standing in their way. But this is more than a campaign. This is a movement. I've never seen anything -- this is bigger than 2020 and bigger than 2016. I never thought I'd say that. I thought 2016 was really earthshaking, and it was. But this is bigger. This is more important because we've seen how bad they are.

Donald Trump  00:57:15-00:57:40 (25 sec)      NO SIGNAL (0.718)

The reason this is so big now is we've seen how bad a job they've done. Every single thing they touch is bad. They don't have any success. The economy stinks. Inflation is through the roof. We have the highest inflation in 72 years, and inflation is a nation buster. If you look at inflation throughout the, you know, decades and the centuries, countries with inflation, they disintegrate.

Donald Trump  00:57:40-00:58:01 (21 sec)      NO SIGNAL (0.078)

And we'll get that taken care of very quickly. You know why? We're going to have so much energy. It's going to bring everything down. The energy is going to bring it. That's what killed us in the first place. They stopped everything, and it went up to $115 a barrel. With your autos, it was over $5 in California, $7 and $8, even more than that.

Donald Trump  00:58:01-00:58:30 (29 sec)      NO SIGNAL (0.237)

You couldn't even get it. And inflation began because of that. Now, everything is causing it. Bacon, you know, bacon went up five times in the last year, five times. Together, we fought for Iowa and Iowa farmers like no administration has ever fought before. Nobody fought like I did for the farmer. I ended the NAFTA disaster, the worst trade deal ever made, and replaced it with the brand-new USMCA, the best trade deal ever made.

Donald Trump  00:58:30-00:59:05 (35 sec)      NO SIGNAL (0.093)

And you guys are doing great because of it. It was very important. And again, I gave the farmers $28 billion. I gave them a lot. That's why I know I'm going to win. I feel confident, unlike Ron DeSanctimonious, who hates ethanol, hates it. He's voted against it numerous times. Now, he's coming along. He'll probably say, "Well, I'm all for ethanol." One thing with the politician, when they are against something at the beginning, Brad will tell you this better than anybody, when they're with you, when they're with something at the beginning, that's where they're going to be in the end.

Donald Trump  00:59:05-00:59:26 (21 sec)      NO SIGNAL (0.273)

So, he may change his little direction on the election. I don't even know if he has. Nobody cares. I don't think anyone really cares. But in the end, he's going to be against ethanol, and he's going to be against Social Security, and he's going to be against Medicare, if you can believe it. I kept my promise to fight for Iowa ethanol and issued a rule declaring that E15 would be made available all year round.

Donald Trump  00:59:26-00:59:46 (20 sec)      NO SIGNAL (0.367)

Remember, it was only eight months. And unlike Ron DeSanctimonious who voted to gut Medicare and Social Security and voted three times to raise the retirement age to 70, big increase, I will always protect Medicare and Social Security for our great seniors, and we don't have to do that because you deserve that.

Donald Trump  00:59:46-01:00:12 (26 sec)      NO SIGNAL (0.147)

You know, if we drill and if we sell oil, we have so much potential. We don't have to destroy people with Social Security, Medicare. Here's just some of what we will do when we become the 47th president of the United States, when we become. Before I even arrive in the Oval Office, shortly after I win the presidency, I will have the horrible war between Russia and Ukraine settled.

Donald Trump  01:00:12-01:00:29 (17 sec)      NO SIGNAL (0.335)

Now, of course, Putin, right now, he's sitting there because all the focus is on Israel, and he's bombing the hell out of them. It's terrible what's going on, but I'll get it done. I know both very well. I'll get it done. I'll get it done quickly. It's horrible. And again, it's not a question of winning or losing.

Donald Trump  01:00:29-01:00:48 (19 sec)      NO SIGNAL (0.787)

I want to see people stop dying. When I was interviewed by those terrible people at CNN Live, remember we did that town hall? Did anybody see that town hall? It was the highest-rated show they've had in 11 years, and they fired the head of CNN. Explain that. I must have done well. I either did great or horribly, one or the other.

Donald Trump  01:00:48-01:01:07 (19 sec)      NO SIGNAL (0.633)

But they fired him. No, but I explained things on that live show. See, I love live television because they can't cut you off, or they're going to have a lot of open time if they do. That's why I love these guys. All those guys back there, they have those cameras raging, but when they think I'm going to say something bad about the network, those red lights go off so fast.

Donald Trump  01:01:07-01:01:19 (12 sec)      WEAK (1.025)

But I'm the only candidate who can make this promise. I will prevent World War III. I'll prevent it. I'm going to prevent it. [Audience cheers]

Donald Trump  01:01:19-01:01:37 (18 sec)      NO SIGNAL (0.495)

I will end Joe Biden's inflation disaster. We will quickly rebuild the greatest economy in the history of the world, which we had before. I will deliver additional tax cuts. The biggest tax cuts ever granted were my tax cuts, bigger than Reagan. They don't want to hear it, but they were.

Donald Trump  01:01:37-01:01:40 (3 sec)      NO STRESSLENS

Just like in Florida, nobody ever wants to write this.

Donald Trump  01:01:40-01:02:01 (21 sec)      NO SIGNAL (0.987)

I got 1.1 million more votes than DeSanctimonious. You know, they said, "Oh, he did well in Florida." Well, I did a lot better than he did. I got 1.1 million votes more than he did. Right now, I don't think he's even electable in Florida. You want to know the truth? If you want to look at it. But we'll do regulation cuts, energy price cuts, and interest rate cuts.

✕



Donald Trump  01:02:01–01:02:20 (18 sec)    NO SIGNAL (0.364)

Right now, you can't borrow money from a bank. And if you do, it's so expensive. It doesn't work. And the housing industry is suffering. Everything's suffering. But more importantly, you can't buy a house now because the rates are up from 2.5%, when I was there, to 8%, 9%, 10%. You can't get any money. Other than that, it's doing very well.

Donald Trump  01:02:20–01:02:46 (26 sec)    NO SIGNAL (0.186)

Biden has three major problems, and they all begin with the letter I: inflation, immigration, and incompetence. You ever hear that one? On day one, I will repeal Joe Biden's insane ethanol industry-killing electric vehicle mandate. We're going to knock that out so fast. And you know who's going to vote for me because of that?

Donald Trump  01:02:46–01:03:10 (24 sec)    NO SIGNAL (0.94)

Every autoworker. I think I have their votes anyway. You want to know the truth? But the autoworkers, they love Trump because, you know, our auto industry was -- 50% of our industry was stolen between Mexico, China, Canada, probably a lot more than 50%, I believe. But we're going to bring it all back. Under a Trump administration, gasoline-fired engines will be allowed, but child sexual mutilation will be banned.

Donald Trump  01:03:10–01:03:49 (39 sec)    NO SIGNAL (0.426)

You know what that means, right? I'm always amazed when I say that, you know, because they mutilate sexually your children without your permission. And every time I say it, I say, "Can you imagine, 10 years ago, 15 years ago, making that statement? People in the audience would say, "What's wrong with that guy?" Sexual mutilation, that's what they do. I will also sign a new executive order to cut federal funding for any school pushing critical race theory, transgender insanity, and other inappropriate racial, sexual, or political content on our beautiful children.

Donald Trump  01:03:49–01:03:57 (9 sec)    MEDIUM (1.718)

And I will not give one penny to any school that has a vaccine mandate or mask mandate. It's ridiculous. [Audience cheers]

Donald Trump  01:03:57–01:04:27 (29 sec)    NO STRESSLENS

And another one which you can't believe that you have to say. Ten years ago, they would have said, "Take that man off the stage. There's something wrong with him." I will keep men out of women's sports, OK? Simple. Who thinks that that's like a good idea? But you know what the Democrats do.

Donald Trump  01:04:27–01:04:48 (21 sec)    NO SIGNAL (0.89)

Who can imagine? Do you ever see some of the records that have been broken, like in weightlifting? I think they lifted up 150 pounds. It's actually a very bad thing for women. It's very unfortunate that it's happening. It demoralizes women. It's a horrible thing. Weightlifting, swimming, all of these sports, records are being broken by numbers nobody ever thought were even possible.

Donald Trump  01:04:48–01:05:12 (24 sec)    NO SIGNAL (0.567)

The swimming record was obliterated by -- you know, they're looking for one-tenth of a second. And, you know, people beat it by two minutes. It's crazy. The weightlifting, 150 pounds by a guy that didn't lift before, beating champions. "Have you lifted before?" "Well, not too much." Boom. And they break the record by numbers that are just crazy.

Donald Trump  01:05:12–01:05:30 (18 sec)    NO SIGNAL (0.683)

I always say they put a quarter of an ounce on one side of the barbell. They put a quarter of an ounce on the other side. They go for a record that's been standing for 18 years. And a young woman gets up, and she works so hard, and I won't go through the whole act because, you know, the first lady hates when I do that.

Donald Trump  01:05:30–01:06:10 (40 sec)    NO STRESSLENS

She said, "It's not presidential," but I think it's fine. Her mom and dad are in the audience, right? They're so proud. They put that quarter of an ounce on each side. Boom. "I can't do it. Sorry, mom. I'll do it again. I'll work so hard." Then a guy comes up, who transitioned. And they ask him that question. "Have you had success in weightlifting before?" "No, I've never really done it before." "Oh, good." And he gets up. Bing. "Do you want me to do it a few more times?" In swimming, the same thing.

Donald Trump  01:06:10–01:06:35 (25 sec)    NO SIGNAL (0.424)

You know, the swimming records are being obliterated. It's ridiculous. It's very, very ridiculous. And I can't even believe we have to talk about it. And, you know, young ladies that are being affected by it very greatly, like swimming champions, they're afraid to talk about it. They're actually afraid to talk about it. Just as I did four years ago, I will fully uphold the Second Amendment, which, as you know, is under siege.

Donald Trump  01:06:35–01:07:03 (28 sec)    NO SIGNAL (0.482)

And I kept it perfect for you. I kept it perfect for you. It's under siege. And I will continue to protect innocent life nobody did for you. And when the Republicans start speaking about it -- because, you know, the Democrats are the radicals, the Democrats are the radicals because they'll kill the child in the fourth month, fifth month, sixth month, seventh month, eighth month, ninth month, even after birth.

Donald Trump  01:07:03–01:07:20 (17 sec)    NO SIGNAL (0.778)

Remember that wacky former governor of Virginia where he said, "Yes, we will take the baby, and we will decide." This is after the ninth month, the baby is born, "And we will discuss with the mother what we want to do with the baby." They'll kill the baby. They're the radicals. The pro-lifers aren't the radicals.

Donald Trump  01:07:20–01:07:41 (21 sec)    NO SIGNAL (0.776)

They're the radicals. And when politicians, and some of them do and some of them don't, you have to go with the exceptions for the election, but you also have to follow your heart. You have to follow your heart. But when politicians speak about that strongly and with conviction, it's a fantastic issue. But you have to go with what you believe.

X



**Donald Trump**   01:07:41-01:07:47 (6 sec)      `WEAK (1.386)`

You have to go with what you feel, very important. But we got it done. We ended Roe v. Wade, which is the most radical -- [Audience cheers]

**Donald Trump**   01:07:47-01:08:10 (22 sec)      `NO SIGNAL (0.49)`

And we brought it back to the states, by the way, we brought it back to the states, where every legal scholar, even those opposed, every legal scholar said it should be. We did something that nobody thought would be possible. For 52 years, they've been trying to do it. I got it done.

**Donald Trump**   01:08:10-01:08:14 (5 sec)      `NO STRESSLENS`

And again, it's got to be spoken about properly.

**Donald Trump**   01:08:14-01:08:35 (21 sec)      `NO SIGNAL (0.069)`

Ronald Reagan, as you know, wanted the exceptions. He was in favor. He wanted the exceptions very strongly, felt that exceptions were important. Some people don't. Most people do, but some people don't. And you have to follow what you follow. But it's an amazing thing that was done. Nobody thought it would be possible.

**Donald Trump**   01:08:35-01:08:59 (24 sec)      `NO SIGNAL (0.094)`

We will restore free speech, and I will secure our elections. And our goal will be one-day voting with paper ballots and voter ID, one-day voting, paper ballots, and voter I.D. But until then, Republicans have to compete, and we have to win. Once we win, get me in there. We'll change things around. It'll be so beautiful.

**Donald Trump**   01:08:59-01:09:22 (23 sec)      `NO SIGNAL (0.528)`

You know, we had the greatest economy in the history of the world. No country ever did what we did. That's why we have this kind of support. If we didn't, you wouldn't be giving us this support, both in security and every other thing that we did, rebuilding the military. We have tremendous support in the military, tremendous support from every single group, including women and suburban women.

**Donald Trump**   01:09:22-01:09:45 (24 sec)      `NO SIGNAL (0.169)`

You know what they want? Safety. They want safety. A lot of suburban women, they said, "Oh, Trump's not doing well with suburban." I think we did great with suburban women. I think that we had a lot of bad things happening, but you know, they want safety. They want security. They don't want to have a low-income development built next to them in their house that they work so hard to get with their husbands, you know, and we ended all of that.

**Donald Trump**   01:09:45-01:10:10 (25 sec)      `NO STRESSLENS`

So, we're doing well. We did well with every single group. And what's happened is we did well, but people take it for granted a little bit. For instance, we had the safest border ever. And in 2020, I never talked about the border because we had such a good border. There was nothing to talk about. I said, "Can I talk about the border?" "Sir, nobody cares about the border." I said, "That's terrible." In 2016, it was the single biggest issue.

**Donald Trump**   01:10:10-01:10:33 (23 sec)      `NO SIGNAL (0.663)`

In 2020, I couldn't talk about it because nobody cared. They fell asleep because I did it. I did a great job on the border, but now the border is worse than it ever was in history. It makes 2016 look like a safe border. They've destroyed what we did. I can get it back. We'll get Tom Homan and Brandon Judd, and we'll get all of these guys that are so great and the people I had.

**Donald Trump**   01:10:33-01:10:50 (17 sec)      `NO SIGNAL (0.074)`

You know, incredibly, all Biden had to do -- somebody, one of his consultants, thinks he looks good in a bathing suit, and they send him to the beach a lot, you know, on Tuesday, Wednesday, Thursday, Friday. Does he ever go into the office? But they send him to the beach, and he's got a problem because those chairs weigh about three ounces.

**Donald Trump**   01:10:50-01:11:15 (26 sec)      `NO SIGNAL (0.369)`

You know, they're marvels. They can hold a body, but a child can lift them up, right? He can't. And he can barely get his feet through the sand. And he sits there all day long at the beach, right? If he went to the beach, instead of destroying our border, destroying our military, destroying our country, if he just went to the beach all day long and just let everything be run the way it was, he would have gone down, really, as a very good president.

**Donald Trump**   01:11:15-01:11:39 (24 sec)      `NO SIGNAL (0.625)`

He's destroyed everything, and a lot of it was, they say, he destroyed because anything I did, he just wanted to do different. How stupid is that? Because we had the safest border in history. Now, we have the most unsafe border of any nation in history, in my opinion. And just in conclusion, this is what we must do to restore our country to greatness, all of the things that we've been talking about.

**Donald Trump**   01:11:39-01:12:06 (28 sec)      `NO SIGNAL (0.31)`

The U.S. A. is a mess. Israel is under attack. Our economy is cratering. Inflation is totally out of control. It's very bad. China, Russia, Iran, and North Korea. Remember North Korea, how bad it was? And I got along with Kim Jong Un. They formed together as a menacing and destructive coalition. Our currency is crashing and will soon no longer be the world standard, which will be our greatest defeat in 200 years.

**Donald Trump**   01:12:06-01:12:37 (31 sec)      `NO SIGNAL (0.039)`

If we lose our currency, we will be a third-world nation then. But it won't happen with me, not even a chance, just like Russia would never have happened, Ukraine, China. Think of that. Russia with Ukraine, and China would not have even thought about going in Taiwan. And with President Xi, I had conversations about it. I said, "You can't do it. You can't do it." It was almost an identical conversation I had with President Putin, but I used the names of different cities.

**Donald Trump**   01:12:37-01:12:58 (21 sec)      `NO SIGNAL (0.468)`

Does that make sense to anybody? But I said, "You can't do it." And he didn't do it. He only did it after I left. A week after I left, they had 28 bombers flying over Taiwan. They never did that with me. But I would have left -- Afghanistan, as an example, I was the one that got him down. It was 21 years with dignity.

**Donald Trump**   01:12:58-01:13:15 (18 sec)      `WEAK (1)`

We would have had such dignity, not embarrassment. Most embarrassing moment in the history of our country. If you took the 10 worst presidents in the history of the United States and added them up, they would not have done near the destruction to our country as Joe Biden and the Biden administration have done.

**Donald Trump**   01:13:15-01:13:34 (19 sec)      `NO SIGNAL (0.651)`

And I used to say five, and I'd always preface it by saying, "I think I could say 10. I think I can say 10." You take the 10 worst presidents, they would not have done -- even weaponization. Nobody's done that. They would not have done the damage that this man has done to our democracy, to our country. We're a failing nation.

**Donald Trump**   01:13:34-01:14:06 (32 sec)      `NO SIGNAL (0.687)`

We're a nation in decline. And now, these radical left lunatics want to interfere with our elections by using law enforcement. It's totally corrupt, and we can't ever let it happen. If you want to save America from Crooked Joe and the radical left, then get every patriot you know, make sure that you're registered Republicans, you have to be registered Republican, and get them out to vote in their local precinct caucus at 7 p.m. on Monday, January 15th. January 15th, so important, get them to get out and vote.

Donald Trump  01:14:06-01:14:24 (18 sec)    NO SIGNAL (0.759)

You got to get out and vote. We have to send it off with a bang. We're going to win Iowa, but we got to win by -- you know, we want to win by a big number because we want to go into that election. And remember, the only reason you're first is because I kept you there. You know, a lot of people like to take credit.



Donald Trump  01:14:24-01:14:51 (27 sec)    NO SIGNAL (0.682)

There was only one person that kept you first. We're asking you to commit to caucus for us and to bring as many people as you can. You bring three or five or 10 or 20, and it's very important, so important. It sets a tone for the rest of the election because in November, we have to win. Sign up at ia.donaldjtrump.com and get involved. 2024 is our final battle.

Donald Trump  01:14:51-01:15:14 (23 sec)    WEAK (1.248)

It's our final battle. This country is going to either be greater than ever before or we're not going to have a country. That's how bad it all is. With you at my side, we will demolish the deep state. We will expel the warmongers from our government. They want to go to war with every country. They know nothing about it. "Let's just go to war.

Donald Trump  01:15:14-01:15:34 (20 sec)    NO SIGNAL (0.043)

Let's make all those missiles, and let's just go to war." We will drive out the globalists. We will cast out the communists, Marxists, and fascists, and we throw out the sick political class that hates our country. We will rout the fake news media. They're so sad. They have such an important place, and they're so fake.

Donald Trump  01:15:34-01:15:56 (22 sec)    NO STRESSLENS

They're so corrupt. They have a lower rating now in the public eye than Congress. Can you believe that? But they serve such a function. They could do such a great thing. It's so hard without them because they are fake. It was a term I came up with a long time ago, and it's almost not tough enough. That's how bad it is. But hopefully, they can change.

Donald Trump  01:15:56-01:16:02 (6 sec)    NO SIGNAL (0.038)

We will evict Joe Biden from the White House, and we will finish the job once and for all, once and for all. [Audience chants "We love Trump"]

Donald Trump  01:16:02-01:16:24 (22 sec)    NO SIGNAL (0.894)

The great silent majority is rising like never before, and under our leadership, the forgotten men, women will be forgotten no longer. We're going to forget them no longer. I didn't forget them for four years, but then they forgot them. With your help, your love, and your vote, we will put America first.

Donald Trump  01:16:24-01:16:37 (13 sec)    NO SIGNAL (0.173)

We will make America great again, greater than ever before. We can do that, greater than ever before. Thank you very much, Iowa, and God bless you all. Thank you. Thank you very much.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About          Contact Us     Advertise          CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions. Copyright 2026 CQ
Events         Privacy        RC Jobs             and Roll Call. All rights reserved.
Newsletters    The Staff      Subscriptions

# EXHIBIT S



Factbase

Powered by **FiscalNote** StressLens

Donald J. Trump

**Transcripts**    White House Calendar    White House Press Releases

### Speech: Donald Trump Addresses Law Enforcement Officials in Grand Rapids - April 2, 2024

| StressLens | 5 Topics | 10 Entities | 1 Moderation | 4 Speakers |

**Full Transcript**

**Donald Trump** 00:00:00-00:00:20 (21 sec)    NO SIGNAL (0.179)

Well, thank you very much. It's an honor to be here. The weather was a little rough, but there was no way I was going to miss it. And I see we have a lot of media here. That's nice. Always nice. They're our deep friends, right? But we're getting better over the years, much better. But I do want to say hello to everybody.

**Donald Trump** 00:00:20-00:00:39 (19 sec)    NO SIGNAL (0.166)

This is a special place to me, and we're going to have a big victory. The polls are looking tremendous in Michigan and Wisconsin, and we're going to do something, I think, that's very, very special. I think it's going to be a very special election. I've been saying November 5th of this year is going to be the most important day in the history of our country.

**Donald Trump** 00:00:39-00:01:02 (22 sec)    NO SIGNAL (0.409)

I believe that. So, just remember that we're here this afternoon in Grand Rapids, Michigan, 1,283 miles from the southern border. You've been hearing a lot about the southern border over the last couple of years. We put up a chart which is border-related, and you see the lowest point in history was just before I left.

**Donald Trump** 00:01:02-00:01:19 (18 sec)    NO SIGNAL (0.396)

Just as I was leaving, that was the lowest point. You see the arrows pointing. And I think that chart spells out better than anything I can say today. In fact, I don't have to say anything. I can just leave. Just take a look at that. That is the best. And then it looks like a rocket ship went off.

**Donald Trump** 00:01:19-00:01:21 (2 sec)    NO STRESSLENS

When you look at the other numbers, it's a shame.

**Donald Trump** 00:01:21-00:01:48 (27 sec)    NO SIGNAL (0.743)

It's a sad shame. Under Crooked Joe Biden, every state is now a border state. Every town is now a border town because Joe Biden has brought the carnage and chaos and killing from all over the world and dumped it straight into our backyards. And people are coming in from prisons and mental institutions, and nobody's ever seen anything like it. Under the Trump administration, we had a tough policy of getting the bad people out.

**Donald Trump** 00:01:48-00:02:15 (27 sec)    WEAK (1.073)

We wanted to get them out. We took them out by the thousands. And we took, as an example, the MS-13 gangs out. The countries didn't want to let them back in. And I said, "Well, then we're not giving you any money." We give them so much money. In this case, $793 million. I said, "That's OK. We're not going to give you any money." And they said, "We'd be glad to have MS-13 coming back into our country, be an honor." And they took them back, but they wouldn't take them back under Obama.

**Donald Trump** 00:02:15-00:02:34 (20 sec)    WEAK (1.011)

Under the Obama administration with Biden, they wouldn't take them back. And I was told that they won't take them back. And I said, "Really? What do we give them?" And it was close to $800 million. I said, "Tell them we're not giving it to them anymore." And they immediately said, "Let's take them back." That was about -- that lasted -- that negotiation, Sheriffs, lasted about three minutes, and we succeeded.

**Donald Trump** 00:02:34-00:02:58 (24 sec)    NO SIGNAL (0.653)

That was an easy one. Now, under Biden, the bad ones are coming in at a level that nobody ever thought was even possible. Nobody thought this was possible. In Venezuela, the crime is down 67% from what it was a year and a half ago because they're taking all of their gangs and all of their criminals, and they're depositing them into the United States of America.

**Donald Trump** 00:02:58-00:03:15 (17 sec)    NO SIGNAL (0.255)

Venezuela, think of it, their crime. Wouldn't we love to have a statistic where crime is down 67%? Ours is only going in one direction, and it's going to be very bad now because we have a new form of crime. It's called migrant crime. They're having fist fights with our police officers right in the middle of streets.

X

42:30



**Donald Trump**  00:03:15-00:03:37 (23 sec)    NO SIGNAL (0.909)

They're sending prisoners, murderers, drug dealers, mental patients, and terrorists, the worst they have in every country, all over the world. This isn't just in South America. They're coming from the Congo, from Yemen, from Somalia, from Syria. They come from all over the world. China. Many of them are military age, which is very strange.

**Donald Trump**  00:03:37-00:04:00 (23 sec)    NO SIGNAL (0.663)

You don't see very many women coming in, and you see a lot of them coming in about 19 to 25, 26 years old, especially from China. We have 29,000 over the last few months, 29,000 from China. And they all seem to be perfectly fit for military service, ready for military service. It's crazy. This is country-changing, it's country-threatening, and it's country-wrecking.

**Donald Trump**  00:04:00-00:04:18 (17 sec)    NO SIGNAL (0.455)

They have wrecked our country. But I stand before you today to declare that Joe Biden's border bloodbath -- and that's what it is. It's a bloodbath. They tried to use that term incorrectly on me two weeks ago. You know, it's all about misinformation. That's all they do is cheat on elections and disinformation.

**Donald Trump**  00:04:18-00:04:39 (22 sec)    NO SIGNAL (0.004)

Misinformation, fairly closely related, those two words, but they basically mean that it's all talk, but it's a border bloodbath, and it's destroying our country. It's a very bad thing happening. It's going to end on the day that I take office, which will be January 20th. It will end. Thank you.

**Donald Trump**  00:04:39-00:04:44 (5 sec)    NO STRESSLENS

I want to thank members of Congress.

**Donald Trump**  00:04:44-00:05:06 (21 sec)    NO SIGNAL (0.47)

A lot of great congressmen are here. Warriors, really. They've fought with me for a long time. John James, John Molinaro, and Jack Bergman, they're great friends of mine. And they've -- they love your state. They love your state. I want to really thank and congratulate -- because this guy has gone like a rocket ship.

**Donald Trump**  00:05:06-00:05:26 (20 sec)    NO SIGNAL (0.094)

I've never seen any -- well, I have a couple of times. We've got a lot of people elected. Those endorsements are pretty good. But, you know, you still have to endorse the right person, otherwise it doesn't work. And your next U.S. senator, Mike Rogers, who is going to be fantastic, wherever Mike is, wherever Mike is. Mike.

**Donald Trump**  00:05:26-00:05:43 (18 sec)    NO SIGNAL (0.879)

Thank you, Mike. He was a great congressman. He was a tough guy, too. He had one little sabbatical. He went to CNN for a little while, and it's OK. You know, they say it's kind of weird. But other than that, he's been great. Well, that's good because now you'll get a few of the more moderate people.

**Donald Trump**  00:05:43-00:05:47 (4 sec)    NO STRESSLENS

We're being nice, but he's a very respected person.

**Donald Trump**  00:05:47-00:06:05 (18 sec)    NO SIGNAL (0.341)

He's the one we wanted. He's the one that decided to do it. And he's going to be a fantastic -- I think he's going to be a fantastic U.S. senator, always respected at the highest level. And he was always fair to us, too, when he was on -- when he did his television thing, he was always fair, strong, fair.

**Donald Trump**  00:06:05-00:06:28 (23 sec)    WEAK (1.09)

I also want to thank Michigan Senate Republican leader, Aric Nesbitt. Where is Aric? I think you're around here someplace, Aric. Good. Great job you're doing, Aric. Michigan House Republican leader, Matt Hall. Matt. Good. They stand right in the middle, those guys. Former Detroit police chief, James Craig.

**Donald Trump**  00:06:28-00:06:43 (15 sec)    NO SIGNAL (0.734)

Good guy, too, good guy, good guy, knows his way around and has done a great job. Thank you very much. We have great support. I think he just supported Mike, actually, didn't he? Did I hear that? That's a big endorsement. That's a great endorsement. Thank you, James.

**Unidentified**  00:06:43-00:06:45 (2 sec)    NO STRESSLENS

Second best endorsement.

**Donald Trump**  00:06:45-00:07:09 (24 sec)    NO SIGNAL (0.309)

The second best. Well, thank you. Actually, Mike went up 61 points. Can you imagine that? He went up 61 points. And that's really -- that's quite a raise. It went up in one night, and he's -- I think that primary is over. I think he's focused now on the Democrat. And the Democrat's a radical left lunatic and doesn't represent what Michigan stands for.

**Donald Trump**  00:07:09-00:07:30 (21 sec)    NO SIGNAL (0.711)

I can tell you, it doesn't represent the auto workers and wants to do the all-electric cars all over the place that are all going to be made in China and very bad. So, I think that Mike Rogers is going to have tremendous success against her. Former Michigan attorney general, Bill Schuette. And thank you, Bill, very much.

**Donald Trump**  00:07:30-00:07:48 (18 sec)    NO SIGNAL (0.55)

Thank you. And many other distinguished guests. We got a lot of people here, some ex-congressmen, some congressmen. I'm not going to go into it because we want to get down to business. We want to just get our country going again. We want to get the border closed, and we want to have people come into our country but come in legally, right?

**Donald Trump**  00:07:48-00:08:21 (34 sec)    WEAK (1.233)

Legally. Moments ago, I met with an incredible group of local law enforcement leaders to discuss how Michigan communities are being ravaged by a new form of crime, and that's the migrant crime that we name it. It should be called Biden migrant crime, but that's too long. But you'll always remember it was Biden that gave it to us. Eleven days ago, right here in Kent County, a 25-year-old Michigan woman named Ruby Garcia, who has become a very well-known and beautiful young woman, was savagely murdered by an illegal alien criminal.

**Donald Trump**  00:08:21-00:08:47 (26 sec)    NO SIGNAL (0.768)

Case 1:26-cv-02103-DEH     Document 49-4     Filed 07/02/26     Page 92 of 164

Under the Trump administration, this monster had been deported, thrown out of the country. He wasn't going to be able to come back because you just have to look at the charts. It was very, very hard to get in. But he came back. We threw him out of the country, and Crooked Joe Biden took him back and let him back in and let him stay in. And he viciously killed Ruby, the illegal alien charged with Ruby's really heinous killing.

Donald Trump   00:08:47-00:09:18 (31 sec)                                                                                    NO SIGNAL (0.437)

And this is somebody that had many, many arrests, including for some very bad crimes that he committed. And he was set loose to roam our streets and, in this case, set loose to roam in Michigan by politicians that are left and weak and stupid. On March 22nd, he shot 17-year-old Ruby. Actually, she was a beautiful, beautiful young woman.

Donald Trump   00:09:18-00:09:41 (23 sec)                                                                                    NO SIGNAL (0.364)

Ruby Garcia was shot multiple times with an illegally obtained handgun. Her body was dumped on the side of a highway and left to die. Actually had a little life left, left to die. And Ruby passed away. And it's been a big story because it's so horrible. Some of these horrible stories, there are so many of them.

Donald Trump   00:09:41-00:10:03 (22 sec)                                                                                    NO SIGNAL (0.721)

You could go on for days, but some of them just -- they resonate so much more for whatever reason. They were all so horrible. And there's so many of them. Now, Ruby's loved ones and community are left grieving for this incredible young woman, remembering what they called her. They said she had just this most contagious laughter, and when she walked into a room, she lit up that room.

Donald Trump   00:10:03-00:10:25 (22 sec)                                                                                    NO SIGNAL (0.909)

And I've heard that from so many people. I spoke to some of her family. Two months ago, another illegal alien criminal was sentenced in Kent County by executing a 22-year-old Grand Rapids woman while she was in the car with her one-year-old baby, shooting her at least five times all over with a rifle at point-blank range.

Donald Trump   00:10:25-00:10:48 (23 sec)                                                                                    WEAK (1.143)

While the killer was wanted for outstanding attempted versions of various forms of strangulation that were looking for this particular killer all over the country, he was allowed to come into our country by a very weak border policy. And just a few weeks ago, I met with the grieving family of Laken Riley.

Donald Trump   00:10:48-00:11:09 (20 sec)                                                                                    NO SIGNAL (0.646)

You know, Laken, she was incredible, top of her class. Everything was the top. She was the top of everything. She was incredible. I met the parents, incredible people. The 22-year-old nursing student in Georgia who was barbarically murdered by an illegal alien animal. The Democrats say, "Please don't call them animals.

Donald Trump   00:11:09-00:11:29 (20 sec)                                                                                    NO SIGNAL (0.145)

They're humans." I said, "No, they're not humans. They're not humans. They're animals." Nancy Pelosi told me that. She said, "Please don't use the word animals when you're talking about these people." I said, "I'll use the word animal because that's what they are." I'll never forget my vow to her, wonderful mother, father, and sister, two weeks ago.

Donald Trump   00:11:29-00:11:48 (19 sec)                                                                                    NO SIGNAL (0.184)

And I said, "I will deliver justice for Laken." I said that. And now, today, I'm adding something. It's going to be for Laken, and it's also justice for Ruby. We're going to deliver justice for Ruby. We're going to watch what happens with this thug. We're going to watch what happens. And we have all the law enforcement behind.

Donald Trump   00:11:48-00:12:03 (15 sec)                                                                                    NO SIGNAL (0.871)

They're going to be watching what happens to this thug. He's not going to get away with it. So many people get away with it. They say, "Oh, let him go. Let him go." I'm the only one that has to put up a bond. You know, I put up a bond, and I didn't do anything wrong. I had to put up a bond this morning for $175 million.

Donald Trump   00:12:03-00:12:30 (27 sec)                                                                                    NO SIGNAL (0.196)

I did nothing wrong. They can shoot somebody, kill somebody, and walk out of jail an hour later. How about that? Do you think that's a fair policy? That's called radical left. But not one more innocent life should be lost to Biden migrant crime. The first step to restoring safety in America is to fire Crooked Joe Biden, get him out November 5th, and we're going to get him out.

Donald Trump   00:12:30-00:12:50 (20 sec)                                                                                    NO SIGNAL (0.469)

We're going to have more people voting, I think, than anybody can even imagine. And if that happens, if we swamp them, if we swamp them -- you know, first, you want to drain the swamp, but for purposes of voting, you want to swamp them, and we're going to swamp them. And they won't be able to cheat.

Donald Trump   00:12:50-00:12:51 (1 sec)                                                                                     NO STRESSLENS

Because they're very good at that.

Donald Trump   00:12:51-00:13:09 (18 sec)                                                                                    NO SIGNAL (0.626)

Three years ago, we had the most secure border in U.S. history, and you see that up there. We ended catch and release. We built 571 miles of border wall very successfully. We're all ready to add another 200. That's far more than I said I was going to build, but it worked so well. We got Mexico to send 28,000 soldiers.

Donald Trump   00:13:09-00:13:23 (14 sec)                                                                                    NO SIGNAL (0.756)

For those people, they say, "Mexico, oh, they didn't give the wall." Well, they didn't give the wall. They gave more. They gave us 28,000 soldiers for years. That's why my numbers were so good. Twenty-eight thousand soldiers. I said, "You have to give them." They said, "No, we wouldn't do that."

Donald Trump   00:13:23-00:13:34 (11 sec)                                                                                    NO SIGNAL (0.564)

Why would we do that?" By the way, did you see Mexico is now asking for $20 billion a year, a year, to even sit down and talk to these people?

Donald Trump   00:13:34-00:13:53 (19 sec)                                                                    NO SIGNAL (0.849)

They wouldn't ask me for that $20 billion a year. Have you seen that? I don't know, Mike Rogers. I think we're going to have to stop that. But $20 billion a year. They want just to sit down and talk. Think of it. How crazy is it all? Where have we come? But they said, "No, no, no, we won't give you soldiers."

Donald Trump   00:13:53-00:14:11 (18 sec)                                                                    WEAK (1.499)

Why would we do that?" I said, "Yes, you will. Oh, you're going to give me the soldiers." "No, no, no, we will not do that." "Of course, you know, that's what you'd say. I'd say you will do it 100%. I will do anything you ask, including -- I will make a really major bet. You will do it, the 28,000." "No, we won't do it." I said, "Here's the story.

Donald Trump   00:14:11-00:14:26 (15 sec)                                                                    WEAK (1.077)

If you don't have this approved," it was Friday evening, "Immediately, I'm going to sign a bill where we're going to tariff your cars and all of the other things you send in to hurt Michigan and to hurt other..." But regardless of that, because the new threat is China is now building factories.

Donald Trump   00:14:26-00:14:39 (13 sec)                                                                    NO SIGNAL (0.596)

Not with me, they weren't. In Mexico, they're going to build cars in Mexico and sell them, and they think they're going to sell them over our border with no tax, OK? Not going to happen with me. With Biden, it's going to happen.

Donald Trump   00:14:39-00:14:54 (15 sec)                                                                    NO SIGNAL (0.254)

And Michigan and the United Auto Workers will be totally out of business. They're the biggest car plants anywhere in the world, and they're building them in Mexico. A friend of mine builds plants. That's all he can do. He can't walk across the street, but he's the greatest builder of car plants.

Donald Trump   00:14:54-00:14:59 (5 sec)                                                                     NO STRESSLENS

But you ask this guy, "Who won the game last night?" "I don't know.

Donald Trump   00:14:59-00:15:21 (22 sec)                                                                    NO SIGNAL (0.627)

I couldn't care less." All he can do is build plants. He's unbelievable. I said, "I want to take a look at some of the plants." He said, "OK. Are you ready to go to Mexico?" So, that was bad enough. Then he said, "Because China is building the largest plants anywhere in Mexico, right along the border, and they're going to make cars." They're not doing it with me. With me, they're going to be tariffed to a level that those cars will not happen.

Donald Trump   00:15:21-00:15:45 (24 sec)                                                                    NO SIGNAL (0.725)

They can't do this to us. They've already done -- and whoever heads the United Auto Workers should be ashamed of himself approving the electric vehicles, all electric. It's the craziest thing. They don't go far. I was just telling the people in the back -- I was going to use folks, but I don't like using the word because Biden use it at every single speech. "Hello, folks." You know, it's like a nervous habit with him. "Hello, folks.

Donald Trump   00:15:45-00:16:31 (47 sec)                                                                    NO STRESSLENS

Thank you, folks, folks, folks, folks." Hundreds of times. So, I sort of put that out. But I was telling the people behind me -- it would have been a nice time to use that term, too. But I said that, "You know, when you look at all of the horrible decisions that have been made, but this decision with the electric vehicle, I mean, outside of allowing prisoners and mental institution people and terrorists into our country with no checks, no nothing, no checks, no nothing by the millions and millions, the electric vehicle one is one of the dumbest I've ever heard, too." Because I was in a beautiful place called Iowa, and we had the Iowa primary, which I won by the highest number in history, by the way, which we're very happy about that, by double the highest.

Donald Trump   00:16:31-00:16:49 (18 sec)                                                                    NO SIGNAL (0.417)

Actually, we had double the highest -- the best margin doubled. Anyway, I love it, but it happened to be a little cold that night. It was 40 degrees below zero. And there were more electric cars. I said, "What are all those cars doing all over the streets?" "They're electric cars, so they don't work in the cold." So, they're going to have to do a little business first.

Donald Trump   00:16:49-00:17:06 (17 sec)                                                                    NO SIGNAL (0.718)

And I want them -- people to buy electric car if you want one. But I want them to be able to buy every other form of transportation, every other. I want you to use gasoline a lot because we have more gasoline than any country anywhere in the world. So, we're playing into China because they're going to make all the -- that's what they have.

Donald Trump   00:17:06-00:17:25 (19 sec)                                                                    NO SIGNAL (0.392)

They have that. We have gas. We have gasoline. We have oil and gas. We have gasoline. And I said, "Isn't it a shame? We play away from our strength, and we play right into their strength by doing this." And the first day, I promise you, I will sign where the electric vehicle mandate is gone.

Donald Trump   00:17:25-00:17:43 (18 sec)                                                                    NO SIGNAL (0.001)

If you want an electric car, you can buy it, but you're going to be able to buy every other form of push, every other form of car and engine and motor that you want, and you're going to have it. And the car companies are going to have to go back.

Donald Trump   00:17:43-00:18:01 (18 sec)                                                                    NO SIGNAL (0.094)

You know, I don't know if you know it. The reason the car companies -- the massive subsidy that this country is paying to try and get these cars sold, we have hundreds of thousands of cars electric. They can't sell them. People don't want them. And you got to go with the market. We've sold -- about 5% of our cars are electric, and that's fine.

Donald Trump   00:18:01-00:18:17 (16 sec)                                                                    NO SIGNAL (0.543)

I think they're fine if you'd like to go short distances. If you want to take a trip, I don't think you want to do that. I don't recommend electric. Maybe someday, they'll be able to do it, but right now, they're not even close. So, we're going to end that immediately. We're going to end it Day 1. But we had remain in Mexico.

Donald Trump   00:18:17-00:18:46 (29 sec)                                                                    NO SIGNAL (0.295)

Think of this. We had the 28,000 soldiers. And when I said, "I want them now," we had them the following week. We had the -- that's why our numbers are so good. But we have remain in Mexico, safe third country agreements, asylum bans, Title 42. Once people were sick, we don't want them coming into our country with contagious diseases, and they have it. And all of a sudden, you see these contagious diseases spreading, and everyone is saying, "I wonder where they came from." I can tell you where they came from.



Donald Trump   00:18:46-00:19:11 (25 sec)   NO SIGNAL (0.534)

And we had what's called a rapid removal policy, very rapid removal. Like, how about the following day and even that evening? And all of that's been ended by Crooked Joe Biden. It's just so sad. And that's why you see the numbers on the chart where they look like the rocket ship. Joe Biden and his party came in, and they blew it all up. Everything was -- all the things we did in so many other ways, too, with trade, so many things.

Donald Trump   00:19:11-00:19:30 (19 sec)   NO SIGNAL (0.579)

We took in hundreds of billions of dollars from China, and they're soft on China. They're soft on everybody, everybody but me. They're very tough on me. They are soft on everybody, but they're tough on me. But that's OK. It's going to all work out very nicely because the people of this country understand it. You can't interfere with elections like they do, and it's the only thing he's got going.

Donald Trump   00:19:30-00:19:52 (22 sec)   NO SIGNAL (0.799)

If you think about it, the border policies are horrible. All of his policies are horrible. You look at inflation. Inflation is through the roof. No matter what money people are making, the inflation is better, unless you quadrupled your salary. The inflation is just destroying people in this country where bacon is up three and four times, where the food prices are so bad, the energy prices.

Donald Trump   00:19:52-00:20:13 (21 sec)   NO SIGNAL (0.305)

And by the way, energy is going up again, in case you haven't noticed. Fentanyl and opioid deaths in your state are up 32%, and deadly drugs pour across the border at levels that nobody's ever seen before, steering thousands and thousands of this tremendous -- these vats of poison right into Michigan lives.

Donald Trump   00:20:13-00:20:32 (19 sec)   NO SIGNAL (0.4)

And once peaceful suburban Michigan is really now -- you're under an invasion, and there's no way you can vote for this guy. I mean, look, I don't want to be too casual about it. There's no way you can vote for this guy. You see what I see. And there's just no way if he makes it to the starting gate, which I -- I find it hard to believe.

Donald Trump   00:20:32-00:20:56 (24 sec)   NO SIGNAL (0.424)

But if he does, there's just no way. We have to get law and order back. These are the best people in the world. They will know, the sheriffs behind me. And this is in all states. Somebody said, "How will you get these criminals out?" I say, "The sheriffs, the police, the police officers, the police, law enforcement in their local communities." They know every bad kid.

Donald Trump   00:20:56-00:21:11 (15 sec)   NO SIGNAL (0.985)

They know every bad person. They know their first name, their middle name. They know their phone numbers. They have their cell phones. They have everything about them. They know exactly what to do and how to do it. These guys know exactly what I'm talking about, but we have to let them do their job.

Donald Trump   00:21:11-00:21:24 (13 sec)   NO SIGNAL (0.2)

And we're going to work out a federal immunity for police, so they're allowed to do their job without losing their house and their pension and everything else when the when the liberal governors and mayors don't back them. [Audience cheers]

Donald Trump   00:21:24-00:21:53 (29 sec)   NO SIGNAL (0.697)

In Troy, Michigan, a band of illegal alien thieves recently went on a rampage at a local mall, breaking into the diamond store, smashing the display cases with hammers, attacking the employees, and making off with armloads of jewelry. You read about that? A lot of jewelry. Oakland County organized squads of illegal alien gang members are helping, and they're hiding all over and breaking into rural communities.

Donald Trump   00:21:53-00:22:08 (15 sec)   NO SIGNAL (0.3)

They're hiding in bushes. Actually, they say they hide in bushes, and then they break into a house when the people leave and, sometimes, when the people are there, which is probably worse. But into the rural communities, suburban communities. And, you know, the suburban housewives actually like Donald Trump.

Donald Trump   00:22:08-00:22:43 (36 sec)   NO SIGNAL (0.104)

Do you know why? Because I'm the one that's going to keep them safe. They like to say, "Well, the suburban housewives, I don't know." I think I do great with the suburban housewives because they want to remain safe. But they loot the jewelry. They take their purses, electronics, watches, all of their cash, and the people come back, and they say, "What happened?" If you don't want illegal alien criminals crawling through your windows and ransacking your drawers, then you must vote for the fact that we have to throw Crooked Joe Biden out as fast as possible, the damage he can do, and we're talking about a certain type of damage.

Donald Trump   00:22:43-00:23:00 (17 sec)   NO SIGNAL (0.637)

And even bigger damage could be World War III because this guy has no clue. He can't put two sentences together, and he's dealing with Putin, and he's dealing with President Xi, and he's dealing with Kim Jong Un, all people I know very well. We were in the no threat from anybody until this guy got in office.

Donald Trump   00:23:00-00:23:21 (20 sec)   NO SIGNAL (0.922)

Now, they're talking nuclear all the time. We didn't talk nuclear. I rebuilt our nuclear power to a level that nobody has. But you don't mention it, and you don't talk about it. But now Putin's talking about it, and now Kim Jong Un again is talking about it. You had four safe years. You were safe because they respected your president, and they respected the United States of America.

Donald Trump   00:23:21-00:23:41 (20 sec)   NO SIGNAL (0.333)

And now, you're not safe. I will tell you, we could end up in World War III with this lunatic. In various counties recently, three illegal alien migrants were arrested for soliciting sex from children, yet the radical left-wing governor, Gretchen Whitmer, a real beauty she is -- I had to deal with her in COVID.

Donald Trump   00:23:41-00:24:02 (21 sec)   NO SIGNAL (0.15)

She was the only one that was able to go sailing with her husband, right? Her husband went sailing, and everybody else is locked in their house. How did that work out? Not too good. But she's now pushing Michigan families to accept

$500 a month to take illegal aliens into your homes. They want -- they don't say this for our veterans that are on the street.

**Donald Trump**  00:24:02-00:24:19 (17 sec)   WEAK (1.154)

They don't say this for other people, but they say it for migrants coming in because they want them to vote, probably. In other words, Biden and Whitmer are stealing your money to give free housing to illegals and then asking you to quarter these people, put them in your homes and feed them and do everything else.

**Donald Trump**  00:24:19-00:24:43 (24 sec)   NO SIGNAL (0.266)

And it's just -- the whole thing is so crazy. And she's a terrible governor, by the way. Your streets are bad. Your everything's bad. She comes -- she used to come to the White House. She was so nice. And then she'd go say, "I don't like that man." I say, "Wait a minute. I was very nice, wasn't I?" But when I'm president, instead of asking you to cram illegal aliens into your homes, I'll tell you that the illegal alien trespassers, they must go back to their homes.

**Donald Trump**  00:24:43-00:25:06 (23 sec)   NO SIGNAL (0.319)

They have to go back because no country, no country can withstand this invasion. There isn't a country in the world that can -- I don't care how much money. And we don't. We owe $34 trillion. There's no country in the world that will withstand the cost of this. And maybe more important than actual dollar cost, the cost that it's doing, it's wrecking our civilization.

**Donald Trump**  00:25:06-00:25:27 (20 sec)   NO SIGNAL (0.085)

It's destroying our country. On Day 1, I will seal the border, and we'll begin the largest domestic deportation operation in the history of our country. And if other countries say they won't take them back, we're not going to take them back. I will say that. Yeah, here they come. Just hold on, hold on to your britches because here they come.

**Donald Trump**  00:25:27-00:25:45 (18 sec)   NO SIGNAL (0.531)

They're coming back. Congratulations. And if you don't think these countries send them -- and they send the people, by the way, that they want out. They're not sending their finest. They're sending people they don't want. That's why they come out of jails and prisons. That's why they come out of the mental institutions and insane asylums.

**Donald Trump**  00:25:45-00:26:07 (22 sec)   NO SIGNAL (0.517)

Human trafficking now is, mostly women, is at the highest level. We had it to the lowest level in 37 years. I had it down to the lowest level in 37 years. And now, it's at the highest level ever. And this is human trafficking, mostly in women. We will stop the plunder, rape, slaughter, and destruction of our American suburb, cities, and towns.

**Donald Trump**  00:26:07-00:26:29 (22 sec)   WEAK (1.003)

We will end deadly sanctuary cities immediately. I will shift massive portions of federal law enforcement to immigration enforcement, and we will impose a naval blockade on the cartels. And we will hit the cartels very hard. But we're going to impose a naval blockade because when the land gets clogged, you know, these are rather smart people, they go this way with the boats.

**Donald Trump**  00:26:29-00:26:50 (21 sec)   NO SIGNAL (0.435)

They have some pretty good boats, too. I tell you, they have a lot of money. They have unlimited money. The money they've made, they've made more money than -- the corporations that you read about on the covers of the magazines don't make the kind of money these cartels are making. Now, I'd like to invite some of the heroes, really, law enforcement professionals here to speak, say, for just a few minutes.

**Donald Trump**  00:26:50-00:27:05 (15 sec)   NO SIGNAL (0.597)

The Biden border bloodbath, they want to talk about it, and we will talk about it. Our country is in trouble. We're a nation in decline. We're not going to let it happen. We've got to stop it. We've got to win on November 5th, and it's all going to stop, and it's going to stop very quickly. Thank you very much.

**Donald Trump**  00:27:05-00:27:20 (15 sec)   NO SIGNAL (0.455)

If I could, I'll ask Police Officers Association of Michigan president, James Tignanelli, to come up. He's a fantastic man, respected all over the country. Thank you. James, please.

**James Tignanelli**  00:27:20-00:27:47 (27 sec)   NO STRESSLENS

What an honor to be here and with all these leaders of law enforcement and Congress with you here, waiting for the next trip up to D.C. with you. I wanted to tell you a little bit about recruiting, retention, and what the life of the police are like right now that we know you were going to fix for us because you did the last time just because of how you feel about us. Forty-five years ago, 45, the number sounds familiar, right?

**Donald Trump**  00:27:47-00:27:48 (1 sec)   NO STRESSLENS

Right.

**James Tignanelli**  00:27:48-00:28:08 (21 sec)   NO STRESSLENS

Forty-five years ago, when I hired on at the job, 2,000 people would apply for 200 positions because this job of deputy sheriff and police officer was a very honorable job. The guy down the street, you all knew where they lived. You all looked for them for leadership. And nowadays, and let's say the last 10 years, we can't get enough people to fill the vacancies.

**James Tignanelli**  00:28:08-00:28:29 (21 sec)   NO STRESSLENS

The academies are empty. Nobody's coming along, and we can't get enough candidates. So, why does that happen? It's not because there's no desire. It's because of recruiting. And recruiting, to me, was always the grandpa, Uncle Joe who was a police officer. Maybe he was the baseball coach that was a cop during the week.

**James Tignanelli**  00:28:29-00:28:45 (16 sec)   NO STRESSLENS

He was the guy that you respected. I didn't come from a law enforcement family, but I came up as a law enforcement officer because they were important to me. On the east side of Detroit, you needed to have a few friends in the PD. The 4205, that's now the most violent ZIP Code in America, I believe.

**Donald Trump**  00:28:45-00:28:56 (11 sec)   STRONG (2.07)
1 of 96 paragraphs scored.

That's where I was at. But there's no way we can have a president of the United States that allows 3 million people a year or more, I'm sure, to come across the -- to come in our country illegally.



**James Tignanelli**  00:28:56-00:29:23 (26 sec)    NO STRESSLENS

We can't allow that to continue. Those who enter, they do so in the light of day. They do it by pushing aside our National Guard. Then they're handed a gift card. They're handed a telephone or an iPad, transportation to anywhere in the U.S. that they want to go. And then you want to tell these law-abiding people that are here, "You have to obey the law." There seems like there's no real reason to do that anymore.

**James Tignanelli**  00:29:23-00:29:39 (17 sec)    NO STRESSLENS

And that's made it very hard to be policing because people look to us, the law-abiding people look to us, but they're saying, "What about that person? What about that?" As you've talked about here today. My mom used to say it takes the wind out of your sails. You just kind of -- everything calms down, and it's not so good.

**James Tignanelli**  00:29:39-00:30:03 (24 sec)    NO STRESSLENS

The felons that we arrest become misdemeanants, and then they become -- no bond, and then they become free guys, really, before we get our car cleaned out at the end of the shift. Why would you expect people to obey the law when millions are rewarded for disobeying it? I don't know how many officers must get injured or killed or, worse, the civilians out there that are injured or assaulted or killed and assaulted.

**James Tignanelli**  00:30:03-00:30:26 (23 sec)    NO STRESSLENS

We've heard about a couple of them here tonight. I know that we can fill these vacant jobs with good people. I know they're out there. I know we can recruit them, but we need a commander in chief that will give them just simple due process. You've talked about some of the things that are important to us, but they just need to know they've got somebody behind them a little bit instead of trying to push them backwards, pushing them forward.

**James Tignanelli**  00:30:26-00:30:44 (18 sec)    NO STRESSLENS

I think that'll help to restore the honor to this job that was once such an honorable one. I can promise you that our guys will put that suit on and go out and do the job for you. They really will. And they'll be better for all of the people in this room when that happens. We always were what stood between law-abiding citizens and chaos.

**James Tignanelli**  00:30:44-00:31:16 (33 sec)    NO STRESSLENS

You hear about it all night. You've talked about it here today. Instead of those efforts to make the United States look weak and poor and average, we need you. We need you to make America look great again. And I know you have that. I know it's there. Last week, when you went to New York and you attended the viewing of Jonathan Diller, I just wanted you to know that that brought honor to every police officer, every deputy sheriff, every law enforcement officer.

**James Tignanelli**  00:31:16-00:31:43 (26 sec)    NO STRESSLENS

Wherever we were in this country, when we saw what you did, it was like, "That's cool. That's us." That's a boost for all of us. It was so good. I hope that you'll consider, with the Congress and the Senate here that we have, that you'll support legislation to make it a death penalty for killing a police officer while on duty.

**James Tignanelli**  00:31:43-00:32:19 (36 sec)    NO STRESSLENS

And I'll leave you with this. We supported you -- we endorsed you in 2016. We were the first guys in Michigan. And you sent me a little video, and we still have it at. We're proud to do it. We were there in 2020. And I'll tell you, we're here in 2024. And today, on behalf of 12,000 law enforcement people that the Police Officers Association of Michigan represent, we want you to accept our endorsement for president of United States. [Audience cheers]

**James Tignanelli**  00:32:19-00:32:24 (6 sec)    NO STRESSLENS

It's very important. You got it. You got it. Thank you. Thank you for the time. Thank you very much.

**Donald Trump**  00:32:24-00:32:46 (21 sec)    NO SIGNAL (0.032)

Wow. Thank you very much. That's very nice. That's a great honor, and thank you very much. And we will make you proud. We will make you proud. I do want to thank the family because I met with Stephanie. That's Jonathan's beautiful wife, Jonathan Diller, and I met with the whole family. These are incredible people.

**Donald Trump**  00:32:46-00:33:08 (22 sec)    NO SIGNAL (0.047)

What happened to Jonathan should never have happened. And they were just devastated. But the spirit and the love and the numbers of police that were there and firemen, firewomen, the number of people that were there was incredible. It just was incredible. But that's an incredible family. So, we send our love.

**Donald Trump**  00:33:08-00:33:28 (20 sec)    NO SIGNAL (0.162)

I said to Stephanie, "He will not have died in vain." But I thank you very much for the endorsement. Thank you. So, if I might, we're going to do this very quickly. Sheriff Daniel Abbott, as you know, Van Buren County, highly respected. And he's going to say a few words. Thank you. Daniel.

**Daniel Abbott**  00:33:28-00:33:52 (24 sec)    NO STRESSLENS

So, I'll make this pretty brief. I was asked to hit on how the open borders are affecting us here in southwestern Michigan. Our county is actually on the southwestern part of Michigan, only bearings below us. I ran some numbers yesterday in our jail facility. Forty percent of our inmates in our jail in Van Buren County have out-of-county residency.

**Daniel Abbott**  00:33:52-00:34:15 (23 sec)    NO STRESSLENS

Out of the 40% that do not live in our county that we're feeding every day, 10% of those have addresses from Mexico or Guatemala. Put that in perspective. We are a rural community. Ten percent of the folks in our jail are from Mexico or Guatemala. They're not in our jail by coincidence. We didn't just see them walking down the road and saying, "You know what?

**Daniel Abbott**  00:34:15-00:34:30 (14 sec)    NO STRESSLENS

I don't think you belong here." They're in our jail because they committed crimes. If you look at the heinous crimes that they committed, the one that really jumped out at us is all the violent sex crimes. And it's not just against adults. It's against our children as well in our community, and that's appalling.

**Daniel Abbott**  00:34:30-00:34:56 (26 sec)    NO STRESSLENS

To go even further on that with the open borders, the way they are, when President Trump was in office, our narcotics unit was buying a ball of meth, which is 3.5 ounces of meth, for $300 to $350 for a ball. As of this past week, a ball is $85 because the market's flooded by the tons coming across the open borders and semis.



**Daniel Abbott**  00:34:56-00:35:18 (22 sec)  NO STRESSLENS

And when I say tons, I mean tons. It used to be a thing of the past -- or it is a thing of the past, folks doing -- making the meth in their own residences. They don't do it anymore because the cartels bring it in by the tons. They're not having to make it inside their residences, hence, the cheap amount that's going out and the amount that's on the street.

**Daniel Abbott**  00:35:18-00:35:37 (19 sec)  NO STRESSLENS

It's disturbing. I've got a few bullet points I want to really drive home to you folks. Clearly, law enforcement officers have faced incredible challenges these past four years for several reasons. The drastic rise in fentanyl as well coming over the border has touched just about every family in southwestern Michigan.

**Daniel Abbott**  00:35:37-00:35:57 (21 sec)  NO STRESSLENS

You guys all see it on the news on a regular basis, all the ODs and domestic situations that we handle in law enforcement. We handle roughly two overdose deaths a week in our county. Keep in mind, our county has only 76,000 population. So, at least twice a week, we're handling those. And those are numbers I ran yesterday.

**Daniel Abbott**  00:35:57-00:36:16 (18 sec)  NO STRESSLENS

I just didn't make those numbers up. That's disturbing. It's getting in our schools. It's getting in our children's hands. It's very disturbing. It's killing our kids. It's poisoning our communities. It's making the jobs of law enforcement professionals much more difficult. The open southern border is the heart of lawlessness and crime you're witnessing.

**Daniel Abbott**  00:36:16-00:36:29 (13 sec)  NO STRESSLENS

Make no bones about it. We need leadership at the national level that is willing to solve this crisis. President Trump, without a doubt, is the leader we need to get the job done and get America safe. Thank you.

**Donald Trump**  00:36:29-00:36:44 (15 sec)  NO SIGNAL (0.592)

Thank you very much. Allegan County Sheriff Frank Baker to say a few words. Please, Frank. Thank you, Frank.

**Frank Baker**  00:36:44-00:37:09 (26 sec)  NO STRESSLENS

Thank you, Mr. President. It's truly an honor to be here today and talk about something that's very near and dear to my heart, as well as my fellow sheriffs, and that's safety within our communities. And one of the biggest things that we're facing now, and Sheriff Abbott mentioned it, is the crime, the level of crime we're seeing, but the amount of narcotics, the illegal narcotics.

**Frank Baker**  00:37:09-00:37:28 (19 sec)  NO STRESSLENS

Whether it's methamphetamine or fentanyl, it's devastating our communities. And something needs to be done about that. And the only way we can do anything is to secure the border. A lot of times, people ask me, you know, the border is a long way from Allegan County. And yes, it is, but there's not a day goes by that it's not impacting what happens in our county because of the amount of drugs that we're seeing.

**Frank Baker**  00:37:28-00:37:46 (18 sec)  NO STRESSLENS

We used to be known as the meth capital of the world, jokingly, people would say, because of the number of methamphetamine labs that we had made arrests for. We don't make arrests for methamphetamine labs anymore. I mean, it's a thing of the past because the illegal drugs that we're seeing now, the crystal methamphetamine, is so cheap.

**Frank Baker**  00:37:46-00:38:04 (17 sec)  NO STRESSLENS

As Sheriff Abbott had mentioned, it's cheaper to buy it than it is to make it. So, we have a crisis on our hands, and we need help. And part of that help is going to be securing our borders. So, I appreciate you taking the time to meet with us today to talk about this, this important topic to us, because there are a lot of tragedies that are happening.

**Frank Baker**  00:38:04-00:38:19 (15 sec)  NO STRESSLENS

You mentioned it with Ruby Garcia. In fact, a couple of our deputies made the arrest of the suspect in that case last month. So, it's happening in our neighborhoods, even though the border is a long ways away, and we need help. And so, I appreciate what you're doing to help us and meeting with us today to talk about this concern.

**Frank Baker**  00:38:19-00:38:19 (1 sec)  NO STRESSLENS

Thank you.

**Donald Trump**  00:38:19-00:38:41 (22 sec)  NO SIGNAL (0.063)

Thank you, Sheriff. Great, great people behind me. Is Tom Homan here, by any chance? Tom. Tom Homan. Where's Tom Homan? Because I wanted to pay tribute to him. He is some man, and I know he was around here. I said hello. I said, "I might bring you up," but I'm not going to bring him up because he's not here.

**Donald Trump**  00:38:41-00:39:04 (23 sec)  NO SIGNAL (0.334)

He had to get back to capture people. But I just want to thank Tom Homan. He has been so special. He's been so great on television. He's been so respectful of the job that we did as an administration. We had such great numbers, and we took over a tough situation, and we had great numbers. You know, in 2016, I ran on the border, and in 2020, we did such a good job.

**Donald Trump**  00:39:04-00:39:19 (15 sec)  NO SIGNAL (0.939)

I couldn't even talk about the border. The people would say, "Sir, they don't want to hear about the border." I said, "No, no, we did a great job. We have to talk about it." "Sir, they don't care. You fixed the border. The border is great. You see the numbers up there? The border is great. Nobody cares about the border." And now, we have today.

**Donald Trump**  00:39:19-00:39:50 (30 sec)  NO SIGNAL (0.691)

Today, the border is 100 times worse than it ever was in 2016. That was -- I call it peanuts. That was peanuts. That was small time. And today, it's the worst border anywhere, I think, in the world. There has never been a border like this

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 98 of 164

anywhere in the world where millions and millions of people are coming, thousands of people come over an hour, and there's never been anything like it. We're going to fix it. We're going to close it, and we're going to do many other things that we're not here to talk about, but we're going to make our country great again.

Donald Trump   00:39:50-00:40:05 (15 sec)                                                                                          NO SIGNAL (0.665)

We're going to -- we are not now a great country. We are a country that is in serious decline, and we're not going to let that happen to our country. We're going to fix the economy. We're going to get inflation under control. Inflation is up, probably real numbers, 50% in the last few years.

Donald Trump   00:40:05-00:40:07 (2 sec)                                                                                          NO STRESSLENS

And people are being destroyed just going to the grocery store.

Donald Trump   00:40:07-00:40:19 (12 sec)                                                                                         NO SIGNAL (0.897)

That's where I hear it the most. They go out for groceries. They can't believe it. They're paying four and five times more than they did two or three years ago. But we're going to fix our country. We're going to be respected again all over the world. I'm going to keep you out of World War IIII.

Donald Trump   00:40:19-00:40:20 (2 sec)                                                                                          NO STRESSLENS

We're not going to have World War III.

Donald Trump   00:40:20-00:40:37 (17 sec)                                                                                         NO SIGNAL (0.919)

Right now, the way we're going, you're going to have World War III. And we're going to do a real job. We gave you the largest tax cut in history, largest regulation cuts in history. We took care of our soldiers. We rebuilt our military. We beat ISIS, and we didn't go into any wars. Everyone said -- remember when Hillary Clinton said, "Look at him.

Donald Trump   00:40:37-00:40:56 (19 sec)                                                                                         NO SIGNAL (0.669)

He's going to get us into war." No, I got us out of wars. But we knocked out ISIS, and we knocked out everything we had to do, and we rebuilt that military to a level -- unfortunately, he gave a lot of it away to Afghanistan. But as much as it was, it was a small portion compared to what we did.

Donald Trump   00:40:56-00:41:01 (5 sec)                                                                                          NO SIGNAL (0.97)

We rebuilt our entire military, and I'm very proud of it. We have a great military.

Donald Trump   00:41:01-00:41:21 (20 sec)                                                                                         NO SIGNAL (0.623)

They're not woke like people think. A couple of people on top are. They'd like to be, but we're not. Our military is amazing, what they did with ISIS. It was supposed to take four years, and it took me a couple of months to knock out ISIS 100%. Do you remember? I had it down to 97%, and the media started saying, "Sir, it's not 100%." I said, "I've got problems.



Donald Trump   00:41:21-00:41:36 (15 sec)                                                                                         NO SIGNAL (0.825)

I'd better do it." So, we took a few more weeks, and we got it down to 100%. And they admit it. And it's just one of those things. But the people behind me are incredible people. They're heroes. They're heroes. And you have a couple that are going to be elected very soon, and they're going to do a real job.

Donald Trump   00:41:36-00:41:51 (15 sec)                                                                                         NO SIGNAL (0.848)

They're going to -- they love Michigan. They love the country, and they're going to do a real job. It's an honor to be here. I'll be back a little bit before November 5th. I'll be back as many times because this is a very important state. You win Michigan, you win the election. You win Michigan, you're going to win the election.

Donald Trump   00:41:51-00:42:09 (18 sec)                                                                                         NO SIGNAL (0.436)

And so, we'll be back, and we'll be back to Wisconsin. I'm heading for Wisconsin right now, and we're going to be back there quite a bit, too. We're going to put it all out because if we don't win on November 5th, I think our country is going to cease to exist. It could be the last election we ever have.

Donald Trump   00:42:09-00:42:26 (18 sec)                                                                                         NO SIGNAL (0.839)

I actually mean that. If we don't win, I think this could be the last election we ever have. That's where our country is going. So, I just want to thank you all. Thank you very much. And I just want to thank you all very much. It's an honor. I'll see you soon. And again, give these people a big round of applause.

Donald Trump   00:42:26-00:42:30 (3 sec)                                                                                          NO STRESSLENS

Thank you very much. Thank you.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About            Contact Us        Advertise            CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions. Copyright 2026 CQ
Events           Privacy           RC Jobs              and Roll Call. All rights reserved.
Newsletters      The Staff         Subscriptions

# EXHIBIT T



Factbase        Powered by **FiscalNote** StressLens

**Donald J. Trump**

Transcripts   White House Calendar   White House Press Releases

### Speech: Donald Trump Holds a Political Rally in Robstown, Texas - October 22, 2022

📊 StressLens    📖 1 Topic    ☰ 10 Entities    ↟ 2 Moderations    👥 5 Speakers

**Full Transcript**

**Donald Trump** 00:00:00-00:00:24 (25 sec)    WEAK (1.24)

Thank you very much to Robstown, Robstown. And hello to beautiful Corpus Christi. Thank you very much. What a nice crowd. What a lot of wind. What a lot of wind. [Audience chants " U.S. A."]

**Donald Trump** 00:00:24-00:00:47 (22 sec)    NO SIGNAL (0.161)

Thank you. Thank you very much, everybody. Let's have a little fun. Let's have a little fun. We have a bad subject because you look at what's happening to our country, it's a bad subject. But we're going to make the best of that, and we're going to be stronger than ever before soon. What's happened to our country is a disgrace, but I'm thrilled to be back with the proud, hardworking American patriots of the great state of Texas.

**Donald Trump** 00:00:47-00:01:16 (29 sec)    NO SIGNAL (0.32)

We love Texas. Wow. We ran twice and we won it twice in landslides. I don't know. They say that Texas is going blue. It's not going blue. I know it's Trump. It's Trump. It's not going blue that I know of. They think it's going blue in their imaginations, and they said that before our race. Remember? We think Texas is going blue, and then we won in a landslide.

**Donald Trump** 00:01:16-00:01:39 (23 sec)    NO SIGNAL (0.573)

They said, "Well, we'll have to use that again the next time." But during the primaries, MAGA went undefeated in Texas 33 and 0. 33 and 0. And every single candidate I endorsed, think of this, they owe me if I wanted to do something, but I don't do that because I'm an honest person. Every single candidate that I endorsed won their race.

**Donald Trump** 00:01:39-00:02:12 (33 sec)    NO SIGNAL (0.418)

That's really great, and we take it very seriously. It's a very serious thing. Thank you. Wow, that's a big crowd back there. Took a little while for the sound to catch up. And this November 8th, the MAGA movement is going to deliver yet another Texas-sized landslide. We have to. We have no choice. Seventeen days from now, the people of Texas are going to defeat Beto O'Rourke, a flake.

**Donald Trump** 00:02:12-00:02:33 (22 sec)    WEAK (1.092)

He's a flake. He's a flake. There's another flake. He actually had the name flake, so that was easy. Flake. And we're going to keep Greg Abbott, a wonderful man, a great man, a great governor. We're going to keep him in the Governor's Mansion, and Greg, we love him. I'll tell you, he does a tremendous job.

**Donald Trump** 00:02:33-00:02:57 (24 sec)    NO SIGNAL (0.738)

You're going to reelect your absolutely amazing lieutenant governor, a man named Dan Patrick. Has anyone ever heard of Dan Patrick? Where's Dan? Where is Dan? Dan is over there. The only person may be better than him is his son. He was a U.S. attorney, I tell you. And Dan's happy to hear that, right? Somebody else would say, "A lousy father. "Oh, that's a terrible thing he said about me." No. You're happy, right?

**Donald Trump** 00:02:57-00:03:18 (21 sec)    NO SIGNAL (0.312)

But your son is great and brilliant, and so are you, and thank you very much. Dan Patrick. And a man, I wish I had him in the White House with me, reelect the great Ken Paxton. I wish I had him as attorney general. You're going to vote for an incredible slate. Ken, thank you very much. Where's Ken, by the way?

**Donald Trump** 00:03:18-00:03:38 (20 sec)    NO SIGNAL (0.589)

Oh, I wish I had you in there for a little while, Ken. He's tough. He was tough. He would have figured out that voter fraud in about two minutes. You're going to vote for an incredible slate of true America First Republicans up and down the ballot, and we are going to end Crazy Nancy Pelosi. And she's nuts.

**Donald Trump** 00:03:38-00:03:59 (21 sec)    NO SIGNAL (0.052)

She's crazy. We're going to end her political career. Her political career is going to be ended. Once and for all under Biden, Pelosi, Schumer, and the radical Democrat Congress, the Texas way of life is under siege. Biden and the far-left lunatics are waging war on Texas energy workers. Can you believe this?

**Donald Trump** 00:03:59-00:04:26 (26 sec)

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 101 of 164

They're against oil, God, and guns, and then they say they're going to do well in Texas. I don't think so. They're crushing your oil and gas jobs, imposing massive taxes and restrictions on the American energy production and population. They're destroying your jobs and destroying our country and doing it and strangling American families with soaring prices.

Donald Trump   00:04:26-00:04:46 (20 sec)                                                                    NO SIGNAL (0.623)

We've never had energy anywhere near these prices. We can be the only ones that when energy oil hits an all-time high, we announce we're not drilling. It's supposed to be the other way, right? Energy is at an all-time high. Oh, good. It's a great time to stop drilling. That's wonderful. What a group, right?

Donald Trump   00:04:46-00:05:00 (14 sec)                                                                    NO SIGNAL (0.756)

Let's open up the borders. Let millions of people pour in. Let convicts, prisoners come in from 129 different countries, murderers, rapists. They're going to come in from 129 different countries. [Audience boos]

Donald Trump   00:05:00-00:05:26 (26 sec)                                                                    NO SIGNAL (0.583)

Think of it. How stupid can we be? How stupid are these people that are allowing our country to be ruined? Inflation is costing the typical Texas household nearly $800 every single, not year, year would be bad, but months. How about that? And that's a stat that's put out by our government. In fact, it's put out by the federal government, so therefore, it's probably much higher.

Donald Trump   00:05:26-00:05:48 (22 sec)                                                                    NO SIGNAL (0.737)

Your border has been completely erased and violent crime in Houston, Dallas, Austin, and other Democrat-run cities is totally out of control. There's only one way to end this -- this is madness. What's happening to our country is madness. If you support the decline and fall of America, then vote for the radical left Democrats.

Donald Trump   00:05:48-00:06:07 (19 sec)                                                                    NO SIGNAL (0.957)

If you want our country to fail, vote Democrat. If you want to stop the destruction of our country and save the American dream, which you don't even hear too much, but two years ago you heard about it every single hour. But if you want to hear about the American dream and make it come true, as we made it come true just a little while ago.

Donald Trump   00:06:07-00:06:33 (26 sec)                                                                    NO SIGNAL (0.332)

Remember, two years ago, we had the strongest border in the country's history, and now we have the worst border in our history. So, go out and vote up and down the slate. Vote for Republicans, good, great Republicans. There is no more urgent task for the voters of Texas, and you lead the way. I mean you're just an incredible group of people.

Donald Trump   00:06:33-00:06:51 (18 sec)                                                                    NO SIGNAL (0.759)

You are tough and brave and brilliant, but for the future of our country, thaen to stop the invasion. it's an invasion just like an army is invading us, and you have criminals coming in. That's like an army. They get their arms. If they don't have the arms, they get them real fast, but they're invading our southern border.

Donald Trump   00:06:51-00:07:19 (27 sec)                                                                    NO SIGNAL (0.535)

We had it stopped. Biden has allowed millions and millions of illegal aliens to storm across the border from 160 as of this moment. We have the great Tom Homan with us. I asked him, how many countries, Tom? He actually said 181. We wanted to be very conservative. A hundred and sixty countries, they're storming our country.

Donald Trump   00:07:19-00:07:51 (33 sec)                                                                    NO SIGNAL (0.935)

They include Syria, Somalia, Yemen, Russia, China, Iran, all of Africa. They're storming our country. They're storming our borders. We have no idea who they are, where they come from. Biden, Pelosi, the radical Democrat spend all of their time obsessing over the borders of distant foreign nations. Think of it, they talk about foreign nations, but Americans deserve a Congress and a president who will protect the borders of our nation.

Donald Trump   00:07:51-00:08:14 (23 sec)                                                                    NO SIGNAL (0.041)

We deserve a government that will defend our own sovereignty, secure our own land, stand up for our own families, and protect the people of our country. It's called a very simple policy, America First. I watched Biden and some of the people in his administration. How dare they say America First? I said, "Wait a minute.

Donald Trump   00:08:14-00:08:40 (26 sec)                                                                    NO SIGNAL (0.025)

It says America First. What's wrong?" The greatest is when they say, "We will stop MAGA." I said, "Do you know what MAGA means?" Some of them actually don't. No, they don't. It means Make America Great Again. "We will stop MAGA. We're going to stop it." I saw that. They said, "We're going to stop MAGA. We're going to stop the MAGA movement." I don't think they know what it means, make America great.

Donald Trump   00:08:40-00:08:55 (15 sec)                                                                    NO SIGNAL (0.597)

How do you do that? Even if you want to stop it, you just don't say you want to stop Make America Great Again. Even if you do, all you do is say, "We disagree with their policies. It's much better." "We will stop MAGA." You hear that, Doc. Ronny? I don't think you'd say that. Where's Doc. Ronny? Stand up, Doc. Ronny.

Donald Trump   00:08:55-00:09:21 (26 sec)                                                                    NO SIGNAL (0.345)

We love this guy. He said, "I was the healthiest president in history. Doc. Ronny. Doc Ronny said -- I just see him sit. He's a handsome guy. His wife's actually better looking, and his kids are better looking than both of them. OK? But, Doc. Ronny said I was the healthiest president in history. And in fact, I said, "Hey, Ronny, they're trying to say bad things like I'm crazy, like I'm this, like I'm that.

Donald Trump   00:09:21-00:09:44 (22 sec)                                                                    NO SIGNAL (0.409)

They actually tried the" stupid thing, that didn't last too long hopefully." But I said, "Is there some kind of a test we can take? A cognitive test, which our current president should be taking, but I don't think you're going to see it. "Well, there is one, sir, but it's tough, and frankly it's at Walter Reed," which is incredible, by the way, an incredible hospital.

Donald Trump   00:09:44-00:10:00 (16 sec)                                                                    NO SIGNAL (0.869)

And it's public or it can be very easily made public. In this country, they leak all over the place even on the Supreme Court. By the way, you have to find the leaker of the Supreme. You have to find the leaker. You know how you find the leaker? They'll say, "Oh, this is treasonous," what I said. So, they can't find the leaker.

Donald Trump   00:10:00-00:10:16 (16 sec)                                                                    NO SIGNAL (0.736)

He leaked all about Roe v. Wade. Look, this person leaked from the Supreme Court. Never happened. You know how you find? But they don't want to mention this because they think it's so terrible. You take the writer because you're never going to find it. They're going through phone records. It's been a long time.

Donald Trump   00:10:16-00:10:45 (30 sec)                                                                    NO SIGNAL (0.614)

You take the writer and/or the publisher of the paper, a certain paper that you know, and you say, "Who is the leaker?" National security. And they say, "We're not going to tell you." They say, "That's OK. You're going to jail." And when

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 102 of 164

this person realizes that he is going to be the bride of another prisoner very shortly, he will say, "I'd very much like to tell you exactly who that leaker is. It was Bill Jones.

Donald Trump   00:10:45-00:10:59 (14 sec)         **WEAK (1.344)**

I swear he's a leaker and we got him." But they don't want to do that. They don't want to do that. But that's the only way you're going to find -- we have to find -- can you imagine they leaked out of the Supreme Court? Never happened. A thing like that never happened before. You have to get the writer and you have to tell the writer.

Donald Trump   00:10:59-00:11:20 (21 sec)         **WEAK (1.15)**

Look, here's the story. National security, you have to do this, and the publisher too, or the top editors. Just like this year, more Americans will die of fentanyl and drug overdose than the number of Ukrainians killed in a gruesome and bloody war, yet Biden and the radical Democrats do nothing to stop the death and devastation that we have happening right here at home.

Donald Trump   00:11:20-00:11:47 (27 sec)         **WEAK (1.061)**

They've deliberately surrendered our border to vicious coyotes and drug smugglers. I mean, a smuggler is a vicious, horrible, oftentimes, very smart person. And what we do is we set up blue-ribbon committees composed of some nice dilettantes, nice, gentle people. Tell us about what to do about the coyotes and the cartels and all of this.

Donald Trump   00:11:47-00:12:10 (23 sec)         **NO SIGNAL (0.693)**

And no, you have to do something very strong. It's called the death penalty, and you're going to have no drug problem. You're going to have -- crime will go down to a level that you haven't seen, but I see the blue ribbon committees because I get many calls, "Oh, I'd love to serve on the committee on coyotes, on cartels." And these are not people that can do that job.

Donald Trump   00:12:10-00:12:30 (20 sec)         **WEAK (1.135)**

They're very fine people in some cases, and some people just want the publicity, but we have to get very tough on that. And if you don't do the death penalty -- I was with President Xi of China. Very tough. Very tough. You could go all over Hollywood if you wanted to play the role of President Xi. I guess he just got elected for life, right?

Donald Trump   00:12:30-00:12:47 (16 sec)         **NO SIGNAL (0.013)**

Somebody said, "Is President Xi smart?" I said, "Yeah, he actually is. Very smart, brilliant." And the fake news back there -- there's a lot of them. The fake news. [Audience boos]

Donald Trump   00:12:47-00:13:15 (29 sec)         **NO SIGNAL (0.805)**

The fake news said, "President Trump said the president of China, president for life of China." So, I called him the king. He's the king of China, right? 1.5 billion people. "He said he was smart. He might have even said he was brilliant. How dare he say that?" Oh, OK. He's in charge of 1.5 billion people.

Donald Trump   00:13:15-00:13:48 (33 sec)         **WEAK (1.244)**

They want me to say, "No, he's not a smart person. It was just luck." But I said to him, "Let me ask you. Do you have a drug problem in China?" And he looked at me like, "What the hell stupid question is that? Of course, we don't." He actually did. He said, "No." Goes, "No, no, no, no, no. What's wrong? Why do you ask such a stupid question?" But I said, "No, you don't. You have 1.5 billion people.

Donald Trump   00:13:48-00:14:10 (22 sec)         **NO SIGNAL (0.235)**

You have no drug problem." The only problem they have is they make the drugs and send them here, which they were stopping with me. I said, "Don't do that. You can't do the fentanyl." They make the fentanyl and send it through our horribly run southern border. But I said, "So, you don't have, right? You don't have.

Donald Trump   00:14:10-00:14:34 (24 sec)         **NO SIGNAL (0.582)**

Why?" "Quick trial." "What's a quick trial?" I thought I knew what a quick trial was, but I said, "What is it?" "When we catch a drug dealer, we give them a trial quickly. And if they're guilty, they get executed." And they send the bullet to the family, and they want the family to pay for the cost of the bullet.

Donald Trump   00:14:34-00:14:59 (25 sec)         **NO SIGNAL (0.011)**

This is called not playing around. So, you know what the drug dealers do? "Let's get the hell out of here." They don't do it there, and they don't do it in Singapore and other countries, too. And if you want to stop the drug epidemic in this country, you better do that. And it's a hard thing to mention. It's a hard thing to talk about and doesn't sound nice.

Donald Trump   00:14:59-00:15:33 (34 sec)         **NO SIGNAL (0.773)**

A lot of these people back there that hate our country, they're saying like -- mainly of the fake news. They say, "Oh, that's terrible that he's talking about that." Each drug dealer, over a period of their life, his or her life, will kill 500 people, Americans mostly. Five hundred. Think of it. So, we have to put an end to it. And all these phony committees and all the things that we do, we're trying to play nice, but you can't play nice.

Donald Trump   00:15:33-00:16:01 (27 sec)         **NO SIGNAL (0.216)**

These are smart, vicious, tough people. The cartels, they own now Mexico. I mean, they're running Mexico, and the president is a very good friend of mine, but it's a very tough thing to happen. It's the most unsafe country anywhere in the world, Mexico, rated No. 1 most unsafe, worse than Afghanistan. You believe it? Because of the drugs.

Donald Trump   00:16:01-00:16:20 (19 sec)         **NO SIGNAL (0.543)**

And the drugs are all -- most of it are pouring right into our country, so we better get smart. And if we do something that I think most of the people in this audience want, we're going to get that done. We're going to get that done. You have no choice. [Audience responds affirmatively]

Donald Trump   00:16:20-00:16:48 (28 sec)         **NO SIGNAL (0.891)**

Much of our crime, Dan, I think you know this, much of our crime is caused by drugs. Even if it's not -- you don't think of it as drugs, but a lot of the crime that we have, the robberies and all of the different things that's caused by drugs,



you end that, you end the drug situation coming into our country, you'll end 75%, 80% of the crime coming into our country.

Donald Trump   00:16:48-00:17:37 (49 sec)     NO STRESSLENS

So, we better get smart and tough and start using a little common sense, right? Not conservative, common sense. Somebody said, "Are you a conservative?" I said, "Well, I am, but I'm a person with a lot of common sense. That's why we had such a successful country two years ago, energy independent, no inflation, little things like that." Since the end of the Trump administration, the drug cartels have seen their revenue skyrocket by an astounding 2,500%. If they were a Wall Street company, their stock would be through the roof.

Donald Trump   00:17:37-00:18:10 (33 sec)     NO STRESSLENS

From $500 million to last year, $13 billion in one year. This is what they're making. The choice this November is simple. Democrats will defund the police, Republicans will defund the cartels. Under my leadership, we waged a very tough war on the cartels. We ended catch and release. We stopped asylum fraud.

Donald Trump   00:18:10-00:18:36 (26 sec)     NO SIGNAL (0.012)

We deported illegal alien gang members by the thousands and thousands. We sent them back, got them the hell out of our country. And the other countries didn't want to take them back, but we were giving them a lot of money. I said, "How much money do we give El Salvador and Honduras and these various countries?" They said, "Sir, approximately $750 million a year.

Donald Trump   00:18:36-00:18:54 (19 sec)     WEAK (1.062)

I said, "That's a lot. So, I said, "What's the problem? They said, "They won't take them back. They won't take MS-13 back, sir. They will not do it. They're not going to take them back, sir. They've told us no. They wouldn't do it under the Barack Hussein Obama administration. They wouldn't do it." [Audience boos]

Donald Trump   00:18:54-00:19:23 (28 sec)     NO SIGNAL (0.922)

They wouldn't do it. So, I said -- that's what I said. "How much do we pay them?" You know what they do when we fly in with a plane? They put planes on the runway so that we couldn't land. When the buses came in, they'd stop them at the border, send them back to -- they didn't want their MS-13 people back even though they came from various places.

Donald Trump   00:19:23-00:20:00 (37 sec)     NO SIGNAL (0.847)

So, I said, "Here's what you do. We give them $750 million a year. Tomorrow, put out a statement. Or today," I think I said today, like this afternoon, "put out a statement that we're not paying them anymore. We're not paying them anymore." And we did. And the following morning, I got a call from the three primary countries, and Guatemala, Honduras, El Salvador. "President, we understand you're unhappy." I said, " But you won't take MS-13 back, Uncle Sam." Look at Uncle Sam. Stand up, Uncle Sam. He's the greatest.

Donald Trump   00:20:00-00:20:22 (22 sec)     NO SIGNAL (0)

They're trying to cancel Uncle Sam. You know that, right? Uncle Sam is no longer politically correct. You're always going to be politically correct. No. They want to cancel. But they said, "President, we understand you're unhappy. I said, "Yeah. You won't take back the people that you sent" because they sent them.

Donald Trump   00:20:22-00:20:53 (31 sec)     NO SIGNAL (0.768)

They don't just come, they sent them. They make it easy for them. They sent them. Don't be stupid. They keep their good people. They fight like hell that the good people don't leave. The bad people, they say, "Send them to the stupid people in the United States. They'll take them." And do you see what they're doing, what they're building for them?

Donald Trump   00:20:53-00:21:21 (29 sec)     NO SIGNAL (0.041)

They're living better than soldiers. They're living better than our veterans. They're living better than the people in our country. They're building things that are beautiful. But they said, "We hear you." I said, "Look, here's the story. You're not getting any more money. You're not getting anything. What you're doing to us, and then you don't let us send them back." The people of ICE are incredible.

Donald Trump   00:21:21-00:22:02 (41 sec)     NO STRESSLENS

The border patrol is incredible. All of the law enforcement's incredible. I said, "You won't take them back." And they said, "This is going on for 10 years." "You're not taking them back. So, they come in here. You won't allow them back. And you know what? I think you're very smart in doing that. But here's the story, we're not paying you $750 million a year." "President, may we call you back in 10 minutes?" "Absolutely." Calls me back in a minute. "President, we've decided that it would be an honor to take MS-13 back to our country.

Donald Trump   00:22:02-00:22:29 (27 sec)     NO SIGNAL (0.73)

It'd be a great, great honor. We will take them back, sir, and we will do it. Please." I mean, they'd build new airports if we needed it. So, this is what happens. We have people that just don't know what the hell they're doing. It's so sad to watch what's happening to our country. Our country has never been so low.

Donald Trump   00:22:29-00:22:51 (22 sec)     WEAK (1.019)

It's a laughingstock all over the world. We built hundreds of miles of border wall. And despite two and a half years of Democrat lawsuits, they tried to stop it. I won all of the lawsuits. We finished the first phase of the wall. Then I said, "Let's add some more." We added 200 miles more, and we would have had more than that.

Donald Trump   00:22:51-00:23:42 (51 sec)     NO STRESSLENS

And that's when I got the distinct impression that they were actually serious about not wanting to close up the border because they refused. In fact, Texas wanted to finish up the wall, and they wouldn't let them use the wall that was already built and sitting there ready to be installed. In three weeks, the additional wall that I didn't even say we were going to do, but we needed it, was going to be built.

Donald Trump   00:23:42-00:24:10 (29 sec)     NO SIGNAL (0.494)

The wall is why we had the best numbers in the history of our country. We had very few people relatively coming in, and we really stopped human trafficking to a large extent that we stopped drugs. But we're proud to be joined tonight by two rock-solid defenders of America's sovereign borders. And this guy is an amazing guy.

Donald Trump   00:24:10-00:24:31 (20 sec)     NO SIGNAL (0.24)

He's a friend of mine, and the people that work with him at the top and everybody in there is just incredible. President of the National Border Patrol Council, Mr. Brandon Judd. He's fantastic. Where's Brandon? Come in. Come in. And also, they're so important. And they're heroes and they get treated very badly.



Donald Trump   00:24:31-00:24:52 (22 sec)   NO SIGNAL (0.744)

Oh, but I get treated worse than anybody in history. So, I got, like, 400 investigations. Friend of mine said, "You are the most honest person in history." "Why?" He said, "You've been under investigation for five, six, seven years. They got nothing." OK? They looked at 11 million pages of documents. They got nothing, these people.

Donald Trump   00:24:52-00:25:08 (15 sec)   NO SIGNAL (0.586)

They're a bunch of bad people. They've weaponized this stuff. It's terrible. But Brandon Judd has done an incredible job. And another person that -- I mean, this guy is, Brandon, this guy is central casting, Tom Homan, acting director of ICE. There was nobody better, tougher, or smarter when it came to the border.

Donald Trump   00:25:08-00:25:20 (13 sec)   WEAK (1.155)

And all they had to do, all Biden had to do is just say -- all he had to do is go to the beach. He could have stayed in Delaware even. He could've stayed in his basement like he did during the campaign. He could've stayed because the border was in great shape and only getting better. And Tom Homan, come up, wherever you are, Tom Homan.

Donald Trump   00:25:20-00:25:22 (2 sec)   NO STRESSLENS

And Brandon, say a couple of words, please.

Brandon Judd   00:25:22-00:25:48 (26 sec)   NO STRESSLENS

You got to love the business mind. You have to love that. Nobody in the history brought a business mind to the White House. He cut through the bureaucracy. He cut through all of the BS, the red tape. He implemented policies immediately. It didn't take years. It didn't take months. It took days. And those policies saved your lives, your children's lives, your grandchildren's lives, your friends' lives, your neighbors' lives.

Brandon Judd   00:25:48-00:25:54 (6 sec)   NO STRESSLENS

That's what he did. And that's what we hope you're going to do again. Thank you. [Audience chants " U.S. A."]

Tom Homan   00:25:54-00:25:59 (5 sec)   NO STRESSLENS

Well, look, I think I told you earlier during my speech, I was pretty clear. [Audience responds "Yeah, you were."]

Tom Homan   00:25:59-00:26:23 (24 sec)   NO STRESSLENS

President Trump was one badass president. I joined the border during 1984. I've enforced immigration law for over 34 years. I worked for six different presidents. No president did more to secure our border than President Trump. Bottom line. And I'll share with you what I told the president a few weeks ago in Las Vegas.

Tom Homan   00:26:23-00:26:25 (3 sec)   NO STRESSLENS

He comes back, I come back.

Donald Trump   00:26:25-00:26:45 (20 sec)   NO SIGNAL (0.452)

That's a good deal. Tell you one thing, the problem will end on day one. So, Tom and Brandon, we thank you, and we salute every hero of ICE and border patrol and law enforcement generally. I took a lot of pictures back there with your sheriffs, and we had some incredible conversations. The law enforcement of this country is great.

Donald Trump   00:26:45-00:27:16 (30 sec)   NO SIGNAL (0.381)

We have to let them do their job. They will straighten it out. They're incredible people. We have to protect them, too. We have to help them. Thanks to the open borders policies of the radical Democrats, every day Texas community suffer the spilling of innocent blood and the killing of innocent life like you've never seen before.

Donald Trump   00:27:16-00:27:43 (27 sec)   NO SIGNAL (0.428)

It's never happened anywhere near what's happening now. The numbers are higher than they've ever been by far. Just a few days ago, an illegal alien in McGregor, Texas was charged with the savagely murdering a 38-year-old woman and her two teenage children, beautiful children, and then continuing his deadly rampage in the house next door.

Donald Trump   00:27:43-00:28:13 (31 sec)   NO SIGNAL (0.905)

Then he went to another one and another one before he was caught. He was massacring helpless people, including a 47-year-old woman and her precious 20-year-old daughter, a beautiful daughter, who was studying to become a doctor, doing really well top of her class, before driving down the street wildly firing gunshots, wounding yet another innocent victim, was finally caught.

Donald Trump   00:28:13-00:28:47 (34 sec)   NO SIGNAL (0.22)

And let's see what happens. Let's see what happens because they catch him now, and then they release him, the Democrats. In El Paso this month, three illegal aliens were arrested for the brutal murder of a 28-year-old man after shooting him multiple times and dumping his body on the side of the road. And last year, in Harris County, two illegal alien MS-13 animals were convicted of kidnapping three teenage girls, raping them, and sadistically murdering the 15-year-old girl in a horrific, satanic ritual.

Donald Trump   00:28:47-00:29:20 (33 sec)   NO SIGNAL (0.136)

When the Republicans retake control of Congress, we must immediately force the restoration of every single Trump border security. We have Trump border security measure. We want every one of those measures, every one of those beautiful, powerful, and very fair measures that achieve the strongest border in history.



Donald Trump  00:29:20-00:29:37 (17 sec)                                    NO SIGNAL (0.778)

We want them put back in place. Instead of doubling the number of IRS agents who are allowed to carry guns. OK. So, we have 87,000, 88,000. [Audience boos]

Donald Trump  00:29:37-00:29:56 (19 sec)                                    NO SIGNAL (0.148)

They're allowed to carry guns and yet they want to terminate your Second Amendment, including Beto O'Rourke. He wants to knock out your Second Amendment. [Audience boos]

Donald Trump  00:29:56-00:30:17 (21 sec)                                    NO SIGNAL (0.63)

But instead of the 87,000, 88,000 IRS agents gun carrying, we should double the number of ICE and border patrol agents. Double them quickly, right? And we should pass emergency funding to give our Texas border communities the security, resources, and help they so dearly deserve. The border is an amazing thing.

Donald Trump  00:30:17-00:30:40 (23 sec)                                    NO SIGNAL (0.978)

I got a call from the governor on election evening late, and he said, "You did something that we never thought was possible." I said, "What's that?" He said, "You won every border town. Every single border town with the Hispanics, you won every single one." And he said, "That hasn't happened since the Civil War." Can you believe that?

Donald Trump  00:30:40-00:31:12 (32 sec)                                    NO SIGNAL (0.666)

He said, "That hasn't happened." It's such an honor. We started this whole thing, and now it's really, really picking up steam. In Florida, they gave me the Bay of Pigs Award. That was a big deal, actually, the Bay of Pigs. They didn't give it to a Democrat. They gave it to Trump. Our support for strong border security is one of the major reasons why Hispanic Americans are joining our movement by the millions and millions and millions.

Donald Trump  00:31:12-00:31:39 (27 sec)                                    NO SIGNAL (0.552)

In 2020, I was honored to earn the highest percentage of Latino votes of any Republican in really decades. Decades, I think, right? Ronny? And I became the first Republican to win Zapata County in a hundred years. Zapata, 100 years. But it's true. That's a great honor. These are great people. These are hardworking people.

Donald Trump  00:31:39-00:32:00 (21 sec)                                    NO SIGNAL (0.841)

And you know what they want? They want security. Very entrepreneurial people. They're becoming a real part of the Republican Party. This has all happened over the last few years. The Republican Party is now the proud home of a new generation of Hispanic leaders like Cassy Garcia. Where is she? Cassy Garcia.

Donald Trump  00:32:00-00:32:28 (28 sec)                                    NO SIGNAL (0.474)

Monica De La Cruz. A real star, Mayra Flores. Thank you. Who recently became the first Republican ever to win her Congressional district on the border, first ever. She's fantastic. Smart. All of them. To every Hispanic American in Texas, Arizona, and all across our land, we welcome you to our party and to our movement with open, open, beautiful, strong arms.

Donald Trump  00:32:28-00:33:07 (39 sec)                                    NO SIGNAL (0.631)

So, I want to thank you all because together we will make America great and glorious again. Among our first and most crucial tasks is to make America safe again. We can't have a great country if we're not safe, if people walk down the street and they get slugged from behind by some maniac. Under the radical left Democrats, the streets of our cities are ruled by bloodthirsty gangs and violent criminals like never before.

Donald Trump  00:33:07-00:33:49 (42 sec)                                    NO STRESSLENS

Nobody's ever seen anything like this. Austin set an all-time record for homicides last year, an all-time record, not even close, by the way. And the number of Hispanic murder victims nationwide is up 40% plus. They think it's at least 40%. With the Republican Congress, we must also pass critical funding to hire thousands more police officers nationwide to put violent criminals behind bars and keep them behind bars for a long time.

Donald Trump  00:33:49-00:34:20 (31 sec)                                    NO SIGNAL (0.05)

We have to protect our police. Death penalty if you kill a police person. Death penalty. We need to leave our police alone and let them do their job. If you want safety for your family and security for your community, you need to know every Democrat out of -- you have to get them out. You have to know that every Democrat is against the things that the people here tonight, and this is an incredible crowd, the people here tonight.

Donald Trump  00:34:20-00:34:45 (26 sec)                                    NO SIGNAL (0.41)

And that's two days' notice two days' notice. It's happening like this all over the country, by the way, in all fairness. We were in Michigan, we were all over the country. Nevada. We have massive crowds, everyone. We give them, like, two days' notice, and we have thousands and thousands of people show up, but we want you to vote straight Republican up and down the ballot.

Donald Trump  00:34:45-00:35:15 (30 sec)                                    NO SIGNAL (0.917)

One of the worst and most sinister aspects of the Biden administration is the complete and total corruption of our justice system and the rule of law. Before our very eyes, Biden and his left-wing handlers are turning America into a police state. And I don't even think it's Biden, to be honest with you, but they got some bad people around, like something straight out of a communist country.

Donald Trump  00:35:15-00:35:42 (27 sec)                                    NO SIGNAL (0.641)

See, I used to say socialist, but we skipped socialism. We don't talk about that. I don't even mention it anymore. We're not socialist anymore. We're communists. We've gone over socialism. We're gone. It's over. It's communist. They're talking about communists. It's a communist system that we're putting up with right now.

Donald Trump  00:35:42-00:36:04 (22 sec)                                    NO SIGNAL (0.737)

The radical Democrats are locking up pro-life activists, persecuting their political opponents, spying on their political rivals, silencing dissent, and using the full force of government, law enforcement, and the media to try and crush our movement. And let me tell you, the media is a big problem because they're corrupt and dishonest. [Audience boos]

Donald Trump  00:36:04-00:36:16 (12 sec)                                    NO SIGNAL (0.222)

As an example, all you have to do is look this week, the FBI paid $200,000 to one of its informants to help them obtain bogus FISA warrants against me and peddle the fake Russia hoax. Remember that? The little thing called -- [Audience boos]

Donald Trump  00:36:16-00:36:42 (26 sec)                                    NO SIGNAL (0.226)

You notice nobody talks about it? And yet they gave out the Pulitzer Prize for reporting on the Russia hoax. OK? Reporting on Russia, Russia, Russia. So, you have reporters from the Washington Post and New York Times that got Pulitzer Prizes, and they reported the exact wrong thing. So, within the next two weeks, we're suing the Pulitzer organization to have those prizes taken back.

Donald Trump  00:36:42-00:37:31 (49 sec)    NO STRESSLENS

We'll be doing that over the next two weeks. I think it's a very good lawsuit, but we'll see. Think of it. They got the Pulitzer Prize for wrong reporting. But other people should have gotten the Pulitzer Prize because frankly, they got it right for years. And they don't do Pulitzer Prizes for guys like Sean Hannity, but they should, by a different name, and Tucker Carlson, and Jeanine Pirro, and Laura, and so many different people, but they don't get anything.

Donald Trump  00:37:31-00:37:51 (21 sec)    NO SIGNAL (0.589)

They give Pulitzer Prizes to the people that got it wrong. Remember this, by allowing these people that got Russia, Russia, Russia wrong, they're actually libeling me because they're saying they got it right. And it turned out to be a hoax, and everybody now has admitted it was a hoax. Even the Times and even the Washington Post, they said it's a hoax.

Donald Trump  00:37:51-00:38:10 (18 sec)    NO SIGNAL (0.14)

So, if it's a hoax, then let them give the Pulitzer Prizes back or take them back. They shouldn't be allowed to keep them. The FBI even offered, you saw this one last week, $1 million found out by John Durham to the author of the fake dossier. How about that fake dossier? You think it was great when I had to go home that night?

Donald Trump  00:38:10-00:38:57 (48 sec)    NO STRESSLENS

Not so good. I'm sure you don't know what I'm talking about. That was not the greatest. Oh, Comey, who's the worst, Comey came in and told me. He came in, "Sir, they said this, so they said that." I didn't care about most of it. I didn't like the one thing. The golden you know what, I didn't like that. But our great first lady said, "That's one I don't believe because he's a germ freak.

Donald Trump  00:38:57-00:40:15 (78 sec)    NO STRESSLENS

I don't believe that." But they offered $1 million to the author of the fake dossier, Christopher Steele, a real lowlife, to corroborate his false story. They wanted it corroborated. Think of that. They'll give him $1 million if he will say that we corroborate, these facts are true, but he couldn't do it because they were untrue and it was all against me. This is what I've been fighting.

Donald Trump  00:40:15-00:40:36 (21 sec)    NO SIGNAL (0.702)

Can you believe this? What the hell kind of a life? I used to have such a nice life. What the hell did I do? I got these maniacs that are looking to destroy our country. Right, Doc. Ronny? They're looking to destroy our country. Look, they're not stupid people. Well, some are actually, but they're not stupid people.

Donald Trump  00:40:36-00:40:53 (17 sec)    NO SIGNAL (0.074)

So, they can only -- I mean, either they're stupid or they're looking to destroy it because who wants this stuff to happen? Who wants this to happen? Who wants to have open borders? Who wants to have no voter ID? Who wants to have -- they don't want anybody talking about whether or not you're a citizen when they go into vote.

Donald Trump  00:40:53-00:41:18 (25 sec)    NO SIGNAL (0.099)

No citizenship verification. They don't want anybody -- who wants this? Not even Democrats want it. If you poll it, not even Democrats want it. It's a shame. So, I don't believe they're stupid, so therefore they're trying to destroy our country because it can only be one of those two things. Every freedom-loving American needs to understand the time to stand up to this growing tyranny is right now.

Donald Trump  00:41:18-00:41:20 (3 sec)    NO STRESSLENS

It's right now. We got to do it. Let's do it. [Audience chants " U.S. A."]

Donald Trump  00:41:20-00:41:25 (5 sec)    NO STRESSLENS

So, like the January 6th committee of unselect political thugs- [Audience boos]

Donald Trump  00:41:25-00:41:47 (22 sec)    NO SIGNAL (0.627)

January is the unselects. I never got any credit. I think that was one of the great names, unselects. They're unselect. It's supposed to be the select committee of political -- by the way, how did Liz Cheney do it? She lost by 40 points. And then the corrupt press, they say, "Liz Cheney, we believe, has a great future in politics.

Donald Trump  00:41:47-00:41:48 (2 sec)    NO STRESSLENS

She lost by 40 points. [Audience boos]

Donald Trump  00:41:48-00:42:08 (20 sec)    NO SIGNAL (0.06)

And then the corrupt press, they say, "Liz Cheney, we believe, has a great future in politics." She lost by 40 points, the single biggest margin a congressman or woman has ever lost in history. And then they say, "We feel she has a fine future in politics." I don't think so. All she does is January. She's like obsessed.

Donald Trump  00:42:08-00:42:23 (15 sec)    NO SIGNAL (0.757)

So, here and Kinzinger crying around. He cries every time he talks, he cries. These are the people we have. But remember this, January 6th, this committee, the two things they didn't talk about, two things, was that the people went down there and you could have had over a million people. [Audience sings "The Star-Spangled Banner"]

Donald Trump  00:42:23-00:42:43 (20 sec)    NO SIGNAL (0.811)

Wow. That's so beautiful. When this whole big group stood up, I said, "Oh, we have protesters." And you know what? They are protesting. They are protesting what's taking place in our country, and it's so bad and so wrong. It is a protest. So, the unselect committee of political hacks and thugs, and they're all hacks, the same people that did Russia, Russia, Russia.

Donald Trump  00:42:43-00:43:02 (19 sec)    NO SIGNAL (0.356)

Shifty Schiff, Shifty Adam Schiff, what a sleazebag he is. And all the same people that did the Russia hoax, and then when they realized it's a hoax, they realized -- they knew from the beginning. They made it up. It was all made up. But



when they get caught, a couple of days go by, then they start the Ukraine, Ukraine, Ukraine.

Donald Trump   00:43:02-00:43:27 (24 sec)                                                    WEAK (1.14)

They start the Mueller deal. These are the same people. These people are sick. They should spend time on trying to make our country great, not this crap. All they do is investigate. We're like a nation that's -- all we do is investigate. And frankly, if that ever started, boy, would they be in trouble because of what they've done in so many ways, including what they've done to our country to destroy our country.

Donald Trump   00:43:27-00:43:46 (19 sec)                                                    NO SIGNAL (0.292)

But remember this, and I'm going to get off the subject, but January 6th, January 6th was caused because of a crooked, stolen election, and they don't even talk about it during the January 6th committee hearings. Never even discussed. So, they don't discuss that. And what's the second thing they don't discuss?

Donald Trump   00:43:46-00:44:18 (33 sec)                                                    NO SIGNAL (0.342)

Nancy Pelosi is in charge of security in the Capitol. Ronny knows this better than anybody. There he is. And they don't discuss it at all because they said, "Hands off, we're not going to discuss that." I authorized from 10,000 to 20000 troops, should they need them four days, three days earlier. Nancy Pelosi didn't like the look, and she decided not to do it. They never discussed that, and they never discussed voter fraud, which is the reason that maybe over a million people -- do you ever see a picture?

Donald Trump   00:44:18-00:44:47 (28 sec)                                                    NO SIGNAL (0.023)

They don't show the pictures of the crowd. The crowd that we spoke before, the crowd that I and other great patriots spoke before. They never talked about that, and they never talked about the fact that Nancy Pelosi refused to use the military. And they didn't need 10,000 to 20,000. If they had 500 people, it would have been more than enough, and January 6th would not have been January 6th as we know it. They never talked about it, and they sent me a subpoena the other day. [Audience boos]

Donald Trump   00:44:47-00:45:12 (25 sec)                                                    NO SIGNAL (0.094)

They sent me a subpoena. Think of it. These crooked people, these crooked people. And the only thing they don't want to investigate, the only thing they don't want to do, they won't investigate, was the corruption that took place in that election, which was massive. And the facts are all there. We have so many for every single swing state.

Donald Trump   00:45:12-00:45:43 (31 sec)                                                    NO SIGNAL (0.536)

You take a look and most of the people in this audience know it because you know a lot more. And these people back there, they don't want to cover it and that's the problem that we have with our country right now because the fake news will not even talk about it. And if you talk about it, if you're an anchor like Lou Dobbs, who's great, if you're an anchor and you know it's right and you talk about it, you lose your job, you get fired.

Donald Trump   00:45:43-00:46:10 (27 sec)                                                    NO SIGNAL (0.921)

It's a disgrace. If you want to save your rights and liberties, you have to start by dealing a crushing rebuke to the radical left maniacs that we're dealing with in this election. These are maniacs. For six straight years, the witch hunts, hoaxes, abuses have been coming fast and furious, mostly aimed at me. Isn't that nice?

Donald Trump   00:46:10-00:46:29 (18 sec)                                                    NO SIGNAL (0.453)

What a wonderful life. Our great first lady said, "What a wonderful job. This is so lovely. Every day you get a subpoena." If I fly over a Democrat state in my little plane that we flew over -- did you see that? Right, my man? If we fly over a Democrat state, I get a grand jury subpoena. I said, "What happened?" "What'd you do, sir?

Donald Trump   00:46:29-00:46:50 (21 sec)                                                    NO SIGNAL (0.516)

They're investigating you. You flew over the state. They think something's up." They've been looking at me for a long time, Doc. Ronny. I tell you what, they found nothing. They have found -- one thing I will say. They found that I, like you, am a great patriot. That's what they found. It's a disgrace what's going on. Like the boxes hoax.

Donald Trump   00:46:50-00:47:10 (20 sec)                                                    NO SIGNAL (0.589)

Have you looked at the boxes hoax? OK? This is the new one. The boxes, you know? Mar-a-Lago. Have you seen the last five or six presidents, what they did? They took it. They're in Chinese laundries, they're stored. They're in storage houses where the windows and doors are broken. It's a disgrace. But if your name's Trump, you have to take a look at it. Read Greg Jarrett's piece.

Donald Trump   00:47:10-00:47:18 (8 sec)                                                     NO SIGNAL (0.852)

It's a disgrace what's going on in our country. So, first, we learned, they spied on my campaign. Could you imagine if we spied on, let's say, Obama's campaign? OK? [Audience boos]

Donald Trump   00:47:18-00:47:49 (31 sec)                                                    NO SIGNAL (0.227)

Let's say we spied. They would reinstitute the death penalty. With me, it's -- well, I don't know. With us, they call it a conspiracy theory. No. They spied on our campaign, and we caught them. Remember a long time ago, I put out -- they spied on my campaign, and everyone said, "What a horrible thing to say." If that ever happened to Obama or a Democrat, forget about Biden.

Donald Trump   00:47:49-00:48:11 (22 sec)                                                    WEAK (1.082)

Don't even talk about Biden. Any Democrat, if that ever happened, it would be the biggest story in history. Think of it. They spied on a president's campaign, including for a period of time when he was in the White House. That's the biggest story of our time, and these crooked reporters don't want to even talk about it. [Audience boos]

Donald Trump   00:48:11-00:48:33 (22 sec)                                                    NO SIGNAL (0.392)

Then they lied to Congress many times. Comey and all those guys, they lied to Congress, you know that, many times. And then they lied to the FISA court many, many times. And they created a fake dossier that was done and paid for by Crooked Hillary Clinton, the Democrats, and Democratic National Committee.



**Donald Trump** 00:48:33-00:48:59 (26 sec)    NO SIGNAL (0.795)

It was all paid for by the Democrat Party, the Democrat National Committee, and Crooked Hillary. And yet after all of that, these same people, they come after me. They spied on my campaign. They come after me. And we have attorney generals that didn't have the courage to do what they had to do because he didn't want to be impeached. "Please don't impeach me." You know how he get impeached?

**Donald Trump** 00:48:59-00:49:20 (21 sec)    NO SIGNAL (0.646)

To say, "Oh, I think the election was perfect. It was so wonderful." Check out Detroit, check out Philadelphia, check out Atlanta. It's a disgrace. No, it's a disgrace. That's why when I hear about Ken Paxton -- and I see Ken Paxton -- Ken Paxton shouldn't even have a race. He's done such a great job. He shouldn't even have a race.

**Donald Trump** 00:49:20-00:49:45 (25 sec)    NO SIGNAL (0.768)

Stand up, Ken. Where the hell are you, Ken? He shouldn't even have a race. I would have been proud to have him in the White House. He wouldn't have done that. How do you not get impeached? They wanted to impeach our attorney general. How do you not get impeached? All you do is say, "Oh, the election was wonderful." Then they say, "We're not impeaching this guy, man."

**Donald Trump** 00:49:45-00:50:09 (24 sec)    NO SIGNAL (0.338)

We just hit pay dirt." Remember, it was Russia, Russia, Russia, Ukraine, Ukraine, Ukraine, and then the Mueller witch hunt, where the conclusion was no collusion. You think Biden could say that? I don't think so. The conclusion -- think of that. The conclusion was no collusion. That would be a tough one.

**Donald Trump** 00:50:09-00:50:40 (31 sec)    NO STRESSLENS

If they wrote that for Biden, that would be the end of their job. He'd still be trying to figure it out. And then they had impeachment hoax number one, impeachment hoax number two, the censorship of the Biden family corruption story as Russian disinformation by the FBI and Facebook. So, the FBI goes up to Facebook and to other media, people back there, and says that the laptop from hell was Russian disinformation even though no they knew it was untrue.

**Donald Trump** 00:50:40-00:51:04 (24 sec)    NO SIGNAL (0.136)

This is what we're dealing with, and nothing's going to happen to them. Nothing happens to them. It's a disgrace. Our country is very sick, and that made a 17-point difference, they say, according to John McLaughlin and Tony Fabrizio and a lot of the great pollsters. It made from 10 to 17 points, but it made a tremendous difference.

**Donald Trump** 00:51:04-00:51:49 (44 sec)    NO STRESSLENS

Didn't matter. We got more votes than we needed anyway. They just cheated. They would have figured out a way to cheat that too. That's why we have to be careful with this selection that they're not allowed to cheat. They cannot be allowed to cheat again. And then it was the unselect committee of political hacks and thugs and also appalling misconduct by the racist and incompetent New York state attorney general, she's incompetent, Leticia Peekaboo James, who is presiding over record numbers of murders, rapes, drug deals, and every other form of crime in our once great New York state, but only spends her time going after me. Let's go after Trump.

**Donald Trump** 00:51:49-00:52:11 (23 sec)    NO SIGNAL (0.36)

We have this woman, Peekaboo James. She goes out. She runs on getting Trump. "I'm going to get him. I'm going to get him." She doesn't know anything about me. She just sees my name, "I'm going to get him." Years and years and yet you have people being murdered in the street. And there was no crime. I did nothing wrong.

**Donald Trump** 00:52:11-00:52:39 (28 sec)    NO SIGNAL (0.764)

But you have people murdered on the street. You have drug dealers all over. She couldn't care less. She's the worst. So, we'll see what happens there with her election. I hear she's losing. Wouldn't that be amazing if she lost? And I hear Lee Zeldin is winning because you know what? The people of New York, just like the people in Texas and everywhere else, you're tired of crime.

**Donald Trump** 00:52:39-00:53:07 (28 sec)    NO SIGNAL (0.85)

You don't want crime. You want to have low taxes. You want to have great education. You want to have a strong military. You want to have all the things that people would comment, you know what you want? You want voter ID. You know what you really want? You want paper ballots and same-day voting with voter ID. Otherwise, you'll never get it straight.

**Donald Trump** 00:53:07-00:53:47 (40 sec)    NO STRESSLENS

If you don't do that -- France just had an election, 36 million people. It's a big nation. Thirty-six million people voted by paper. They voted same day, and they have voter ID. And by 11:00 in the evening, there was a winner, there was a loser. Everyone went home and they said, "Let's get them next time." But if you don't go to paper ballots, and if you don't go to voter ID, and if you don't go to same-day voting, these things that take place for over 48 days, "Sir, we have boxes stored in a storage." Oh, where are they? Oh, well, we haven't seen them for a while, Mike, have we? Those boxes.

**Donald Trump** 00:53:47-00:54:06 (19 sec)    NO SIGNAL (0.489)

Where are they right now? They seem to have disappeared, but we're going to get them back. We'll find them. Forty-eight days of voting. Do you ever see anything so crazy? We have a corrupt country, we have a horrible border, and we have really sick elections. And nobody -- one thing you've learned a lot from me. You've learned about those things, borders, and elections.

**Donald Trump** 00:54:06-00:54:23 (16 sec)    NO SIGNAL (0.557)

And I can't tell you which is worse, and I can't actually tell you which is more important. I think elections might even be more important than the border because if you get the right people, you'll solve the border problem. The radical left thinks by doing all these wicked and venomous things, they are making us weaker, but actually, they are making us stronger and more united than ever before.

**Donald Trump** 00:54:23-00:54:27 (4 sec)    NO STRESSLENS

They're coming after me because I'm fighting for you and that is true. [Audience member calls out "We love you"]

**Donald Trump** 00:54:27-00:54:41 (14 sec)    WEAK (1.173)

Thank you, darling. Thank you. I'm glad you weren't protesters. This is a nice group. That was very well done. I didn't know what the hell happened. This group, what a great group of people. Where are you from? Where? [Audience members respond, inaudibly].

**Donald Trump** 00:54:41-00:54:45 (4 sec)    NO STRESSLENS

That's beautiful. That's beautiful. Thank you. Thank you. [Audience chants "We love Trump"]

**Donald Trump** 00:54:45-00:55:07 (22 sec)    MEDIUM (1.521)

But we have to save our country. It's nice to say, "We love Trump." We have to save our country. By the way, I'm speaking to this group here. They stood up. It was so beautiful, actually. It was actually a beautiful moment. They're too smart to say bad things. It's too dangerous in this group to say bad thing.

**Donald Trump**  00:55:07-00:55:29 (22 sec)          NO SIGNAL (0.549)

You notice we don't have much of that. I haven't had that in two years. They used at the beginning, they'd stand up, "We don't like you." The poor guys thought it was terrible. Then I always got blamed, remember? But we haven't had that. This country is really united. We have much more. It's not even close than 50%. I'm telling you.

**Donald Trump**  00:55:29-00:55:47 (18 sec)          WEAK (1.328)

We have this country, and the country was really united, and I'm talking left and right. When we turned it around prior to COVID, we had every single group doing better than it had ever done in history. The country had done better than it ever done in history. And people from the radical left were calling me to get together.

**Donald Trump**  00:55:47-00:56:06 (20 sec)          WEAK (1.298)

I said -- because some people say to me, and I say to them, "It would be great if we could unite everyone, the right and the left and everybody." And I never knew that it was going to be possible. But prior to our horrible, horrible gift that came out of the Wuhan labs of China, prior to China and the dust that they sent over, what a disgrace.

**Donald Trump**  00:56:06-00:56:36 (30 sec)          NO SIGNAL (0.837)

And we're going to -- someday, that's going to -- we're going to do something because what happened -- what they've done to the world -- forget about $60 trillion in damage. They cannot afford that, by the way, just so you know. But prior to that coming in, our country, African Americans, Hispanic Americans, Asian Americans, women, men, kids with a high school diploma, kids without a high school diploma, first in your class at the Wharton School of Finance, MIT, Harvard, people that didn't get a college diploma, every single group without even nobody -- everybody was doing better than ever before by a lot.

**Donald Trump**  00:56:36-00:57:03 (27 sec)          NO SIGNAL (0.654)

And I was getting calls from the radical left. "Can we get together?" And then that horrible thing happened, the China virus, I call it, because I want to be accurate, not COVID-19. COVID-19, where does that come from? COVID. Where does that come from? The China virus came in, and then we had to redo it again.

**Donald Trump**  00:57:03-00:57:23 (20 sec)          NO SIGNAL (0.879)

And we did an incredible job with Operation Warp Speed and all of the things and the therapeutics. We did an incredible job. And when that horrible, fake, disgusting election took place, that was a horrible election -- and by the way, much easier to concede than do what I do, what you do, and all of us do. But we can't let this stuff happen to our country.

**Donald Trump**  00:57:23-00:57:41 (17 sec)          NO SIGNAL (0.761)

We're not going to have a country. And when that result took it and they took over, think of it -- and remember, he was going to solve, "Oh, we're going to have the vaccine out. We're going to have all this stuff done. It can take only if" -- I mean, more people died in that first year of him than under us, and it was getting much better.

**Donald Trump**  00:57:41-00:58:02 (21 sec)          NO SIGNAL (0.913)

But think of it, with all of the things that happened, everything that happened, the stock market was higher when I handed it over than it was just prior to the China virus coming into our country. Think of that. We gave an unbelievable country back, and now our country is being destroyed. Energy is a disaster.

**Donald Trump**  00:58:02-00:58:24 (22 sec)          NO SIGNAL (0.204)

Crime is a disaster. The border is a disaster. Our military is going woke. Our military is getting to be an embarrassment, and great people are leaving our military, and great people are leaving our law enforcement, too. To every citizen who is appalled by the radical left's lawlessness and corruption, this election is your chance to make your voice heard.

**Donald Trump**  00:58:24-00:58:54 (30 sec)          NO SIGNAL (0.26)

You have to do it. You have to do it. With your vote, you can reject left-wing tyranny and proudly declare that America will always remain a free country. Got to be a free country. Tell you what, we're really on the borderline. I used to say during the 2016 election -- well, we didn't do as well as the other one, frankly.

**Donald Trump**  00:58:54-00:59:42 (48 sec)          NO STRESSLENS

But I used to say that if we don't get this right, we're going to be Venezuela on steroids, and that's where we're going. We're right now going to be soon Venezuela on steroids. You can take the five worst presidents in American history and put them together, and they would not have done the damage Joe Biden has done to our nation in less than two years.

**Donald Trump**  00:59:42-00:59:58 (16 sec)          STRONG (2.046)
                                                     1 of 215 paragraphs scored.

Let's take a look. By the way, we have a little video. Take a look at this.

**Note**  00:59:58-00:59:58 ( sec)          NO STRESSLENS

[A video is played. Audience responds at the end, inaudibly.]

**Donald Trump**  00:59:58-01:00:18 (21 sec)          NO SIGNAL (0.316)

All right. Thank you. No. That's a very sad thing. I went through a list of the leaders, most of whom I know and some I know very well, and any country you want to talk about. Those leaders are at the top. They're smart. They're tough. And they're for their country. It's their country first. And with us, it has to be our country first.

**Donald Trump**  01:00:18-01:00:37 (18 sec)          NO SIGNAL (0.687)

But we have to have people that know what they're doing. They don't believe what's going on. I think the really ones that have respected us over the years, the ones that really think, like, America is smart, I'll tell you what, they respected us two years ago. They respected us like they never respected us. There was no games.



Donald Trump    01:00:37-01:01:04 (28 sec)    NO SIGNAL (0.819)

Ukraine would have never happened. Inflation would have never happened. Energy prices would have never happened like they are, but they respected our nation. All of these things that we're looking at were self-made. They were unnecessary to happen. And what's going on now is so sad, but the other leaders, they think that we're playing because they respected us for so many years, but especially in the last four, five years, prior to this disaster happening.

Donald Trump    01:01:04-01:01:08 (4 sec)    NO STRESSLENS

And they think we're playing four-dimensional chess. Does that make sense? [Audience responds affirmatively]

Donald Trump    01:01:08-01:01:27 (19 sec)    NO SIGNAL (0.274)

They say, "There's no way this is happening. That country is too smart. It's four-dimensional." President Xi probably has a meeting and he says, "Wait a minute. This can't be possible. They're too smart for that. It's four-dimensional chess." Does anyone know what that means? I know what that means. You know what it means?

Donald Trump    01:01:27-01:01:50 (22 sec)    NO SIGNAL (0.918)

They can't believe what the hell is going on with our country. Under my leadership, we had, for the first time, American energy independence and also very low prices, and even energy dominance. We were going to dominate the entire world on energy. We were bigger than Russia and Saudi Arabia combined within a very short period of time.

Donald Trump    01:01:50-01:02:11 (22 sec)    NO SIGNAL (0.76)

We're going to be dominant. Now Biden is begging and pleading with OPEC, but instead of increasing production, they're cutting it off. Think of it. Oil has reached an all-time high. Let's not go for oil anymore. And we have more than anybody. We gave you the largest tax cuts and regulation cuts in American history.

Donald Trump    01:02:11-01:02:35 (24 sec)    NO SIGNAL (0.553)

By contrast, the radical Democrat Congress passed one of the largest tax hikes in American history. It was the largest tax hike, I believe, in American history. Under the Trump administration, we had the greatest economy in the history of the world with no inflation. Biden and the Democrat Congress created the worst inflation in 50 years, 9.1%, but it's much higher than that.

Donald Trump    01:02:35-01:02:58 (23 sec)    NO SIGNAL (0.543)

You see your bills, it's much higher. I rebuilt our military, including our nuclear capability, which hopefully we'll never have to use, and the creation of Space Force for, first time since Air Force, 79 years. Seventy-nine years ago, we did Air Force. This was Space Force. New branch, and it's turning out to be very, very powerful and important.

Donald Trump    01:02:58-01:03:24 (26 sec)    WEAK (1.376)

They surrendered our strength and turned Afghanistan into the greatest humiliation our country has ever had. And now, we have a war between Russia and Ukraine with potentially hundreds of thousands of people dying that would never ever, ever in a million years have happened if I were president. And in addition to that, the oil prices would have been low enough that they wouldn't have been able to afford the war, but we didn't even need that.

Donald Trump    01:03:24-01:03:46 (22 sec)    NO SIGNAL (0.721)

Putin would have never done it. I know him well. The election was rigged and stolen, and now our country is being destroyed. I ran twice. I won twice. I did much better the second time than I did the first. Getting millions more votes in 2020 than we got in 2016, and likewise getting more votes than any sitting president in the history of our country by far.

Donald Trump    01:03:46-01:03:52 (6 sec)    NO SIGNAL (0.094)

And now, in order to make our country successful, safe, and glorious again, I will probably have to do it again. [Audience chants " U.S. A."]

Donald Trump    01:03:52-01:05:01 (69 sec)    NO STRESSLENS

Thank you very much, everyone. But first, we have to win a historic victory for the Republican Party this November. Right here in Texas, you have the opportunity to defeat a man who is against God, guns, and oil. That's pretty bad. Texas, we're talking about Gods, guns, and oil. Beto O'Rourke. Beto. He's another beauty. [Audience boos]

Donald Trump    01:05:01-01:05:35 (34 sec)    NO SIGNAL (0.641)

He will abolish oil, abolish our borders, and abolish your Second Amendment. That's what it is. Remember when he got up and he was pandering to the Democrats and he said he's going to get rid of your guns? In contrast, you have a wonderful man. He's a wonderful man. Your governor, Greg Abbott. He's strong on borders.

Donald Trump    01:05:35-01:06:07 (32 sec)    NO SIGNAL (0.241)

He supports our police, and he's turned Texas into a gigantic jobs magnet. He's done a great job. So, I want you to get out and vote for Greg Abbott. He's a very, very good person, a very special man. In addition, Texas needs to reelect your outstanding friend of mine, Lieutenant Governor Dan Patrick. Dan? Come on up, Dan. Dan was in charge of my campaign in Texas, and we won big.

Donald Trump    01:06:07-01:06:31 (24 sec)    NO SIGNAL (0.323)

Dan has been a tireless champion for border security, and he will do whatever it takes to stop this invasion or -- this is really an assault, isn't it, Dan? It's an assault on Texas, but it's an assault on the United States. Dan backs the blue 100%. He personally worked to ensure that every Texas law enforcement officer is a bulletproof vest.

Donald Trump    01:06:31-01:06:57 (26 sec)    NO SIGNAL (0.303)

He wants to crack down on far-left district attorneys, and he strongly resisted COVID lockdowns and mandates to keep Texas free. And when your state faced an energy crisis caused by the radical left, he showed true leadership demanding the resignation of the entire Public Utility Commission. So, I will tell you, he's an incredible guy, a wonderful man.

Donald Trump    01:06:57-01:07:10 (13 sec)    NO SIGNAL (0.332)

He headed up my campaign twice in Texas. How did we do, Dan? We won. We won big. Dan Patrick will never let you down. So, Dan, please say a few words.

Dan Patrick    01:07:10-01:07:53 (43 sec)    NO STRESSLENS

Thank you, Mr. President. After Hurricane Harvey, within days, you were not far away here in Corpus Christi. And whether it was Harvey relief, building a strong oil and gas industry, making crime numbers go down, securing the border, giving us the strongest economy that we have had in decades, you made the life of every one of 29 million Texans better, and Joe Biden has made the life of every Texan worse. [Audience boos]

Dan Patrick    01:07:53-01:08:04 (12 sec)    NO STRESSLENS

And we do not want Joe Biden's America in Texas. Mr. President, this is your home. [Audience responds affirmatively]



**Dan Patrick**   01:08:04-01:08:18 (13 sec)   NO STRESSLENS

We love you. Thank you what you've done for Texas and America.

**Donald Trump**   01:08:18-01:08:48 (30 sec)   NO SIGNAL (0.231)

Thank you, Dan. Good job, Dan. That's great. Great guy. Great man. Dan is running against, by the way, a Biden-loving radical Democrat named Mike Collie, who has vowed to push Texas far, far, far to the left. Not what you want for the state. Mike Collier will fight for open border sanctuary cities, Joe Biden and Nancy Pelosi's gun control agenda, and Green New Deal-inspired energy policies, which will close up everything in Texas.

**Donald Trump**   01:08:48-01:09:08 (20 sec)   WEAK (1.152)

It's going to be a disaster. So, Texas does not need a Biden-Pelosi stooge. Lieutenant governor, you need a great person. It's a very important -- I don't know if you know, in Texas, the position of lieutenant governor is a very powerful position. A lot of power. A lot of things happen. A lot of things are under the control of the lieutenant governor.

**Donald Trump**   01:09:08-01:09:32 (24 sec)   NO SIGNAL (0.051)

And Dan Patrick has been absolutely incredible. Strong, powerful, with a big beautiful heart, and he's my friend. Thank you very much, Dan. Great job. Thank you. Thank you, Dan. This election day, you also need to get out and vote for your incredible attorney general. I know he's a little controversial, but he's tough, OK? It's OK. I mean, he's a little controversial.

**Donald Trump**   01:09:32-01:09:42 (10 sec)   NO SIGNAL (0.06)

He'd probably say, "Oh, I wish you didn't say it." They know it already, Ken. Ken, they know it. And you know what? Being controversial is OK. [Audience responds affirmatively]

**Donald Trump**   01:09:42-01:10:08 (26 sec)   NO SIGNAL (0.411)

It's OK. One of the reasons he's controversial because he does things. No state attorney general in America is tougher or stronger than Ken in terms of what he does for crime and against crime. And he's a legal powerhouse. He really is. Every day, Ken gets up and holds Joe Biden's feet to the fire. He does it, as well as anybody there is in the country.

**Donald Trump**   01:10:08-01:10:30 (22 sec)   NO SIGNAL (0.909)

He sued the Biden administration over the horrible open border policies and asylum rules that they instituted. All they had to do is leave Tom Homan's ideas alone. Tom Homan -- is Tom Homan, by the way, central casting? He's central casting. He stood up to Biden's illegal targeting of parents at school board meetings.

**Donald Trump**   01:10:30-01:10:42 (13 sec)   NO SIGNAL (0.868)

He's taking on big pharma like nobody else and the Marxist radicals to stop their use of puberty blockers to a multitude of minor children. [Audience boos]

**Donald Trump**   01:10:42-01:11:09 (27 sec)   NO SIGNAL (0.895)

Can you imagine we're even talking about it? He fights for parental rights. Can you imagine we're fighting for parental rights? Who ever heard of fighting for everybody, yeah, parental rights? Now, today, it's a big subject politically. It's ridiculous. And earlier this year, Ken scored a gigantic victory over the Biden administration, blocking their extreme environmental policies, including their destructive moratorium on oil and gas leasing on public lands.

**Donald Trump**   01:11:09-01:11:28 (19 sec)   NO SIGNAL (0.633)

Remember I used to tell you he's not telling the truth. Whenever he needed to say a debate, he'd say, "Oh, no, no. I'm all for oil and gas." But it turned out to be false. We got him on the last question of the second debate. I said, "Oh, wait a minute." I felt like Perry Mason. I said, "Wait a minute. He just said it. He's not," but nobody listened.

**Donald Trump**   01:11:28-01:11:54 (26 sec)   WEAK (1.138)

Although, actually, you did. We got a lot of votes, didn't we? More votes than any sitting president in history. Ken is also a strong voice for election integrity. You know that. And he's running against an ultra-leftist named Rochelle Garza. Real beauty, that one. Garza is an open border's fanatic, who slandered the heroes of border patrol, calling them shameless and cowardly.

**Donald Trump**   01:11:54-01:11:56 (2 sec)   NO STRESSLENS

I don't think we can allow that to happen. [Audience boos]

**Donald Trump**   01:11:56-01:12:18 (22 sec)   NO STRESSLENS

We can't allow that to happen. She opposes the border wall. She opposes my remain in Mexico. How about that? I got a policy. I got to get that done with Mexico. The great president of Mexico, he's a wonderful guy. He's a socialist, but can't have everything, right? But I got along with him great, but we got it done, and we got a lot of things done with Mexico.

**Donald Trump**   01:12:18-01:12:21 (3 sec)   NO STRESSLENS

We got 28,000 free soldiers. Remember that? [Audience responds affirmatively]

**Donald Trump**   01:12:21-01:12:39 (18 sec)   WEAK (1.1)

You know how we got them, right? I said, "Listen, you have 28,000. I need 28,000 soldiers while we're building the wall." And the people in Mexico, the representative said, "No. No. No. We're not doing that, of course." And I met somebody in the State Department, a very good woman, but she's been dealing with Mexico for 25 years.

**Donald Trump**   01:12:39-01:13:03 (24 sec)   NO SIGNAL (0.754)

She said, "Sir, you can't get that. They'll never do it. I've been asking for many years." I said, "really? Let's see what happens. I guarantee you will get it." Then I gave her 10 other things that we should get because I went to the border patrol and you two guys gave me the things that you most wanted, 10 things, and they ended up making it 12. I said, "I'll get 12, too." And frankly, the soldiers were less than some of the things we got.



**Donald Trump**  01:13:03-01:13:23 (21 sec)    WEAK (1.408)

Is that right? So, I said, "These are the 12 things we want, but we immediately want 28,000 free soldiers." And everybody in the room laughed. I thought I was playing games. They laughed. And I said, "You'll give it to us." They said, "No. We won't be able to give that to you, sir, 28,000 free soldiers." I said, "Yes, you will.

**Donald Trump**  01:13:23-01:13:57 (34 sec)    NO SIGNAL (0.449)

You'll give it to us." And he said, "No. We won't." I said, "OK, here's the story." This was on a Friday. I said, "On Monday morning, everything that Mexico sells into the United States will have a 25% tariff placed on it, including the 32% of the car business that you stole out of the United States over the last 30 years." And this representative, who is a very good man, looked at me and said, "Sir, perhaps you misunderstood me. We would love to provide you with 28,000 soldiers." That's true.

**Donald Trump**  01:13:57-01:14:16 (19 sec)    NO SIGNAL (0.651)

That's true, Doc. Ronny. "We would love to provide you with our soldiers. Yeah, we did." That's why we had such good numbers. We had 28,000 soldiers, Mexican soldiers on our border as we built the border wall. And the border wall, that was really a big reason, the border wall, and the soldiers, that our numbers were the best in the history of our country.

**Donald Trump**  01:14:16-01:14:32 (16 sec)    NO SIGNAL (0.244)

And they were only going to get better if they just left it alone. They're only going to get better. If elected Garza would make the worst border crisis in our history much, much worse. It can't be worse than it is now. I don't know how the hell we're saying that, but maybe they can make it worse. I don't know.

**Donald Trump**  01:14:32-01:14:56 (24 sec)    NO SIGNAL (0.481)

Rochelle Garza is also a sworn enemy of election integrity. She'll lay the groundwork for the radical Democrats to steal the state of Texas. And if that happens, there will never be another Republican president in the history of our country. It won't happen. They won't give it up. They will cheat and they will steal and they will rob it, and they're not going to give it up. So, we can't let that happen.

**Donald Trump**  01:14:56-01:15:25 (29 sec)    NO SIGNAL (0.474)

So, unless you want to destroy Texas and America, get out and vote for Ken Paxton. Ken? Come here, Ken. Come up, Ken. Please. He's a good man. [Audience calls out "We love you, Ken."]

**Ken Paxton**  01:15:25-01:15:41 (16 sec)    NO STRESSLENS

Hey. So, Mr. President, Dan Patrick and I were over here asking, how does this president draw a crowd year after year, thousands of people unlike anybody we've ever seen? And so I've been sitting here trying to figure it out. And the question I thought was, "Well, maybe he's a great speaker." Well, Mr. President, that's true.

**Ken Paxton**  01:15:41-01:16:05 (24 sec)    NO STRESSLENS

You are a great speaker, but I don't think that's why everybody's here. Is it because he's a great businessman? He clearly is a great businessman, but I don't think that's why everybody's here. Maybe it's because you're a great golfer. I don't think that's why everybody's here. This president and the people that come to see him are here because, in my opinion, you tell me if I'm right, he's done more for the American people than any president in our lifetime.

**Ken Paxton**  01:16:05-01:16:43 (38 sec)    NO STRESSLENS

However, I have one suggestion because it sounds like there might be a possibility that he's running for president again. OK. One suggestion, he's got a great slogan, a great theme, Make America Great Again. But if he's going to run again, maybe a little tweak could be, instead of Make America Great Again, make America Texas.

**Ken Paxton**  01:16:43-01:16:43 (1 sec)    NO STRESSLENS

What do you think?

**Donald Trump**  01:16:43-01:17:12 (29 sec)    NO SIGNAL (0.545)

Thank you, Ken. Get out and vote for Ken. He's great. You can't have these lunatics get into office. They'll never leave. They'll never leave. We're also joined by another friend of mine, Texas Agriculture Commissioner Sid Miller. He's great. Look. Sid, stand up. He was on television before the last campaign.

**Donald Trump**  01:17:12-01:17:30 (18 sec)    NO SIGNAL (0.379)

They said Texas is going to be close. You know why they do that? They say it's going to be close because if they can cheat enough to win, the people don't go crazy. But he said, "I don't know where you come from, but I come from Texas. Texas will not be close. It's going to be a landslide for Trump," and he turned out to be right, right?

**Donald Trump**  01:17:30-01:17:56 (26 sec)    NO SIGNAL (0.173)

Right, Sid? So, get out and vote for Sid. He's a fantastic guy. We have members of Congress. These are friends of mine. They've been through the wars with me and they're incredible. Pat Fallon. Pat. Pat, thank you. Thank you, Pat. Great guy, too. Michael Cloud. Michael. Michael. Thank you, Michael. Beautiful family, Michael.

**Donald Trump**  01:17:56-01:18:16 (20 sec)    NO SIGNAL (0.145)

A man that's -- I love this guy. I didn't know, was he a better admiral, doctor, or a congressman politician? I'm not sure -- I think he was better actually at being a doctor because he said "He was so healthy." But he said I could lose a couple of pounds and I didn't like him for that. I said, "Don't say that.

**Donald Trump**  01:18:16-01:18:36 (20 sec)    NO SIGNAL (0.179)

I don't want you to say that." That made me very angry, but that was OK. He meant it. Unfortunately, he meant it. But Ronny Jackson is an incredible guy, an incredible man, and a great doctor, too, I tell you. Great at everything. Highly respected, admiral, doctor, and congressman. How many people can say that?



Donald Trump   01:18:36-01:18:58 (22 sec)   NO SIGNAL (0.47)

Which label do you like best if they call you a label? Do you like Mr. Congressman? What do you like? He likes admiral. Let's call him Admiral from now on. And a man that a little bit reminds me, another tough cookie. This guy's great. He's become a great friend of mine. He wrote a very successful book talking about the election fraud.

Donald Trump   01:18:58-01:19:20 (22 sec)   NO SIGNAL (0.439)

And he didn't hold back, and he never does. He's a real patriot who loves this state very much and our country, Troy Nehls. Troy, thank you very much. He's tough cookie. He's a tough one. Right, Ronny? Good. And we love him. Thank you. The next congressman from Texas is 38th Congressional District, Wesley Hunt.

Donald Trump   01:19:20-01:19:46 (26 sec)   WEAK (1.043)

Wesley, great job. They're going to have a baby in a couple of months. Good luck with that. You're going to have a baby, beautiful baby. Good luck, Wesley. State Representative Ryan Guillen. Ryan? Where's Ryan? Thank you, Ryan. And somebody that's been fighting election fraud right from the beginning, Steve Toth.

Donald Trump   01:19:46-01:20:15 (29 sec)   NO SIGNAL (0.118)

Where's Steve? Steve, great job. Senate candidates, a state senate, Peter Flores, Kevin Sparks, and you know this person, Mayes Middleton. Where is Mayes? Very good. Good job. You're doing a good job. State Senate candidate, Adam Hinojosa. Adam Hinojosa. And I'm giving you my complete and total endorsement, Adam.

Donald Trump   01:20:15-01:20:39 (24 sec)   NO SIGNAL (0.638)

We didn't get it out yet. Adam has my complete and total endorsement, and it was approved by Dan Patrick. So, how bad can that be, right? Good, Dan. Republican. Thank you very much, Adam. Good luck. I hear you're doing great. Republican nominee, and you know that this is a great person, County Judge Connie Scott.

Donald Trump   01:20:39-01:21:10 (31 sec)   NO SIGNAL (0.636)

Where's Connie? Connie Scott. Great. And Connie, also tonight, you have my complete and total endorsement, OK? Complete. And the great sheriff, I just met him and his incredible family, Sheriff J.C. Hooper. Thank you, Sheriff. Great job. Central casting. He's central casting. And then Bob Jones has been so good to us. He's been so great.

Donald Trump   01:21:10-01:21:34 (24 sec)   NO SIGNAL (0.724)

Bob Jones of the Bob Jones Show in Corpus Christi. Bob Jones. And an incredible patriot. The greatest purchaser of advertising in history. There's never been a man that bought ads at a better price than this guy. I mean, I don't know how much money there is in pillows, but I never saw so many ads. He's the greatest -- and by the way, he makes great products and all that stuff.

Donald Trump   01:21:34-01:22:08 (34 sec)   NO SIGNAL (0.474)

But even more important to me, I want him to buy my ads. If he bought my ads, I could get 17 times more ads for the buck. He's the greatest purchaser of advertising in history, Mike Lindell. And a great patriot, by the way. And they took his phone, you know that, the FBI pulled him. They take Mike's phone. [Audience boos]

Donald Trump   01:22:08-01:22:29 (21 sec)   NO SIGNAL (0.41)

They pulled him aside, "Give us your phone. We want that phone right now. Give us your phone." It's disgusting what's happening in this country. We're also honored to be joined by retired Navy fighter pilot and Pearl Harbor veteran. He's 101 years old, and he looks better than I do. I swear he looks better than I do. Bob Batterson.

Donald Trump   01:22:29-01:23:02 (33 sec)   NO SIGNAL (0.795)

Where's Bob? Where's Bob? He looks better than Trump. I didn't think he was a day over 99. I swear. He's a 10 1. No, he looks great. Thank you very much, Bob. Incredible. When Republicans take back Congress this November, we'll fight for the people of Texas, and we will win for the people of Texas. We promise you, all of us, we promise you, right?

Donald Trump   01:23:02-01:23:21 (19 sec)   NO SIGNAL (0.507)

One of the first things we must do is stand up for parents' rights, and we'll get the critical race theory out of our schools, out of our military. I had it out of our military. I had it out of our schools. And they came in the first day, they signed an executive order putting it back. We'll get it out of every part of our federal, state, and local governments.

Donald Trump   01:23:21-01:23:49 (27 sec)   NO SIGNAL (0.266)

And at long last, every parent in America must be empowered to opt out of the forced indoctrination in the classroom and send their child to the public, private, charter, religious, or home school of their choice. We will also keep men out of women's sports. Does that make sense? Oh, boy. That's so bad. My people keep saying -- these are people that get paid too much money.

Donald Trump   01:23:49-01:24:00 (11 sec)   NO SIGNAL (0.188)

They keep saying, "Sir, I don't think you should talk us up politically correct." I said, "Keeping men out of women's sports." And I tell the story, I don't know if heard it. You probably did. Should I or not? Should I tell it or not? [Audience responds affirmatively]

Donald Trump   01:24:00-01:24:22 (22 sec)   NO SIGNAL (0.549)

All right. So, some, but I talk about the swimmer who we met. She's beautiful, lovely, great swimmer, and she fought very hard. Years and years of competition, she wants to break the record of the United States, and she's in a meet one-sixteenth of a second. That's what she has to -- one-sixteenth of a second.

Donald Trump   01:24:22-01:24:47 (25 sec)   WEAK (1.071)

And she's going to do it. And she worked so hard and the meet came and it was great fanfare. Her parents were there. Everybody was there. They were all rooting for her. She's really talented, really good. And she stood up at the blocks, and she's ready to go. But she looked down to the left, and she saw about six young ladies that she'd been competing against before high school, recognized all of them, said hello, hi, good luck.

Donald Trump   01:24:47-01:25:16 (28 sec)   NO SIGNAL (0.415)

Then she looked down to the right and she saw a few people, and then she saw this giant standing right next to her with a wingspan somewhat larger than Wilt "The Stilt" Chamberlain. He was a giant. And she said to herself, "I don't recognize her." This was the largest woman he had ever seen. She had never seen anything quite like it, but she didn't know.

Donald Trump   01:25:16-01:25:44 (28 sec)   NO SIGNAL (0.878)

But because of the fact she'd never heard of this person, she figured she can't swim very well, so she wasn't concerned at the size. Size isn't everything, right? So, the meet started and it was a horrible thing happened. You probably heard, right? She was badly injured during the meet because the person on her right, this giant person, they actually -- and believe it or not, this is acceptable.



Donald Trump   01:25:44-01:26:06 (22 sec)     WEAK (1.458)

It was a woman in a man's body, they call. They say this. Can you believe I'm saying this? But it's a woman. This is acceptable. But basically, this woman in a man's body went by her so fast, she was so badly hurt, that the wind burn was horrible. She suffered atrocious windburn because the speed that he was going was something that she's never quite experienced.

Donald Trump   01:26:06-01:26:40 (34 sec)     NO SIGNAL (0.875)

And he beat the record. She wanted to beat it by one-eighth of a second. The person to her right beat it by 38 seconds, 38 seconds. And the better story is the weightlifter. A young woman lifting and she went lifting and lifting and she was going to break the record, the United States record. I don't know what the number was, but let's say it was about 212 pounds.

Donald Trump   01:26:40-01:27:10 (30 sec)     NO SIGNAL (0.505)

She was going to lift 212 pounds over her head. That's a lot. Do you think I could lift 212 pounds over my head? I don't know. I don't know. I don't know. They say do it. Yeah. Bring some weights up here. Two hundred and twelve pounds and she got up and she went, "Oh, I'm going to do it. Mom, dad, I'm so proud of you being here.

Donald Trump   01:27:10-01:27:40 (30 sec)     NO SIGNAL (0.128)

Thank you very much. We're going to do it. We're going to do it." She got up and they put an eighth of an ounce on one side, an eighth of an ounce on the other, these big barbells, and she got it up. OK. Didn't work. OK? I don't have to go through the whole thing, right? She couldn't. And then this young lady came up, who was a young gentleman a short time before, and he walks up to the barbells.

Donald Trump   01:27:40-01:28:26 (45 sec)     NO STRESSLENS

They said, "Have you lifted before?" "No. Not much." And he looks down. He wins. He could've lifted about 150 pounds more over his head. It's crazy what's going on in our country. And do you know how bad that is for women? That disrespects women. That disrespects women, OK? And when they tell me it's politically incorrect, please don't speak about it. I'm going to speak about it, and I think the people here and the people in Texas want to speak about it. No teacher should ever be allowed to teach transgender to our children without parental consent.

Donald Trump   01:28:26-01:28:51 (26 sec)     NO SIGNAL (0.168)

Another one of our highest priorities under a Republican Congress will be to stop left-wing censorship and to restore free speech in America. Go out and sign up, by the way, for Truth Social. Hey, did you see that Truth Social for the last four days, five days? Was No. 1 over TikTok and Twitter and everything, No. 1. No. 1, TikTok and Twitter and these incredible women from North Carolina.

Donald Trump   01:28:51-01:29:07 (16 sec)     NO SIGNAL (0.372)

How many is this? Tell me. Look at these beautiful people. They're rich as hell too. They're rich women. They travel all over the country. They follow the Trump tour. Look at how beautiful they are. And you're not supposed to say that by the way. I'm sorry I insulted you by saying that. I hope you'll understand.

Donald Trump   01:29:07-01:29:28 (21 sec)     NO SIGNAL (0.686)

You're not supposed to say a woman's beautiful anymore. That's, like, politically totally unacceptable, but you are beautiful. So, let me ask you, what number is this? How many rallies have you gone to?

Unidentified   01:29:28-01:29:29 (1 sec)     NO STRESSLENS

Ninety-three events.

Donald Trump   01:29:29-01:29:30 (1 sec)     NO STRESSLENS

How much?

Unidentified   01:29:30-01:29:32 (2 sec)     NO STRESSLENS

Ninety-three events.

Donald Trump   01:29:32-01:30:01 (28 sec)     NO SIGNAL (0.095)

Ninety-three. Can you believe that? Ninety-three. And they're all happily married. They live in beautiful homes. So, are your husbands OK with this deal that you're doing? Think of that. Think of that. You're great. Thank you very much. It's an honor. It's an honor. Really a great honor. Ninety-three. We'll have a celebration when we break 100, right?

Donald Trump   01:30:01-01:30:26 (26 sec)     NO SIGNAL (0.851)

OK? Thank you very much. It's so great. And everywhere the Republican Party has the chance -- we must pass critical election integrity reforms including universal voter ID, citizenship confirmation. Can you imagine? We'd like to confirm that you're a citizen. We don't want to give you that. There's only one reason they don't because they cheat.

Donald Trump   01:30:26-01:30:58 (31 sec)     WEAK (1.032)

Otherwise, they'd have no problem with it. No more fake drop boxes. No private money pouring into our local election offices. Four hundred and sixteen million dollars from Facebook. And ultimately, we need same-day voting. You know that. No, just all we want is paper ballots, the old-fashioned way. That's the way you're going to stop -- would you agree with that, Mike?

Donald Trump   01:30:58-01:31:16 (18 sec)     NO SIGNAL (0.683)

That's the way you're going to stop it. It's the only way. We don't need satellites sending the signals all over the place. Somebody votes, let's see. "I'm going to vote for Trump. I love Trump. I'm going to vote for Trump, Trump." Bing, bing, bing goes all over the world, comes back Biden. How did that happen?

Donald Trump   01:31:16-01:31:32 (16 sec)     NO SIGNAL (0.822)

We are just 17 days away from the most important midterm election in American history, and we need a landslide so big that the radical left cannot rig it or steal it. We have to have it big. Early voting begins this Monday, October 24th,

but far better than voting by mail-in ballot. We don't like mail-in ballots.

Donald Trump    01:31:32-01:32:00 (28 sec)                                                                                    NO SIGNAL (0.045)

What you do is you go out and vote on election day. It's better. And a lot of people fight me. "Sir, supposing there's a hurricane, supposing there's bad weather." "Well, you're just much better off." It's harder to cheat when you do it that way, and they cheat like dogs. So, try and -- look, it's better than not voting, but you don't want to send it in that way.

Donald Trump    01:32:00-01:32:29 (29 sec)                                                                                    NO SIGNAL (0.342)

You want to go out on election day and just storm those places. But whatever you do, go out and vote. And if you care about election integrity, volunteer as an election worker, poll watcher, or challenger. We need you because they do that. They have all these people. A lot of them are thugs. A lot of them are hired thugs where they threaten our people.

Donald Trump    01:32:29-01:33:00 (30 sec)                                                                                    WEAK (1.033)

You know that, right? We had in Pennsylvania, we had thugs telling people to "Get the hell out of here. You get out of here." And it was a terrible thing. This is the year we're going to take back the House. We're going to take back the Senate. We're going to take back America. And in 2024, most importantly, we are going to take back our magnificent White House.

Donald Trump    01:33:00-01:33:20 (20 sec)                                                                                    NO SIGNAL (0.998)

We're going to take it back. Together, we'll fight for more jobs for American families, fair trade for American workers, and more American factories forging more products stamped with that beautiful phrase. You know what it is? Made in the U.S. A.. [Audience responds "Made in the U.S. A."]

Donald Trump    01:33:20-01:33:59 (39 sec)                                                                                    NO SIGNAL (0.067)

Made in the U.S. A.. It's a beautiful phrase. We'll shut down Biden's border disaster, reinstitute our strong remain in Mexico policy. How about getting that? Remain in Mexico instead of the United States. Isn't that nice? You think that was easy? No. They ended it as soon as they could, and then we won in court, but they want to end it. Strengthen the patriots of ICE and border patrol, and we will again end catch and release.

Donald Trump    01:33:59-01:34:20 (21 sec)                                                                                    NO SIGNAL (0.354)

We will end chain migration. We will end the visa lottery. We will end illegal immigration once and for -- once and for all, we're going to end it, and you're going to come into our country. You're going to come in legally. We want people to come into our country. They have to come in legally. We will stop the crime wave in Democrat-run cities.

Donald Trump    01:34:20-01:34:38 (17 sec)                                                                                    NO SIGNAL (0.113)

We will give our police the power they need and the respect they deserve, and we will not take legal protection away from our police. We want to take -- they want to take legal protection, so that somebody can sue a police officer and tell him to go out and hire a lawyer. That's just what he wants is a lawyer.

Donald Trump    01:34:38-01:34:59 (21 sec)                                                                                    NO SIGNAL (0.5)

We will restore law and order in America. We will hold China accountable for the unleashing of the virus upon the world. We will defend our Constitution. We will defend the Second Amendment, and we will proudly uphold the Judeo-Christian values and principles of our nation's founding. We will restore patriotic education to our schools, and we will teach our children to love their country, honor our history, and to always respect our great American flag.

Donald Trump    01:34:59-01:35:25 (26 sec)                                                                                    NO SIGNAL (0.371)

Always. Our great American flag. In conclusion, our MAGA movement, Make America Great Again. Remember that, Make America Great Again, that's what it stands for. It's by far the greatest political movement in the history of our country. There's never been anything like this. And if I was telling a little fib, they would have me on the front page of every newspaper.

Donald Trump    01:35:25-01:35:55 (30 sec)                                                                                    NO SIGNAL (0.414)

They've never even challenged. The greatest in history. Look what we've done. Together, we're standing up against some of the most menacing forces, in trench interest and vicious opponents our people have ever seen despite great dangers outside. These are outside dangers that are tremendous. Our biggest threat remains the sick, sinister, and evil people from within our country.

Donald Trump    01:35:55-01:36:17 (21 sec)                                                                                    NO SIGNAL (0.925)

But no matter how big or powerful the corrupt, radical left Democrats that we are fighting against may be, you must never forget, this nation does not belong to them, this nation belongs to you. This nation belongs to you. This is your home, this is your heritage, and our American Liberty is your God-given right.

Donald Trump    01:36:17-01:36:57 (41 sec)                                                                                    NO SIGNAL (0.712)

From Houston to Austin, from Dallas to El Paso, from College Station to Corpus Christi, and from the Red River to the Rio Grande, the people of Texas live and breathe the fierce spirit of independence. The Lone Star State has always embraced the cause of American freedom like no other, like no other. This is the state where William Travis, James Bowie, and Davy Crockett, the great Davy Crockett made their last stand at the Alamo, the beautiful Alamo.

Donald Trump    01:36:57-01:37:25 (28 sec)                                                                                    NO SIGNAL (0.67)

This is the state where a small band of patriots at the Battle of Gonzales, armed with a single cannon, stared down a foreign army and declared, "Come and take it," right? Come and take it. Come and take it. Come on. Come and take it. And Texas is the state where generations of farmers and ranchers, sheriffs and lawmen, cowboys, cattle hands, prospectors, pioneers helped build up the greatest nation in the history of the world.

Donald Trump    01:37:25-01:37:50 (25 sec)                                                                                    NO SIGNAL (0.823)

But now we are a nation in decline. We are a failing nation. We are a nation that has the highest inflation in 50 years, and where the stock market finished the worst first half of the year since 1872. Likewise, we are a nation that has the highest energy costs in its history. We are no longer energy independent or energy dominant as we were just two short years ago.

Donald Trump    01:37:50-01:38:18 (28 sec)                                                                                    NO SIGNAL (0.645)

We are a nation that is begging Venezuela, Saudi Arabia, and many others for oil. "Please, please, please help us," Joe Biden says. Yet we have more liquid gold right under our feet than any other country. We are a nation that is consumed by the radical left's Green New Deal, yet everyone knows that the Green New Deal will lead to our destruction.

Donald Trump    01:38:18-01:38:44 (26 sec)                                                                                    NO SIGNAL (0.186)

We are a nation whose leaders are demanding all-electric cars, even though they can't go far, cost too much, and whose batteries are produced in China with materials only available in China, when an unlimited amount of gasoline is available inexpensively in the United States, but not available in China. We are a nation that ended oil exploration and production in the United States, just as the price of oil reached an all-time high.



**Donald Trump**  01:38:44-01:39:01 (17 sec)                                                    NO SIGNAL (0.879)

What other country would do such a thing? We are a nation that surrendered in Afghanistan, leaving behind dead soldiers, American citizens, and $85 billion worth of the finest military equipment anywhere in the world, and we are a nation that allowed Russia to devastate a country, Ukraine, killing hundreds of thousands of people, and it will only get worse.

**Donald Trump**  01:39:01-01:40:05 (64 sec)                                                    NO STRESSLENS

It would never have happened with me as your commander in chief, and for four straight years, it didn't happen. And China with Taiwan is next. We are a nation that has weaponized its law enforcement against the opposing political party like never before. We've got a Federal Bureau of Investigation that won't allow bad election-changing facts to be presented to the public, where Hunter Biden's laptop from hell was a Russian disinformation ploy when the FBI knew it wasn't, and a Department of Justice that refuses to investigate egregious acts of voting irregularities and fraud, and we have a president who is cognitively impaired, in no condition to lead our country, and is now casually talking about nuclear war with Russia, which would be World War 3 and far more devastating than any of the previous wars because of the weaponry that no one even wants to think about.

**Donald Trump**  01:40:05-01:40:42 (37 sec)                                                    NO STRESSLENS

We are a nation that no longer has a free and fair press. Fake news is all you get, and they are the enemy of the people. We are a nation where free speech is no longer allowed, where crime is rampant and out of control like never before, and where more people died of COVID in 2021 than in 2020. We are a nation that is allowing Iran to build a massive nuclear weapon and China to use the trillions of dollars it has taken from us to build a military to rival our own.

**Donald Trump**  01:40:42-01:41:08 (26 sec)                                                    NO SIGNAL (0.94)

And just two years ago, we had Iran, China, Russia, and North Korea in check. They weren't going to do a thing against us, and everyone knows it. They respected the United States. And perhaps most importantly, we are a nation that is no longer respected or listened to anywhere around the world. We are a nation that, in many ways, has become a joke.

**Donald Trump**  01:41:08-01:42:03 (55 sec)                                                    NO STRESSLENS

We are a nation that is hostile to liberty, freedom, and faith. We are a nation whose economy is collapsing into a cesspool of ruin, whose supply chain is broken, whose stores are not stocked, whose deliveries are not coming, and whose educational system is ranked at the bottom of every single list. We are a nation where large packs of sadistic criminals and thieves are allowed to go into stores and openly rob them, beat up, and kill their workers and customers, and leave with armloads of goods, but with no retribution where the authority of our great police has been taken, where their families and pensions have been threatened, and their lives would be destroyed for the mere mention of the words law enforcement.

**Donald Trump**  01:42:03-01:42:39 (36 sec)                                                    WEAK (1.155)

We are a nation where fentanyl and all other forms of illegal drugs are easier to get than formula for our beautiful, little babies, and where mothers and fathers are scared with Halloween that their children will be given deadly drugs like fentanyl by sick and demented people. A nation whose once revered airports are a dirty, crowded mess, you sit and wait for hours and then are notified that the plane won't leave and they have no idea when they will, where ticket prices have tripled.

**Donald Trump**  01:42:39-01:43:02 (22 sec)                                                    NO SIGNAL (0.933)

They don't have the pilots to fly the planes. They don't have qualified air traffic controllers, and they just don't know what they're doing. We are a nation that has lost its confidence, willpower, and strength. We are a nation that has lost its way, but we are not going to allow this horror to continue.

**Donald Trump**  01:43:02-01:43:36 (34 sec)                                                    NO SIGNAL (0.449)

Two years ago, we were a great nation, and we will soon be a great nation again. It was hardworking patriots like you who built this country, and it is hardworking patriots like you who are going to save our country. We will stand up to the radical left Democrats and the dangerous and unpatriotic rhinos, and we will fight for America like no one has ever fought before.

**Donald Trump**  01:43:36-01:44:21 (44 sec)                                                    NO STRESSLENS

There is no mountain we cannot climb. There is no summit we cannot reach. There is no challenge we cannot meet. There is no victory we cannot have. We will not bend. We will not break. We will not yield. We will never give in, we will never give up, and we will never ever back down. As long as we are confident, united, and loyal to the cause, the tyrants we're fighting do not stand even a chance because we are Americans, and Americans kneel to God and to God alone.

**Donald Trump**  01:44:21-01:44:56 (35 sec)                                                    NO STRESSLENS

The silent majority is back and stronger than ever before. My fellow citizens, this incredible journey we are on together has only just begun, and it is time to start talking about greatness for our country again. We are one movement, one people, one family, and one glorious nation under God. So, with the help of everyone here today and citizens all across our land, we will make America powerful again.

**Donald Trump**  01:44:56-01:45:29 (34 sec)                                                    NO STRESSLENS

We will make America wealthy again. We will make America strong again. We will make America proud again. We will make America safe again. And we will make America great again. Thank you, Texas. Thank you very much. God bless you all. Thank you.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About          Contact Us      Advertise          CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions. Copyright 2026 CQ
Events         Privacy         RC Jobs             and Roll Call. All rights reserved.
Newsletters    The Staff       Subscriptions

# EXHIBIT U





**Donald Trump**   00:06:43-00:07:15 (32 sec)    `WEAK (1.394)`

We don't really have free speech right now. The press -- look at all of them, look at all of them, look at that. [Audience boos] Wow, man, that's a lot of press, that's a lot of fake news. That's a hell of a lot of fake news. Gone forever is the old Democratic Party of FDR, JFK, and, that's right, even Bill Clinton.

**Donald Trump**   00:07:15-00:07:40 (25 sec)    `WEAK (1.181)`

Kamala Harris' Democrat Party is the Party of free healthcare for illegal aliens, communist-style price controls, defund the police. All her life, she wants to defund the police. A little while ago she changed, didn't she? Banning gas-powered cars and sex changes for minor children without parental consent.

**Donald Trump**   00:07:40-00:08:23 (43 sec)    `NO STRESSLENS`

[Audience boos] How about that one? How would you like that? Without parental consent -- can you imagine, your kid comes home without parental consent? "What happened to my baby? What happened?" The true divide in American politics today is between these far-left fascists, led by Harris and her group, and you know who her group is, and citizens of all political backgrounds who love our country, share traditional American values, the values that you have right here in this great state, and look past our differences to unite around a thing called our great American flag.

**Donald Trump**   00:08:23-00:08:52 (29 sec)    `WEAK (1.193)`

And we should -- and we should speak to -- we speak to our great congressmen and congresswomen. They ought to make it illegal to burn the American flag. If you burn the American flag, you go to jail for one year. One year, that's all, one year. You burn the American flag [Audience chants "Fight"] because in Chicago at the Democrat deal, they were burning flags all over the place.

**Donald Trump**   00:08:52-00:09:15 (23 sec)    `WEAK (1.415)`

You burn the American flag, they say it's unconstitutional to do that. I think it's constitutional. You burn the American flag, you go to jail for one year. Nobody's going to be burning the American flag anymore. Our opponents worship the deep state. We want to obliterate the deep state, slight difference.

**Donald Trump**   00:09:15-00:09:39 (23 sec)    `NO SIGNAL (0.672)`

Our opponents -- thank you. Our opponents join with warmongers and neocons to wage endless wars, these wars that never end. We don't even know who the hell the country is that we're fighting. We believe that America is strongest when America is at peace. We want peace through strength. That's what we want, like we had four years ago.

**Donald Trump**   00:09:39-00:10:07 (28 sec)    `STRONG (2.473)`
4 of 112 paragraphs scored.

We didn't have any wars, except we wiped out ISIS very quickly. It was supposed to take five years to beat ISIS. I did it in three weeks. [Audience responds affirmatively] They support coercive COVID vaccine mandates and want to fire you. If you don't obey, you get fired. We oppose these mandates as a fundamental violation of our God-given rights.

**Donald Trump**   00:10:07-00:10:26 (20 sec)    `NO SIGNAL (0.938)`

We don't want the mandates. [Audience responds affirmatively] We don't want the mandates. They want to arrest their political opponents and silence those who disagree. We reject censorship in all forms, and we believe in freedom, open debate and fair, equal, and impartial justice under the constitutional rule of law.

**Donald Trump**   00:10:26-00:10:52 (26 sec)    `WEAK (1.131)`

[Audience responds affirmatively] Our opponents slander us as a threat to democracy. "Trump is a threat to democracy." No, they're a threat to democracy. How many times have you heard -- you know, it's a talking point for them. Right, Deb? It's a talking point. "Donald Trump is a threat to democracy." And those guys say it, too, because they're the same thing.

**Donald Trump**   00:10:52-00:11:20 (28 sec)    `NO SIGNAL (0.697)`

They're like a part -- they're a subsidiary of the Democrat Party. [Audience boos] Meanwhile, they rig their primaries, they force out Joe Biden, they force him out of the party. Joe Biden got 14,000,000 votes in an unconstitutional coup, and they appoint a nominee who never got a single vote. And when she ran against this guy -- and I'm no fan, he was the worst president in the history of our country.

**Donald Trump**   00:11:20-00:11:44 (24 sec)    `MEDIUM (1.871)`

He let in millions and millions of people through her, let in millions of people who destroy our country, but we're going to get those people out. [Audience responds affirmatively] The people that came in here from jails and prisons and mental institutions, but they threw them out. You know, they ran against each other for the primary, and she never even made it to the first state.

**Donald Trump**   00:11:44-00:12:05 (22 sec)    `WEAK (1.297)`

The great State of Iowa, never made it. And now she's the one running. A little strange, isn't it? You see, that's really a threat to democracy if you get right down to it, right? In our movement, we know that democracy does not mean rule by the Democrat establishment. It means rule by the American people.

**Donald Trump**   00:12:05-00:12:32 (27 sec)    `WEAK (1.482)`

Tonight, I'm very pleased to welcome a man who has been an incredible champion for so many of these values that we all share, and we've shared them for a long time. I don't think too many of you people have heard of him. He's very low key. He's a very low-key person, but he's highly respected. He is a great person.

**Donald Trump**   00:12:32-00:13:32 (60 sec)    `NO STRESSLENS`

I've known him for so long, for the past 16 months. Robert F. Kennedy Jr. [Applause] Man, whoa. And he deserves it. He deserves it. [Audience chants "USA"] For the past 16 months, Bobby has run an extraordinary campaign for president of the United States. I know because he also went after me a couple of times, I didn't like it. And I mean this sincerely.

**Donald Trump**   00:13:32-00:14:18 (46 sec)    `NO STRESSLENS`

Had he been allowed to enter the Democrat primary, he would've easily beaten Joe Biden, but they wouldn't let him in. [Audience responds affirmatively] They put up rules. I've never seen rules like he had to have 65 percent of the vote in order to run, you know, little things like that. His candidacy has inspired millions and millions of Americans, raised critical issues that have been too long ignored in this country, and brought together people from across the political spectrum in a positive campaign, grounded in the American values of his father, Robert Kennedy, a great man, and his uncle, President John F. Kennedy.

**Donald Trump**   00:14:18-00:14:33 (15 sec)    `NO SIGNAL (0.162)`

And I know that they are looking down right now, and they are very, very proud of Bobby. I'm proud of Bobby. You want to know the truth? And I don't think I've ever introduced anyone that got applause like he just got. I must tell you, it's true. I don't think I've ever introduced anybody that got applause like that.

**Donald Trump**   00:14:33-00:14:47 (14 sec)    `MEDIUM (1.659)`

[Applause] Amazing. [Audience chants "Bobby"] Amazing. Soon after I was, can't even believe I have to say this, nearly assassinated in Pennsylvania last month, Bobby called me to express his best wishes. He knows firsthand the risks incurred by leaders who stand up to the corrupt political establishment.

Donald Trump  00:14:47-00:15:50 (63 sec)        `NO STRESSLENS`

When you stand up, you bring on some trouble for yourself, but you have to do what's right. You have to do what's right for the country. I will tell you, we are both in this to do what's right for the country. That's one thing I can tell you. [Audience responds affirmatively] He lost his father and uncle in service to our country, and Bobby himself was subject to repeated threats to his safety during the course of his campaign while being denied protection by the Harris-Biden administration.

Donald Trump  00:15:50-00:16:11 (21 sec)        `NO SIGNAL (0.496)`

[Audience boos] And this is a tribute. In honor of Bobby, I am announcing tonight that upon my election, I will establish a new independent presidential commission on assassination attempts, [Applause] and they will be tasked with releasing all of the remaining documents pertaining to the assassination of [Applause] President John F. Kennedy.

Donald Trump  00:16:11-00:16:34 (23 sec)        `WEAK (1.264)`

And they will also conduct a rigorous review of the attack last month. But I tell you, I have never had more people ask me, "Please sir, release the documents on the Kennedy assassination," [Audience responds affirmatively] and we're going to do that. I also want to salute Bobby's decades of work as an advocate for the health of our families and our children.

Donald Trump  00:16:34-00:17:26 (53 sec)        `NO STRESSLENS`

[Audience responds affirmatively] Nobody's done more. Millions and millions of Americans who want clean air, clean water, and a healthy nation have concerns about toxins in our environment and pesticides in our food. That's why today, I'm repeating my pledge to establish a panel, top experts working with Bobby to investigate what is causing the decades-long increase in chronic health problems and childhood diseases, [Audience responds affirmatively] including autoimmune disorders, autism, obesity, infertility, and many more.

Donald Trump  00:17:26-00:17:49 (23 sec)        `STRONG (2.109)`

We want every child in America to grow up and to live a long and healthy life. So, I just want to ask Bobby to speak for a little while. I'll stand aside. I'm going to stand aside. But I can only tell you, I've known him a long time. We've been a little bit on the opposite side of the equation. But I will say this, he is a brilliant -- I still think of him as young.

Donald Trump  00:17:49-00:18:07 (18 sec)        `NO SIGNAL (0.92)`

He's not that young. I always call him young, but he's not that young. But he is a phenomenal person, a phenomenal man who loves the people of this country as much as anybody can love the people of this country. So, Bobby, please say a few words. Thank you very much. Thank you. [Applause]

Robert F. Kennedy Jr.  00:18:07-00:18:37 (30 sec)        `NO STRESSLENS`

Thank you. Thank you, President Trump. [Audience chants "Bobby"] Thank you. A few hours after the assassination attempt at Butler, I got a call from a safe food advocate named Kelly Means, who's been fighting for many years to try to end the corruption at CDC and FDA and USDA. And these institutions, these regulatory agencies are actually run by the big food processing companies, the big ag and the chemical companies [Audience boos] that they're supposed to regulate.

Robert F. Kennedy Jr.  00:18:37-00:19:07 (31 sec)        `NO STRESSLENS`

And he said to me that he'd been advising me for many years and on my campaign, and he told me that night that he was also advising President Trump. And he asked if I would talk to President Trump? And I said, "Of course." And about a few minutes later, I got a call from the president and we talked, you know, a very good talk.

Robert F. Kennedy Jr.  00:19:07-00:19:58 (51 sec)        `NO STRESSLENS`

And then, he invited me to come see him the next day. And I went to Minneapolis and saw him. We met again a couple of weeks later in Florida and we talked not about the things that separate us because we don't agree on everything, but on the values and the issues that bind us together. And one of the issues that he talked about was having safe food and ending the chronic disease epidemic.

Robert F. Kennedy Jr.  00:19:58-00:20:19 (20 sec)        `NO STRESSLENS`

[Audience responds affirmatively] Our children are now the unhealthiest, sickest children in the world. Don't you want healthy children? [Audience responds affirmatively] And don't you want the chemicals out of our food? [Audience responds affirmatively] And don't you want the regulatory agencies to be free from corporate corruption?

Robert F. Kennedy Jr.  00:20:19-00:20:33 (15 sec)        `NO STRESSLENS`

[Audience responds affirmatively] And that's what President Trump told me that he wanted. He also told me that he wanted to end the grip of the neocons on US foreign policy. [Audience responds affirmatively] He said he didn't want any more $200 billion wars in Ukraine that we could use that money back here in the United States.

Robert F. Kennedy Jr.  00:20:33-00:21:02 (29 sec)        `NO STRESSLENS`

[Audience responds affirmatively] And the safest -- best way to build a safe America is to rebuild our industrial base and rebuild the middle class in this country. And don't you want a president who's going to get us out of the wars and who's going to rebuild the middle class in this country? [Audience responds affirmatively] And he told me that he wanted to end the censorship because the whole basis of American democracy is the free flow of information, and we know that a government that can silence its opponents has license for any kind of atrocity.

Robert F. Kennedy Jr.  00:21:02-00:21:36 (34 sec)        `NO STRESSLENS`

And can you think of any time that you can look back in history and say that the people who were censoring were the good guys? [Audience responds "No"] They're always the bad guys [Audience responds affirmatively] because it's always the first step down that slippery slope to totalitarianism. And don't you want a president who's going to protect America's freedoms [Audience responds affirmatively] and who is going to protect us against totalitarianism?



**Robert F. Kennedy Jr.**   00:21:36-00:21:58 (22 sec)                                                        NO STRESSLENS

[Audience responds affirmatively] And I want to ask you again, don't you want a safe environment for your children? [Audience responds affirmatively] Don't you want to know that the food that you're feeding them is not filled with chemicals that are going to give them cancer and chronic disease? [Audience responds affirmatively] And don't you want a president that's going to make America healthy again?

**Robert F. Kennedy Jr.**   00:21:58-00:22:03 (5 sec)                                                         NO STRESSLENS

[Audience responds affirmatively] Thank you all very, very much, and God bless you, and God bless America. [Applause] [Audience chants "USA"]

**Donald Trump**   00:22:03-00:22:37 (34 sec)                                                                 STRONG (2.132)

Wow, that was something, huh? [Audience responds affirmatively] That was something. Fantastic guy. He did well, and the polls are good and all. But you have to remember, we have sort of like a two party system. It was designed that way and it's awfully tough. And as well as he did, he'd be at 10 and 15 and 16 points sometimes.

**Donald Trump**   00:22:37-00:23:12 (35 sec)                                                                 STRONG (2.136)
                                                                                                             9 of 112 paragraphs scored.

That's a lot. That's a lot. But if he were in a regular system like as a Democrat or, perhaps, as a Republican, but not against me, of course, but if he were in a regular system, there are a lot of people that maybe liked him the best. But they said, "We can't vote." So with all of those votes he was getting, he has a lot of votes that he could have gotten, I think he's going to have a huge influence.

**Donald Trump**   00:23:12-00:23:32 (20 sec)                                                                 WEAK (1.161)

We're leading now, but I think he's going to have a huge influence on this campaign. Actually, much bigger than you'd see in the polls, and those numbers are big to start off with. But Bobby and I will fight together to defeat the corrupt political establishment and return control of this country to the people.

**Donald Trump**   00:23:32-00:24:07 (35 sec)                                                                 STRONG (3.602)
                                                                                                             1 of 112 paragraphs scored.

And to all who supported Bobby's campaign, I very simply ask you, join us in building this coalition. It's a beautiful coalition in defense of liberty and safety, prosperity, and peace. It's going to be an incredible coalition and the relationship has been so good for so long. I have no doubt it's going to work and work well, but we have to win.

**Donald Trump**   00:24:07-00:24:29 (22 sec)                                                                 MEDIUM (1.927)

We have to take our country away from these people that are going to destroy our country. We won't have a country left. So, thank you very much. We need your vote. As you all know, this week, the Democrats held their convention. You probably saw at their party. [Audience boos] The media says the big message from their Convention was that we need to turn the page from the failures of the last four years.

**Donald Trump**   00:24:29-00:25:14 (45 sec)                                                                 NO STRESSLENS

Do you believe it? They forgot they've run it for the last four years. She was saying last night, "We will stop the abuse. We will stop the high taxes." I said, "You could have done it three and a half years ago." [Audience responds affirmatively] In fact, you could leave that nice auditorium that you're in and go to the White House right now.

**Donald Trump**   00:25:14-00:25:44 (30 sec)                                                                 STRONG (2.207)
                                                                                                             8 of 112 paragraphs scored.

You want to have a strong border? All you have to do is say to the incredible Border Patrol, ICE, law enforcement, "Close the border now." You don't need bills. [Audience responds affirmatively] I did it, and we had the best border in history. Put up that chart. Put it up. That chart, I love that chart. I love that chart.

**Donald Trump**   00:25:44-00:25:58 (13 sec)                                                                 NO SIGNAL (0.672)

Put it up. I love that chart. Not everybody realizes, but that chart is very meaningful, even beyond the numbers that are on the chart. It shows the least numbers of illegal immigrants pouring into our country. Again, prisons, from mental institutions, terrorists, where the bottom arrow is. But you know what?

**Donald Trump**   00:25:58-00:26:17 (20 sec)                                                                 NO SIGNAL (0.341)

That chart is meaningful in many ways. Some people understand what I'm talking about. I love you, darling. I love you. I'm going to sleep with that chart tonight, Deb. I'm going to sleep with that chart. But isn't that a beautiful site? Look at that. Look at that arrow. And then look what happens when -- that was my last week in office, and look what happens after I left.

**Donald Trump**   00:26:17-00:26:39 (22 sec)                                                                 MEDIUM (1.769)

It's like a rocket ship. Look at that. Isn't that terrible? No vetting, no checking. We have no idea who they are. They just pour into our country by the millions and millions and millions. We need to turn the page of four years of calamity and failure. They have had calamity and failure, and say, Kamala, you've done a horrible job.

**Donald Trump**   00:26:39-00:26:58 (18 sec)                                                                 MEDIUM (1.879)

You've been the worst vice president in the history of our country. Kamala, you're fired. You're fired. Get out. Get out. Get out, Kamala. She's the only person ever to get a nomination of a party without getting one vote. She didn't get one vote. Hey, maybe she's smarter than we think. You could look at it that way.

**Donald Trump**   00:26:58-00:27:19 (22 sec)                                                                 NO SIGNAL (0.512)

As vice president, Kamala cast the deciding votes causing the worst inflation in decades, costing the typical American household $28,000. Think of this. Higher prices. It was inflation, $28,000. As borders are, she flooded America with savage, illegal alien criminals who have been raping, pillaging, and killing our cities and our towns.

**Donald Trump**   00:27:19-00:27:47 (28 sec)                                                                 WEAK (1.005)

[Audience boos] Three years ago this week, she was the final vote on the catastrophic Afghanistan withdrawal. [Audience boos] And we were withdrawing, but we were going to withdraw with dignity, with grace and with strength. We would've been out faster, but we were going to keep Bagram. But that was the most embarrassing event in the history of our country, leading to horrific war and humiliation all over the world.

**Donald Trump**   00:27:47-00:28:13 (26 sec)                                                                 NO SIGNAL (0.985)

When Putin saw that, he invaded Ukraine. It brought a lot of people back because they said, "The United States is run by incompetent people. The United States is no longer respected. It's no longer strong." That's what they said. A lot of these things that you're seeing now wouldn't have happened except for the horrible, horrible event of Afghanistan.

Donald Trump   00:28:13-00:29:02 (49 sec)     NO STRESSLENS

I was dealing with the leader of Afghanistan, Abdul, and I said, "Abdul, you can't kill our people." He was killing our people. And I had a strong talk with him. I'm not going to get into it exactly. We went 18 months without one soldier being sniped at or shot at, [Audience responds affirmatively] not one soldier injured or killed.

Donald Trump   00:29:02-00:29:29 (27 sec)     NO SIGNAL (0.97)

And then, we had a tremendous election where we did probably 10,000,000 or 12,000,000 more votes that we got the first time. Most presidents don't get as many votes the second time because people get bored, but they don't get bored with me. They get bored. No, they get bored. Like Barack Hussein Obama [Audience boos] got far fewer votes the second time, and he won, he won.

Donald Trump   00:29:29-00:29:50 (22 sec)     NO SIGNAL (0.512)

Have you heard of him? Barack Hussein Obama. [Audience boos] Remember Rush? Rush Limbaugh, "Barack Hussein Obama." He was nasty to me. You know, he was nasty. Michelle was nasty. They're all nasty, nasty people. [Audience boos] They were very nasty. I was surprised. And I was sort of nice to him. I said, you know, "No, I like him." Good.

Donald Trump   00:29:50-00:30:24 (34 sec)     MEDIUM (1.519)

It didn't matter. They were nasty to me. And, of course, last night, Kamala mentioned my name I think 21 times. She didn't mention the border. She didn't mention inflation. She didn't mention anything but my name over and over and over again. [Audience responds affirmatively] She blamed me for the border.

Donald Trump   00:30:24-00:30:50 (25 sec)     NO SIGNAL (0.745)

I haven't been there in four years. You saw it. I had the safest border, the best border we've ever had. She blamed me for the border. They lied so much. They lied about everything. She said I was involved with something called Project '25. I don't even know what the hell it is. No, they really were nasty.

Donald Trump   00:30:50-00:31:12 (23 sec)     NO SIGNAL (0.617)

And then, they say to me, "Sir, please stick to policy. Don't stick to personality. You should be nice to people, sir. You have to be nice." I call them up. My geniuses, they get paid a fortune -- actually, not that much, but I call up my people and say, "They're knocking the hell out of me and you say I shouldn't get personal.

Donald Trump   00:31:12-00:31:41 (29 sec)     NO SIGNAL (0.26)

I have to get personal, don't I?" [Audience responds affirmatively] I have to get personal. I have to get personal. They get personal, but I'm going to do my best. So, they're allowed to get personal with me, but I'm not allowed to get personal to them. They call me names that are so bad. Our great first lady says, "But you're not that way, darling." They love our great first lady, I will tell you.

Donald Trump   00:31:41-00:32:06 (26 sec)     NO SIGNAL (0.065)

They do, they do. "But darling, you're not that way. I said, "I know that." And if I say something just slightly out of order, like, "She didn't do a very good job last night," please never, ever mention her look or anything like that. If you ever say, "She didn't look really great," that's the end of your political career.

Donald Trump   00:32:06-00:32:45 (39 sec)     NO STRESSLENS

So, I wouldn't say a thing like that. How about her opening where she said, "Thank you, thank you, thank you, thank you, thank you, thank you, thank you, thank you, thank you, thank you, thank you." I said, "What the hell is wrong with her, Deb?" Debbie Lesko. She's a winner. Is that Sheriff Joe? [Applause] Oh. That's Sheriff Joe.

Donald Trump   00:32:45-00:32:47 (2 sec)     NO STRESSLENS

Look at that, a legend.

Donald Trump   00:32:47-00:33:17 (30 sec)     WEAK (1.184)

And our Sheriff Joe's looking at these clowns where they have no idea what they're doing, where people come in by the millions. He had nobody come in. Remember, he dressed everybody in pink? [Audience responds affirmatively] Remember that, right? Is that right, Joe? They had to dress in pink. I mean, it wasn't the worst.

Donald Trump   00:33:17-00:34:01 (44 sec)     NO STRESSLENS

It wasn't bad. I mean, you got a lot of killers that had to dress -- Pink underwear, pink undershirt, and a pink outfit because he didn't want them coming into our own country. Do you remember Arizona when Sheriff Joe was at the border? [Audience responds affirmatively] You didn't have people coming in. I think for the one year he had one person come in, but they got him.

Donald Trump   00:34:01-00:34:24 (23 sec)     NO SIGNAL (0.797)

Now, we have 3 million people coming in through your border. Your border. [Audience boos] Oh, through the whole thing. It's ridiculous. It's not -- Joe, it's an honor. And I'll tell you, people didn't treat you right. You are a legend and you did a job like nobody else. [Applause] It's true. [Audience chants "Joe"] Great going, Joe.

Donald Trump   00:34:24-00:34:30 (6 sec)     NO STRESSLENS

And we love your wife.

Donald Trump   00:34:30-00:34:49 (19 sec)     MEDIUM (1.771)

He lost his wife a few years ago, and she was a hell of a woman, right, Joe? But she's looking down at you and she's proud of you. She's saying, "You did very well with this group of people." But I've known you for a long time. It was nobody like him. He understood the border better than anybody, and he ran it fairly.

Donald Trump   00:34:49-00:35:25 (35 sec)     NO SIGNAL (0.918)

Very fair, but he ran it strong and they respected him. They didn't even try. So, thank you very much, Joe. Your wife is -- she's proud of you. She's proud of you, very proud of you. We're grateful to be joined tonight by the founder of Turning Point Action, a gentleman named Charlie Kirk. Thank you, Charlie.

Donald Trump   00:35:25-00:36:33 (68 sec)                                          NO STRESSLENS

What a job he does. I said, "Charlie, do me a favor. We got this thing won, but do me a favor. Make sure they don't cheat." The only way they can do anything is if they cheat like hell, and we've been victims of that. "Make sure they don't cheat, Charlie. We don't need the votes. We just want to make sure that they don't cheat." Hello, Sheriff.

Donald Trump   00:36:33-00:37:01 (28 sec)                                          MEDIUM (1.647)

How are we doing? How are you guys doing? [Audience member calls out "President Trump"] Good, thank you. We need every sheriff to get over there, every law enforcement official because we got the votes. We got to make sure everything's on the up and up. Charlie and his team of people. I mean, he's got hundreds of thousands of young people.

Donald Trump   00:37:01-00:37:46 (45 sec)                                          NO STRESSLENS

It's actually quite discriminatory. Charlie, have you ever been sued by old people for not accepting them? He's got the youngest looking group of people and their warriors. They're unbelievable. The job Charlie has done is incredible. Thank you, Charlie. Thank you, Charlie. The job he's done, it's really incredible.

Donald Trump   00:37:46-00:38:06 (20 sec)                                          NO SIGNAL (0.336)

Also with us is an incredible congresswoman who has decided to go on to a certain board. Do you know what I'm talking about? The most important board maybe in the whole country. And she's going to make sure everything's on the up and up, Debbie Lesko. [Applause] Debbie, thank you, Congresswoman. Thank you, Debbie.

Donald Trump   00:38:06-00:38:31 (25 sec)                                          STRONG (2.317)
                                                                                  7 of 112 paragraphs scored.

You make sure, Debbie. She just won a big election by a massive -- boy, you won that election easy. She won it pretty easy. Another person who's a friend of mine, he's a warrior for a long time. He's great. He loves his state, he loves our country, Andy Biggs. [Applause] Congressman Andy Biggs, thank you.

Donald Trump   00:38:31-00:38:52 (21 sec)                                          WEAK (1.068)

Thank you. And two other warriors, a young one and a little bit older one, but boy, they are tough. You don't get tougher than Eli Crane and Paul Gosar, Paul Gosar. Great. Thank you, Eli. Great, great. Beautiful, great people. And the next congressman from Arizona's 8th District, Abe Hamadeh. [Applause] Wow, it's going to be good for a long time.

Donald Trump   00:38:52-00:39:23 (30 sec)                                          NO SIGNAL (0.207)

He's a young gentleman. Great, Abe. Great job, great job. Great heart. He went through a tough one. Arizona GOP chairwoman, she is doing a job, Gina Swoboda. Gina. She is doing a job. And a very good friend of mine, the next senator from Arizona. I really believe this. Look, she's running against -- we don't have to do a -- I was going to bring her up. I was going to say, "Come on, Kari, speak," but she just spoke for half an hour.

Donald Trump   00:39:23-00:39:50 (28 sec)                                          NO SIGNAL (0.944)

What the hell am I going to do here? But I will tell you, she's running against a guy who's a rubber stamp for, it used to be Biden. Now who the hell knows? I don't even know. Do we know who it is? A rubber stamp for somebody. [Audience member calls out "Gallego"] But Ruben Gallego is horrible. [Audience boos] He's an open borders maniac.

Donald Trump   00:39:50-00:40:30 (40 sec)                                          NO STRESSLENS

He's a defund the police maniac. He shouldn't be allowed to even run in this election against her, because Kari Lake is incredible. She's incredible, [Applause] she's tough, she's smart, she's got heart, and she should be your next senator. I hope you win this sucker because you are winning -- you're running against a guy that cannot carry your shoes.

Donald Trump   00:40:30-00:41:08 (38 sec)                                          NO STRESSLENS

I'm being nice. You know the expression, "Can't carry her shoes?" And you're going to have a big victory, and we're going to work together, and we're going to make sure we win this state. I say this presidentially, if we win this state, which we're expected to, we're leading and all of that, we win the presidency.

Donald Trump   00:41:08-00:41:39 (31 sec)                                          MEDIUM (1.832)

And we have to take Kari Lake with us. [Applause] Go get 'em. Go get 'em Kari. Go get 'em, Kari. [Audience chants "USA"] Very important. And honestly, we all know Kari. She's been a newscaster for 22 years. Everybody knows her. She's never had a problem. She's solid as a rock. This guy is a freaking loser.

Donald Trump   00:41:39-00:42:14 (35 sec)                                          WEAK (1.324)

He's a loser. So, with that, we'll go on. But good luck, Kari. We love you, special. Since Democrats didn't talk about Kamala's horrendous record last night, we will. For nearly four years, comrade Kamala Harris -- I use that term. I don't know if it's good. Is it good or not? Tell me. Let's do a poll. Let's do a poll.

Donald Trump   00:42:14-00:42:47 (33 sec)                                          MEDIUM (1.664)

I love these free polls. Instead of spending $250,000 to a pollster that doesn't even poll. You know what they do? They take your money. They say, "Let's see, all right. 49 to 50." It's one of the greatest businesses in history. I get a free poll here. Do you like the name? She's a radical-left lunatic, OK? [Audience responds affirmatively] She's a defunder of the police.

Donald Trump   00:42:47-00:43:40 (53 sec)                                          NO STRESSLENS

She wants to defund all the things that we talk about. Do I call her comrade Kamala Harris or do I not? [Audience responds affirmatively] Ready? Ready? What do I do there? You tell me. You could tell me better than anybody. OK, ready? I'll say yes or no. Yes? [Audience responds affirmatively] No? Comrade Kamala Harris [Audience responds affirmatively] has overseen a nation-wrecking border invasion.

Donald Trump   00:43:40-00:44:16 (36 sec)                                          MEDIUM (1.543)

This is a nation-wrecking -- it's an invasion. One of the ways I built hundreds of miles of wall -- I was there yesterday. I looked up and down, I said, "Man, I built a lot of wall," and we could have put up 200 miles more. But they didn't want to do it. And that's when I said, "You know, I think they really want to open borders." But we built much more wall than I said I was going to build, and you couldn't see the end of it yesterday.

Donald Trump   00:44:16-00:44:56 (39 sec)                                          NO STRESSLENS

You couldn't see the end. We had a news conference. But it's a dangerous area. It's a dangerous area because of her. Because of him, but he put her in charge. Whether she's borders czar -- and that's what she was called. Only recently did she say she doesn't have that. But you know what? She has been the worst manager, and the border patrol never even -- they never even met her.

Case 1:26-cv-02103-DEH     Document 49-4     Filed 07/02/26     Page 124 of 164



Donald Trump    00:44:56-00:45:48 (52 sec)                                                                    NO STRESSLENS

She's in charge of it. They never even met her. And you suffered the price. She's allowed at least 20 million illegal aliens into our country, [Audience boos] including millions and millions of unvetted fighting-age men from 159 countries. You know, it's no longer just South America. They come from Africa, the Congo, they come from -- a lot coming from jails in the Congo.

Donald Trump    00:45:48-00:46:15 (27 sec)                                                                    NO SIGNAL (0.068)

Let me tell you, these people, the nice thing, they make our criminals look like the nicest people on earth. That's how tough they are. They come from the Middle East. They come from areas that we're fighting. They come from enemy terrain. They come from all over the world, and they do come from South America, but not only from South America, 159 different countries in the last year.

Donald Trump    00:46:15-00:46:43 (27 sec)                                                                    NO SIGNAL (0.882)

And they're totally unchecked and unvetted. Every single year she's been in office, she has set an all-time high illegal border crossings record, triple and quadruple what the year before, where I'd have like 150,000 and she'd have 2.5 million. What she has done to this country, nobody can tell you. You know, she destroyed San Francisco as the district attorney.

Donald Trump    00:46:43-00:47:20 (37 sec)                                                                    NO SIGNAL (0.336)

She destroyed California. You know that. This is a woman that's going to take -- she destroyed California. She had a policy, if you steal less than $950, you're allowed to keep it, you could go. We're not going to prosecute. [Audience boos] So, criminals are walking into stores. Mean, nasty guys, rough guys, and they take calculators and they calculate.

Donald Trump    00:47:20-00:47:52 (32 sec)                                                                    NO SIGNAL (0.287)

Let's say, I want to get up -- they walk out, then they walk back in. The whole thing -- this is who we're going to have running our country? I don't think so. And nobody lies like her. She's a liar. She makes up crap. She's the one going to raise -- you know, she said, "Donald Trump is going to raise --" you know why she said I was going to raise?

Donald Trump    00:47:52-00:48:22 (30 sec)                                                                    NO SIGNAL (0.908)

Because I'm going to put tariffs on other countries coming into our countries, and that has nothing to do with taxes to us. That's a tax on another country. And I did it with China and we had no inflation. You know, I had no inflation. I took in hundreds of billions of dollars from China, and not one other president took in 10 cents.

Donald Trump    00:48:22-00:48:57 (35 sec)                                                                    WEAK (1.086)

They were all, "Oh, China. We're afraid of China. We're afraid of China." According to a new DHS report, Kamala Harris also lost, and this is impossible to believe, listen to this, 325,000 migrant children are gone. They're missing. She allowed them to be trafficked into our country. Many of these children are now in sex slavery or they're dead.

Donald Trump    00:48:57-00:49:39 (42 sec)                                                                    NO STRESSLENS

Probably mostly dead. They will never see their homes or their parents again. They were swiped out of their homes. They were taken out of their homes. This is a government number, 325,000 children, sex slaves or they're dead. Many are dead. Hamas has so little respect for Kamala and Joe Biden, crooked Joe Biden, that the hostages that they're talking about all the time, I believe they're largely gone.

Donald Trump    00:49:39-00:50:09 (30 sec)                                                                    NO SIGNAL (0.171)

I believe they're largely gone. So, sad. When you look at what happened, when you look at that attack on October 7th, I believe they're gone. And the reason they're not negotiating, you know, it says, "Hamas has decided not to negotiate." Because what they want back are the hostages, and I think those hostages, for the most part, aren't around anymore.

Donald Trump    00:50:09-00:50:31 (22 sec)                                                                    NO SIGNAL (0.554)

And so, they said, "Oh boy, we can't really negotiate because we don't have the hostages." The hostages are largely gone. How sad, how terribly sad. If they feared and respected Joe Biden and Kamala, they would never have killed those hostages. They would've never attacked. They would never have attacked when I was president.

Donald Trump    00:50:31-00:50:52 (21 sec)                                                                    NO SIGNAL (0.937)

Iran was broke. Iran was broke. I told China, "If you spend any money on buying oil from Iran, you'll never do business in the United States again, and we're going to put a 200 percent tariff on Iran." [Audience responds affirmatively] And Iran was broke and they had no money for Hamas and they had no money for Hezbollah.

Donald Trump    00:50:52-00:51:15 (23 sec)                                                                    NO SIGNAL (0.163)

You can check your numbers. Look at it. My last year, they had no money. We had no terrorism. For four years. I didn't have any terrorism. Did you notice that? None. And when they asked Viktor Orban, the prime minister of Hungary, very strong guy, "What is the reason that things are so bad now?" The Middle East is blowing up. Russia is blowing up with Ukraine.

Donald Trump    00:51:15-00:51:34 (19 sec)                                                                    WEAK (1.156)

There's war starting all over the place. Looks like bad things could happen in Taiwan with China. What's the reason? He says, "You got to get Donald Trump back as president. You won't have any problems." [Audience responds affirmatively] That's what he said. It's true. It's true. They respected your country.

Donald Trump    00:51:34-00:51:59 (25 sec)                                                                    NO SIGNAL (0.807)

They respected your leader, but they respected our country. Now, they laugh at our country. Our country has become a joke. She's provided deportation immunity to the vast majority of criminal aliens living inside the United States and is importing MS-13 gang members, known as the most violent gang of them all, into our cities and into our high school.



Donald Trump   00:51:59-00:52:22 (23 sec)     `NO SIGNAL (0.48)`

Think of it. They're coming into our high schools. Kamala has set loose thousands of Venezuelan gang members who, according to law enforcement bulletins, have been given a license to shoot American police officers. You know that, right? Under Harris, ICE deportations are at the lowest level in history, the history of our country.

Donald Trump   00:52:22-00:52:42 (20 sec)     `WEAK (1.333)`

She supports deadly sanctuary cities. Now, of course, she's flip-flopping on everything. You do know that, right? You know that, Joe? She's flip-flopping on everything. Debbie, right? She's a flip-flopper. Andy, she's a flip-flopper. She flip-flops on everything. Because she was polled, she said -- she didn't do too well.

Donald Trump   00:52:42-00:53:07 (25 sec)     `STRONG (2.4)`
5 of 112 paragraphs scored.

That's probably why she was the first out of 22 people. I can't get over it. She was the first failure, and now she's running. Oh, we're going to beat her. I look forward to the debate, too. I do look forward to the debate. [Audience responds affirmatively] I look forward to it. She called for abolishing ICE.

Donald Trump   00:53:07-00:53:09 (2 sec)     `NO STRESSLENS`

These are great patriots who are tough as hell.

Donald Trump   00:53:09-00:53:33 (24 sec)     `NO SIGNAL (0.47)`

You need tough people. She's compared ICE agents to the KKK. She wants to repeal the federal law that makes illegal immigration a crime, making illegal immigration totally legal. [Audience boos] It's OK to come into our country. She wants to release all of the thousands of criminal illegal aliens that are locked up in detention centers, and these are the toughest of them all.

Donald Trump   00:53:33-00:54:02 (29 sec)     `NO SIGNAL (0.24)`

She wants to release them into our country. We have detention centers for the toughest of them all. She says, "We're going to release them." Now, maybe they'll ask her tonight, "Oh, no, I would never do that." She might change. She's changing on everything. But don't forget, if the election ever went haywire, if they can find a way to cheat enough and she wins, in quotes, "she wins," she's going to do everything that you wouldn't dream of, including no fracking.

Donald Trump   00:54:02-00:54:26 (23 sec)     `NO SIGNAL (0.181)`

She didn't discuss fracking last night. No fracking in Pennsylvania. I can't imagine she could do well in Pennsylvania; 500,000 jobs are involved with fracking and a huge amount of their budget. Everything's involved with fracking, and she's against it. In her speech last night, she lied about almost everything.

Donald Trump   00:54:26-00:54:49 (23 sec)     `NO SIGNAL (0.887)`

She lied when she said I was going to raise taxes. No, I'm lowering taxes. She's the one. She lied and said that, oh, this is the best, I'm going to be the one, and I was already there, I didn't touch your Social Security and a lot of Democrats wanted me to. She lied when she said that I want to cut Social Security and Medicare.

Donald Trump   00:54:49-00:55:43 (54 sec)     `NO STRESSLENS`

No, she wants to cut it because she wants to have the illegal immigrants coming into our country to go on Social Security and Medicare, which will destroy Social Security and Medicare. [Audience boos] It's Kamala Harris who cast a tie breaking vote to cut Medicare by $266 billion. She cut your Medicare, remember this, by $266 billion, and then promised mass amnesty last night to 20 million illegal aliens and make them American citizens, which will absolutely obliterate your Social Security and your Medicare, ultimately leaving those programs bankrupt, and our seniors desperate and poor.

Donald Trump   00:55:43-00:56:04 (21 sec)     `NO SIGNAL (0.234)`

And remember, when you talk all of those hundreds of billions of dollars, you know what she's putting that money into? The green new scam. She took it out of your Medicare. She's putting it into one of the greatest ever, one of the great voices of sport. Stand up. Let's see if anybody knows who the hell you are.

Donald Trump   00:56:04-00:56:25 (22 sec)     `WEAK (1.428)`

Good job. A good man. He's done a good job. But she took it out and she wants to put it into -- she put it into the green new scam. She said the border was safe under her direction. You know, they're the party of disinformation and misinformation. They'll say something 100 times, "The border was safe." Did you see her last night?

Donald Trump   00:56:25-00:56:56 (31 sec)     `WEAK (1.164)`

The border's safe. The first time she said that, it was about two months ago, and she went like this: "The border was -- safe." She started choking. Horrible. They are. They're misinformation, disinformation. They lie. They keep saying the same untruth over and over again. And you're not like in my business, you're not in this political business like these people.

Donald Trump   00:56:56-00:57:19 (23 sec)     `NO SIGNAL (0.857)`

You're in other things. You're lawyers and you're carpenters and you're electricians and you're drivers, and you're doing a lot of things. By the way, no tax on tips, remember that? No tax on tips. [Applause] No tax on tips. She tried that one, and yet, in Congress right now, they have bills to destroy people that don't -- do you see what's going on? It'll never happen.

Donald Trump   00:57:19-00:58:02 (43 sec)     `NO STRESSLENS`

It's guaranteed to happen with me. No tax on tips. But actually. It's the most dangerous and unsafe border anywhere in the world. There's never been a border like it, no country ever. If a country had a border like that, they would fight with sticks and stones if they had to to keep the people out. She believes that if you say things enough over and over again, even if they're stone-cold lies, like Project '25, "Project '25, he believes in --" I don't even know what the hell it is. I know it's a group of people that got together and they're slightly on the conservative side and it's unbelievable what they do. It's really unbelievable.

Donald Trump   00:58:02-00:58:27 (25 sec)     `NO SIGNAL (0.19)`

She would destroy our country. If she was ever elected, our country will go down the tubes. We'll be in a depression like 1929. We will not have a country any longer. Yesterday, I was at the border with the victims of Kamala's migrant crime wave. One of them is here with us tonight. Michael Moran is the brother of Rachel Moran, who you know about.

Donald Trump   00:58:27-00:58:54 (27 sec)     `NO SIGNAL (0.099)`

Rachel was a cherished 37-year-old mom of five absolutely incredible children, beautiful children, beautiful woman. Last summer, Rachel was out on a run when she was brutally raped and murdered by an illegal alien who was let into America by Kamala Harris let her in. Said, "Let her in." The animal who committed this heinous crime first killed another woman in El Salvador before walking across the open border.

Donald Trump   00:58:54-00:59:16 (21 sec)     `NO SIGNAL (0.017)`

Just walked right in, no problem. He then attacked a 9-year-old girl and her mother in a home invasion in Los Angeles before murdering Rachel in cold blood. Michael, I promise you, in Rachel's memory, we will stop this invasion, and we

will keep these savage criminals the hell out of our country. [Applause] Thank you, Michael.

**Donald Trump**  00:59:16-00:59:55 (39 sec)          `WEAK (1.273)`

Please. Thank you. So, sorry, Michael. So, sorry. Say hello to your parents and everybody. OK? Thank you. So, horrible. We are so sorry, Michael. Thank you for being here. According to her own administration's statistics on crime victims, Kamala Harris has presided over a 43 percent increase in violent crime, these are government numbers, by the way, including 58 percent increase in rape, 89 percent increase in aggravated assault, and 56 percent increase in robbery.

**Donald Trump**  00:59:55-01:00:18 (23 sec)          `WEAK (1.128)`

During the riots of 2020, she encouraged her followers to donate to bail criminals, looters, and arsonists and killers. People died. Including Shawn Michael Tillman, a dangerous repeat offender who went on to shoot and kill a Minnesota man six times in the head. He shot him six times in the head and torso.

**Donald Trump**  01:00:18-01:01:08 (50 sec)          `NO STRESSLENS`

And Kamala let him out, let him go. While Kamala Harris was DA of sanctuary city San Francisco, 20 years ago, maybe the greatest city in the world, today, it's unlivable, she ignored the victims family. "Please, please let us do -- please don't do this to us," and refused to seek the death penalty against an illegal alien MS-13 gang member, one of the worst murderers they've seen in years, who murdered an innocent man and his two sons, and didn't even remember he did it. As California attorney general, she redefined child sex trafficking, assault with a deadly weapon, and rape of an unconscious person as a nonviolent crime.

**Donald Trump**  01:01:08-01:01:40 (32 sec)          `NO SIGNAL (0.667)`

[Audience boos] Comrade Kamala Harris destroyed single-handedly, with some help from the worst governor in our nation, Gavin Newsom, [Audience boos] both San Francisco and California itself. He's a terrible governor. What a governor. For years -- but you know, she might've picked a worse one. If you look at the numbers in Minnesota, we hope we're going to win Minnesota.

**Donald Trump**  01:01:40-01:02:11 (31 sec)          `NO SIGNAL (0.708)`

It hasn't been once since 1972, Richard Nixon, but we're doing well there, too, but the governor is horrible. You know what he did? He approved a bill to give tampons in every young man's bathroom. [Audience boos] Right? Think of that. This is what we have. This is our vice president, our potential president, tampons in boys bathrooms.

**Donald Trump**  01:02:11-01:02:38 (27 sec)          `MEDIUM (1.828)`

For years, Kamala Harris has pushed legislation to strip police officers of protection, trying to bankrupt them and ruin their lives for doing their jobs. No protection, no immunity, no nothing. She even endorsed defund the police. I will never defund the police. I will only fund the police and fund them with plenty of money and pride.

**Donald Trump**  01:02:38-01:03:10 (31 sec)          `WEAK (1.481)`

I will always back our law enforcement heroes in blue. We are pleased to be joined tonight by the president of the Arizona Police Association, Justin Harris. Oh, no, he's not a relation. Justin, are your relation? Last name is Harris, spelled the same. I'm very concerned about this. I'm not really. But Justin Harris is a great gentleman who has a special announcement.

**Donald Trump**  01:03:10-01:03:28 (19 sec)          `STRONG (2.602)`
                                                      3 of 112 paragraphs scored.

Justin, would you please come up? Thank you. That's an interesting -- I'm not worried about it. Thank you.

**Justin Harris**  01:03:28-01:03:39 (11 sec)          `NO STRESSLENS`

Well, good evening, everyone. I'm a little concerned about that illegal immigration chart you put up there. Was that a spike in immigration or the inflation?

**Donald Trump**  01:03:39-01:03:41 (1 sec)          `NO STRESSLENS`

Sort of both.

**Justin Harris**  01:03:41-01:04:32 (51 sec)          `NO STRESSLENS`

Kind of both, right? Wonderful job those Democrats are doing. My name's Justin Harris. I'm a veteran police sergeant here in Arizona with 25 years of experience and service, and I also have the privilege and the honor to serve as the state president of the Arizona Police Officers Association. The Arizona Police Officers Association is the largest law enforcement association in the state of Arizona, and we represent over 12,000 law enforcement professionals, the men and women that currently serve in our communities each and every day at the local, county, state, and federal law enforcement levels.

**Justin Harris**  01:04:32-01:05:11 (40 sec)          `NO STRESSLENS`

We cover the entire state. And on behalf of the Arizona Police Association, we are proud to welcome President Trump to the great state of Arizona and to the wonderful city of Glendale, home of Luke Air Force Base. Folks, these men and women in Luke fly those beautiful F-16 Fighting Falcons of the 309th Fighter Squadron and those beautiful, beautiful F-35 Lightnings.

**Justin Harris**  01:05:11-01:05:46 (35 sec)          `NO STRESSLENS`

Nothing like hearing those jets flying overhead, that's the sound of freedom and American ingenuity. Also, a special thank you to the Glendale Mayor, Jerry Weiers, and the entire city council for their unwavering support and advocacy for our police officers, active duty military, and our veterans. You're not going to find stronger advocates for our military, our veterans, and our police officers anywhere in the world other than Glendale.

**Justin Harris**  01:05:46-01:06:26 (40 sec)          `NO STRESSLENS`

Thank you, mayor and council. Also, I wanted to give a special thank you to the men and women of the Glendale police department, the best and most professional police department in the country. Thank you. With a special thanks to Police Chief Chris Briggs and the other eight West Valley Coalition departments that allowed us to use their law enforcement officers here today to keep us all safe, thank you, gentlemen and women.

**Justin Harris**  01:06:26-01:06:55 (29 sec)          `NO STRESSLENS`

Law enforcement today is, perhaps, the most complex occupation on earth, it's an honorable profession of service and commitment to others, those who step in the gap between good and evil and to protect our communities, and we do so knowing the risk. Officers are required to make split-second decisions under the most uncontrolled, chaotic, and stressful situations, often at great risk to their own personal safety.

Justin Harris    01:06:55-01:07:24 (29 sec)    NO STRESSLENS

Given the literally millions of contacts between officers and the communities annually, with a few exceptions, officers make those decisions correctly as trained and in accordance with the law. But high profile does not mean high frequency. Currently, in this day and age of instant information, social media, and videos, there's an unrealistic expectation of absolute perfection.

Justin Harris    01:07:24-01:07:57 (34 sec)    NO STRESSLENS

It is not possible to be perfect every time because we hire from the human race. People are not perfect. Good people can make mistakes. However, the constant orchestrated villainization of police officers has eroded the public's trust. It has encouraged an air of obscenity, disrespect, and assault of attitudes and behavior towards police officers.

Justin Harris    01:07:57-01:08:30 (32 sec)    NO STRESSLENS

What was that name we called her? What was that comrade Kamala, was that what it was? Comrade Kamala. [Audience member calls out "Comrade Kamala"] Kamala, Kamala, comrade -- well, what we do know is she supported defunding the police, and the best term is they wanted to reimagine policing, I don't know what that means.

Justin Harris    01:08:30-01:08:58 (28 sec)    NO STRESSLENS

She is part of the radicalized movement to degrade public safety and make our communities less safe. In contrast, under President Trump's first term in office, he always had our backs. Thank you for that. He never rushed to judgment, and he never, ever in a lifetime called to defund the police, ever. And we owe him a debt of gratitude for that.

Justin Harris    01:08:58-01:09:20 (22 sec)    NO STRESSLENS

Let's also forget when President Donald Trump was president, he closed the borders and locked the door. [Audience responds affirmatively] Border czar Kamala Harris opened the door and let everybody in. [Audience boos] Borders czar Kamala Harris is allowing millions of illegal immigrants into this country, turning each and every state into a border state, and flooding American streets with drugs and crime.

Justin Harris    01:09:20-01:10:20 (60 sec)    NO STRESSLENS

The Democrats haven't quite figured this out yet, but it's not rocket science, but open borders equals more crime, close the border. [Audience responds affirmatively] And my gut tells me that there's a gentleman standing up here on stage today that's going to do exactly that. [Audience responds affirmatively] President Donald Trump has in the past and will again make America great again by tackling lawlessness head on, ceasing the endless flow of illegal immigrants across our southern border and ensuring the police departments across your country have the funding, the training, and equipment necessary to do our jobs.

Justin Harris    01:10:20-01:10:48 (27 sec)    NO STRESSLENS

And he's not going to reimagine us doing that. President Trump will stop the multimillion dollar illicit trade that occurs each and every day at the border. Thanks to comrade Kamala, with these open borders, the only group that she's enriched is the Mexican cartels, which have expanded over 160 countries across the world.

Justin Harris    01:10:48-01:11:11 (23 sec)    NO STRESSLENS

[Audience boos] They've done this by using human beings and human trafficking and treating them like dogs. The flow of illegal drugs in this country is unmatched in history, and they also have illegal vaping devices that are harming our communities and killing our kids, all being imported from China through the cartels.

Justin Harris    01:11:11-01:11:40 (29 sec)    NO STRESSLENS

This has to stop. Kamala Harris' borders are deliberately obliterated the US border to flood the country with illegals. They canceled the wall, they implemented catch and release, and terminated Remain in Mexico, and effectively shut down ICE, pulling those agents off of the front line, putting them in administrative duties to do paperwork and change diapers.

Justin Harris    01:11:40-01:12:10 (30 sec)    NO STRESSLENS

Meanwhile, the front door of our country's wide open. President Trump will stop this. [Audience responds affirmatively] I've got a serious question, has the border czar Kamala even toured the southern border? [Audience responds "No"] Didn't think so. Has President Donald Trump toured the border? [Audience responds affirmatively] Yes, he has.

Justin Harris    01:12:10-01:12:37 (28 sec)    NO STRESSLENS

And I heard the cartels went running. On average, there's over 5,000 illegal immigrants are being released into the country every day, our country. We don't know who they are, don't know where they came from, we can't even account for them. For 38 straight months, the monthly border encounters have been higher than even the highest month seen under the Trump administration.

Justin Harris    01:12:37-01:13:01 (24 sec)    NO STRESSLENS

You can't tell me this isn't being done deliberately because it is. [Audience member calls out "It's intentional."] In 2023 alone, more than 900,000 illegal immigrants were released into the interior of the US, unaccounted for, waiting for court dates, and nobody knows where they're at. That's the entire city of Mesa flowing into our country, and that's the only ones we know about.

Justin Harris    01:13:01-01:13:09 (7 sec)    NO STRESSLENS

Illegal drugs are flowing into this country at an alarming rate with only five dissent being intercepted at the border.

Donald Trump    01:13:09-01:13:19 (10 sec)    NO STRESSLENS

We got to go now, got to go now.

Justin Harris    01:13:19-01:13:44 (25 sec)    NO STRESSLENS

OK. [Audience member calls out "We love you, Trump."] You got it. Folks, let me finish up here, please. This country, our family, our communities, and everything that each of us holds dear and near to our hearts cannot endure another four years of a clueless president that cares more about the color of her curtains than the safety and prosperity of our great country and its people.

Justin Harris    01:13:44-01:14:14 (30 sec)    NO STRESSLENS

It is clear who supports law enforcement, law and order, and that's President Trump. His unwavering show of commitment to the rule of law of men and women who place their lives on the line every day. So, if you support national security and want to secure borders, vote Trump. [Audience responds affirmatively] If you support law enforcement and safe communities, vote Trump.

X



**Justin Harris**   01:14:14-01:14:48 (33 sec)    `NO STRESSLENS`

[Audience responds affirmatively] If you support getting our country back on track and making America great again, vote Donald J. Trump for president. [Audience responds affirmatively] And this is why the Arizona Police Association and our 12,000 members family and friends are proud to extend our endorsement to Donald J. Trump for president of the United States of America.

**Justin Harris**   01:14:48-01:14:49 (2 sec)    `NO STRESSLENS`

Thank you, God bless. [Applause]

**Donald Trump**   01:14:49-01:15:15 (25 sec)    `WEAK (1.051)`

Thank you very much. Wow, that's a great endorsement, means a lot. So, just in closing, I want to say that from the moment we take back the White House from Kamala Harris and crooked Joe Biden, crooked as a $4 bill -- used to say $3 bill, now we say $4 bill. I believe we're going to have the four greatest years in the history of our country.

**Donald Trump**   01:15:15-01:15:52 (37 sec)    `MEDIUM (1.76)`

[Audience responds affirmatively] Starting on day one, I will seal the border and stop the migrant invasion of our country. We will carry out the largest deportation operation in American history, larger even than President Dwight D. Eisenhower in the 1950s, who was a big believer in borders. We will defeat inflation, and we will make America affordable again, [Audience responds affirmatively] you're going to have an affordable country again.

**Donald Trump**   01:15:52-01:16:14 (22 sec)    `MEDIUM (1.596)`

We will make America the dominant energy producer in the world, by far, it won't even be close. Remember, as I always say, we have more liquid gold under our feet than any other country in the world, including Saudi Arabia, including Russia, and we will use it to reduce taxes and energy costs for our people.

**Donald Trump**   01:16:14-01:16:48 (34 sec)    `WEAK (1.417)`

We will reduce your energy bills in one year by more than 50 percent, that's here [Audience responds affirmatively] and that's everywhere in the country. And that includes heating, air conditioning, electricity, and gasoline for your car. I will turn the United States into a manufacturing superpower more than it has ever been, ever, ever, ever before.

**Donald Trump**   01:16:48-01:17:23 (35 sec)    `MEDIUM (1.76)`

We will bring back jobs to America. We will no longer allow foreign countries to take our jobs and to steal our wealth. We will make our own products and we will buy far less from foreign countries that we are buying right now. We're going to make it here. Other countries that make us pay a tax to do business with them will be charged the same tax when they send their product into the United States.

**Donald Trump**   01:17:23-01:17:58 (35 sec)    `NO SIGNAL (0.799)`

It'll be called the Trump Reciprocal Trade Act. And if China or any other country charges us a 100 percent tax or tariff, then we will charge them a reciprocal tariff of 100 or 200 percent. [Audience responds affirmatively] In the words of a great president, William McKinley, the protective tariff policy of the Republicans has made the lives of our countrymen sweeter, brighter, brighter, brighter, brighter.

**Donald Trump**   01:17:58-01:18:26 (28 sec)    `WEAK (1.474)`

And it's the best our citizenship and our civilization can ever have, better destiny for our people. We ought to take care of our own nation, and we have to take care of our industries first. We have to take care of our country first. It's about time, and it's going to happen starting on January 20th of next year.

**Donald Trump**   01:18:26-01:19:08 (42 sec)    `NO STRESSLENS`

[Audience responds affirmatively] I will not let Mexico, China, or any other country sell cars into the United States to the detriment of our autoworkers all over our country, including in Michigan and South Carolina. United Auto Workers, you're going to vote for Trump because I'm going to bring you back more auto production than you've ever seen in this country before.

**Donald Trump**   01:19:08-01:19:39 (31 sec)    `WEAK (1.108)`

[Audience responds affirmatively] I will end the ridiculous electric vehicle mandate, cut every job-killing regulation of the Harris-Biden administration, and make our auto manufacturing business bigger, better, and stronger than it has ever been before. [Audience responds affirmatively] And if you relied on Kamala, there would be no auto industry, within three years you'll never make another car.

**Donald Trump**   01:19:39-01:19:58 (20 sec)    `WEAK (1.373)`

When I'm back in the White House, we will pass large tax cuts for our workers, and there will be, as I said, no tax on tips. [Audience responds affirmatively] And that means if you're a restaurant worker, a bartender, hospitality worker, caddy, barber, mover, driver, or anyone else who relies on tip income, your tips will be 100 percent yours to keep.

**Donald Trump**   01:19:58-01:20:31 (32 sec)    `WEAK (1.085)`

You will no longer be harassed by your government. And I will fight for and protect your social security and your Medicare with no cuts and no changes in age. We're not going to move it up, they want to move it up five years, we're not doing it. "Darling, when do we get our social security?" Well, they just moved it up five years, you're not going to happen with me. It's going to happen with them, they're going to destroy your social security.

**Donald Trump**   01:20:31-01:20:56 (25 sec)    `WEAK (1.458)`

And we will have no tax on social security benefits for seniors. [Audience responds affirmatively] They destroyed our seniors and everyone else with their horrible inflation, and then they give you small dollars with social security and they want you to pay tax, I don't know. We don't need it, we can do it, we have so much else, including that liquid gold -- oh, we're going to go hunting for liquid gold.

**Donald Trump**   01:20:56-01:21:29 (33 sec)    `MEDIUM (1.769)`

We will cut wasteful and unnecessary spending, and we will terminate the green new scam and spend that money on roads, bridges, real infrastructure, and paying down debt. No fake infrastructure that has caused massive inflation with no benefit whatsoever to our population. I will settle the war in Ukraine, and I will end the chaos in the Middle East.

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 129 of 164



**Donald Trump**  01:21:29-01:21:57 (28 sec)    NO SIGNAL (0.549)

And I will -- we will restore peace through strike, and it will happen quickly. I will have that war ended before I go to the White House on January 28th. I will have the war in Ukraine ended as president-elect. [Audience responds affirmatively] And we will end the weaponization of government against the American people, including myself, by the way.

**Donald Trump**  01:21:57-01:22:33 (36 sec)    WEAK (1.457)

They've weaponized the government against the political opponent. Can you imagine? But you just saw, we won the big case down in Florida, everyone said, "Oh." They weaponized it, they got their justice department to go after their political opponent, but they're not doing well. I'm the only one that ever happened to where my numbers went up, what do you think about that, Mr. Congressman?

**Donald Trump**  01:22:33-01:22:58 (25 sec)    STRONG (3.078)
2 of 112 paragraphs scored.

I don't think it's ever happened. They go after me and my numbers go up, somebody's got to explain it. We will rebuild our cities, including Washington D.C., making them safe, clean, and beautiful once again. And we will keep the US dollar as the world's reserve currency because right now it is under siege.

**Donald Trump**  01:22:58-01:23:25 (26 sec)    STRONG (2.378)
6 of 112 paragraphs scored.

[Audience responds affirmatively] And this is how we will end the era of inflation, mayhem, and misery under Kamala and crooked Joe, and unleash safety, prosperity, peace for Americans of every race, religion, color, and creed. Together, we will deliver low taxes, low regulations, low energy costs, low interest costs, low inflation.

**Donald Trump**  01:23:25-01:23:58 (33 sec)    NO SIGNAL (0.949)

And that's for everyone, we're talking about everyone. We want to make sure everyone can afford groceries, a car, and a home. We will stop the invasion, end migrant crime, support our great police, strengthen our military, build a missile defense shield around our country, keep critical race theory and transgender insanity out of our schools, and we will keep men out of women's sports.

**Donald Trump**  01:23:58-01:24:28 (30 sec)    WEAK (1.184)

[Audience responds affirmatively] We will defend the Second Amendment, and we are going to restore -- those people don't allow it. The fake news doesn't allow it. [Audience boos] We will restore free speech in our country, and we will secure our elections, Mr. Congressman. [Audience responds affirmatively] Everyone will prosper, every family will thrive, and every day will be filled with joy and opportunity, and hope.

**Donald Trump**  01:24:28-01:24:54 (25 sec)    WEAK (1.437)

But for that to happen, we must defeat Kamala Harris, a new name. We must stop her country-destroying liberal agenda once and for all. We have to put an end to it. So, get your friends, get your family. Register, volunteer, and get out to vote. We want a landslide that is too big to rig, too big to rig. [Audience responds affirmatively] Right?

**Donald Trump**  01:24:54-01:25:26 (33 sec)    MEDIUM (1.948)

Right, Deb? On November 5th, we will save our country. We will save our economy. We will rescue our middle class. We will reclaim our sovereignty and restore our borders. We will put America first. And we will take back our country. And together we, will make America powerful again. [Audience responds affirmatively] We will make America wealthy again.

**Donald Trump**  01:25:26-01:27:11 (105 sec)    NO STRESSLENS

[Audience responds affirmatively] We will make America strong again. [Audience responds affirmatively] So, strong. We will make America proud again. [Audience responds affirmatively] We will make America safe again. [Audience responds affirmatively] We will make America free again. [Audience responds affirmatively] And we will make America great again.

**Donald Trump**  01:27:11-01:27:20 (9 sec)    STRONG (2.018)

[Audience responds affirmatively] God bless you all. God bless you. Thank you very much. Thank you, Arizona. God bless you all.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

| | | | |
|---|---|---|---|
| About | Contact Us | Advertise | CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions. Copyright 2026 CQ and Roll Call. All rights reserved. |
| Events | Privacy | RC Jobs | |
| Newsletters | The Staff | Subscriptions | |

# EXHIBIT V

Case 1:26-cv-02103-DEH   Document 49-4   Filed 07/02/26   Page 131 of 164

# The American Presidency Project

## [(https://www.presidency.ucsb.edu/)](https://www.presidency.ucsb.edu/)

 **[DONALD J. TRUMP (1ST TERM) (/PEOPLE/PRESIDENT/DONALD-J-TRUMP-1ST-TERM)](/people/president/donald-j-trump-1st-term)**

**Address Accepting the Presidential Nomination at the Republican National Convention in Milwaukee, Wisconsin**

July 18, 2024

Thank you very much. Thank you very, very much. And thank you, Dana. Thank you, Kid Rock, sometimes referred to as "Bob." And thank you, Lee, right from the beginning, thank you very much. What a talent. What a beautiful, beautiful song. Thank you.

Friends, delegates and fellow citizens. I stand before you this evening with a message of confidence, strength and hope. Four months from now, we will have an incredible victory, and we will begin the four greatest years in the history of our country.

Together, we will launch a new era of safety, prosperity and freedom for citizens of every race, religion, color and creed.

The discord and division in our society must be healed. We must heal it quickly. As Americans, we are bound together by a single fate and a shared destiny. We rise together. Or we fall apart.

I am running to be president for all of America, not half of America, because there is no victory in winning for half of America.

So tonight, with faith and devotion, I proudly accept your nomination for president of the United States. Thank you. Thank you very much.

Thank you very much. And we will do it right. We're going to do it right.

Let me begin this evening by expressing my gratitude to the American people for your outpouring of love and support following the assassination attempt at my rally on Saturday.

As you already know, the assassin's bullet came within a quarter of an inch of taking my life. So many people have asked me what happened. "Tell us what happened, please." And therefore, I will tell you exactly what happened, and you'll never hear it from me a second time, because it's actually too painful to tell.

It was a warm, beautiful day in the early evening in Butler Township in the great Commonwealth of Pennsylvania. Music was loudly playing, and the campaign was doing really well. I went to the stage and the crowd was cheering wildly. Everybody was happy. I began speaking very strongly, powerfully and happily. Because I was discussing the great job my administration did on immigration at the southern border. We were very proud of it.

Behind me, and to the right, was a large screen that was displaying a chart of border crossings under my leadership. The numbers were absolutely amazing. In order to see the chart, I started to, like this, turn to my right, and was ready to begin a little bit further turn, which I'm very lucky I didn't do, when I heard a loud whizzing sound and felt something hit me really, really hard. On my right ear. I said to myself, "Wow, what was that? It can only be a bullet."

And moved my right hand to my ear, brought it down. My hand was covered with blood. Just absolutely blood all over the place. I immediately knew it was very serious. That we were under attack. And in one movement proceeded to drop to the ground. Bullets were continuing to fly as very brave Secret Service agents rushed to the stage. And they really did. They rushed to the stage.

These are great people at great risk, I will tell you, and pounced on top of me so that I would be protected. There was blood pouring everywhere, and yet in a certain way I felt very safe because I had God on my side. I felt that.

The amazing thing is that prior to the shot, if I had not moved my head at that very last instant, the assassin's bullet would have perfectly hit its mark and I would not be here tonight. We would not be together. The most incredible aspect of what took place on that terrible evening, in the fading sun, was actually seen later. In almost all cases, as you probably know. And when even a single bullet is fired, just a single bullet, and we had many bullets that were being fired, crowds run for the exits or stampede. But not in this case. It was very unusual.

This massive crowd of tens of thousands of people stood by and didn't move an inch. In fact, many of them bravely but automatically stood up, looking for where the sniper would be. They knew immediately that it was a sniper. And then began pointing at him. You can see that if you look at the group behind me. That was just a small group compared to what was in front.

Nobody ran and, by not stampeding, many lives were saved. But that isn't the reason that they didn't move. The reason is that they knew I was in very serious trouble. They saw it. They saw me go down. They saw the blood, and thought, actually most did, that I was dead.

They knew it was a shot to the head. They saw the blood. And there's an interesting statistic. The ears are the bloodiest part. If something happens with the ears they bleed more than any other part of the body. For whatever reason the doctors told me that.

And I said, "Why is there so much blood?"

He said, "It's the ears, they bleed more."

So we learned something. But they just —

They just, this beautiful crowd, they didn't want to leave me. They knew I was in trouble. They didn't want to leave me. And you can see that love written all over their faces. True.

Incredible people. They're incredible people. Bullets were flying over us, yet I felt serene. But now the Secret Service agents were putting themselves in peril. They were in very dangerous territory.

Bullets were flying right over them, missing them by a very small amount of inches. And then it all stopped. Our Secret Service sniper, from a much greater distance and with only one bullet used, took the assassin's life. Took him out.

I'm not supposed to be here tonight. Not supposed to be here.

[*Crowd chants "Yes, you are."*]

Thank you. But I'm not. And I'll tell you. I stand before you in this arena only by the grace of almighty God.

And watching the reports over the last few days, many people say it was a providential moment. Probably was. When I rose, surrounded by Secret Service, the crowd was confused because they thought I was dead. And there was great, great sorrow. I could see that on their faces as I looked out. They didn't know I was looking out; they thought it was over.

But I could see it and I wanted to do something to let them know I was OK. I raised my right arm, looked at the thousands and thousands of people that were breathlessly waiting and started shouting, "Fight, fight, fight."

Thank you.

Once my clenched fist went up, and it was high into the air, you've all seen that, the crowd realized I was OK and roared with pride for our country like no crowd I have ever heard before. Never heard anything like it.

For the rest of my life, I will be grateful for the love shown by that giant audience of patriots that stood bravely on that fateful evening in Pennsylvania. Tragically, the shooter claimed the life of one of our fellow Americans: Corey Comperatore. Unbelievable person, everybody tells me. Unbelievable.

And seriously wounded two other great warriors. Spoke to them today: David Dutch and James Copenhaver. Two great people. I also spoke to all three families of these tremendous people.

Our love and prayers are with them and always will be. We're never going to forget them. They came for a great rally. They were serious Trumpsters, I want to tell you. They were serious Trumpsters and still are. But Corey, unfortunately, we have to use the past tense.

He was incredible. Yeah. He was a highly respected former fire chief. Respected by everybody. Was accompanied by his wife, Helen. Incredible woman. I spoke to her today. Devastated. And two precious daughters. He lost his life selflessly acting as a human shield to protect them from flying bullets. He went right over the top of them and was hit. What a fine man he was.

I want to thank the fire department and the family for sending his helmet, his outfit and it was just something, and they're going to do something very special when they get it.

But we did something which cannot match what happened. Not even close. But I am very proud to say that over the past few days we've raised $6.3 million. For the families of David, James and Corey. Including from a friend of mine just — called up, he sent me a check, right here, just got it. One million dollars. From Dan Newlin, thank you, Dan.

And again, when speaking to the family, I told them, I said, "Well, I'm going to be sending a lot of money, but it can't compensate."

They all said the same thing: "You're right, sir; we appreciate so much what you're doing, but nothing can take the place, in the case of Corey." And the other two. By the way, they were very, very seriously injured. But now they're doing very well. They're going to be OK. They're going to be doing very well. They're warriors.

So now, I ask that we observe a moment of silence in honor of our friend Corey. There is no greater love than to lay down one's life for others. This is the spirit that forged America in her darkest hours. And this is the love that will lead America back to the summit of human achievement and greatness. This what we need.

7/1/26, 9:33 PM
Case 1:26-cv-02103-DEH   Document 49-4   Filed 07/02/26   Page 136 of 164
Address Accepting the Presidential Nomination at the Republican National Convention in Milwaukee, Wisconsin | The American Pres…

Despite such a heinous attack, we unite this evening, more determined than ever. I am more determined than ever and so are you. So is everybody in this room.

[*Crowd chants, "We love Trump."*]

Thank you. Thank you very much. Our resolve is unbroken and our purpose is unchanged, to deliver a government that serves the American people better than ever before. Nothing will stop me in this mission, because our vision is righteous and our cause is pure.

No matter what obstacle comes our way, we will not break. We will not bend. We will not back down and I will never stop fighting for you, your family and our magnificent country. Never.

And everything I have to give with all of the energy and fight in my heart and soul, I pledge to our nation tonight. Thank you very much. I pledge that to our nation. We're going to turn our nation around and we're going to do it very quickly. Thank you.

This election should be about the issues facing our country and how to make America successful, safe, free and great again.

In an age when our politics too often divide us, now is the time to remember that we are all fellow citizens — we are one nation under God, indivisible, with liberty and justice for all.

And we must not criminalize dissent or demonize political disagreement, which is what's been happening in our country lately, at a level that nobody has ever seen before. In that spirit, the Democrat party should immediately stop weaponizing the justice system and labeling their political opponent as an enemy of democracy. Especially since that is not true. In fact, I am the one saving democracy for the people of our country.

And very big news, as you probably just read. On Monday, a major ruling was handed down from a highly respected federal judge in Florida, Aileen Cannon, finding that the prosecutor and the fake documents case against me were totally unconstitutional, and the entire case was thrown out of court. With all of that publicity — thrown out of court.

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 137 of 164

If Democrats want to unify our country, they should drop these partisan witch hunts, which I've been going through for approximately eight years. And they should do that without delay and allow an election to proceed that is worthy of our people. We're going to win it anyway.

But worthy of our people.

On this journey, I am deeply honored to be joined by my amazing wife, Melania. And, Melania, thank you very much. You also did something really beautiful, a letter to America calling for national unity. And it really took the Republican Party by surprise, I will tell you; it was beautiful. In fact, some very serious people said that we should take that letter and put it as part of the Republican platform. That would be an honor, wouldn't it? Right? Mr. congressman? But it captivated so many, so …

I also want to thank my entire family — Don and Kimberly, Ivanka and Jared, Eric and Lara, Tiffany and Michael, Barron, we love our Barron. And of course, my 10 wonderful grandchildren.

You saw a few of them up there on my lap before. And how good was Dana? Was Dana good? I mean, wasn't he good? You know, he was on probably the only vacation he's had in about — maybe ever. Because he works. But about 10 years, with his wife — very far away. I won't tell you where, but very, very far away, beautiful place.

And my people called and he said, "Yeah, I won't be able to do it. This is many, many years. I promised my wife. I can't do it." And they came and they said, "Dana won't be able to do it." Because he was my first, second and third choice. I said, "Well, you know, that's too bad." But I understand, he's away and it's good. It's good for him. And that was it. About 30 minutes later, she came back in: "Sir, Dana just called; he's going to do it." And his wife, she said, "You can't turn him down. You just can't do it. You have to go." That's a good wife.

So he got in a plane, he got here a little while ago. Now he's going to get on the plane in a little while and he's going to go back home to his wife. But they're great. And I just want to thank her and him and their whole family because that's not easy.

7/1/26, 9:33 PM

Address Accepting the Presidential Nomination at the Republican National Convention in Milwaukee, Wisconsin | The American Pres…

And Kid Rock, same thing. Called, he said, "I want to be a part of it." I want to be a part, because, you know, Kid does this great song. Big, big monster song. I had no idea. You know, he became a friend of mine over the last 10 years. And, uh, he's amazing. Everyone loves him.

I didn't even know how big he was. You know, he has rallies. Thirty-five, 40,000 people he gets, every time he goes out. I think he's making so much money he doesn't know what the hell to do with it, you want to know …

And then we have my other friend, and I've known him so long and we took that song and it was a big success. But we made that. I saw a chart of great songs to America. That was No. 1 on the chart recently. No. 1, so. That's Lee Greenwood, very special, beautiful person. He's a beautiful man.

But they all wanted to be here. They called … And how about the Hulkster? How good was he? You see that? Where is he? Boy, oh boy.

You know, they may call it, they may call that entertainment. I know about entertainment, but when he used to lift a 350-pound man over his shoulders and then bench press him two rows into the audience, I say maybe entertainment, but he is one strong son of a gun, I tell you. I watched it many times. There aren't a lot of entertainers that could do that, right? You were fantastic. Thank you very much.

Followed by … Eric? What was that all about? Boy, that was good. I didn't want to really come up here.

But he was so great. And he's such a good young man. He went through a lot of trouble, and Don, last night, was incredible. They went through so much trouble. They got subpoenaed more than any people probably in the history of the United States. Every week they get another subpoena from the Democrats. Crazy Nancy Pelosi, the whole thing. Just boom, boom, boom.

They've got to stop that because they're destroying our country. We have to work on making America great again, not on beating people. And we won. We beat them in all. We beat them on the impeachments. We beat them on the indictments. We beat them. But the time that you have to spend, the time that you have to spend. If they would devote that genius to helping our country, we'd have a much stronger and better country.

And Jason. The biggest star in country music. Jason, thank you for being here. Jason, thank you very much. Jason Aldean, he's good. I like his wife even better, by the way. She's here. Thank you, Jason.

But I'm thrilled to have a new friend and partner fighting by my side: the next vice president of the United States, the current senator from Ohio, J.D. Vance, and his incredible wife, Usha.

He's going to be a great vice president, he's going to be great. He'll be with this country and with this movement. Greatest movement in the history of our country. Make America Great Again. When they criticize it, they say, "We're going to try and stop MAGA." MAGA is "Make America Great Again." What are you going to stop? There's nothing to stop. Then they say, "Oh, that's right." It's very tough to fight it.

And all of the people that did try and fight it have failed, but he's going to be with us for a long time, and it was an honor to select him. Great, great student at Yale. His wife was a student at Yale; they met at Yale. These are two smart people. So J.D., you're going to be doing this for a long time; enjoy the ride.

And a very special thank you to the extraordinary people of Milwaukee and the great state of — oh, there they are. There they are, that's — You are so easy to spot. And Green Bay's going to have a good team this year, right? They're going to have a good team. They're going to have a good team. Most of the audience doesn't like it, but it's true. You're going to have a very good team this year.

And by the way, Wisconsin, we are spending over $250 million here, creating jobs and other economic … development all over the place. So I hope you will remember this in November and give us your vote. I am trying to buy your vote. I'll be honest about that. And I promise we will make Wisconsin great again. We're going to make this … Thank you. Mr. governor, thank you very much. Thank you.

I am here tonight to lay out a vision for the whole nation. To every citizen, whether you're a young or old, man or woman, Democrat, Republican or Independent, Black or white, Asian or Hispanic, I extend to you a hand of loyalty and of friendship.

Case 1:26-cv-02103-DEH   Document 49-4   Filed 07/02/26   Page 140 of 164

Together, we will lead America to new heights of greatness like the world has never seen before.

We were right there in the first term. We got hit with Covid. We did a great job. Nobody knew what it was. But nobody's ever seen an economy pre-Covid, and then we handed over a stock market that was substantially higher than just prior to Covid. Coming in, did a great job. Never got credit for that. We got credit for the war and defeating ISIS and so many things. The great economy. The biggest tax cuts ever. The biggest regulation cuts ever. The creation of Space Force, the rebuilding of our military. We did so much. We do so much.

Right to Try, Right to Try is a big deal. We've got Right to Try. They were trying to get that for 52 years. Somebody's terminally ill. And hopefully there's nobody in this audience, but it does happen, a lot. They're terminally ill and they can't use our new space-age drugs and other things that we are way ahead with. We have the greatest doctors in the world. The greatest laboratories in the world, and you can't do it. They've been trying to get that approved for 52 years, wasn't that easy. The insurance companies didn't want to do it. They didn't want the risk. The labs didn't want to do it because if it didn't work, people are pretty far down the line toward death. They didn't want to do it. The doctors didn't want to have it on their record.

So I got everybody into an office — 52 years, they tried. Sounds simple, but it's not. And I got them to agree that somebody that needs it will, instead of going to Asia or Europe or some place, or if you have no money, going home and dying — just die — we got them to sign an agreement. They agreed to it, where they're not going to sue anybody. They can get all of this stuff. They're going to get it really fast, and what's happened is we're saving thousands and thousands of lives. It's incredible. Right to Try. It's … great feeling.

Under our leadership, the United States will be respected again. No nation will question our power. No enemy will doubt our might. Our borders will be totally secure. Our economy will soar. We will return law and order to our streets, patriotism to our schools, and importantly, we will restore peace, stability and harmony all throughout the world.

But to achieve this future, we must first rescue our nation from failed and even incompetent leadership. We have totally incompetent leadership. This will be the most important election in the history of our country.

Under the current administration, we are indeed a nation in decline.

We have an inflation crisis that is making life unaffordable, ravaging the incomes of working and low-income families, and crushing, just simply crushing our people like never before. They've never seen anything like it.

We also have an illegal immigration crisis, and it's taking place right now, as we sit here in this beautiful arena. It's a massive invasion at our southern border that has spread misery, crime, poverty, disease, and destruction to communities all across our land. Nobody's ever seen anything like it.

Then there is an international crisis, the likes of which the world has seldom been part of. Nobody can believe what's happening. War is now raging in Europe and the Middle East, a growing specter of conflict hangs over Taiwan, Korea, the Philippines, and all of Asia, and our planet is teetering on the edge of World War III, and this will be a war like no other war because of weaponry. The weapons are no longer army tanks going back and forth, shooting at each other. These weapons are obliteration.

It's time for a change. This administration can't come close to solving the problems. We're dealing with very tough, very fierce people. They're fierce people. And we don't have fierce people. We have people that are a lot less than fierce, except when it comes to cheating on elections and a couple of other things, then they're fierce. Then they're fierce.

So tonight, I make this pledge to the great people of America.

I will end the devastating inflation crisis immediately, bring down interest rates and lower the cost of energy . We will drill, baby, drill. Can you believe what they're doing?

But by doing that, we will lead a large-scale decline in prices. Prices will start to come down.

7/1/26, 9:33 PM    Address Accepting the Presidential Nomination at the Republican National Convention in Milwaukee, Wisconsin | The American Pres…

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 142 of 164

Energy... Raised it, they took our energy policies and destroyed them. Then they immediately went back to them, but by that time, so much was lost. But we will do it at levels that nobody's ever seen before, and we'll end lots of different things. We'll start paying off debt and start lowering taxes even further. We gave you the largest tax cut. We'll do it more.

Now, people don't realize, I brought taxes way down, way, way down. And yet we took in more revenues the following year than we did when the tax rate was much higher. Most people said, how did you do that? Because it was incentive. Everybody was coming to the country, they were bringing back billions and billions of dollars into our country. The companies made it impossible to bring it back. The tax rate was too high and the legal complications were far too great. I changed both of them, and hundreds of billions of dollars by Apple and so many other companies would work back into our nation, and we had an economy the likes of which nobody, no nation had ever seen. China, we were beating them at levels that were incredible. And they know it. They know it. We'll do it again, but we'll do it even better.

I will end the illegal immigration crisis by closing our border and finishing the wall, most of which I've already built.

On the wall, we were dealing with a very difficult Congress and I said, "Oh, that's OK. We won't go to Congress." I call it an "invasion." We gave our military almost $800 billion. I said, "I'm going to take a little of that money, because this is an 'invasion.'" And we built — Most of the wall is already built, and we built it through using the funds, because what's more, what's better than that? We have to stop the invasion into our country that's killing hundreds of thousands of people a year. We're not going to let that happen.

I will end every single international crisis that the current administration has created, including the horrible war with Russia and Ukraine, which would have never happened if I was president. And the war caused by the attack on Israel, which would never have happened if I was president. Iran was broke. Iran had no money. Now Iran has $250 billion. They made it all over the last two and a half years. They were broke.

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 143 of 164

I watched the other day on a show called "Deface the Nation," has anyone seen it? And they had a congressman who was a Democrat say, Well, whether you like him or not, Iran was broke dealing with Trump. I told China and other countries, "If you buy from Iran, we will not let you do any business in this country, and we will put tariffs on every product you do send in of 100 percent or more." And they said to me, Well, I think that's about it. They weren't going to buy any oil. And they were ready to make a deal. Iran was going to make a deal with us.

And then we had that horrible, horrible result that we'll never let happen again. The election result. We're never going to let that happen again. They used Covid to cheat. We're never going to let it happen again. And they took off all the sanctions, and they did everything possible for Iran and now Iran is very close to having a nuclear weapon, which would have never happened.

This is a shame, what this administration, the damage that this administration has done. And I say it often. If you took the 10 worst presidents in the history of the United States. Think of it. The 10 worst. Added them up, they will not have done the damage that Biden has done. Only going to use the term once. Biden. I'm not going to use the name anymore. Just one time. The damage that he's done to this country is unthinkable. It's unthinkable.

Together, we will restore vision, strength, competence and we're going to have a thing called common sense making most of our decisions actually. It's all common sense.

Just a few short years ago under my presidency, we had the most secure border and the best economy in the history of our country, in the history of the world. We had the greatest economy in the history of the world. We had never done anything like it. We were beating every country, including China, by leaps and bounds. Nobody had seen anything like it.

We had no inflation, soaring incomes, we're going —

Nobody's —

Nobody can believe it. You can't believe what happened four years ago is happening now in reverse.

And the world was at peace. Inflation has been a killer for our country. No matter what you're making, it doesn't matter because inflation is eating you alive. People that were putting away money, they were making great wages. The highest they've ever made. But they were putting away a lot of money. Now they are just being destroyed. They're not putting away anything. They're barely living. They're going into saving accounts. They're taking out their money to live because of inflation.

Inflation, remember, it's called a country buster. You can go back to Germany from 100 years ago. You can go back to any country that's suffered great inflation. We've suffered the worst inflation we've ever had. But go back and see what's happened to those countries. We've had the worst inflation we've ever had under this person.

But in less than four years, our opponents have turned incredible success into unparalleled tragedy and failure. It's been a tremendous failure.

Today, our cities are flooded with illegal aliens. Americans are being squeezed out of the labor force and their jobs are taken. By the way, you know who's taking the jobs, the jobs that are created? One hundred and seven percent of those jobs are taken by illegal aliens.

And you know who's being hurt the most by millions of people pouring into our country? The Black population and the Hispanic population. Because they're taking the jobs from our Black population, our Hispanic population. And they're also taking them from unions. The unions are suffering because of it.

Thank you. Thank you. I like you too. Thank you very much.

Inflation has wiped out the life savings of our citizens, and forced the middle class into a state of depression and despair. That's what it is. It's despair and depression.

We cannot, and will not, let this continue. Less than four years ago, we were a great nation, and we will soon be a great nation again. We're going to be a great nation again. Thank you.

With proper leadership, every disaster we are now enduring will be fixed — and it will be fixed very, very quickly.

So tonight, whether you've supported me in the past or not, I hope you will support me in the future, because I will bring back the American dream. That's what we're going to do. You don't even hear about the American dream anymore.

With great humility, I am asking you to be excited about the future of our country. Be excited. Be excited.

And by the way, the news reports. All, look at all of those big networks. Look at them. They're all here. But everyone one of them has said this could be the most organized, best run and most enthusiastic convention of either party that they've ever seen. Every single one.

And it's true. It's true. And there's love in the room. There's great love in the room.

So I'd better finish strong. Otherwise, we'll blow it, and we can't let that happen. No, this was great. All of the great people that spoke and everybody hit a home run. I mean, there's not one that I can think of where I said, "Oh, gee, that wasn't great." Every single person. I refuse to be the only one. Don't do that to me. They're already getting ready. See, I gave them an idea.

No, we had a, this was a great convention. This was —

I think we're actually going to go home and miss it. You know usually with a —

First of all, look at these crowds. You'd never have this at a convention. Look at these crowds. Love, it's about love.

This week, the entire Republican Party has formally adopted an agenda for America's renewal. And you saw that agenda, and it's very short compared to the long, boring, meaningless agendas of the past. Including the Democrats. They write these things that are hundreds of pages long and they never read them after they're done. In their case, fortunately they don't read them because they're pretty bad.

7/1/26, 9:33 PM
Address Accepting the Presidential Nomination at the Republican National Convention in Milwaukee, Wisconsin | The American Pres…
Case 1:26-cv-02103-DEH   Document 49-4   Filed 07/02/26   Page 146 of 164

It's a series of bold promises that we will swiftly implement when you give us a Republican House. And Mr. Speaker, thank you very much. We have our great speaker of the House with us tonight. Mr. Speaker, thank you very much. Thank you.

A Republican Senate. We have many senators here. And send me back to our beautiful White House just a few short months from now. We're talking about just months. It can't come fast enough. We have to get it done.

First, we must get economic relief to our citizens. Starting on Day 1, we will drive down prices and make America affordable again. We have to make it affordable. It's not affordable. People can't live like this.

Under this administration, our current administration, groceries are up 57 percent, gasoline is up 60 and 70 percent, mortgage rates have quadrupled, and the fact is it doesn't matter what they are because you can't get the money anyway. Can't buy houses. Young people can't get any financing to buy a house. The total household costs have increased an average of $28,000 per family under this administration.

Republicans have a plan to bring down prices, and bring them down very, very rapidly. By slashing energy costs, we will in turn reduce the cost of transportation, manufacturing and all household goods. So much starts with energy. And remember, we have more liquid gold under our feet than any other country by far. We are a nation that has the opportunity to make an absolute fortune with its energy. We have it and China doesn't. Under the Trump administration just three and a half years ago, we were energy independent. But soon we will actually be better than that. We will be energy dominant and supply not only ourselves, but we will supply the rest of the world.

With numbers that nobody has ever seen and we will reduce our debt, $36 trillion. We will start reducing that. And we will also reduce your taxes still further. Next, and by the way they want to raise your taxes four times. Think of it. And all my life I grew up watching politicians. I always loved politics, I guess. I was on the other side. I'd watch the — and they were always talking about we will give you a tax cut, we will give you a tax cut. My whole life I was watching I will give you a tax cut, right Mr. Congressman? That's all they talked about. This is the only administration that said we're going to raise your taxes by four times what you're paying now. And people

are supposed to vote for them? I've never heard it. You're paying too much, we're going to reduce your taxes still further. We gave you the biggest one, as I said. We're going to give you more and it's going to lead to tremendous growth. We want growth in our country. That's what's going to pay off our debt.

And next, we will end the ridiculous and actually incredible waste of taxpayer dollars that is fueling the inflation crisis. They've spent trillions of dollars of things having to do with the Green New Scam. It's a scam. And that has caused tremendous inflationary pressures in addition to the cost of energy.

And all of the trillions of dollars that are sitting there not yet spent, we will redirect that money for important projects like roads, bridges, dams and we will not allow it to be spent on the meaningless Green New scam ideas.

And I will end the electric vehicle mandate on day one. Thereby saving the U.S. auto industry from complete obliteration, which is happening right now and saving U.S. customers thousands and thousands of dollars per car.

And right now as we speak, large factories, just started, are being built across the border in Mexico. So, with all the other things happening at our border, and they're being built by China to make cars and to sell them into our country, no tax, no anything. The United Autoworkers ought to be ashamed for allowing this to happen and the leader of the United Auto Workers should be fired immediately and every single autoworker, union and nonunion, should be voting for Donald Trump because we're going to bring back car manufacturing and we're going to bring it back fast.

They are building some of the largest auto plants anywhere in the world. Think of it. In the world. And we are going to bring it back. We're going to make them. We don't mind the —

We don't mind it happening but plants will be built in the United States and our people are going to man those plants. And if they don't agree with us, we'll put a tariff of approximately 100 to 200 percent on each car and they will be unsellable in the United States.

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 148 of 164

We have long been taken advantage of by other countries. And think of it, oftentimes these other countries are considered so-called allies. They've taken advantage of us for years.

We lose jobs. We lose revenue and they gain everything and wipe out our businesses, wipe out our people. I stopped it for four years, I stopped it. And we're really ready to make changes like nobody had seen before. And remember, U.S.M.C.A. I got rid of NAFTA the worst trade deal ever made and replaced it with U.S.M.C.A. which is, they say, the best trade deal ever made. Actually, probably the best trade deal was the deal I made with China where they buy $50 billion of our product. They were buying nothing. They buy $50 billion worth. They had to but I don't even talk about it because of Covid. I don't even mention it frankly because of what happened with the China virus.

We will not let countries come in, take our jobs, and plunder our nation. They come and do that. They plunder our nation.

The way they will sell their product in America is to build it in America, very simple. Build it in America and only in America. And this very simple formula, and congress has to go along with us and they will. This very simple formula will create massive numbers of jobs. We will take over the auto industry again and many many, hundreds of thousands of jobs, we lost so many jobs over the years. If you go back 20, 25 years they've stolen, going to China and Mexico, about 68 percent of our auto industry. Manufacturing jobs. We're going to get them all back. We're going to get them all back, every single one of them.

At the center of our plan for economic relief are massive tax cuts for workers that include something else that stood out to be very popular actually. Here it's very popular. In this building and all those hotels that are so nice, I'm staying in a nice one. It's called no tax on tips. No tax on tips. No tax on tips.

And I got that by having dinner recently in Nevada where we're leading by about 14 points.

Hello. I'll see you there very soon, everybody.

And we were having dinner at a beautiful restaurant in the Trump building on the Strip. And it's a great building and the waitress comes over.

"How's everything going?"

Really nice person.

"How's everything going?"

"Oh sir, it's so tough. The government is after me all the time on tips, tips, tips."

I said, "Well, they give you cash, would they be able to find them?"

And she said, "Actually," and I didn't know this, very little cash is given. It's all put right on the check. And they come in and they take so much of our money it's just ridiculous. And they don't believe anything we say. They've just hired, as you know, 88,000 agents to go after them even more.

And I said, "This shows the level of—"

You know, most people who go out they hire consultants.

They pay them of dollars.

But I said to her, "Let me just ask you a question. Would you be happy if you had no tax on tips?"

She said, "What a great idea."

I got my information from a very smart waitress. That's better than spending millions of dollars. And everybody, everybody loves it. Waitresses and caddies and drivers and everybody. It's a large, large group of people that are being hurt badly. They make money, let them keep their money.

I am going to protect Social Security and Medicare. Democrats are going to destroy Social Security and Medicare because all of these people, by the millions, they're coming in. They're going to be on Social Security and Medicare and other things and you're not able to afford it. They are destroying your Social Security and your Medicare.

Case 1:26-cv-02103-DEH   Document 49-4   Filed 07/02/26   Page 150 of 164

Under my plan, incomes will skyrocket, inflation will vanish completely, jobs will come roaring back, and the middle class will prosper like never, ever before and we're going to do it very rapidly.

But no hope or dream we have for America can succeed unless we stop the illegal immigrant invasion. The worst that's ever been seen anywhere in the world. There's never been an invasion anywhere. Third world countries would fight with sticks and stones not to let this happen. The invasion at our southern border, we will stop it and we will stop it quickly. You heard Tom Homan yesterday. Tom Homan, put him in charge and just sit back and watch. Brandon Judd, a border patrol, he's incredible. These guys they, you know, they, they really their job is a lot easier if they don't have to do anything but they want to. They're patriots.

Brandon Judd. Border Patrol. ICE. ICE goes out. You have to see what ICE does with M.S. 13. You have, these, these are probably the worst gang and ICE goes in there. And I know a lot of people in these rows here. And they're very tough people. But they don't want to do this job. They'll go into a pack of M.S. 13 killers. They're the worst, probably the worst gangs in the world. We have thousands of them. I moved thousands and thousands out in my four years. We moved them out. And it was a pleasure, but ICE would go right into a pack of these killers. And you see fist flying, you see everything flying and they take them. They put them in a paddy wagon. They take them back and they get them out of our country. And the other countries weren't accepting them back. And I called up and I said tell them that we're not giving them economic aid any more. And the next day I got calls from all these countries that were terminated. Billions of dollars we spend on economic aid to countries that does us frankly no good. And the next day I was called by everybody, I couldn't take all the calls.

"Sir, sir, what's the problem?"

I said, "You won't take your killers back that you sent in caravans into America. You won't take them back."

"Well sir, if you'd like us to, we would give very serious consideration to doing that."

In 24 hours, they were being taken back. For years and years when I first came in, they said President Obama tried to get them to go back and they wouldn't accept them. They'd put planes on the runway so you couldn't land the plane. They'd close the roads so you couldn't take the buses; they'd all have to turn back.

As soon as they said no more economic aid of any kind to any country that does that, they called back and they said, "Sir, it would be our great honor to take M.S. 13. We love them very much. We love them very much, sir. We'll take them back."

At the heart of the Republican platform is our pledge to end this border nightmare, and fully restore the sacred and sovereign borders of the United States of America. And we're going to do that on Day 1.

That means two things on Day 1, right? Drill, baby, drill and close our borders.

And by the way, and I think everybody as a Republican, as a patriot in this. Less than four years ago, I handed this administration the strongest border in American history. But you can see on the chart that saved my life. That was the chart that saved my life. I said, "Look at, I'm so proud of it." I think it's one of the greatest — it was done by the Border Patrol — one of the greatest charts I've ever seen. It showed everything, just like that. You know the chart. Oh, there it is. That's pretty good. Wow.

Last time I put up that chart I never really got to look at it. But without that chart, I would not be here today. Never got to look at it. I said, "You've got to see this chart." I was so proud of it. But by the time I got to there. I never got to see it that day. But I'm seeing it now and I was very proud.

If you look at the arrow on the bottom, that's the lowest level, the one on the bottom, heavy red arrow, that's the lowest level of illegal immigrants ever to come into our country in recorded history. Right there. Right there. And that was my last week in office. And then you see what happened after I left. Look at the rest. And if you go out a little bit further, it's getting to be a little bit old, but I love it anyway right, but you can go much higher with those numbers.

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 152 of 164

Look what happened right after that. The invasion began. We had the opposite. We stopped the invasion. But the invasion we stopped was peanuts by comparison to what happened after I left. Look at what happened after I left. They took over our country.

We ended all catch-and-release. We shut down asylum fraud. We stopped human trafficking and forged historic agreements to keep illegal aliens on foreign soil. We want them to stay on their soil.

Under the Trump administration, if you came in illegally, you were apprehended immediately and you were deported. You went right back.

The current administration terminated every single one of those great Trump policies that I put in place to seal the border. I wanted a sealed border. Again, come in but come in legally. You know how unfair it is? So many people, hundreds of thousands of people have been working for years to come into our country. And now they see these people pour into our country at levels that are unprecedented. So unfair. And we're not going to do it. We're not going to stand for it.

They suspended wall construction, ended "Remain in Mexico." We had a policy, "Remain in Mexico." You think that was easy to get from the Mexican government? But I said, "You must give it to us. If you don't give it to us, there will be repercussions." And they gave it to us, but not easy.

Canceled our Safe Third agreements, demolished Title 42, implemented nationwide catch-and-release. That's catch-and-release where we catch them and release them into our country. I had we catch them and release them into Mexico. There's a slight difference. And took 93, this is the previous administration, 93 executive actions to throw open our border to the world. The entire world is pouring into our country because of this very foolish administration.

The greatest invasion in history is taking place right here in our country. They are coming in from every corner of the earth, not just from South America, but from Africa, Asia, Middle East. They're coming from everywhere. They're coming at levels that we've never seen before. It is an invasion indeed, and this administration does absolutely nothing to stop them.

They're coming from prisons. They're coming from jails. They're coming from mental institutions and insane asylums. I, you know the press is always on because I say this. Has anyone seen "The Silence of the Lambs"? The late, great Hannibal Lecter. He'd love to have you for dinner. That's insane asylums. They're emptying out their insane asylums. And terrorists at numbers that we've never seen before. Bad things are going to happen.

Meanwhile, our crime rate is going up, while crime statistics all over the world are going down. Because they're taking their criminals and they're putting them into our country. A certain country, and I happen to like the president of that country very much, but he's been getting great publicity because he's a wonderful shepherd of the country.

He says how well the country's doing because their crime rate is down. And he said he's training all of these rough people. They're rough, rough, rough. He's training them. And I've been reading about this for two years. I think, "Oh that's wonderful, let's take a look at it." But then I realize he's not training them; he's sending all of his criminals, his drug dealers, his people that are in jails, he's sending them all to the United States. And he's different in that he doesn't say that.

He's trying to convince everybody what a wonderful job he does in running the country. Well, he doesn't do a wonderful job. And by the way, if I ran one of the countries, many countries, many, many countries from all over, I would be worse than any of them. I would have had the place totally emptied out already.

But we have become a dumping ground for the world, which is laughing at us. They think we're stupid. And they can't believe that they're getting away with what they're getting away with, but they're not going to be getting away with it for long. That's what I can tell you.

In Venezuela, Caracas, high crime, high crime. Caracas, Venezuela, really a dangerous place. But not anymore, because in Venezuela, crime is down 72 percent. In fact, if they would ever in this election, I hate to even say that, we will have our next Republican convention in Venezuela because it will be safe. Our cities, our cities will be so unsafe we won't be able, we will not be able to have it there.

In El Salvador, murders are down 70 percent. Why are they down? Now, he would have you convinced that because he's trained murderers to be wonderful people, no. They're down because they're sending their murderers to the United States of America. This is going to be very bad. And bad things are going to happen.

And you're seeing all the time. That's why, to keep our family safe, the Republican platform promises to launch the largest deportation operation in the history of our country. Even larger than that of President Dwight D. Eisenhower, from many years ago. You know, he was a moderate but he believed very strongly in borders. He had the largest deportation operation we've ever had.

Just recently, I spoke to the grieving mother of Jocelyn Nungaray, a wonderful woman. A precious 12 year-old girl from Houston who last month was tied up, assaulted and strangled to death after walking to the convenience store just a block away from her house. Her body was dumped near the side of the road in a shallow creek, found by some onlookers who couldn't believe what they had witnessed. Charged with Jocelyn's heinous murder, two illegal aliens from Venezuela who came across our border, were in custody and were then released into the country by this horrible, horrible administration that we have right now.

I also met recently with the heartbroken mother and sister of Rachel Morin. Rachel was a 37-year-old mom of five beautiful children who was brutally raped and murdered while out on a run. She wanted to keep herself in good shape. It was very important to her. She was murdered. The monster responsible first killed another woman in El Salvador before he was let into America by the White House. This White House let them in. He then attacked a 9-year-old girl and her mother in a home invasion in Los Angeles before murdering Rachel in Maryland. Traveled all throughout the country, doing tremendous damage. Rachel's mother will never be the same. I spent time with her. She will never be the same.

I've also met with the wonderful family of Laken Riley, the brilliant 22-year-old nursing student. She was so proud of being first in her class, who was out for a run on the campus of the University of Georgia when she was assaulted, beaten and horrifically killed. Yet another American life was

stolen by a criminal alien set free by this administration. These were incredible people we're talking about. These were incredible people who died.

Tonight, America, this is my vow. I will not let these killers and criminals into our country. I will keep our sons and daughters safe.

As we bring security to our streets, we will help bring stability to the world.

I was the first president in modern times to start no new wars. You know, we were the toughest. We were the most respected. And you saw this. Hungary, strong country. Run by a very powerful, tough leader. He's a tough guy. The press doesn't like him because he's tough. And he came out recently. They were asking him at an interview: The whole world is exploding, what's happening, what's going on. Viktor Orban, prime minister of Hungary, very tough man. He said, "I don't want people coming into my country and blowing up our shopping centers and killing people."

But they said to him, "Tell us, what's going wrong? What's happening? What is it?"

He said, "There's only one way you're going to solve it. You got to bring President Trump back to the United States because he kept everybody at bay."

True. He used a word I wouldn't use because I can't use that word. Because you'd say it was braggadocious. The press would say, "He was a braggart." I am not a braggart.

But Viktor Orban said it. He said "Russia was afraid of him. China was afraid of him. Everybody was afraid of him. Nothing was going to happen."

The whole world was at peace, and now the world is blowing up around us. All of these things you read about were not going to happen.

Under President Bush, Russia invaded Georgia. Under President Obama, Russia took Crimea. Under the current administration, Russia is after all of Ukraine. Under President Trump, Russia took nothing.

7/1/26, 9:33 PM
Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 156 of 164
Address Accepting the Presidential Nomination at the Republican National Convention in Milwaukee, Wisconsin | The American Pres…

We defeated 100 percent of ISIS in Syria and Iraq, something that was said to take "five years, sir, it'll take five years, sir." We did it in a matter of a couple months. We have a great military. Our military is not woke. It's just some of the fools on top that are woke.

I got along very well, North Korea, Kim Jung Un. I got along very well with him. The press hated when I said that.

"How could you get along with him?"

Well, you know, it's nice to get along with someone who has a lot of nuclear weapons or otherwise. See, in the old days, you'd say that's a wonderful thing. Now they say, "How can you possibly do that?"

But no, I got along with him and we stopped the missile launches from North Korea. Now, North Korea is acting up again. But when we get back, I get along with him. He'd like to see me back too. I think he misses me, if you want to know the truth.

Our opponents inherited a world at peace and turned it into a planet of war. We're in a planet of war. Look at that attack on Israel. Look at what's happening with Ukraine. The cities are just bombed out. How can people live like that, where buildings, massive buildings are falling to the ground.

It began to unravel with the disastrous withdrawal from Afghanistan, the worst humiliation in the history of our country. We have never had a humiliation like that. Thirteen heroic U.S. service members were tragically and needlessly killed. Forty-five others were horrifically wounded. Nobody ever talks about that. No arms, no legs, face explosions. Horrifically, horrifically wounded. And by the way, we have a man in this room who is running for the U.S. Senate from a great state, Nevada, named Sam Brown, who paid the ultimate price. Thank you, Sam. Thank you, Sam. Thank you. He paid the biggest price probably ever paid by anybody that is running for office, and I think he is going to do great. He's running against a person that is not good, not respected. A total lightweight.

But Sam, I think, paid really —

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 157 of 164

We were talking about it with some of the senators that are working so hard for Sam. But he paid the biggest price of any senator ever to run for the Senate. I don't think anybody has ever, what he did. He's a real hero, a really great person. And he's running and I hope that everybody gets out and votes for Sam Brown.

And we also left behind $85 billion dollars' worth of military equipment, along with many American citizens were left behind. Many, many American citizens.

Emboldened by that disaster, Russia invaded Ukraine. They saw this group of people that were incompetent. We took the soldiers out first, no, no. We're going to take the soldiers out second. If they would have followed my plan; we had a great plan. But the plan only kicked in if they did everything perfectly, and they weren't doing things perfectly. So we said it doesn't kick in. You know, 18 months in Afghanistan, we didn't have one — they were killing them left and right, snipers. And I spoke to the head of the Taliban. You've heard this story. Abdul, still there. Still the head of the Taliban. The press got on me, "Why would you speak to him?" I said, "Because that's where the killing is." I don't have to speak to somebody that has nothing to do with it.

And I told him: "Don't ever do that. Don't ever do that again. Don't ever, ever do that again, you're going to stop." Because during the Obama administration, many great people and soldiers, a lot of soldiers, were being killed from long distance. I said, "If you keep doing that, you're going to be hit harder than anybody has ever been hit by a country before." And he said, "I understand, Your Excellency." He called me "Your Excellency." I wonder if he calls the other guy "Your Excellency." I doubt it.

The other guy gave him everything. I mean, what kind of a deal was that? He walked out, gave him everything. You know that right now Afghanistan is one of the largest sellers of weapons in the world? They're selling the brand-new, beautiful weapons that we gave them.

But think of it. He actually said to me, "But why, but why, do you show me a picture of my home?"

I said, "You'll have to ask your people or one of your wives."

But he could figure it out. And for 18 months we had not one attack on an American soldier by the Taliban. Eighteen months. And then we had that horrible day where soldiers were killed. I was not there because of a ridiculous election. But we had that horrible attack.

And they also gave up Bagram, one of the biggest bases anywhere in the world, air bases, anywhere in the world. The longest runways, most powerful hardened, thickened runways.

We gave it up. And I liked it not because of Afghanistan, I liked it because of China. It's one hour away from where China makes their nuclear weapons. And you know who has it now? China has it now.

We were keeping that, and now China is likewise circling Taiwan, and Russian warships and nuclear submarines are operating 60 miles off the coast in Cuba. Do you know that? The press refuses to write about it. If that were me running this country and we had nuclear submarines in Cuba, I will tell you that headlines every day would be "What's Wrong With Our President?". You don't even hear this. You're not hearing about this. Russia has nuclear submarines and warships 60 miles away, Mr. Congressman. From Miami, by the way, happens to be here. Correct? In Cuba. That would not be stood for if it were somebody else. They don't want to mention it, but now maybe they will.

And to the entire world, I tell you this, we want our hostages back — and they better be back before I assume office, or you will be paying a very big price.

With our victory in November, the years of war, weakness and chaos will be over.

I don't have wars. I had no wars, other than ISIS, which I defeated, but that was a war that was started. We had no wars. I could stop wars with a telephone call. I could stop wars with just a telephone call. It properly stated it would never start. We will replenish our military and build an iron dome missile defense system to ensure that no enemy can strike our homeland.

And this great iron dome will be built entirely in the U.S.A. We're going to build it in the U.S.A. And Wisconsin, Wisconsin, just like I gave you that massive ship contract, and you're doing a very nice job, governor, right? Thank you, governor. And they're doing a great job. In fact, I had a little design change and we gave them a tremendous for, essentially, what we used to call destroyers. These are now the most beautiful. They look like yachts.

I said, "We have to take the bow, and we have to make it a little nicer, and a little point at the top instead of a flat nose." And the people at the shipyards said, "This guy sort of knows what he's doing." We had the most beautiful ships, right, governor? And everybody sitting over there? And it was a big contract that everybody wanted. I gave it to Wisconsin, but we're going to have a lot of that built right here in the state of Wisconsin and all other states.

Israel has an Iron Dome. They have a missile defense system. Three hundred forty-two missiles were shot into Israel, and only one got through a little bit. It was badly wounded, it fell to the ground, but most of them are — And Ronald Reagan wanted this many years ago, but we really didn't have the technology many years ago. Remember, they called it starship, spaceship, anything to mock him. But he was a very good president, very, very good.

But now we have unbelievable technology. And why should other countries have this, and we don't? No, no, we're going to build an iron dome over our country, and we're going to be sure that nothing can come and harm our people. And again, from an economic development standpoint, I'm going to make it all right here. No more sending it out to other countries in order to help. It's America first, America first.

We will unleash the power of American innovation, and as we do, we will soon be on the verge of finding the cures to cancer, Alzheimer's disease and many other diseases. We're going to get to the bottom of it. You remember this gentleman that I don't want to mention, other than one time I had to, because when you say "the 10 worst," I had to do it. I didn't want anybody to be confused.

Case 1:26-cv-02103-DEH   Document 49-4   Filed 07/02/26   Page 160 of 164

But this man said we're going to find a cure to cancer; nothing happened. We're going to get to the cure for cancer and Alzheimer's and so many other things. We're so close to doing something great. But we need a leader that will let it be done.

We will not have men playing in women's sports. That will end immediately.

And we will restore and renovate our nation's once-great cities, making them safe, clean and beautiful again. And that includes our nation's capital, which is a horrible killing field. So many things — they leave from Wisconsin, they go to look at the Washington Monument, they end up getting stabbed, killed or shot. We will be, very soon, very proud of our capital again, Washington, D.C.

America's on the cusp of a new golden age, but we will have the courage to seize it. We're going to take it, we're going to make it a current — I mean, we're going to bring this into a golden age like never seen before. Remember this: China wants to do it, Japan wants to do it. All of these countries want to do it.

We have to produce massive amounts of energy. If we're going to produce the new — if you look at some of the things that have been done, and some of the things that we're going to do. But A.I. needs tremendous — literally, twice the electricity that's available now in our country, can you imagine? But instead we're spending places where they recharge electric cars.

They built eight chargers at a certain location, toward the Midwest. Eight chargers for $9 billion? Think of them as a tank for filling up your gas. Think of it. They spent $9 billion on eight chargers, three of which didn't work. And if you are going to do this all over our country, this crazy electric Band-Aid. If you're going to do this … And by the way, I'm all for electric. They have their application. But if somebody wants to buy a gas-powered car, gasoline-powered car, or a hybrid, they're going to be able to do it. And we're going to make that change on Day 1.

So, to conclude, just a few short days ago, my journey with you nearly ended. We know that. And yet, here we are tonight, all gathered together, talking about the future, promise and a total renewal of a thing we love very much. It's called America.

7/1/26, 9:33 PM
Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 161 of 164
Address Accepting the Presidential Nomination at the Republican National Convention in Milwaukee, Wisconsin, The American Pres…

We live in a world of miracles. None of us knows God's plan, or where life's adventure will take us. I want to thank Franklin Graham for being here tonight; he's an outstanding man. He wrote me a note recently; I have a lot of respect for him. "Sir, I love your storytelling, I think it's great, in front of these big rallies, but, sir, please do me one favor. It won't make any difference. Please. Don't use any foul language."

I was a little embarrassed, I said. He said, "It won't make any difference." Actually, it does, the story's not quite as good, but I've been very good. The story is not quite as good, to be honest.

I've got to have a little talk with Franklin, but he was great. He's a great gentleman, his father was so incredible, Billy Graham. My father used to love taking me to see Billy Graham. My father would take me to see Billy Graham at Yankee Stadium. He had the biggest rallies you've ever seen. He was a good rally guy, too.

But he'd get up and he was a fantastic guy. My father loved Billy Graham. But I love Franklin Graham, I think Franklin's been fantastic. And I'm trying, I'm just working so hard to adhere to his note to me. I'm working hard on it, Franklin.

But if the events of last Saturday make anything clear, it is that every single moment we have on Earth is a gift from God. We have to make the most of every day for the people and for the country that we love.

The attacker in Pennsylvania wanted to stop our movement, but the truth is, the movement has never been about me. It has always been about you. It's your movement. It's the biggest movement in the history of our country by far. It can't be stopped. It can't be stopped. It has always been about the hardworking, patriotic citizens of America.

For too long, our nation has settled for too little. We settled for too little. We've given everything to other nations, to other people. You have been told to lower your expectations and to accept less for your families.

I am here tonight with the opposite message: Your expectations are not big enough. They're not big enough. It is time to start expecting and demanding the best leadership in the world, leadership that is bold, dynamic, relentless and fearless. We can do that.

7/1/26, 9:33 PM    Address Accepting the Presidential Nomination at the Republican National Convention in Milwaukee, Wisconsin | The American Pres…

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 162 of 164

We are Americans. Ambition is our heritage. Greatness is our birthright.

But as long as our energies are spent fighting each other, our destiny will remain out of reach. And that's not acceptable. We must instead take that energy and use it to realize our country's true potential — and write our own thrilling chapter of the American story. We can do it together. We will unite. We are going to come together and success will bring us together.

It is a story of love, sacrifice and so many other things. And remember the word: Devotion. It's unmatched devotion. Our American ancestors crossed the Delaware, survived the icy winter at Valley Forge and defeated a mighty empire to establish our cherished republic.

They fought so hard, they lost so many. They pushed thousands and thousands of miles across a dangerous frontier, taming the wilderness to build a life and a magnificent home for their family. They packed their families into covered wagons, trekked across hazardous trails. Scaled towering mountains and braved rivers and rapids to stake their claim on the wide-open, new and very beautiful frontier. When our way of life was threatened, American patriots marched onto the battlefield, raced into enemy strongholds and stared down death — and stared down those enemies — to keep alive the flame of freedom. At Yorktown, Gettysburg, and Midway, they joined the roll call of immortal heroes. So many — just so many heroes, so many great, great people. And we have to cherish those people. We can't forget those people. We have to cherish those people.

And building monuments to those great people is a good thing, not a bad thing. They saved our country. No challenge was too much. No hardship was too great. No enemy was too fierce. Together, these patriots soldiered on and endured, and they prevailed. Because they had faith in each other, faith in their country, and above all, they had faith in their God.

Just like our ancestors, we must now come together, rise above past differences. Any disagreements have to be put aside, and go forward united as one people, one nation, pledging allegiance to one great, beautiful — I think it's so beautiful — American flag.

Tonight, I ask for your partnership, for your support and I am humbly asking for your vote. I want your vote. We're going to make our country great again. Every day, I will strive to honor the trust you have placed in me,

Case 1:26-cv-02103-DEH    Document 49-4    Filed 07/02/26    Page 163 of 164

and I will never, ever let you down. I promise that. I will never let you down.

To all of the forgotten men and women who have been neglected, abandoned and left behind, you will be forgotten no longer. We will press forward, and together, we will win, win, win.

Win, win, win, win, win, win.

Nothing will sway us. Nothing will slow us. And no one will ever stop us.

No matter what dangers come our way, no matter what obstacles lie in our path, we will keep striving toward our shared and glorious destiny — and we will not fail. We will not fail.

Together, we will save this country, we will restore the republic, and we will usher in the rich and wonderful tomorrows that our people so truly deserve.

America's future will be bigger, better, bolder, brighter, happier, stronger, freer, greater and more united than ever before.

And quite simply put, we will very quickly make America great again.

Thank you very much. Thank you very much, Wisconsin. God bless you, God bless you, Wisconsin, and God bless the United States of America, our great country. Thank you very much, everybody. Thank you.

Donald Trump's full speech at 2024 RNC: Assassin

Milwaukee Journal Sentinel

 

Watch on

7/1/26, 9:33 PM Address Accepting the Presidential Nomination at the Republican National Convention in Milwaukee, Wisconsin | The American Pres…

Case 1:26-cv-02103-DEH Document 49-4 Filed 07/02/26 Page 164 of 164

Donald J. Trump (1st Term), Address Accepting the Presidential Nomination at the Republican National Convention in Milwaukee, Wisconsin Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/373582