UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abdo Doe, et al., <br><br>        Plaintiffs, <br><br>     v. <br><br> Kristi Noem, et al., <br><br>        Defendants. | 26-CV-2280 (DEH) |
| Noor Doe, et al., <br><br>        Plaintiffs, <br><br>     v. <br><br> Kristi Noem, et al., <br><br>        Defendants. | 26-CV-2103 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

The status conference in the above-captioned cases currently scheduled for **Thursday, July 2, 2026** at **11:00 a.m.** is **ADJOURNED** to **3:00 p.m.** The conference will take place via Microsoft Teams. The parties should join the conference by dialing (646) 453-4442 followed by the Conference ID: 874 050 185 followed by the pound (#) sign.

SO ORDERED.

Dated: July 2, 2026
     New York, New York

 

_____
DALE E. HO
United States District Judge