

July 2, 2026

**VIA ECF & EMAIL**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Notice of Application for Temporary Restraining Order Pursuant to the Court's Individual Rules;** *Noor Doe, et al. v. Noem, et al.*, No. 1:26-cv-02103-DEH

Dear Judge Ho:

We represent Plaintiffs in the above-captioned consolidated actions. Pursuant to Rule 4i of Your Honor's Individual Rules and Practices, Plaintiffs respectfully write to advise the Court that they are filing today an emergency application for a temporary restraining order and order to show cause. The application seeks a narrowly tailored order maintaining the status quo as to the Temporary Protected Status designation for Yemen — that is, continuing the postponement of the effective date of the termination published at 91 Fed. Reg. 10,402 (Mar. 3, 2026) — pending expedited briefing and resolution of Plaintiffs' amended constitutional claims in light of the Supreme Court's decision in *Mullin v. Doe*, 609 U.S. ___ (2026). In accordance with the Court's Individual Rules, Plaintiffs state as follows regarding notice:

Plaintiffs have notified their adversary. Counsel for Plaintiffs met and conferred with counsel for Defendants, the United States Attorney's Office for the Southern District of New York, on Friday, June 26, 2026, and again on Monday, June 29, 2026, regarding the impact of *Mullin* on these actions and Plaintiffs' anticipated request for interim relief. In addition, shortly after midnight on July 2, 2026, Plaintiffs' counsel advised Chambers by email, copying counsel for Defendants, that Plaintiffs would be filing this application today. Because Defendants have received notice, Plaintiffs do not proceed without notice under Federal Rule of Civil Procedure 65(b)(1), and this letter is accordingly filed publicly rather than under seal.

Defendants do not consent to the requested temporary injunctive relief. Given that the APA ground on which the Court's May 1, 2026 Opinion and Order (ECF No. 39) postponed the effective date of the termination has been foreclosed by *Mullin*, and the resulting risk that Plaintiffs' protection from removal could lapse before an ordinary

**LOS ANGELES**
14370 Ventura Blvd.
Sherman Oaks, CA 91423
Tel.  818.999.1599

**EGYPT**
103B Abdulaziz Al Saud Street
Al Manyal Al Gharbi, Old Cairo
In Front of Al Funun Garden
3rd Floor Office Number 32
Tel.  +20 15 00011711 (Voice)

**DETROIT**
3005 Oakwood Blvd.
Melvindale, MI 48122
Tel.  818.999.1559

**NEW YORK**
2403 2nd Avenue
New York, New York 10035
Tel.  718.432.1022

**DJIBOUTI**
Marabout Lot No 549A
Heron, Djibouti
Past the second Circle,
Big Yellow House



noticed motion could be heard, Plaintiffs respectfully request that the Court consider the application on an emergency and expedited basis.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Julie A. Goldberg*
Julie A. Goldberg, Esq.
3005 Oakwood Boulevard
Melvindale, MI 48122
Tel: (818) 999-1559
Email: ecf@goldbergimmigration.com
*Attorney for Plaintiffs*

CC: Assistant United States Attorney, Mark Osmond, Mark.Osmond@usdoj.gov
    *Counsel for Defendants* (via ECF)

| **LOS ANGELES** | **EGYPT** | **DETROIT** | **NEW YORK** | **DJIBOUTI** |
|---|---|---|---|---|
| 14370 Ventura Blvd. | 103B Abdulaziz Al Saud Street | 3005 Oakwood Blvd. | 2403 2nd Avenue | Marabout Lot No 549A |
| Sherman Oaks, CA 91423 | Al Manyal Al Gharbi, Old Cairo | Melvindale, MI 48122 | New York, New York 10035 | Heron, Djibouti |
| Tel.  818.999.1599 | In Front of Al Funun Garden | Tel. 818.999.1559 | Tel.  718.432.1022 | Past the second Circle, |
| | 3rd Floor Office Number 32 | | | Big Yellow House |
| | Tel.  +20 15 00011711 (Voice) | | | |