UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Abdo Doe, et al., | | |
| | Plaintiffs, | 26-CV-2280 (DEH) |
| v. | | |
| Kristi Noem, et al., | | |
| | Defendants. | |
| Noor Doe, et al., | | 26-CV-2103 (DEH) |
| | Plaintiffs, | **ORDER** |
| v. | | |
| Kristi Noem, et al., | | |
| | Defendants. | |

DALE E. HO, United States District Judge:

The Court held a status conference in this matter on July 2, 2026.

As discussed at the conference, by **July 9, 2026**, Plaintiffs in both cases shall respond to the Government's Motion to Stay and for an Indicative Ruling.  The Government shall have the opportunity to reply in a single consolidated brief by **July 13, 2026** at **4:00 p.m.**

Furthermore, by **July 6, 2026**, the parties shall meet and confer and submit a joint status letter proposing a schedule for (1) the filing of an Amended Complaint in Case Number 26 Civ. 2280, (2) any emergency briefing on the new claim Plaintiffs intend to raise in that Amended Complaint, (3) briefing on Motions to Dismiss in both cases, and (4) the filing of letter briefs, not to exceed five (5) pages, single-spaced on the propriety of discovery while Motions to Dismiss are pending.

With respect to the letter briefs on discovery, Plaintiffs in both cases shall be limited to a

single consolidated letter brief, not to exceed five (5) pages.


SO ORDERED.

Dated: July 2, 2026
       New York, New York

                                                    _____
                                                            DALE E. HO
                                                    United States District Judge