

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

July 6, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Abdo Doe v. Mullin*, No. 26 Civ. 2280 (DEH)
        *Noor Doe v. Noem*, No. 26 Civ. 2103 (DEH)

Dear Judge Ho:

The parties submit this joint status letter in response to the Court's July 2, 2026 Order directing the parties in the above-captioned cases to "meet and confer and … propos[e] a schedule for (1) the filing of an Amended Complaint in Case Number 26 Civ. 2280, (2) any emergency briefing on the new claim Plaintiffs intend to raise in that Amended Complaint, (3) briefing on Motions to Dismiss in both cases, and (4) the filing of letter briefs, not to exceed five (5) pages, single-spaced on the propriety of discovery while Motions to Dismiss are pending."

The parties' joint proposed filing schedule is as follows:[1]

*Abdo Doe* plaintiffs' amended complaint: July 13

Letter briefs regarding discovery: July 17

*Abdo Doe* plaintiffs' motion on new claim(s): July 22

Government combined opposition and motion to dismiss: August 12

---

[1] Plaintiffs in 26-cv-2280 believe that this Court should take notice of the fact that the Supreme Court in *Mullin v. Doe* specifically indicated by letter to the Second Circuit (dated June 25, 2026) that "[t]he judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45." *See Mullin v. Dahlia Doe*, Dkt. 54.1 (2d. Cir. Jun. 26, 2026), *available at* https://storage.courtlistener.com/recap/gov.uscourts.ca2.a71b86c9-0a23-4836-8dc5-502eab63917f/gov.uscourts.ca2.a71b86c9-0a23-4836-8dc5-502eab63917f.54.1.pdf. Further proceedings in that case would not ordinarily take place prior to July 27, and notwithstanding the government's desired deadline of July 14 for action on its motion for stay, there is no reason for this Court (or the Circuit) to act more quickly here.

All plaintiffs' motion to dismiss opposition and *Abdo Doe* plaintiffs' motion reply on new claim(s): August 26

Government reply on motion to dismiss: September 10

Respectfully submitted,

/s/*Shayana Kadidal*

Shayana Kadidal [SK-1278]
Angelo Guisado
Baher Azmy [BA-8406]
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6451
kadidal@ccrjustice.org
aguisado@ccrjustice.org
bazmy@ccrjustice.org

Razeen Zaman
Helen Anne Schutz Lo
Dinesh McCoy*
Phi Nguyen*
Niji Jain
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
Tel: (212) 966-5932
rzaman@aaldef.org
alo@aaldef.org
dmccoy@aaldef.org
pnguyen@aaldef.org
njain@aaldef.org

*Counsel for Plaintiffs in 26-cv-2280*

Julie A. Goldberg, Esq.
3005 Oakwood Boulevard
Melvindale, MI 48122
Attorney for Plaintiffs

*Counsel for Plaintiffs in 26-cv-2103*

2

JAY CLAYTON
United States Attorney for the
Southern District of New York
MARK OSMOND
ADAM GITLIN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2713/2734
mark.osmond@usdoj.gov
adam.gitlin@usdoj.gov

*Counsel for Defendants*

\* *Application for admission pro hac vice forthcoming*