

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

<u>**VIA ECF**</u>

August 3, 2026

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Doe, et al. v. Mullin, et al.*, No. 26 Civ. 2103 (DEH)
      *Doe, et al. v. Mullin, et al.*, No. 26 Civ. 2280 (DEH)

Dear Judge Ho:

This Office represents Defendants (the "government") in the above-referenced related putative class actions challenging the Secretary of Homeland Security's decision to terminate Yemen's Temporary Protected Status designation. Pursuant to the Court's July 24, 2026 order (No. 26 Civ. 2280, Dkt. No. 100 at 3), the government writes to propose the following mutually agreed-upon briefing schedule for the government's anticipated motion to dismiss:

- August 28, 2026: The government will move to dismiss all claims.
- September 11, 2026: Plaintiffs will oppose the government's motion.
- September 25, 2026: The government will file any reply.

In addition, the government writes to advise the Court that the Second Circuit issued the attached order remanding these cases so that the Court can vacate the order on appeal, consistent with the indicative ruling entered by the Court on July 20, 2026 (No. 26 Civ. 2103, Dkt. No. 63; No. 26 Civ. 2280, Dkt. No. 89).

The government thanks the Court for its attention to these matters.

Respectfully submitted,

Application **GRANTED**.  The parties shall adhere to the briefing schedule set forth herein.

JAMES M. MCDONALD
United States Attorney

For the reasons set forth in its July 20, 2026 ruling, ECF No. 89, the Court **VACATES** its prior ruling granting Plaintiffs' Motion to Postpone.  (No. 26 Civ. 2280, ECF No. 54; No. 26 Civ. 2103, ECF No. 39).

By:   */s/ Mark Osmond*
      MARK OSMOND
      ADAM GITLIN
      Assistant United States Attorneys
      Telephone: 212.637.2713/2734
      Email: mark.osmond@usdoj.gov
            adam.gitlin@usdoj.gov

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: August 11, 2026
New York, New York