MANDATE

1:26-cv-02103-DEH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: Aug 17 2026

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand twenty-six.

---

**ORDER**

Docket No. 26-1748

Noor Doe, Adan Doe, Ibrahim Doe, Yusuf Doe, Hassan Doe, Malik Doe, Kareem Doe, Rami Doe, Omar Doe, on their own behalf and on behalf of others similarly situated,

Plaintiffs - Appellees,

v.

Markwayne Mullin, Secretary of Homeland Security, in his official capacity, United States Department of Homeland Security, United States Citizenship and Immigration Services, United States of America,

Defendants - Appellants.

---

Docket No. 26-1750

Abdo Doe, Hadeel Doe, Faiz Doe, Ebe Doe, Sam Doe, Ali Doe, Fahad Doe, on their own behalf and on behalf of others similarly situated,

Plaintiffs - Appellees,

v.

Markwayne Mullin, Secretary of Homeland Security, in his official capacity, United States Department of Homeland Security, United States Citizenship and Immigration Services, United States of America,

Defendants - Appellants.

---

The Government moves to voluntarily dismiss these appeals.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED. The Government's motion for stay pending appeal and summary vacatur (docket entry 15 in 26-1748, docket entry 11 in 26-1750) is DENIED as moot in light of the withdrawal of these appeals.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/17/2026