UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOOR DOE, *et al.*,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, in his official capacity, *et al.*,<br>Defendants. | Case No. 26 Civ. 2103 (DEH) |
| ABDO DOE, *et al.*,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, in his official capacity, *et al.*,<br>Defendants. | Case No. 26 Civ. 2280 (DEH) |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants, by their attorney, James M. McDonald, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Amended Complaints in the above-captioned matters pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: New York, New York
August 28, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York
*Attorney for Defendants*

By: */s/ Adam Gitlin*
MARK OSMOND
ADAM GITLIN
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2713/2734
mark.osmond@usdoj.gov
adam.gitlin@usdoj.gov