**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 16, 2026

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Doe v. Mullin*, Nos. 26 Civ. 2103, 26 Civ. 2280 (DEH)

Dear Judge Ho:

This Office represents Defendants (the "government") in the above-referenced related putative class actions challenging the Secretary of Homeland Security's decision to terminate Yemen's Temporary Protected Status ("TPS") designation. The government writes, with the consent of Plaintiffs in Case No. 26 Civ. 2280 ("*Abdo Doe* Plaintiffs"), to respectfully request that the deadline to file a case management plan be adjourned until seven days after the Court rules on the motion filed by the government earlier today. Dkt. No. 115.[1]

On October 6, 2026, the Court dismissed every claim in these actions except Plaintiffs' equal protection claims and directed the parties to submit a case management plan by October 20. Dkt. No. 114. The government has since asked the Court to (1) certify its ruling on the equal protection claims for interlocutory appeal; (2) stay discovery pending resolution of that appeal; and (3) relieve the parties of the requirement to file a case management plan. Dkt. No. 115. The *Abdo Doe* Plaintiffs oppose this relief and request until October 23 to respond to the government's motion. In light of the government's motion, however, the *Abdo Doe* Plaintiffs consent to the government's requested adjournment of the October 20 deadline. There have been no prior extensions of this deadline.

The government thanks the Court for its consideration of this request.

Respectfully submitted,
JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Mark Osmond*
MARK OSMOND
Assistant United States Attorney
Tel.: (212) 637-2713
mark.osmond@usdoj.gov

cc: All Counsel of Record (via ECF)

[1] All docket citations in this letter refer to Case No. 26 Civ. 2280. As of this filing, Plaintiffs in Case No. 26 Civ. 2103 have not responded to the undersigned's emails about this request. As noted in its submission (Dkt. No. 115 at 1 n.1), the government made its motion in the form of a letter but will more fully brief the relevant issues at the Court's request.