**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NOOR DOE; ADAN DOE; IBRAHIM DOE; YUSUF DOE; HASSAN DOE; MALIK DOE; KAREEM DOE; RAMI DOE; and OMAR DOE, on their own behalf and on behalf of others similarly situated,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,

*Defendants*.

Case No. 1:26-cv-02103 (DEH)
[rel. 1:26-cv-02280 (DEH)]

**NOTICE OF PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Julie A. Goldberg dated November 20, 2026, and the exhibits attached to it, and all prior pleadings and proceedings in this action, Plaintiffs will move this Court, before the Honorable Dale E. Ho, United States District Judge, in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time to be set by the Court, for an order directing Defendants to complete the Certified Administrative Record for the termination of Yemen's Temporary Protected Status designation, as set forth in the Memorandum of Law, and granting such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's November 2, 2026 Order (ECF No. 77), Defendants' opposition is due on December 9, 2026, and Plaintiffs' reply is due on December 23, 2026.

Dated: November 20, 2026

Respectfully submitted,
*/s/ Julie A. Goldberg*
Julie A. Goldberg, Esq.
Goldberg & Associates

3005 Oakwood Boulevard
Melvindale, MI 48122
Tel.: (313) 888-9545
Email: ecf@goldbergimmigration.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2026, I caused a true and correct copy of the foregoing document to be filed electronically through the Court's CM/ECF system, which will automatically serve notice of such filing on all counsel of record.

Dated: November 20, 2026

*/s/ Julie A. Goldberg*
Julie A. Goldberg, Esq.