**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 22, 2026

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Doe, et al. v. Mullin, et al.*, No. 26 Civ. 2103 (DEH)

Dear Judge Ho:

This Office represents Defendants (the "government") in the above-referenced action challenging the Secretary of Homeland Security's decision to terminate Yemen's Temporary Protected Status designation. The government writes in response to Plaintiffs' letter dated November 19, 2026, Dkt. No. 78, in which they requested an extension of their deadline to file a motion to complete the administrative record, arguing that the government should provide them with certain materials before they file their motion.

On November 20, consistent with the briefing schedule previously ordered by the Court, Dkt. No. 77, Plaintiffs filed their motion to complete the administrative record, and their motion raises the same issues set out in their letter. Dkt. Nos. 79–81. Accordingly, Plaintiffs' request for an extension is moot. The government will respond to other issues raised in Plaintiffs' letter in its opposition brief, which is due on December 9, 2026. Dkt. No. 77.

The government thanks the Court for its consideration of this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Mark Osmond*
MARK OSMOND
Assistant United States Attorney
Tel.: (212) 637-2713
mark.osmond@usdoj.gov

cc: All Counsel of Record (via ECF)